**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **160 Royal Palm, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-0925854** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **101 Casa Bendita** **Palm Beach, FL 33480** | **1118 Waterway Lane** **Delray Beach, FL 33483** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Palm Beach** | Location of principal assets, if different from principal place of business |
| County | **160 Royal Palm Way Palm Beach, FL 33480** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **160 Royal Palm, LLC**                                           Case number (*if known*) _____

     Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

---

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

---

Debtor   **160 Royal Palm, LLC**                                            Case number (*if known*) _____
_____
Name

**11. Why is the case filed in** *Check all that apply:*
**this district?**

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ☐ No
**have possession of any**
**real property or personal**    ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**property that needs**
**immediate attention?**

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

■ Other    **Principal asset is an abandoned construction project in state court receivership.**

**Where is the property?**    **160 Royal Palm Way**
**Palm Beach, FL, 33480-0000**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

■ Yes.   Insurance agency    **Plastridge Insurance Agency**

Contact name    **Connor C. Lynch**

Phone    **561-276-5221**

---

■   **Statistical and administrative information**

**13. Debtor's estimation of**   .   *Check one:*
**available funds**
■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of**   ☐ 1-49              ☐ 1,000-5,000           ☐ 25,001-50,000
**creditors**       ☐ 50-99             ☐ 5001-10,000           ☐ 50,001-100,000
■ 100-199           ☐ 10,001-25,000         ☐ More than100,000
☐ 200-999

**15. Estimated Assets**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ■ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**   ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ■ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | 160 Royal Palm, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 2, 2018**
                        MM / DD / YYYY

X _____        **Cary Glickstein**
Signature of authorized representative of debtor        Printed name

Title   **Sole and Exclusive Manager**

**18. Signature of attorney**

X _____        Date **August 2, 2018**
Signature of attorney for debtor                  MM / DD / YYYY

**Philip J. Landau 504017**
Printed name

**Shraiberg Landau & Page PA**
Firm name

**2385 NW Executive Center Dr**
**Suite 300**
**Boca Raton, FL 33431**
Number, Street, City, State & ZIP Code

Contact phone   **561 443 0800**        Email address   **plandau@slp.law**

**504017 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     **160 Royal Palm, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule*

■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 2, 2018**       x _____
Signature of individual signing on behalf of debtor

**Cary Glickstein**
Printed name

**Sole and Exclusive Manager**
Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>160 Royal Palm, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known):</td><td></td></tr>
</table>

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Dongsheng Zhu c/o Edward Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401 | | | | | | $660,665.31 |
| Feng Guo c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401 | | | | | | $675,343.06 |
| Hali Eversen c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401 | | | | | | $690,223.68 |
| Junqiang Feng c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401 | | | | | | $664,947.20 |
| KK-PB Financial LLC 13501 South Shore Boulevard Suite 101 Wellington, FL 33414 | 160 Royal Palm Way, Palm Beach FL | | Disputed | $27,468,750.00 | $16,100,000.00 | $11,418,141.76 |

| Debtor | **160 Royal Palm, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lan Li c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$672,672.48** |
| **New Haven Contracting South, Inc. 638 Shore Drive Boynton Beach, FL 33435** | | **160 Royal Palm Way, Palm Beach FL** | **Disputed** | **$3,387,855.55** | **$16,100,000.00** | **$3,387,855.55** |
| **Palm House Hotel, LLLP 197 S. Federal Highway, Suite 200 Boca Raton, FL 33432** | | **action for conversion of loan funds** | **Disputed** | | | **$39,500,000.00** |
| **Sha Shi c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$668,426.00** |
| **Tao Xiong c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$665,530.24** |
| **Tingting Sun c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$666,662.66** |
| **Tonghui Luan c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$666,355.45** |
| **Town of Palm Beach 345 South County Road Palm Beach, FL 33480-4443** | | **Development Agreement** | **Disputed** | | | **$2,796,000.00** |

| Debtor | **160 Royal Palm, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wenhao Zhang c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$668,426.00** |
| **Xiao Sun c/o Edward Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$664,865.12** |
| **Xiaonan Wang c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$663,416.72** |
| **Yawen Li c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$664,865.12** |
| **Ying Tan c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$666,404.80** |
| **Yuanbo Wang c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$668,840.54** |
| **Zheng Yu c/o Edward A. Marod 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401** | | | | | | **$664,865.12** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

---

**Fill in this information to identify the case:**

Debtor name   **160 Royal Palm, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

---

Official Form 206Sum
# Summary of Assets and Liabilities for Non-Individuals    12/15

## Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................... $     **16,100,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **347,759.46**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **16,447,759.46**

## Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **31,150,332.24**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$     **83,776,644.33**

4.   **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b    $     **114,926,976.57**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **160 Royal Palm, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number *(if known)* | |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Seacoast Bank** | **Custodial** | 0276 | $319,701.52 |
| 3.2. | **Seacoast Bank** | **Operating Account** | 7073 | $57.94 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $319,759.46 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **160 Royal Palm, LLC**_____  Case number *(If known)* _____
        Name

13. **Does the debtor own any investments?**

   ■ No.  Go to Part 5.
   ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Standard desks, credenzas, filing cabinets; miscellaneous hotel room furnishings for one (1) hotel suite** | $0.00 | | $0.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **photo copy machine, desktop computers; miscellaneous hand tools and construction parts, miscellaneous building materials consisting of stacked drywall, assorted millwork (interior wood doors and wood door frames, wood moldings, and wood cabinets, several unattached toilets, assorted uninstalled mechanical (HVAC) equipment, assorted roof tiles, miscellaneous metal framing materials and metal doors.** | $0.00 | | $0.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1.  **Assorted framed photographs** | $0.00 | | $3,000.00 |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | $3,000.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor    **160 Royal Palm, LLC**_____    Case number *(If known)* _____
　　　　　　Name

44.　　**Is a depreciation schedule available for any of the property listed in Part 7?**
　　　　■ No
　　　　☐ Yes

45.　　**Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　　　■ No
　　　　☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

　　■ No. Go to Part 9.
　　☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

　　☐ No. Go to Part 10.
　　■ Yes Fill in the information below.

55.　　**Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **160 Royal Palm Way, Palm Beach FL** | Fee Simple | $0.00 | Appraisal | $16,100,000.00 |

56.　　**Total of Part 9.**
　　　　Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $16,100,000.00 |
|---|

57.　　**Is a depreciation schedule available for any of the property listed in Part 9?**
　　　　■ No
　　　　☐ Yes

58.　　**Has any of the property listed in Part 9 been appraised by a professional within the last year?**
　　　　☐ No
　　　　■ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

　　☐ No. Go to Part 11.
　　■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.　　**Patents, copyrights, trademarks, and trade secrets**

61.　　**Internet domain names and websites**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Debtor    **160 Royal Palm, LLC**                                      Case number *(If known)* _____
  Name

62.    **Licenses, franchises, and royalties**

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**
       **Project development approvals obtained from**
       **Town of Palm Beach applicable to**
       **construction of improvements on above real**
       **property.**                                       $0.00                            $25,000.00

65.    **Goodwill**

66.    **Total of Part 10.**                                                    | $25,000.00 |
       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **160 Royal Palm, LLC**                                Case number *(If known)*
             Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $319,759.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $16,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $25,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $347,759.46 | +91b. $16,100,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $16,447,759.46 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **160 Royal Palm, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** | **David Campanaro**
Creditor's Name

**c/o Gary Russo, Esq.**
**The Russo Law Firm**
**701 Northpoint Parkway,**
**Suite 315**
**West Palm Beach, FL 33407**
Creditor's mailing address

**russoattorneys@gmail.com**
Creditor's email address, if known

**Date debt was incurred**
**2/17/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Jame F. Biagi, P.E.**
**2. KK-PB Financial LLC**
**3. David Campanaro**
**4. TWG Enterprises Waterproofing & Painting**
**5. Palm House Hotel, LLLP**
**6. The Place for Tile, Inc.**
**7. New Haven Contracting South, Inc.**
**8. Van Linda Ironworks, Inc.**
**9. Town of Palm Beach**
**10. Richard's Woodwork, Inc.**

Describe debtor's property that is subject to a lien
**160 Royal Palm Way, Palm Beach FL**

Describe the lien
**Judgment**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim: $60,654.70**   **Value of collateral: $16,100,000.00**

---

**2.2** | **Jame F. Biagi, P.E.**    Describe debtor's property that is subject to a lien    **$49,391.76**    **$16,100,000.00**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **160 Royal Palm, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's Name | **160 Royal Palm Way, Palm Beach FL** |
| **1915 NE 45th Street** | |
| **Suite 107** | |
| **Fort Lauderdale, FL 33308** | |
| Creditor's mailing address | **Describe the lien** |
| | **Judgment** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **7/10/2015** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| **2.3** | **KK-PB Financial LLC** | **Describe debtor's property that is subject to a lien**  $27,468,750.00    $16,100,000.00 |
| | Creditor's Name | **160 Royal Palm Way, Palm Beach FL** |
| | **13501 South Shore Boulevard** | |
| | **Suite 101** | |
| | **Wellington, FL 33414** | |
| | Creditor's mailing address | **Describe the lien** |
| | | **Mortgage** |
| | | **Is the creditor an insider or related party?** |
| | | ■ No |
| | Creditor's email address, if known | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| | **Date debt was incurred** | ■ No |
| | **3/28/2014** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| | | |
|---|---|---|
| **2.4** | **New Haven Contracting South, Inc.** | **Describe debtor's property that is subject to a lien**  $3,387,855.55    $16,100,000.00 |
| | Creditor's Name | **160 Royal Palm Way, Palm Beach FL** |
| | **638 Shore Drive** | |
| | **Boynton Beach, FL 33435** | |
| | Creditor's mailing address | **Describe the lien** |
| | | **Judgment** |
| | | **Is the creditor an insider or related party?** |
| | | ■ No |
| | Creditor's email address, if known | ☐ Yes |
| | | **Is anyone else liable on this claim?** |
| | **Date debt was incurred** | ■ No |
| | **2/7/2017** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| | **Last 4 digits of account number** | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 2 of 6

| Debtor | **160 Royal Palm, LLC** | | Case number (if know) | |
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.5 | **Palm House Hotel, LLLP** | **Describe debtor's property that is subject to a lien** | **$39,500.00** | **$16,100,000.00** |
| | Creditor's Name | **160 Royal Palm Way, Palm Beach FL** | | |

**197 S. Federal Highway, Suite 200**
**Boca Raton, FL 33432**
Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**10/17/2014**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.6 | **Richard's Woodwork, Inc.** | **Describe debtor's property that is subject to a lien** | **$36,140.07** | **$16,100,000.00** |
| | Creditor's Name | **160 Royal Palm Way, Palm Beach FL** | | |

**1301**
**53rd St. #2**
**West Palm Beach, FL 33407**
Creditor's mailing address

**Describe the lien**
**Judgment**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/29/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **The Place for Tile, Inc.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$16,100,000.00** |
| | Creditor's Name | **160 Royal Palm Way, Palm Beach FL** | | |

**7957 NW 54th Street**
**Miami, FL 33166**
Creditor's mailing address

**Describe the lien**
**Judgment Lien ORB 28517/P1307 PBC**

---

Debtor    **160 Royal Palm, LLC**                                   Case number (if know) _____
Name

| | Is the creditor an insider or related party? |
|---|---|
| Creditor's email address, if known | ☑ No |
| | ☐ Yes |
| **Date debt was incurred** | Is anyone else liable on this claim? |
| **8/19/2016** | ☐ No |
| **Last 4 digits of account number** | ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Town of Palm Beach** | Describe debtor's property that is subject to a lien | **Unknown** | **$16,100,000.00** |
|---|---|---|---|---|

Creditor's Name

**345 South County Road
Palm Beach, FL 33480-4443**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**160 Royal Palm Way, Palm Beach FL**

**Describe the lien**
**Code Enforcement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/3/2015**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **TWG Enterprises Waterproofing & Painting** | Describe debtor's property that is subject to a lien | **$25,880.07** | **$16,100,000.00** |
|---|---|---|---|---|

Creditor's Name

**c/o Adam G. Heffner, Esq.
1900 NW Corporate Blvd.
Suite 301-West Building
Boca Raton, FL 33431**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**160 Royal Palm Way, Palm Beach FL**

**Describe the lien**
**Judgment**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**adam@heffnerlaw.com**
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/11/2016**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor    **160 Royal Palm, LLC**
_____    Case number (if know) _____
Name

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.1 0 | **Van Linda Ironworks, Inc.** | Describe debtor's property that is subject to a lien | $82,160.09 | $16,100,000.00 |
|---|---|---|---|---|

Creditor's Name    **160 Royal Palm Way, Palm Beach FL**

**3787 Boutwell Road**
**Boynton Beach, FL 33435**
Creditor's mailing address

Describe the lien
**Judgment**
Is the creditor an insider or related party?
■ No
_____    ☐ Yes
Creditor's email address, if known    Is anyone else liable on this claim?

**Date debt was incurred**    ☐ No
**3/2/2016**    ■ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)
**Last 4 digits of account number**

Do multiple creditors have an    As of the petition filing date, the claim is:
interest in the same property?    Check all that apply
☐ No    ☐ Contingent
■ Yes. Specify each creditor,    ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.
**Specified on line 2.1**

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $31,150,332. 24 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Adam G. Heffner, Esquire**<br>**1900 N.W. Corporate Blvd.**<br>**Suite 301-West Building**<br>**Boca Raton, FL 33431** | Line  **2.9** | |
| **Craig T. Galle, Esquire**<br>**The Galle Law Group**<br>**13501 South Shore Blvd., Suite 103**<br>**Wellington, FL 33414** | Line  **2.3** | |
| **Daniel A. Hershman, Esq.**<br>**2240 Palm Beach Lakes Blvd.**<br>**Suite 101**<br>**West Palm Beach, FL 33401** | Line  **2.4** | |
| **Garry Russo, Esquire**<br>**The Russo Law Firm**<br>**701 Northpoint Parkway, Suite 315**<br>**West Palm Beach, FL 33407** | Line  **2.1** | |

Debtor    **160 Royal Palm, LLC**
_____
            Name

Case number (if know)    _____

| | |
|---|---|
| **Henry B. Handler, Esquire**<br>**Weiss, Handler & Cornwell, P.A.**<br>**2255 Glades Road**<br>**Suite 218A**<br>**Boca Raton, FL 33431** | Line  **2.5** |
| **Jeffrey C. Pepin, Esquire**<br>**3418 Poinsttia Avenue**<br>**West Palm Beach, FL 33407** | Line  **2.6** |
| **John C. Randolph, Esquire**<br>**Jones, Foster, Johnson, & Stubbs, P.A.**<br>**Post Office Box 3475**<br>**West Palm Beach, FL 33402-3475** | Line  **2.8** |
| **Jordana L. Goldstein, Esq.**<br>**150 South Pine Island Road., Suite 400**<br>**Plantation, FL 33324** | Line  **2.10** |
| **Michael E. O'Connor, Esq.**<br>**111 SE 12th St.**<br>**Fort Lauderdale, FL 33316** | Line  **2.2** |
| **Michael T. Landen, Esquire**<br>**Kluger, Kaplan, Silverman, Katzen &**<br>**Levine, P.L.**<br>**201 S. Biscayne Blvd., 27th Floor**<br>**Miami, FL 33131** | Line  **2.7** |

| Fill in this information to identify the case: |
| --- |

Debtor name     **160 Royal Palm, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |
| **2.1** Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**For Information Purposes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**Attn: Special Procedures**<br>**P.O. Box 34045**<br>**Stop 572**<br>**Jacksonville, FL 32202** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
| Date or dates debt was incurred | Basis for the claim:<br>**For Information Purposed** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Debtor    **160 Royal Palm, LLC**                                                    Case number (if known) _____

Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19114

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of Attorney General**
**State of Florida**
**The Capitol PL-01**
**Tallahassee, FL 32399-1050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**SEC Headquarters**
**100 F Street, NE**
**Washington, DC 20549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Securities and Exchange**
**Commission**
**801 Brickell Ave., Suite 1800**
**Miami, FL 33131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **160 Royal Palm, LLC**                                    Case number *(if known)* _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**2.7** Priority creditor's name and mailing address
**United States Attorney General's Office**
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530-0001**

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)        ■ No
                                                ☐ Yes

---

**2.8** Priority creditor's name and mailing address
**US Attorney Southern District of Florida**
**500 East Broward Boulevard**
**Fort Lauderdale, FL 33394**

As of the petition filing date, the claim is: $0.00 $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)        ■ No
                                                ☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
**Absolute Plumbing, LLC**
**917 N. Railroad Avenue**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is: *Check all that apply.*    **$68,516.25**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/2014

Basis for the claim:  **Expired Construction Claim of Lien**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Ali Adampeyra**
**UAE Dubai, downtown, Burj Khalifa, Unit 5507**
**Iran**

As of the petition filing date, the claim is: *Check all that apply.*    **$628,055.63**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
**All Star Equipment**
**Todd Taylor**
**6753 Garden Rd.**
**Suite 101**
**West Palm Beach, FL 33404**

As of the petition filing date, the claim is: *Check all that apply.*    **$10,940.85**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/14/2014

Basis for the claim:  **Expired Construction Claim of Lien**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **160 Royal Palm, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,352.87 |
|---|---|---|---|

**Allied Interiors**
**6363 Edgewater Drive**
**Orlando, FL 32810**

Date(s) debt was incurred  9/25/2014

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Expired Construction Claim of Lien**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627,548.60 |
|---|---|---|---|

**Baoping Liu**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632,819.60 |
|---|---|---|---|

**Bei Zhu**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617,561.63 |
|---|---|---|---|

**Changyue Liu**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630,593.64 |
|---|---|---|---|

**Chengyu Gu**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635,241.53 |
|---|---|---|---|

**Chunning Ye**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **160 Royal Palm, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Connect Auto, Inc.**
**550 Business Park Way**
**Suite 6**
**West Palm Beach, FL 33411-1743**

Date(s) debt was incurred  **3/28/2016**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Replevin of motor vehicle**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$630,972.04** |
|---|---|---|---|

**Cuilian Li**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$629,243.75** |
|---|---|---|---|

**Daqin Weng**
**c/o Edward Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David W. Gorman**
**631 Lucerne Avenue**
**Lake Worth, FL 33460**

Date(s) debt was incurred  **5/8/2015**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**  **Recorded Memorandum of Understanding Agreement**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$660,665.31** |
|---|---|---|---|

**Dongsheng Zhu**
**c/o Edward Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$675,343.06** |
|---|---|---|---|

**Feng Guo**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **160 Royal Palm, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$38,361.46**

**Fernando Wong Outdoor Living Design, Inc**
1500 Bay Road, Suite 600
Miami Beach, FL 33139

Date(s) debt was incurred  **11/18/2014**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expired Construction Claim of Lien**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$690,223.68**

**Hali Eversen**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$631,341.72**

**Hao Lou**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657,867.44**

**Hongru Pan**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,387.04**

**HUFCOR Inc. d/b/a HUFCOR Florida Group**
1301 Central Park Drive
Sanford, FL 32771

Date(s) debt was incurred  **11/1/2014**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expired Construction Claim of Lien**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$630,713.83**

**Juewei Zhou**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$664,947.20**

**Junqiang Feng**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **160 Royal Palm, LLC** | Case number (if known) | |
| | Name | | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
| | **Kammerer Mariani PLLC** | ☐ Contingent | |
| | **1601 Forum Place, Suite 500** | ☐ Unliquidated | |
| | **West Palm Beach, FL 33401** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _Legal Services_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$633,050.44** |
| | **Kuang Yaoping** | | |
| | **c/o Edward A. Marod** | ☐ Contingent | |
| | **777 S. Flagler Drive** | ☐ Unliquidated | |
| | **Suite 500E** | ☐ Disputed | |
| | **West Palm Beach, FL 33401** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$672,672.48** |
| | **Lan Li** | | |
| | **c/o Edward A. Marod** | ☐ Contingent | |
| | **777 S. Flagler Drive** | ☐ Unliquidated | |
| | **Suite 500E** | ☐ Disputed | |
| | **West Palm Beach, FL 33401** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,377.76** |
| | **Landmark Construction Companies, Inc.** | ☐ Contingent | |
| | **d/b/a RoofPro** | ☐ Unliquidated | |
| | **1486-E Skees Rd.** | ☐ Disputed | |
| | **West Palm Beach, FL 33480** | | |
| | Date(s) debt was incurred _10/16/2014_ | Basis for the claim: _Expired Construction Claim of Lien_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$657,527.95** |
| | **Li Dongsheng** | | |
| | **c/o Edward A. Marod** | ☐ Contingent | |
| | **777 S. Flagler Drive** | ☐ Unliquidated | |
| | **Suite 500E** | ☐ Disputed | |
| | **West Palm Beach, FL 33401** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$657,952.40** |
| | **Li Zhang** | | |
| | **c/o Edward A. Marod** | ☐ Contingent | |
| | **777 S. Flagler Drive** | ☐ Unliquidated | |
| | **Suite 500E** | ☐ Disputed | |
| | **West Palm Beach, FL 33401** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **160 Royal Palm, LLC**                                    Case number (if known) _____
_____
Name

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$627,097.77** |
|---|---|---|---|

**Ling Li**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$631,903.96** |
|---|---|---|---|

**Liyan Feng**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,947.43** |
|---|---|---|---|

**Macschmeyer Concrete Company of Florida,**
**c/o Naomi Stevenson**
**1142 Watertower Road**
**Lake Park, FL 33403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/7/2014

Basis for the claim: **Expired Construction Claim of Lien**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**McCabe Rabin**
**1601 Forum Place, Sutie 201**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/1/2016

Basis for the claim: **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**McDonald Hopkins Co., LLC**
**Accounts Receivable**
**600 Superior Avenue, E**
**Suite 2100**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/6/2016

Basis for the claim: **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**McDonald Hopkins LLC**
**Accounts Receivable**
**600 Superior Avenue, E.**
**Suite 2100**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/6/2016

Basis for the claim: **Legal Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **160 Royal Palm, LLC**                                        Case number (if known) _____
_____
Name

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**McDonald Hopkins, LLC**
**Accounts Receivable**
**600 Superior Avenue, E**
**Suite 2100**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim:  **Legal Services**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**McIntosh & Schwartz, PL**
**888 Southeast Third Avenue, Suite 201**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/15/2016**

Basis for the claim:  **Legal Services**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$632,370.48** |

**Min Cui**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$631,490.21** |

**Min Li**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$639,482.78** |

**Mohammad Zargar**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$636,466.16** |

**Mohammadreza Sedaghat**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

Basis for the claim: __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$88,513.00** |

**Moore Unique Interiors, Inc.**
**16889 West Secretariat Drive**
**Loxahatchee, FL 33470**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10/22/2014**

Basis for the claim:  **Expired Construction Claim of Lien**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **160 Royal Palm, LLC**
_____
Name

Case number (if known) _____

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $10,422.00 |
|---|---|---|---|

3.42  **Nonpriority creditor's name and mailing address**

**MPC Pools, Inc.**
**12720 Orange Grove Blvd.**
**West Palm Beach, FL 33411**

Date(s) debt was incurred  **10/23/2014**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expired Construction Claim of Lien**

Is the claim subject to offset?  ■ No  ☐ Yes

**$10,422.00**

---

3.43  **Nonpriority creditor's name and mailing address**

**Palm House Hotel, LLLP**
**197 S. Federal Highway, Suite 200**
**Boca Raton, FL 33432**

Date(s) debt was incurred  **10/17/2014**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **action for conversion of loan funds**

Is the claim subject to offset?  ■ No  ☐ Yes

**$39,500,000.00**

---

3.44  **Nonpriority creditor's name and mailing address**

**Paul Cleary d/b/a Cleary Plumbing Inc.**
**925 S. Military Trail D11**
**West Palm Beach, FL 33415**

Date(s) debt was incurred  **8/22/2013**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expired Construction Claim of Lien**

Is the claim subject to offset?  ■ No  ☐ Yes

**$82,374.75**

---

3.45  **Nonpriority creditor's name and mailing address**

**Qingyun Yu**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

**$629,606.72**

---

3.46  **Nonpriority creditor's name and mailing address**

**Qiong Deng**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

**$630,977.25**

---

3.47  **Nonpriority creditor's name and mailing address**

**Qiongfang Zhu**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset?  ■ No  ☐ Yes

**$631,604.56**

---

3.48  **Nonpriority creditor's name and mailing address**

**Quality Concrete Pumping, Inc.**
**1842 NW 85th Drive**
**Coral Springs, FL 33071**

Date(s) debt was incurred  **10/27/2014**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expired Construction Claim of Lien**

Is the claim subject to offset?  ■ No  ☐ Yes

**$4,812.44**

---

Debtor **160 Royal Palm, LLC**
Name

Case number (if known) _____

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$657,950.72** |
|---|---|---|---|

**Ran Chen**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$635,773.79** |
|---|---|---|---|

**Reza Siamak Nia**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$631,730.60** |
|---|---|---|---|

**Ruji Li**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$633,224.64** |
|---|---|---|---|

**Rujing Wei**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$607,879.57** |
|---|---|---|---|

**Sanaz Salehin**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$621,625.32** |
|---|---|---|---|

**Sara Salehin**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **160 Royal Palm, LLC**

Case number (if known) _____

Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$668,426.00** |

**Sha Shi**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$630,291.40** |

**Shahriar Ebrahimian**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$622,046.48** |

**Shaoping Huang**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$630,646.69** |

**Shaoqing Zeng**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$654,786.66** |

**Shu Jiang**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$655,194.90** |

**Shuangyun Wang**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **160 Royal Palm, LLC**                                      Case number (if known) _____
_____
Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $652,760.62 |
|---|---|---|---|

**Tang Cheok Fai**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $665,530.24 |
|---|---|---|---|

**Tao Xiong**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $666,662.66 |
|---|---|---|---|

**Tingting Sun**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $666,355.45 |
|---|---|---|---|

**Tonghui Luan**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,796,000.00 |
|---|---|---|---|

**Town of Palm Beach**
**345 South County Road**
**Palm Beach, FL 33480-4443**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  2/15/2013

**Basis for the claim:**  Development Agreement

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,013.17 |
|---|---|---|---|

**Wallace Surveying Corporation**
**5553 Village Boulevard**
**West Palm Beach, FL 33407**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Expired Construction Claim of Lien

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **160 Royal Palm, LLC**       Case number *(if known)* _____
Name

| 3.67 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$668,426.00** |
|---|---|---|---|

**Wenhao Zhang**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$631,891.50** |
|---|---|---|---|

**Xiang Chunhua**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$656,347.36** |
|---|---|---|---|

**Xiang She**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$664,865.12** |
|---|---|---|---|

**Xiao Sun**
**c/o Edward Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$663,416.72** |
|---|---|---|---|

**Xiaonan Wang**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$628,744.66** |
|---|---|---|---|

**Xiaoping Zhang**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **160 Royal Palm, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$556,305.50** |
|---|---|---|---|

**Xpert Elevator Services, Inc.**
**550 Business Park Way, Bay #8**
**West Palm Beach, FL 33411**

Date(s) debt was incurred **11/14/2014**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Expired construction claim of lien**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$634,749.32** |
|---|---|---|---|

**Yajun Kang**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$630,593.64** |
|---|---|---|---|

**Yan Chen**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$664,865.12** |
|---|---|---|---|

**Yawen Li**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$619,039.93** |
|---|---|---|---|

**Yi Zhao**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$657,017.42** |
|---|---|---|---|

**Ying Fei**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **160 Royal Palm, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $666,404.80 |
| --- | --- | --- | --- |

**Ying Tan**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $629,593.23 |
| --- | --- | --- | --- |

**Yingjun Yang**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668,840.54 |
| --- | --- | --- | --- |

**Yuanbo Wang**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630,545.22 |
| --- | --- | --- | --- |

**Yulong Tang**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635,163.03 |
| --- | --- | --- | --- |

**Zhaohui Li (Chaohui Li)**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $664,865.12 |
| --- | --- | --- | --- |

**Zheng Yu**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | 160 Royal Palm, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632,397.92 |
|---|---|---|---|

**Zhiling Gan**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $629,325.60 |
|---|---|---|---|

**Zili Zhang**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Henry Handler, Esquire**<br>**Weiss, Handler & Cornwell, P.A.**<br>**One Boca Plaza**<br>**2255 Glades Road, Suite 218-A**<br>**Boca Raton, FL 33431-7392** | Line **3.43**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Henry Handler, Esquire**<br>**Weiss, Handler & Cornwell, P.A.**<br>**One Boca Plaza**<br>**2255 Glades Road, Suite 218-A**<br>**Boca Raton, FL 33431-7392** | Line **3.10**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **John C. Randolph, Esquire**<br>**Jones, Foster, Johnston & Stubbs, P.A.**<br>**Flagler Center Tower**<br>**505 South Flagler Drive, Suite 1100**<br>**West Palm Beach, FL 33401** | Line **3.65**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jose D. Sosa, Esquire**<br>**Law Office of Jose D. Sosa, P.C.**<br>**712 US Highway One, 301-16**<br>**North Palm Beach, FL 33408** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Peter B. Rowell, Esquire**<br>**The Barthet Firm**<br>**200 S. Biscayne Blvd., Suite 1800**<br>**Miami, FL 33131** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 83,776,644.33 |

Debtor   **160 Royal Palm, LLC**
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.   $ _____ **83,776,644.33**

**Fill in this information to identify the case:**

Debtor name    **160 Royal Palm, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Recorded Declaration of Use Agreement, as amended by Amendment and Second Amendment to Declaration of Use Agreement** | |
| | State the term remaining | **Indefinite (7/3/2007, 12/28/2012, 8/13/2013)** | **Town of Palm Beach** |
| | List the contract number of any government contract | **ORB 219/P 499, ORB 25694/P 633 and ORB 26251/P 78 PBC** | **345 South County Rd.** **Palm Beach, FL 33480-4443** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Recorded Heart of Palm Beach Hotel Construction Management Agreement dated July 30, 2007** | |
| | State the term remaining | **Indefinite (July 30, 2007)** | **Town of Palm Beach** |
| | List the contract number of any government contract | **ORB 21987/P 510 PBC** | **345 South County Road** **Palm Beach, FL 33480-4443** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Recorded Neighbor Agreement dated 4/9/2007** | |
| | State the term remaining | **Indefinite (4/9/2007)** | **Vivian Doris** |
| | List the contract number of any government contract | **ORB 21843/P 896; ORB 21843/P 896 PBC** | **155 Brazilian Ave.** **Palm Beach, FL 33480** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    

**Fill in this information to identify the case:**

Debtor name __**160 Royal Palm, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Alliance Contracting Group** | **3601 N Dixie Highway**<br>**Boca Raton, FL 33431** | **Palm House Hotel, LLLP** | ☐ D _____<br>☑ E/F __3.43__<br>☐ G _____ |
| 2.2 **New Haven Contracting South, Inc.** | **638 Shore Drive**<br>**Boynton Beach, FL 33435** | **Richard's Woodwork, Inc.** | ☑ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **New Haven Contracting South, Inc.** | **638 Shore Drive**<br>**Boynton Beach, FL 33435** | **Van Linda Ironworks, Inc.** | ☑ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **New Haven Contracting South, Inc.** | **638 Shore Drive**<br>**Boynton Beach, FL 33435** | **David Campanaro** | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **New Haven Contracting South, Inc.** | **638 Shore Drive**<br>**Boynton Beach, FL 33435** | **TWG Enterprises Waterproofing & Painting** | ☑ D __2.9__<br>☐ E/F _____<br>☐ G _____ |

Debtor     **160 Royal Palm, LLC**                                Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **New Haven Contracting South, Inc.** | **638 Shore Drive** **Boynton Beach, FL 33435** | **All Star Equipment** | ☐ D _____ ■ E/F __3.3__ ☐ G _____ |
| 2.7 | **New Haven Contracting South, Inc.** | **638 Shore Drive** **Boynton Beach, FL 33435** | **MPC Pools, Inc.** | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.8 | **New Haven Contracting South, Inc.** | **638 Shore Drive** **Boynton Beach, FL 33435** | **Absolute Plumbing, LLC** | ☐ D _____ ■ E/F __3.1__ ☐ G _____ |
| 2.9 | **New Haven Contracting South, Inc.** | **638 Shore Drive** **Boynton Beach, FL 33435** | **Xpert Elevator Services, Inc.** | ☐ D _____ ■ E/F __3.73__ ☐ G _____ |
| 2.10 | **New Haven Contracting South, Inc.** | **638 Shore Drive** **Boynton Beach, FL 33435** | **The Place for Tile, Inc.** | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.11 | **New Haven Contracting South, Inc.** | **638 Shore Drive** **Boynton Beach, FL 33435** | **HUFCOR Inc. d/b/a HUFCOR Florida Group** | ☐ D _____ ■ E/F __3.20__ ☐ G _____ |
| 2.12 | **New Haven Contracting South, Inc.** | **638 Shore Drive** **Boynton Beach, FL 33435** | **Allied Interiors** | ☐ D _____ ■ E/F __3.4__ ☐ G _____ |

---

**Fill in this information to identify the case:**

Debtor name     **160 Royal Palm, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   Income

1.  **Gross revenue from business**

    ■ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2018** to  **Filing Date** | **Sale of 2011 Maserati (VIN ZAM45KMA1B0056772)** | **$35,993.00** |
| **For prior year:**<br>From  **1/01/2017** to  **12/31/2017** | **None** | **$0.00** |
| **For year before that:**<br>From  **1/01/2016** to  **12/31/2016** | **U.S. Clerk of Court/Yacht Sale Proceeds** | **$2,326,320.92** |

**Part 2:**   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    160 Royal Palm, LLC _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Architectural Precast & Foam, LLC**<br>**c/o Christopher Rapp, Esq.**<br>**Kelley Kronenberg**<br>**1475 Centrepark Blvd., Ste. 275**<br>**West Palm Beach, FL 33401** | 3-29-2018 | $44,501.40 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Court Order dated**<br>**March 28, 2018** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **160 Royal Palm Way, 160**<br>**Royal Palm LLC**<br>**CE14-1212** | **Code**<br>**Enforcement**<br>**violation** | **Town of Palm Beach Police**<br>**Department**<br>**345 South County Road**<br>**Palm Beach, FL 33480-4443** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **160 Royal Palm, LLC**                                      Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | **160 Royal Palm LLC v. Town of Palm Beach**<br>**502012CA023613** | **Declaratory action, seeking a declaration that the original development order granted for developing the hotel was extended automatically by the Legislature for two years.** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **KK-PB Financial, LLC v. 160 Royal Palm, LLC & Palm House Hotel, LLLP**<br>**502014CA011203** | **Action to foreclosure first mortgage on the Palm House Hotel property.** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **160 Royal Palm, LLC v. Black**<br>**502014CA012824** | **Suit against Ryan Black, the former manager of Palm House, LLC, for injunctive relief (return of all property illegally removed from Palm House Hotel) for trespass** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Palm House Hotel, LLLP v. Palm House, LLC**<br>**502014CA014382** | **Action to enforce the terms of a $31.8 million promissory note between Palm House Hotel, LLLP and Palm House, LLC, contituting funds to be used to renovate the Palm House Hotel property; counterclaims asserted for tresspassing, misappropriation of trade secrets, and other torts. These same funds are disputed in case nos. 502015CA013244 and 502015CA014459** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    __160 Royal Palm, LLC_____    Case number *(if known)*_____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. **Black v. G. Matthews & Palm House, LLC**<br>**502014CA014846** | **Suit to appoint a receiver over Palm House, LLC and 160 Royal Palm, LLC and to dissolve both entities; counterclaims filed for specific performance (to force Black to relinquish any membership interest in Palm House, LLC) and to invalidate the purported second mortgage held by Palm House Hotel, LLLP on the Palm House Hotel property.** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **New Haven Contracting South, Inc. v. 160 Royal Palm, LLC**<br>**502015CA013244** | **Foreclosure of a construction lien on the Palm House Hotel property.** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **Black, derivatively on behalf of Palm House, LLC v. R. Matthews; M. Matthews; N. Laudano; L. Evans; Leslie Robert Evans & Assocs.; New Haven Contracting South, Inc.; Mirabia, LLC; Botticelli Advisors, LLC; NJ: Dev. Group, LLC; Palm House Palm Beach, LLC**<br>**502015CA014228** | **Claims for Florida RICO, conspiracy, conversion, breach of fiduciary duty, unjust enrichment, and tortious interference with contract, among others, for purported misappropriation of Palm House, LLC assets by the various defendants. The "assets" at issue here are the funds loaned by Palm House Hotel, LLLP at issue in case nos. 4 and 8.** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **Architectural Precast & Foam, LLC v. 160 Royal Palm, LLC**<br>**502015CA014459** | **Foreclosure of a construction lien on the Palm House Hotel property.** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   160 Royal Palm, LLC _____   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.10. | **Palm House Hotel, LLLP v. R. Matthews; M. Matthews; N. Laudano; J. Yu; L. Evans; Leslie Robert Evans & Assocs.; New Haven Contracting South, Inc.; Alibi, LLC; Alibi, Ltd.; Mirabia, LLC; Botticelli Advisors, LLC; 160 Royal Palm, LLC; Palm House PB, LLC; NJL Dev. Group, LLC**<br>**502015CA014480** | **Claims for Florida RICO, interference with loan agreement, convgersion of loaned funds, fraudulent transfer, and civil theft, among others, regarding the $39.5 million loan from Palm House Hotel, LLLP to Palm House. These funds are the same funds at issue in case no. 502014CA014382** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Concrete Connection Servs., LLC v. New Haven Contracting South, Inc.; 160 Royal Palm, LLC & Palm House Hotel, LLLP**<br>**502015CA002974** | **Foreclosure of a construction lien on the Palm House Hotel property.** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Connect Auto, Inc. v. R. Matthews; M. Matthews; Palm House PB, LLC**<br>**502016CA003374** | **Replevin of an automobile leased by 160 Royal Palm, LLC** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Maria Titova v. Palm House Hotel, LLLP**<br>**502016CA012723** | **Suit for inspection of partnership records by a limited partner of Palm House Hotel, LLLP pursuant to chapter 620, Florida Statutes.** | **15th Judicial Circuit**<br>**205 N. Dixie Highway**<br>**West Palm Beach, FL 33401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Li et al. v. Walsh et al.**<br>**16-81871-CIV-MARRA** | **Suit by EB-5 visa investors in Palm House Hotel, LLLP to recover the funds invested in the program to obtain U.S. visas. These funds are the same funds at issue in case nos. 502014CA014382, 502015CA013244, and 502015CA014459.** | **US District Court**<br>**Southern District of Florida**<br>**400 North Miami Ave**<br>**Miami, FL 33128** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Debtor    **160 Royal Palm, LLC**

Case number *(if known)*

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Cary Glickstein**<br>**1118 Waterway Lane**<br>**Delray Beach, FL 33483** | **Real and personal property located at 160 Royal Palm Way, Palm Beach FL** | **$16,128,000.00** |
| | **Case title**<br>**Ryan Black v. Gerry Matthews, et al.** | **Court name and address**<br>**Circuit Court, 15th**<br>**Judicial Circuit, FL**<br>**205 North Dixie Highway**<br>**West Palm Beach, FL**<br>**33401** |
| | **Case number**<br>**502014CA014846XXXXMBAG** | |
| | **Date of order or assignment**<br>**July 16, 2015** | |

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **Cary Glickstein**<br>**1118 Waterway Lane**<br>**Delray Beach, FL 33483** | **Money in custodial account** | **$319,759.46** |
| | **Case title**<br>**Palm House Hotel, LLLP v. Matthews, etal** | **Court name and address**<br>**15th Judicial Circuit**<br>**Court, Florida**<br>**205 North Dixie Highway**<br>**West Palm Beach, FL**<br>**33401** |
| | **Case number**<br>**502015CA014480XXXXMBAG** | |
| | **Date of order or assignment**<br>**September 22, 2016** | |

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

Debtor    **160 Royal Palm, LLC**                                      Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **101 Casa Bendita**<br>**Palm Beach, FL 33480** | **4/14/2017 - Present** |
| 14.2. | **160 Royal Palm Way, Suite 110**<br>**Palm Beach, FL 33480** | **11/4/2013-4/14/2017** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

Debtor    **160 Royal Palm, LLC**  _____    Case number *(if known)* _____

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    160 Royal Palm, LLC _____    Case number *(if known)* _____

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   160 Royal Palm, LLC _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Palm House, LLC | 101 Casa Bendita<br>Palm Beach, FL 33480 | Sole Member | 100 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gerry Matthews | 161 Camp Road<br>Middlebury, CT 06762-2337 | Manager of Palm House LLC | 99 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ryan Black | 3930 N. Flagler Street<br>Suite 201<br>West Palm Beach, FL 33407 | Member of Palm House LLC | 1 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cary Glickstein | 1118 Waterway Lane<br>Delray Beach, FL 33483 | Court Appointed Receiver | 0 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Gerry Matthews | 161 Camp Road<br>Middlebury, CT 06762-2337 | 99% Member/Manager<br>Palm House LLC | 10/2014 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor    **160 Royal Palm, LLC**                                    Case number *(if known)*

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 2, 2018**

Signature of individual signing on behalf of the debtor        **Cary Glickstein**
                                                                Printed name

Position or relationship to debtor    **Sole and Exclusive Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of Florida

In re    **160 Royal Palm, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Palm House, LLC<br>160 Royal Palm Way<br>Palm Beach, FL 33480** | **Owner** | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole and Exclusive Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **August 2, 2018**

Signature _____

**Cary Glickstein**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**United States Bankruptcy Court**
**Southern District of Florida**

In re    160 Royal Palm, LLC

    Case No.

    Debtor(s)    Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Sole and Exclusive Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors

is true and correct to the best of my knowledge.

Date:    **August 2, 2018**

Cary Glickstein/Sole and Exclusive Manager
Signer/Title

.

Absolute Plumbing, LLC
917 N. Railroad Avenue
West Palm Beach, FL 33401


Adam G. Heffner, Esquire
1900 N.W. Corporate Blvd.
Suite 301-West Building
Boca Raton, FL 33431


Ali Adampeyra
UAE Dubai, downtown, Burj
Khalifa, Unit 5507
Iran


All Star Equipment
Todd Taylor
6753 Garden Rd.
Suite 101
West Palm Beach, FL 33404


Alliance Contracting Group
3601 N Dixie Highway
Boca Raton, FL 33431


Allied Interiors
6363 Edgewater Drive
Orlando, FL 32810


Baoping Liu
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Bei Zhu
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Changyue Liu
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Chengyu Gu
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Chunning Ye
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Connect Auto, Inc.
550 Business Park Way
Suite 6
West Palm Beach, FL 33411-1743


Craig T. Galle, Esquire
The Galle Law Group
13501 South Shore Blvd., Suite 103
Wellington, FL 33414


Cuilian Li
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Daniel A. Hershman, Esq.
2240 Palm Beach Lakes Blvd.
Suite 101
West Palm Beach, FL 33401


Daqin Weng
c/o Edward Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


David Campanaro
c/o Gary Russo, Esq.
The Russo Law Firm
701 Northpoint Parkway, Suite 315
West Palm Beach, FL 33407

David W. Gorman
631 Lucerne Avenue
Lake Worth, FL 33460


Dongsheng Zhu
c/o Edward Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Feng Guo
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Fernando Wong Outdoor Living Design, Inc
1500 Bay Road, Suite 600
Miami Beach, FL 33139


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314-6668


Garry Russo, Esquire
The Russo Law Firm
701 Northpoint Parkway, Suite 315
West Palm Beach, FL 33407


Hali Eversen
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Hao Lou
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Henry B. Handler, Esquire
Weiss, Handler & Cornwell, P.A.
2255 Glades Road
Suite 218A
Boca Raton, FL 33431

Henry Handler, Esquire
Weiss, Handler & Cornwell, P.A.
One Boca Plaza
2255 Glades Road, Suite 218-A
Boca Raton, FL 33431-7392


Henry Handler, Esquire
Weiss, Handler & Cornwell, P.A.
One Boca Plaza
2255 Glades Road, Suite 218-A
Boca Raton, FL 33431-7392


Hongru Pan
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


HUFCOR Inc. d/b/a HUFCOR Florida Group
1301 Central Park Drive
Sanford, FL 32771


Internal Revenue Service
Attn: Special Procedures
P.O. Box 34045
Stop 572
Jacksonville, FL 32202


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114


Jame F. Biagi, P.E.
1915 NE 45th Street
Suite 107
Fort Lauderdale, FL 33308


Jeffrey C. Pepin, Esquire
3418 Poinsttia Avenue
West Palm Beach, FL 33407


John C. Randolph, Esquire
Jones, Foster, Johnson, & Stubbs, P.A.
Post Office Box 3475
West Palm Beach, FL 33402-3475

John C. Randolph, Esquire
Jones, Foster, Johnston & Stubbs, P.A.
Flagler Center Tower
505 South Flagler Drive, Suite 1100
West Palm Beach, FL 33401


Jordana L. Goldstein, Esq.
150 South Pine Island Road., Suite 400
Plantation, FL 33324


Jose D. Sosa, Esquire
Law Office of Jose D. Sosa, P.C.
712 US Highway One, 301-16
North Palm Beach, FL 33408


Juewei Zhou
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Junqiang Feng
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Kammerer Mariani PLLC
1601 Forum Place, Suite 500
West Palm Beach, FL 33401


KK-PB Financial LLC
13501 South Shore Boulevard
Suite 101
Wellington, FL 33414


Kuang Yaoping
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Lan Li
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Landmark Construction Companies, Inc.
d/b/a RoofPro
1486-E Skees Rd.
West Palm Beach, FL 33480


Li Dongsheng
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Li Zhang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Ling Li
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Liyan Feng
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Macschmeyer Concrete Company of Florida,
c/o Naomi Stevenson
1142 Watertower Road
Lake Park, FL 33403


McCabe Rabin
1601 Forum Place, Sutie 201
West Palm Beach, FL 33401


McDonald Hopkins Co., LLC
Accounts Receivable
600 Superior Avenue, E
Suite 2100
Cleveland, OH 44114

McDonald Hopkins LLC
Accounts Receivable
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114


McDonald Hopkins, LLC
Accounts Receivable
600 Superior Avenue, E
Suite 2100
Cleveland, OH 44114


McIntosh & Schwartz, PL
888 Southeast Third Avenue, Suite 201
Fort Lauderdale, FL 33316


Michael E. O'Connor, Esq.
111 SE 12th St.
Fort Lauderdale, FL 33316


Michael T. Landen, Esquire
Kluger, Kaplan, Silverman, Katzen &
Levine, P.L.
201 S. Biscayne Blvd., 27th Floor
Miami, FL 33131


Min Cui
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Min Li
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Mohammad Zargar
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Mohammadreza Sedaghat
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Moore Unique Interiors, Inc.
16889 West Secretariat Drive
Loxahatchee, FL 33470


MPC Pools, Inc.
12720 Orange Grove Blvd.
West Palm Beach, FL 33411


New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435


New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435


New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435


New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435


New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435


New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435


New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435


New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435

```
New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435


New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435


New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435


New Haven Contracting South, Inc.
638 Shore Drive
Boynton Beach, FL 33435


Office of Attorney General
State of Florida
The Capitol PL-01
Tallahassee, FL 32399-1050


Palm House Hotel, LLLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432


Palm House Hotel, LLLP
197 S. Federal Highway, Suite 200
Boca Raton, FL 33432


Paul Cleary d/b/a Cleary Plumbing Inc.
925 S. Military Trail D11
West Palm Beach, FL 33415


Peter B. Rowell, Esquire
The Barthet Firm
200 S. Biscayne Blvd., Suite 1800
Miami, FL 33131


Qingyun Yu
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401
```

Qiong Deng
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Qiongfang Zhu
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Quality Concrete Pumping, Inc.
1842 NW 85th Drive
Coral Springs, FL 33071


Ran Chen
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Reza Siamak Nia
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Richard's Woodwork, Inc.
1301
53rd St. #2
West Palm Beach, FL 33407


Ruji Li
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Rujing Wei
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Sanaz Salehin
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Sara Salehin
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


SEC Headquarters
100 F Street, NE
Washington, DC 20549


Securities and Exchange Commission
801 Brickell Ave., Suite 1800
Miami, FL 33131


Sha Shi
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Shahriar Ebrahimian
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Shaoping Huang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Shaoqing Zeng
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

```
Shu Jiang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Shuangyun Wang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Tang Cheok Fai
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Tao Xiong
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


The Place for Tile, Inc.
7957 NW 54th Street
Miami, FL 33166


Tingting Sun
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Tonghui Luan
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Town of Palm Beach
345 South County Road
Palm Beach, FL 33480-4443


Town of Palm Beach
345 South County Road
Palm Beach, FL 33480-4443
```

```
Town of Palm Beach
345 South County Rd.
Palm Beach, FL 33480-4443


Town of Palm Beach
345 South County Road
Palm Beach, FL 33480-4443


TWG Enterprises Waterproofing & Painting
c/o Adam G. Heffner, Esq.
1900 NW Corporate Blvd.
Suite 301-West Building
Boca Raton, FL 33431


United States Attorney General's Office
US Department of Justice
950 Pennsylvania Avenue
Washington, DC 20530-0001


US Attorney Southern District of Florida
500 East Broward Boulevard
Fort Lauderdale, FL 33394


Van Linda Ironworks, Inc.
3787 Boutwell Road
Boynton Beach, FL 33435


Vivian Doris
155 Brazilian Ave.
Palm Beach, FL 33480


Wallace Surveying Corporation
5553 Village Boulevard
West Palm Beach, FL 33407


Wenhao Zhang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Xiang Chunhua
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401
```

Xiang She
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Xiao Sun
c/o Edward Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Xiaonan Wang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Xiaoping Zhang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Xpert Elevator Services, Inc.
550 Business Park Way, Bay #8
West Palm Beach, FL 33411


Yajun Kang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Yan Chen
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Yawen Li
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Yi Zhao
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Ying Fei
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Ying Tan
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Yingjun Yang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Yuanbo Wang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Yulong Tang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Zhaohui Li (Chaohui Li)
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Zheng Yu
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

```
Zhiling Gan
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401


Zili Zhang
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401
```