UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                                                Case No.: 18-19441-BKC-EPK

160 ROYAL PALM, LLC,                                     Chapter 11

    Debtor.
_____/

**SECURED CREDITOR KK-PB FINANCIAL, LLC'S INITIAL OBJECTION TO DEBTOR'S MOTION FOR THE ENTRY OF AN ORDER (I) APPROVING BID PROCEDURES AND BID PROTECTIONS IN CONNECTION WITH THE SALE OF SUBSTANTIALLY ALL OF ITS ASSETS, (II) APPROVING THE FORM AND MANNER OF NOTICE OF SALE, (III) SCHEDULING AN AUCTION AND SALE HEARING AND (IV) APPROVING THE SALE OF THE ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

Secured Creditor, KK-PB Financial, LLC ("**KK-PB Financial**"), submits this initial objection to Debtor 160 Royal Palm, LLC's Motion for the Entry of an Order (I) Approving Bid Procedures and Bid Protections in Connection with the Sale of Substantially All of Its Assets, (II) Approving the Form and Manner of Notice of Sale, (III) Scheduling an Auction and Sale Hearing and (IV) Approving the Sale of the Assets Free and Clear of Liens, Claims and Encumbrances (the "**Bidding Procedures**" or "**Sale Motion**") [ECF No. 92], and states:

    1.    KK-PB Financial is the lender and first priority lienholder in connection with a $27.4 million transaction involving the Debtor's acquisition of the real property located at 160 Royal Palm Way, Palm Beach, Florida 33480 (the "**Royal Palm Way Property**"). In fact, only three payments have been made to KK-PB Financial since consummation of the transaction. No payments whatsoever have been made since January 14, 2015, such that the balance due and owing on the loan is more than $37 million.

    2.    Despite KK-PB Financial's first priority lien and security interest in the Royal Palm Way Property, by way of the Bidding Procedures and Sale Motion, the Debtor now seeks this Court's approval of the bid procedures and the sale of substantially all of its assets including the Royal Palm Way Property and other personal property identified in the

Sale Motion (collectively, the "**Assets**") for the purchase price of $32 million pursuant to the Asset Purchase Agreement between the Debtor and RREF II Palm House LLC (the "**Stalking Horse Bidder**" or "**RREF II Palm House**").

3. In connection with the proposed auction and sale, the Debtor further seeks this Court's authorization and approval to retain at least four additional professionals: (i) Philip J. Landau, Esq. of the law firm of Shraiberg, Landau, & Page, P.A., as special counsel to, among other things, provide legal services with respect to the validity, priority, and/or extent of liens and mortgages; (ii) Gregg H. Glickstein, Esq. and the law firm of and Gregg H. Glickstein, P.A., as special counsel to, among other things, further the disposition of the Royal Palm Way Property and the resolution of claims against the Property; (iii) David R. Miller and the firm of David Miller & Associates, P.A., as architect to provide, among other things, consulting services with respect to the construction plans and specifications as to the matters approved by the Town of Palm Beach regarding the Royal Palm Way Property; and (iv) Marcia H. Langley and the law firm of Greenberg Traurig, P.A., as real estate transactional counsel and title agent to assist the Debtor with respect to the sale, closing, and title work involved with the disposition of the Royal Palm Way Property.

4. Despite the fact that this case has been pending for over two months, the Debtor has yet to challenge KK-PB Financial's first priority lien and security interest in the Royal Palm Way Property in any way other than making unsubstantiated statements in its Response to KK-PB-Financial's Motion to reduce the notice period on its Stay Relief Motion [ECF No. 73], stating that the Debtor is "currently preparing actions against KK-PB Financial seeking, among other claims, equitable subordination and avoidance of KK-PB Financial's purported first-position mortgage" as to the Royal Palm Way Property. In fact, the Debtor has not sought to estimate or subordinate KK-PB Financial's claim as to the Royal Palm Way Property.

5. And as if this were not enough, the Debtor seeks the approval of the Bidding Procedures and the sale of substantially all of its Assets within an accelerated timetable with the auction and final hearing on approval of the sale to the successful bidder or the Stalking Horse scheduled for **November 5, 2018**, affording creditors and interested parties

insufficient notice and time to conduct their respective independent due diligence as to the proposed transaction, and requiring procedures that would restrict KK-PB Financial's ability to credit bid and require a 10% deposit of the purchase price (or more than $3.2 million) without Court approval. In fact, in the Sale Motion, the Debtor states that the "largest alleged secured claims are subject to significant dispute" and that the *Debtor's Motion to Limit Credit Bids with Respect to Sale of Substantially All of its Assets* would be filed. Sale Motion ¶ 18. To date, that Credit Bid Motion has not been filed.

6. KK-PB Financial maintains that the Royal Palm Way Property is fully secured and objects to a surcharge or carveout in connection with any transaction contemplated under the Asset Purchase Agreement or any agreement or contract with respect to the disposition of the Royal Palm Way Property.

7. For these reasons, the Bidding Procedures should not be approved and the proposed sale as described in the Sale Motion should not be authorized and the Sale Motion should be denied.

## ARGUMENT

8. Section 363 provides that a debtor may sell assets free and clear of any interest of an entity only if:

> (1) applicable non-bankruptcy law permits sale of such property free and clear of such interest;
> (2) such entity consents;
> (3) such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;
> (4) such interest is in bona fide dispute; or
> (5) such entity would be compelled, in a legal or equitable proceeding, to accept a money satisfaction of such interest.

11 U.S.C. § 363(f).

9. The Debtor suggests two bases to approve the proposed sale that: (i) the language of Section 363(f) is disjunctive, such that a sale free and clear of interests can be approved if any of the conditions or factors under Section 363(f) are met; and (ii) it

anticipates that undisputed and allowed aggregate value of all liens, claims and encumbrances as to the Royal Palm Way Property will be less than the purchase price (currently $32 million) and the purchase price will exceed the aggregate value of all liens against the Royal Palm Way Property. Sale Motion ¶¶ 17, 18.

10. To the extent that the Court were to accept the Debtor's argument, then section 363(f) would impose no limit whatsoever to the Debtor's ability to sell its assets free and clear of creditors' liens before any estimation of claims or determination as to the validity, priority, or extent of those liens.

11. Because the Debtor's proposed bidding procedures impose a process that would restrict KK-PB Financial's rights under Section 363(k), KK-PB Financial objects to any procedures that would limit its ability to credit bid, require a deposit of the purchase price, overbid payment, break-up fees, or fees or charges of any kind.

12. Given the shortened notice provided, KK-PB Financial reserves its right to assert further objections to the proposed bidding procedures and sale after it has had sufficient time to conduct its own due diligence and otherwise respond to any challenges to its first priority lien and security interest in the Royal Palm Way Property.

**WHEREFORE**, Secured Creditor, KK-PB Financial, LLC, respectfully requests that this Court enter an Order: (i) sustaining this objection; (ii) denying the Debtor's request to approve the Bidding Procedures and Sale Motion as set forth herein; and (iii) granting such other relief as this Court deems just and proper.

Dated: October 5, 2018

Respectfully submitted,

**SALAZAR LAW**
*Counsel for Secured Creditor, KK-PB Financial, LLC*
2000 Ponce de Leon Boulevard, Penthouse Suite
Coral Gables, Florida  33134
Telephone: (305) 374-4848
Facsimile:  (305) 397-1021
Email:  Luis@Salazar.Law
Email: Aguilar@Salazar.Law

By: */s/ Luis Salazar*
     Luis Salazar
     Florida Bar No. 147788
     Celi S. Aguilar
     Florida Bar No. 117589

SALAZAR
— LAW —

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF and/or electronic mail transmission as indicated thereon.

                                                    By:   */s/ Luis Salazar*
                                                                   Luis Salazar

## SERVICE LIST

**Electronic Mail Notice List**
**(Via CM/ECF)**

- **Heidi A Feinman**  Heidi.A.Feinman@usdoj.gov
- **Philip J Landau**  plandau@slp.law, msmith@slp.law;blee@slp.law;pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;bss@slp.law;cdraper@slp.law
- **Peter J Malecki**  pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
- **Edward A Marod**  emarod@gunster.com, dpeterson@gunster.com
- **Orfelia M Mayor**  omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Eric S Pendergraft**  ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- **Cristopher S Rapp**  csrapp@kelleykronenberg.com, IRGeservice@kelleykronenberg.com
- **Luis Salazar**  Luis@Salazar.Law, Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
- **Allen R Tomlinson**  atomlinson@jonesfoster.com, dstewart@jonesfoster.com

**Manual Notice List**

**Gregg H Glickstein**
Gregg H. Glickstein, P.A.
54 SW Boca Raton Blvd
Boca Raton, FL 33432

**David R. Miller**
David Miller and Associates, P.A.
319 Clematis St., Suite 802
West Palm Beach, FL 33401

**Daniel A. Hershman, Esq.**
c/o Hershman Law P.A.
2240 Palm Beach Lakes Blvd, Suite 101
West Palm Beach, FL 33409



**Larry Richey, Esq.**
Cushman & Wakefield
515 E Las Olas Blvd, Suite 900
Fort Lauderdale, FL 33301

**Maria M Yip**
Yip Associates
1001 Yamato Road, Suite 301
Boca Raton, FL 33431

SALAZAR
— LAW —