UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                    Case No. 18-19441-EPK

    Debtor.                              Chapter 11

_____/

## FORMER RECEIVER'S TURNOVER REPORT

Cary Glickstein (the "Former Receiver"), in his capacity as the former Receiver for 160 Royal Palm, LLC (the "Debtor"), and pursuant to 11 U.S.C. § 543(b)(2) and the Court's *Agreed Order on Motion to Excuse Receiver's Turnover Nunc Pro Tunc to Petition Date and United States Trustee's Objection and Motion to Dismiss, Convert or for the Appointment of a Chapter 11 Trustee* [ECF No. 64], hereby files his report accounting for all property of the Debtor that, at any time, came into the possession, custody, or control of the Former Receiver. Such report consists of: (a) the Debtor's bankruptcy Schedules A and B, attached hereto as **Exhibit I**; and (b) all reports filed by the Former Receiver in the state court, attached hereto as Composite **Exhibit II**.

Respectfully Submitted,

By: _____
Cary Glickstein, Former Receiver

{2152/000/00372760}

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on October 8, 2018, via CM/ECF to all parties registered to receive such notice via electronic filing.

By: */s/ Eric Pendergraft*
Eric Pendergraft
Florida Bar No. 91927
ependergraft@slp.law
*Counsel for the Debtor*

# EXHIBIT I

**Fill in this information to identify the case:**

Debtor name: **160 Royal Palm, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. Seacoast Bank | Custodial | 0276 | $319,701.52 |
| 3.2. Seacoast Bank | Operating Account | 7073 | $57.94 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                           $319,759.46
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ■ No. Go to Part 4.
    ☐ Yes Fill in the information below.

### Part 4: Investments

| Debtor | 160 Royal Palm, LLC | Case number (If known) | |
|---|---|---|---|
| | Name | | |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Standard desks, credenzas, filing cabinets; miscellaneous hotel room furnishings for one (1) hotel suite | $0.00 | | $0.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** photo copy machine, desktop computers; miscellaneous hand tools and construction parts, miscellaneous building materials consisting of stacked drywall, assorted millwork (interior wood doors and wood door frames, wood moldings, and wood cabinets, several unattached toilets, assorted uninstalled mechanical (HVAC) equipment, assorted roof tiles, miscellaneous metal framing materials and metal doors. | $0.00 | | $0.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1.   **Assorted framed photographs** | $0.00 | | $3,000.00 |
| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | | **$3,000.00** |

Debtor      **160 Royal Palm, LLC**                                    Case number *(If known)* _____
            Name

| | |
|---|---|
| 44. | **Is a depreciation schedule available for any of the property listed in Part 7?**<br>■ No<br>☐ Yes |
| 45. | **Has any of the property listed in Part 7 been appraised by a professional within the last year?**<br>■ No<br>☐ Yes |

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **160 Royal Palm Way, Palm Beach FL** | **Fee Simple** | **$0.00** | **Appraisal** | **$16,100,000.00** |

| | | |
|---|---|---|
| 56. | **Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.<br>Copy the total to line 88. | **$16,100,000.00** |
| 57. | **Is a depreciation schedule available for any of the property listed in Part 9?**<br>■ No<br>☐ Yes | |
| 58. | **Has any of the property listed in Part 9 been appraised by a professional within the last year?**<br>☐ No<br>■ Yes | |

### Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |

| | |
|---|---|
| Debtor | **160 Royal Palm, LLC** |
| | Name |

Case number *(If known)* _____

| | | | |
|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property**<br>**Project development approvals obtained from Town of Palm Beach applicable to construction of improvements on above real property.** | **$0.00** | **$25,000.00** |

| | | |
|---|---|---|
| 65. | **Goodwill** | |
| 66. | **Total of Part 10.**<br>Add lines 60 through 65. Copy the total to line 89. | **$25,000.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ■ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ■ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor   **160 Royal Palm, LLC**
_____Name_____

Case number *(If known)* _____

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $319,759.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................>* | | $16,100,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $25,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $347,759.46 | + 91b. $16,100,000.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $16,447,759.46 |