**Fill in this information to identify the case:**

Debtor name     **160 Royal Palm, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-19441**

■ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ■ *Amended Schedule*    **206Sum, A/B, D, and E/F**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *10-8-18*         x _____
                                      Signature of individual signing on behalf of debtor

                                      **Cary Glickstein**
                                      Printed name

                                      **Sole and Exclusive Manager**
                                      Position or relationship to debtor

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **160 Royal Palm, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **18-19441**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $ **32,000,000.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................. $ **347,759.46**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................... $ **32,347,759.46**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................... $ **80,479,788.01**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................... $ **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ **86,363,457.63**

4. **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b

    $ **166,843,245.64**

**Fill in this information to identify the case:**

Debtor name **160 Royal Palm, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **18-19441**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Seacoast Bank | Custodial | 0276 | $319,701.52 |
| 3.2. | Seacoast Bank | Operating Account | 7073 | $57.94 |

**4.    Other cash equivalents** *(Identify all)*

**5.    Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $319,759.46 |
|---|

**Part 2:    Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Debtor | **160 Royal Palm, LLC** | Case number *(If known)* **18-19441** |
|---|---|---|
| | Name | |

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ 　No.  Go to Part 5.
☐ 　Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ 　No.  Go to Part 6.
☐ 　Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ 　No.  Go to Part 7.
☐ 　Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ 　No.  Go to Part 8.
☐ 　Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Standard desks, credenzas, filing cabinets; miscellaneous hotel room furnishings for one (1) hotel suite** | **$0.00** | | **$0.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software photo copy machine, desktop computers; miscellaneous hand tools and construction parts, miscellaneous building materials consisting of stacked drywall, assorted millwork (interior wood doors and wood door frames, wood moldings, and wood cabinets, several unattached toilets, assorted uninstalled mechanical (HVAC) equipment, assorted roof tiles, miscellaneous metal framing materials and metal doors.** | **$0.00** | | **$0.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1. | **Assorted framed photographs** | **$0.00** | | **$3,000.00** |

| 43. | **Total of Part 7.** | | | **$3,000.00** |
|---|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **160 Royal Palm, LLC** | Case number *(If known)* **18-19441** |
|---|---|---|
| | Name | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
- ■ No
- ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **160 Royal Palm Way, Palm Beach FL** | **Fee Simple** | **$0.00** | **Purchase Offer** | **$32,000,000.00** |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| **$32,000,000.00** |
|---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
- ■ No
- ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
- ☐ No
- ■ Yes

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No.  Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60. **Patents, copyrights, trademarks, and trade secrets**

61. **Internet domain names and websites**

Debtor    **160 Royal Palm, LLC**                                    Case number *(If known)*  **18-19441**
          Name

| | | | |
|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | |
| 64. | **Other intangibles, or intellectual property**<br>**Project development approvals obtained from**<br>**Town of Palm Beach applicable to**<br>**construction of improvements on above real**<br>**property.** | **$0.00** | **$25,000.00** |

65.    **Goodwill**

66.    **Total of Part 10.**                                         | **$25,000.00** |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **160 Royal Palm, LLC**                                Case number *(If known)*  **18-19441**
_____
Name

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $319,759.46 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $32,000,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $25,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $347,759.46 | + 91b.   $32,000,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $32,347,759.46 |

**Fill in this information to identify the case:**

Debtor name          **160 Royal Palm, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **18-19441**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **David Campanaro** Creditor's Name | Describe debtor's property that is subject to a lien **160 Royal Palm Way, Palm Beach FL** | **$60,654.70** | **$32,000,000.00** |

**c/o Gary Russo, Esq.**
**The Russo Law Firm**
**701 Northpoint Parkway,**
**Suite 315**
**West Palm Beach, FL 33407**
Creditor's mailing address

**russoattorneys@gmail.com**
Creditor's email address, if known

Date debt was incurred
**2/17/2016**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. James F. Biagi, P.E.**
**2. KK-PB Financial LLC**
**3. David Campanaro**
**4. TWG Enterprises**
**Waterproofing & Painting**
**5. Palm House Hotel, LLLP**
**6. The Place for Tile, Inc.**
**7. New Haven Contracting**
**South, Inc.**
**8. Van Linda Ironworks,**
**Inc.**
**9. Town of Palm Beach**
**10. Richard's Woodwork,**
**Inc.**

Describe the lien
**Judgment**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **James F. Biagi, P.E.** | Describe debtor's property that is subject to a lien | $49,391.76 | $32,000,000.00 |
|---|---|---|---|

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 6

Debtor  **160 Royal Palm, LLC**
_____
Name

Case number (if know)  **18-19441**
_____

---

Creditor's Name

**1915 NE 45th Street
Suite 107
Fort Lauderdale, FL 33308**
Creditor's mailing address

**160 Royal Palm Way, Palm Beach FL**

**Describe the lien**
**Judgment**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**7/10/2015**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **KK-PB Financial LLC** | **Describe debtor's property that is subject to a lien** | **$37,337,705.77** | **$32,000,000.00** |

Creditor's Name

**160 Royal Palm Way, Palm Beach FL**

**13501 South Shore
Boulevard
Suite 101
Wellington, FL 33414**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**3/28/2014**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **New Haven Contracting South, Inc.** | **Describe debtor's property that is subject to a lien** | **$3,387,855.55** | **$32,000,000.00** |

Creditor's Name

**160 Royal Palm Way, Palm Beach FL**

**638 Shore Drive
Boynton Beach, FL 33435**
Creditor's mailing address

**Describe the lien**
**Judgment**
**Is the creditor an insider or related party?**

☐ No
☑ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**
**2/7/2017**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **160 Royal Palm, LLC** | | | Case number (if know) | **18-19441** |
|---|---|---|---|---|---|
| | Name | | | | |

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **Palm House Hotel, LLLP** | **Describe debtor's property that is subject to a lien** | **$39,500,000.00** | **$32,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **160 Royal Palm Way, Palm Beach FL** | | |

**197 S. Federal Highway, Suite 200**
**Boca Raton, FL 33432**
Creditor's mailing address

**Describe the lien**
**Mortgage**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**10/17/2014**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.6 | **Richard's Woodwork, Inc.** | **Describe debtor's property that is subject to a lien** | **$36,140.07** | **$32,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **160 Royal Palm Way, Palm Beach FL** | | |

**1301**
**53rd St. #2**
**West Palm Beach, FL 33407**
Creditor's mailing address

**Describe the lien**
**Judgment**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**7/29/2015**
**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| **Specified on line 2.1** | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **The Place for Tile, Inc.** | **Describe debtor's property that is subject to a lien** | **$0.00** | **$32,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **160 Royal Palm Way, Palm Beach FL** | | |

**7957 NW 54th Street**
**Miami, FL 33166**
Creditor's mailing address

**Describe the lien**
**Judgment Lien ORB 28517/P1307 PBC**

---

| Debtor | **160 Royal Palm, LLC** | Case number (if know) | **18-19441** |
|---|---|---|---|
| | Name | | |

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**8/19/2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Town of Palm Beach** | Describe debtor's property that is subject to a lien | **Unknown** | **$32,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **160 Royal Palm Way, Palm Beach FL** | | |

**345 South County Road**
**Palm Beach, FL 33480-4443**

Creditor's mailing address

**Describe the lien**

**Code Enforcement**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**2/3/2015**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **TWG Enterprises Waterproofing & Painting** | Describe debtor's property that is subject to a lien | **$25,880.07** | **$32,000,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **160 Royal Palm Way, Palm Beach FL** | | |

**c/o Adam G. Heffner, Esq.**
**1900 NW Corporate Blvd.**
**Suite 301-West Building**
**Boca Raton, FL 33431**

Creditor's mailing address

**Describe the lien**

**Judgment**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**adam@heffnerlaw.com**

Creditor's email address, if known

**Date debt was incurred**

**1/11/2016**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Debtor    **160 Royal Palm, LLC**                                    Case number (if know)    **18-19441**
_____
Name

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Van Linda Ironworks, Inc.** | Describe debtor's property that is subject to a lien | $82,160.09 | $32,000,000.00 |
|---|---|---|---|---|

Creditor's Name

**3787 Boutwell Road
Boynton Beach, FL 33435**
_____
Creditor's mailing address

**160 Royal Palm Way, Palm Beach FL**

**Describe the lien**
**Judgment**
**Is the creditor an insider or related party?**

■ No

_____
Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**
**3/2/2016**
**Last 4 digits of account number**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an
interest in the same property?**

☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $80,479,788.01 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Adam G. Heffner, Esquire**<br>**1900 N.W. Corporate Blvd.**<br>**Suite 301-West Building**<br>**Boca Raton, FL 33431** | Line  **2.9** | |
| **Craig T. Galle, Esquire**<br>**The Galle Law Group**<br>**13501 South Shore Blvd., Suite 103**<br>**Wellington, FL 33414** | Line  **2.3** | |
| **Daniel A. Hershman, Esq.**<br>**2240 Palm Beach Lakes Blvd.**<br>**Suite 101**<br>**West Palm Beach, FL 33401** | Line  **2.4** | |
| **Garry Russo, Esquire**<br>**The Russo Law Firm**<br>**701 Northpoint Parkway, Suite 315**<br>**West Palm Beach, FL 33407** | Line  **2.1** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **160 Royal Palm, LLC**
_____
Name

Case number (*if know*)    **18-19441**
_____

| | | |
|---|---|---|
| **Henry B. Handler, Esquire**<br>**Weiss, Handler & Cornwell, P.A.**<br>**2255 Glades Road**<br>**Suite 218A**<br>**Boca Raton, FL 33431** | Line **2.5** | |
| **Jeffrey C. Pepin, Esquire**<br>**3418 Poinsttia Avenue**<br>**West Palm Beach, FL 33407** | Line **2.6** | |
| **John C. Randolph, Esquire**<br>**Jones, Foster, Johnson, & Stubbs, P.A.**<br>**Post Office Box 3475**<br>**West Palm Beach, FL 33402-3475** | Line **2.8** | |
| **Jordana L. Goldstein, Esq.**<br>**150 South Pine Island Road., Suite 400**<br>**Plantation, FL 33324** | Line **2.10** | |
| **Michael E. O'Connor, Esq.**<br>**111 SE 12th St.**<br>**Fort Lauderdale, FL 33316** | Line **2.2** | |
| **Michael T. Landen, Esquire**<br>**Kluger, Kaplan, Silverman, Katzen &**<br>**Levine, P.L.**<br>**201 S. Biscayne Blvd., 27th Floor**<br>**Miami, FL 33131** | Line **2.7** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 6

| Fill in this information to identify the case: |
|---|

Debtor name   **160 Royal Palm, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **18-19441**

■ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

| **Florida Department of Revenue**<br>**P.O. Box 6668**<br>**Tallahassee, FL 32314-6668** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**For Information Purposes** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

| **Internal Revenue Service**<br>**Attn: Special Procedures**<br>**P.O. Box 34045**<br>**Stop 572**<br>**Jacksonville, FL 32202** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
|---|---|
| Date or dates debt was incurred | Basis for the claim:<br>**For Information Purposed** |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                40549                Best Case Bankruptcy

Debtor    **160 Royal Palm, LLC**

Name

Case number (if known)    **18-19441**

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | | $0.00 | $0.00 |
|---|---|---|---|---|

**2.3**

Priority creditor's name and mailing address

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19114**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Information Purposes**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

**2.4**

Priority creditor's name and mailing address

**Office of Attorney General**
**State of Florida**
**The Capitol PL-01**
**Tallahassee, FL 32399-1050**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Information Purposes**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

**2.5**

Priority creditor's name and mailing address

**SEC Headquarters**
**100 F Street, NE**
**Washington, DC 20549**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Information Purposes**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

**2.6**

Priority creditor's name and mailing address

**Securities and Exchange**
**Commission**
**801 Brickell Ave., Suite 1800**
**Miami, FL 33131**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**For Information Purposes**

Is the claim subject to offset?
■ No
☐ Yes

$0.00    $0.00

Debtor    **160 Royal Palm, LLC**                                           Case number (if known)    **18-19441**
          Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**United States Attorney General's Office**
**US Department of Justice**
**950 Pennsylvania Avenue**
**Washington, DC 20530-0001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**US Attorney Southern District of Florida**
**500 East Broward Boulevard**
**Fort Lauderdale, FL 33394**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Information Purposes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,516.25 |

**Absolute Plumbing, LLC**
**917 N. Railroad Avenue**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/19/2014

Basis for the claim:  **Expired Construction Claim of Lien**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $628,055.63 |

**Ali Adampeyra**
**UAE Dubai, downtown, Burj**
**Khalifa, Unit 5507**
**Iran**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,940.85 |

**All Star Equipment**
**Todd Taylor**
**6753 Garden Rd.**
**Suite 101**
**West Palm Beach, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  11/14/2014

Basis for the claim:  **Expired Construction Claim of Lien**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **160 Royal Palm, LLC** | | Case number (if known) | **18-19441** |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,352.87 |
|---|---|---|---|

**Allied Interiors**
**6363 Edgewater Drive**
**Orlando, FL 32810**

Date(s) debt was incurred  **9/25/2014**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Expired Construction Claim of Lien**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $627,548.60 |
|---|---|---|---|

**Baoping Liu**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $632,819.60 |
|---|---|---|---|

**Bei Zhu**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $617,561.63 |
|---|---|---|---|

**Changyue Liu**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630,593.64 |
|---|---|---|---|

**Chengyu Gu**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $635,241.53 |
|---|---|---|---|

**Chunning Ye**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **160 Royal Palm, LLC** | Case number (if known) | **18-19441** |
|---|---|---|---|
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Connect Auto, Inc.**
**550 Business Park Way**
**Suite 6**
**West Palm Beach, FL 33411-1743**

Date(s) debt was incurred  **3/28/2016**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Replevin of motor vehicle**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$630,972.04** |
|---|---|---|---|

**Cuilian Li**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$629,243.75** |
|---|---|---|---|

**Daqin Weng**
**c/o Edward Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**David W. Gorman**
**631 Lucerne Avenue**
**Lake Worth, FL 33460**

Date(s) debt was incurred  **5/8/2015**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Recorded Memorandum of Understanding Agreement**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$660,665.31** |
|---|---|---|---|

**Dongsheng Zhu**
**c/o Edward Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$675,343.06** |
|---|---|---|---|

**Feng Guo**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **160 Royal Palm, LLC** | Case number (if known) | **18-19441** |
|---|---|---|---|
| | Name | | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$38,361.46** |
|---|---|---|---|

**Fernando Wong Outdoor Living Design, Inc**
**1500 Bay Road, Suite 600**
**Miami Beach, FL 33139**

Date(s) debt was incurred  11/18/2014

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Expired Construction Claim of Lien

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$690,223.68** |
|---|---|---|---|

**Hali Eversen**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$631,341.72** |
|---|---|---|---|

**Hao Lou**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$657,867.44** |
|---|---|---|---|

**Hongru Pan**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,387.04** |
|---|---|---|---|

**HUFCOR Inc. d/b/a HUFCOR Florida Group**
**1301 Central Park Drive**
**Sanford, FL 32771**

Date(s) debt was incurred  11/1/2014

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Expired Construction Claim of Lien

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,586,813.30** |
|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19114**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$630,713.83** |
|---|---|---|---|

**Juewei Zhou**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred

Last 4 digits of account number

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **160 Royal Palm, LLC** | Case number (*if known*) | **18-19441** |
|---|---|---|---|
| | Name | | |

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$664,947.20** |
|---|---|---|---|

**Junqiang Feng**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kammerer Mariani PLLC**
**1601 Forum Place, Suite 500**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Legal Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$633,050.44** |
|---|---|---|---|

**Kuang Yaoping**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$672,672.48** |
|---|---|---|---|

**Lan Li**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,377.76** |
|---|---|---|---|

**Landmark Construction Companies, Inc.**
**d/b/a RoofPro**
**1486-E Skees Rd.**
**West Palm Beach, FL 33480**

Date(s) debt was incurred __10/16/2014__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Expired Construction Claim of Lien__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$657,527.95** |
|---|---|---|---|

**Li Dongsheng**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **160 Royal Palm, LLC** | | Case number (if known) | **18-19441** |
|---|---|---|---|---|
| | Name | | | |

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$657,952.40** |
|---|---|---|---|
| | **Li Zhang** | | |
| | **c/o Edward A. Marod** | ☐ Contingent | |
| | **777 S. Flagler Drive** | ☐ Unliquidated | |
| | **Suite 500E** | ☐ Disputed | |
| | **West Palm Beach, FL 33401** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$627,097.77** |
|---|---|---|---|
| | **Ling Li** | | |
| | **c/o Edward A. Marod** | ☐ Contingent | |
| | **777 S. Flagler Drive** | ☐ Unliquidated | |
| | **Suite 500E** | ☐ Disputed | |
| | **West Palm Beach, FL 33401** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$631,903.96** |
|---|---|---|---|
| | **Liyan Feng** | | |
| | **c/o Edward A. Marod** | ☐ Contingent | |
| | **777 S. Flagler Drive** | ☐ Unliquidated | |
| | **Suite 500E** | ☐ Disputed | |
| | **West Palm Beach, FL 33401** | | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,947.43** |
|---|---|---|---|
| | **Macschmeyer Concrete Company of Florida,** | | |
| | **c/o Naomi Stevenson** | ☐ Contingent | |
| | **1142 Watertower Road** | ☐ Unliquidated | |
| | **Lake Park, FL 33403** | ☐ Disputed | |
| | Date(s) debt was incurred  **10/7/2014** | Basis for the claim:  **Expired Construction Claim of Lien** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **McCabe Rabin** | | |
| | **1601 Forum Place, Sutie 201** | ☐ Contingent | |
| | **West Palm Beach, FL 33401** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred  **9/1/2016** | Basis for the claim:  **Legal Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|
| | **McDonald Hopkins Co., LLC** | | |
| | **Accounts Receivable** | ☐ Contingent | |
| | **600 Superior Avenue, E** | ☐ Unliquidated | |
| | **Suite 2100** | ☐ Disputed | |
| | **Cleveland, OH 44114** | | |
| | Date(s) debt was incurred  **9/6/2016** | Basis for the claim:  **Legal Services** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **160 Royal Palm, LLC** | Case number *(if known)* | **18-19441** |
|---|---|---|---|
| | Name | | |

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**McDonald Hopkins LLC**
Accounts Receivable
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/6/2016__

**Basis for the claim:** __Legal Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**McDonald Hopkins, LLC**
Accounts Receivable
600 Superior Avenue, E
Suite 2100
Cleveland, OH 44114

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Legal Services__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**McIntosh & Schwartz, PL**
888 Southeast Third Avenue, Suite 201
Fort Lauderdale, FL 33316

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/15/2016__

**Basis for the claim:** __Legal Services__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$632,370.48**

**Min Cui**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$631,490.21**

**Min Li**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$639,482.78**

**Mohammad Zargar**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **160 Royal Palm, LLC** | Case number (if known) | **18-19441** |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$636,466.16** |
|---|---|---|---|
| | **Mohammadreza Sedaghat**<br>**c/o Edward A. Marod**<br>**777 S. Flagler Drive**<br>**Suite 500E**<br>**West Palm Beach, FL 33401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$88,513.00** |
|---|---|---|---|
| | **Moore Unique Interiors, Inc.**<br>**16889 West Secretariat Drive**<br>**Loxahatchee, FL 33470** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/22/2014** | **Basis for the claim:** **Expired Construction Claim of Lien** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,422.00** |
|---|---|---|---|
| | **MPC Pools, Inc.**<br>**12720 Orange Grove Blvd.**<br>**West Palm Beach, FL 33411** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  **10/23/2014** | **Basis for the claim:** **Expired Construction Claim of Lien** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,500,000.00** |
|---|---|---|---|
| | **Palm House Hotel, LLLP**<br>**c/o Corporation Service Company**<br>**1201 Hays Street**<br>**Tallahassee, FL 32301-2525** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **10/17/2014** | **Basis for the claim:** **action for conversion of loan funds** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$82,374.75** |
|---|---|---|---|
| | **Paul Cleary d/b/a Cleary Plumbing Inc.**<br>**925 S. Military Trail D11**<br>**West Palm Beach, FL 33415** | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **8/22/2013** | **Basis for the claim:** **Expired Construction Claim of Lien** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$629,606.72** |
|---|---|---|---|
| | **Qingyun Yu**<br>**c/o Edward A. Marod**<br>**777 S. Flagler Drive**<br>**Suite 500E**<br>**West Palm Beach, FL 33401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$630,977.25** |
|---|---|---|---|
| | **Qiong Deng**<br>**c/o Edward A. Marod**<br>**777 S. Flagler Drive**<br>**Suite 500E**<br>**West Palm Beach, FL 33401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **160 Royal Palm, LLC** | | Case number (*if known*) | **18-19441** |
|---|---|---|---|---|
| | Name | | | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$631,604.56** |
|---|---|---|---|
| | Qiongfang Zhu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,812.44** |
|---|---|---|---|
| | Quality Concrete Pumping, Inc.<br>1842 NW 85th Drive<br>Coral Springs, FL 33071 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __10/27/2014__ | **Basis for the claim:** _Expired Construction Claim of Lien_ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$657,950.72** |
|---|---|---|---|
| | Ran Chen<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$635,773.79** |
|---|---|---|---|
| | Reza Siamak Nia<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.52 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$631,730.60** |
|---|---|---|---|
| | Ruji Li<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.53 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$633,224.64** |
|---|---|---|---|
| | Rujing Wei<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **160 Royal Palm, LLC**
_____
Name

Case number (if known)    **18-19441**

| | |
|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address** |

**Sanaz Salehin**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$607,879.57**

---

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** |

**Sara Salehin**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$621,625.32**

---

| | |
|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address** |

**Sha Shi**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$668,426.00**

---

| | |
|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address** |

**Shahriar Ebrahimian**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$630,291.40**

---

| | |
|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address** |

**Shaoping Huang**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$622,046.48**

---

| | |
|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** |

**Shaoqing Zeng**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$630,646.69**

| Debtor | **160 Royal Palm, LLC** | Case number (if known) | **18-19441** |
|---|---|---|---|
| | Name | | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$654,786.66** |
|---|---|---|---|

**Shu Jiang**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$655,194.90** |
|---|---|---|---|

**Shuangyun Wang**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$652,760.62** |
|---|---|---|---|

**Tang Cheok Fai**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$665,530.24** |
|---|---|---|---|

**Tao Xiong**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.64 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$666,662.66** |
|---|---|---|---|

**Tingting Sun**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.65 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$666,355.45** |
|---|---|---|---|

**Tonghui Luan**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **160 Royal Palm, LLC** | Case number (if known) | **18-19441** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,796,000.00 |
|---|---|---|---|

**Town of Palm Beach**
345 South County Road
Palm Beach, FL 33480-4443

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred  2/15/2013

Last 4 digits of account number __

Basis for the claim:  Development Agreement

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,013.17 |
|---|---|---|---|

**Wallace Surveying Corporation**
5553 Village Boulevard
West Palm Beach, FL 33407

☐ Contingent
☐ Unliquidated
☒ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  Expired Construction Claim of Lien

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $668,426.00 |
|---|---|---|---|

**Wenhao Zhang**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $631,891.50 |
|---|---|---|---|

**Xiang Chunhua**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $656,347.36 |
|---|---|---|---|

**Xiang She**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $664,865.12 |
|---|---|---|---|

**Xiao Sun**
c/o Edward Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **160 Royal Palm, LLC** | Case number *(if known)* | **18-19441** |
|---|---|---|---|
| | Name | | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $663,416.72 |
|---|---|---|---|

**Xiaonan Wang**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $628,744.66 |
|---|---|---|---|

**Xiaoping Zhang**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $556,305.50 |
|---|---|---|---|

**Xpert Elevator Services, Inc.**
550 Business Park Way, Bay #8
West Palm Beach, FL 33411

Date(s) debt was incurred  11/14/2014

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Expired construction claim of lien**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $634,749.32 |
|---|---|---|---|

**Yajun Kang**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $630,593.64 |
|---|---|---|---|

**Yan Chen**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $664,865.12 |
|---|---|---|---|

**Yawen Li**
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **160 Royal Palm, LLC** | Case number (if known) | **18-19441** |
|---|---|---|---|
| | Name | | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$619,039.93** |
|---|---|---|---|

**Yi Zhao**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$657,017.42** |
|---|---|---|---|

**Ying Fei**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$666,404.80** |
|---|---|---|---|

**Ying Tan**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$629,593.23** |
|---|---|---|---|

**Yingjun Yang**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$668,840.54** |
|---|---|---|---|

**Yuanbo Wang**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$630,545.22** |
|---|---|---|---|

**Yulong Tang**
**c/o Edward A. Marod**
**777 S. Flagler Drive**
**Suite 500E**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** __

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **160 Royal Palm, LLC** | | Case number (if known) | **18-19441** |
|---|---|---|---|---|
| | Name | | | |

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$635,163.03** |
|---|---|---|---|
| | **Zhaohui Li (Chaohui Li)** <br> **c/o Edward A. Marod** <br> **777 S. Flagler Drive** <br> **Suite 500E** <br> **West Palm Beach, FL 33401** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$664,865.12** |
|---|---|---|---|
| | **Zheng Yu** <br> **c/o Edward A. Marod** <br> **777 S. Flagler Drive** <br> **Suite 500E** <br> **West Palm Beach, FL 33401** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$632,397.92** |
|---|---|---|---|
| | **Zhiling Gan** <br> **c/o Edward A. Marod** <br> **777 S. Flagler Drive** <br> **Suite 500E** <br> **West Palm Beach, FL 33401** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$629,325.60** |
|---|---|---|---|
| | **Zili Zhang** <br> **c/o Edward A. Marod** <br> **777 S. Flagler Drive** <br> **Suite 500E** <br> **West Palm Beach, FL 33401** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | **Name and mailing address** | **On which line in Part1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|---|
| 4.1 | **Henry Handler, Esquire** <br> **Weiss, Handler & Cornwell, P.A.** <br> **One Boca Plaza** <br> **2255 Glades Road, Suite 218-A** <br> **Boca Raton, FL 33431-7392** | Line  **3.44** <br><br> ☐ Not listed. Explain ____ | __ |
| 4.2 | **Henry Handler, Esquire** <br> **Weiss, Handler & Cornwell, P.A.** <br> **One Boca Plaza** <br> **2255 Glades Road, Suite 218-A** <br> **Boca Raton, FL 33431-7392** | Line  **3.10** <br><br> ☐ Not listed. Explain ____ | __ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **160 Royal Palm, LLC** | Case number (if known) | **18-19441** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **John C. Randolph, Esquire**<br>**Jones, Foster, Johnston & Stubbs, P.A.**<br>**Flagler Center Tower**<br>**505 South Flagler Drive, Suite 1100**<br>**West Palm Beach, FL 33401** | Line __3.66__<br><br>☐ Not listed. Explain ____ | __ |
| 4.4 | **Jose D. Sosa, Esquire**<br>**Law Office of Jose D. Sosa, P.C.**<br>**712 US Highway One, 301-16**<br>**North Palm Beach, FL 33408** | Line __3.1__<br><br>☐ Not listed. Explain ____ | __ |
| 4.5 | **Peter B. Rowell, Esquire**<br>**The Barthet Firm**<br>**200 S. Biscayne Blvd., Suite 1800**<br>**Miami, FL 33131** | Line __3.16__<br><br>☐ Not listed. Explain ____ | __ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 86,363,457.63 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 86,363,457.63 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy