UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                          Case No.: 18-19441-BKC-EPK

160 ROYAL PALM, LLC,                           Chapter 11

_____Debtor._____/

**SECURED CREDITOR KK-PB FINANCIAL, LLC'S
SEVENTEENTH OMNIBUS OBJECTION TO CLAIMS**

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to Luis Salazar, Esq. and Celi S. Aguilar, Esq. of SALAZAR LAW, LLP, 2000 Ponce de Leon Boulevard, Penthouse Suite, Coral Gables, FL 33134 OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

| CLAIM NO. | NAME OF CLAIMANT | AMOUNT OF CLAIM | BASIS FOR OBJECTION AND RECOMMENDED DISPOSITION |
|---|---|---|---|
| 37 | **Zhiling Gan**<br>c/o Edward A. Marod, Esq.<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401 | $651,304.00 | This claim purportedly arises from or relates to Claimant's alleged investment in Palm House Hotel, LLLP (the "**Hotel/Condo**"). The Debtor has no direct liability or obligation as to the claim asserted by Claimant and the purported investment in the Hotel/Condo is neither a claim against nor an equity interest in the Debtor. Further, as evidenced by the proof of claim filed in this chapter 11 proceeding, |

SALAZAR
— LAW —

| CLAIM NO. | NAME OF CLAIMANT | AMOUNT OF CLAIM | BASIS FOR OBJECTION AND RECOMMENDED DISPOSITION |
|---|---|---|---|
| | | | Claimant continues to pursue causes of action arising from or relating to the purported investment as alleged in the action styled *Lan Li, et al. v. Joseph Walsh, et al.*, Case No. 9:16-cv-81871-KAM, pending in the United States District Court for the Southern District of Florida. Claimant's causes of action raised in the District Court Action have not been adjudicated and therefore, those causes of action against the Debtor and others remain unliquidated and contingent. Moreover, this claim is subsumed in Palm House Hotel, LLLP's secured claim of $39 million and is therefore duplicative of that claim. For these reasons, this claim should be disallowed and stricken in its entirety. |
| Schedule E/F | **Zili Zhang** c/o Edward A. Marod, Esq. 777 S. Flagler Drive Suite 500E West Palm Beach, FL 33401 | $629,325.60 | This Scheduled Claim [ECF Nos. 40 and 107] purportedly arises from or relates to Creditor's alleged investment in the Hotel/Condo. The Debtor has no direct liability or obligation as to the Scheduled Claim and the Creditor's purported investment in the Hotel/Condo is neither a claim against nor an equity interest in the Debtor. Further, as evidenced by the Debtor's Statement of Financial Affairs [ECF No. 1] filed in this chapter 11 proceeding, Creditor continues to pursue causes of action arising from or relating to the purported investment as alleged in the action styled *Lan Li, et al. v. Joseph Walsh, et al.*, Case No. 9:16-cv-81871-KAM, pending in the United States District Court for the Southern District of Florida. Creditor's causes of action raised in the District Court Action have not been adjudicated and therefore, those causes of action against the Debtor and others remain unliquidated and contingent. Moreover, this claim is subsumed in Palm House Hotel, LLLP's secured claim of $39 million and is therefore duplicative of that claim. For these reasons, this claim should be disallowed and stricken in its entirety. |

Dated: October 9, 2018                     Respectfully submitted,

                                                       **SALAZAR LAW**
*Counsel for Secured Creditor, KK-PB Financial, LLC*
2000 Ponce de Leon Boulevard, Penthouse Suite
Coral Gables, Florida  33134
Telephone: (305) 374-4848
Facsimile:  (305) 397-1021
Email:  Luis@Salazar.Law
Email:  Aguilar@Salazar.Law

By:     */s/ Luis Salazar*
       Luis Salazar
       Florida Bar No. 147788
       Celi S. Aguilar
       Florida Bar No. 117589

**CERTIFICATION**

     I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF and/or U.S. mail, postage prepaid, as indicated thereon. I have made a bona fide effort to resolve this matter without hearing, to no avail.

By:   */s/ Luis Salazar*
       Luis Salazar

SALAZAR
— LAW —

## SERVICE LIST

**Electronic Mail Notice List**
**(Via CM/ECF)**

- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Philip J Landau**    plandau@slp.law, msmith@slp.law;blee@slp.law;pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;bss@slp.law;cdraper@slp.law
- **Peter J Malecki**    pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
- **Edward A Marod**    emarod@gunster.com, dpeterson@gunster.com
- **Orfelia M Mayor**    omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- **Cristopher S Rapp**    csrapp@kelleykronenberg.com, IRGeservice@kelleykronenberg.com
- **Luis Salazar**    Luis@Salazar.Law, Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
- **Allen R Tomlinson**    atomlinson@jonesfoster.com, dstewart@jonesfoster.com

**Manual Notice List**
**(Via U.S. Mail)**

**Gregg H Glickstein**
Gregg H. Glickstein, P.A.
54 SW Boca Raton Blvd
Boca Raton, FL 33432

**David R. Miller**
David Miller and Associates, P.A.
319 Clematis St., Suite 802
West Palm Beach, FL 33401

**Daniel A. Hershman, Esq.**
c/o Hershman Law P.A.
2240 Palm Beach Lakes Blvd, Suite 101
West Palm Beach, FL 33409

SALAZAR
— LAW —

**Larry Richey, Esq.**
Cushman & Wakefield
515 E Las Olas Blvd, Suite 900
Fort Lauderdale, FL 33301

**Maria M Yip**
Yip Associates
1001 Yamato Road, Suite 301
Boca Raton, FL 33431

**Zhiling Gan**
c/o Edward A. Marod, Esq.
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401

**Zili Zhang**
c/o Edward A. Marod, Esq.
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401