

**ORDERED in the Southern District of Florida on October 11, 2018.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                                              Case No. 18-19441-EPK

    Debtor.                                                             Chapter 11

_____/

**ORDER APPROVING APPLICATION FOR EMPLOYMENT OF PHILIP J. LANDAU, ESQ. AND THE LAW FIRM OF SHRAIBERG, LANDAU & PAGE, P.A. AS SPECIAL LITIGATION COUNSEL TO THE DEBTOR PURSUANT TO SECTIONS 327(A) AND 328 OF THE BANKRUPTCY CODE**

**THIS MATTER** came before the Court on October 10, 2018, upon Debtor in Possession, 160 Royal Palm, LLC's (the "Debtor"), Application for Employment of Philip J. Landau, Esq. ("Mr. Landau") and the law firm of Shraiberg, Landau & Page, P.A. ("SLP", and with Mr. Landau, the "Firm") as Special Litigation Counsel to the Debtor Pursuant to Sections 327(a) and 328 of the Bankruptcy Code (the "Application") [ECF No. 77]. Attached to the Application, as Exhibit A, is the *Affidavit of Proposed Attorney for the Debtor* (the "Affidavit") made by Mr. Landau.

The Court has reviewed the Application and the Affidavit, and finds that: (a) Mr. Landau is duly qualified to practice in this Court pursuant to Local Rule 2090-1(A); (b) the Affidavit makes

{2234/000/00417810}

relevant disclosures as required by Federal Rules of Bankruptcy Procedure 2014 and 2016; (c) the Affidavit contains a verified statement as required by Federal Rule of Bankruptcy Procedure 2014 demonstrating the disinterestedness of the Firm; (d) the Firm does not hold or represent any interest adverse to the Debtor's estate; (e) the Firm is a disinterested person as required by 11 U.S.C. § 327(a) and within the meaning of 11 U.S.C. § 101(14); and (f) due and proper notice of the Application has been provided to all parties entitled thereto.

For the foregoing reasons, the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Application [ECF No. 20] is APPROVED, on a final basis, *nunc pro tunc* to the date when services were first rendered.

2. The Debtor is authorized to employ and retain the Firm as special counsel in this case to represent it in on a contingency fee basis pursuant to Section 328 of the Bankruptcy Code ("Special Litigation Counsel"), to prosecute litigation clams the Debtor determines are appropriate to bring which may include, *inter alia*, (i) adjudicating the validity, priority and/or extent of liens and mortgages upon assets of the Debtor; (ii) the investigation and prosecution of Chapter 5 avoidance claims; (iii) the consolidation of the Debtor's estate with other debtor or non-debtor entities or estates and (iv) any and all other claims that the Debtor determines require investigation and/or the prosecution of litigation, subject to the consent and approval of the Firm (collectively, the "Litigation Claims") as set forth in the Application and in accordance with the terms of this Order.

3. As compensation for its services to the Debtor for such Litigation Claims, the Firm will receive an amount equal to 35% of any asset recovered or economic benefit received by the estate on account of any Litigation Claims, payable upon the approval of any settlement in which a recovery is obtained or actually recovered pursuing such Litigation Claims. For avoidance

of doubt, the Firm shall be entitled to receive 35% of any alleged secured debt that is reduced or avoided for the benefit of the estate. In the event of an appeal in any specific claim, the contingency fee shall increase to 40%. The Debtor's bankruptcy estate will also be responsible for the payment of all out-of-pocket costs and expenses incurred in connection with the Litigation Claims.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

# # #

SUBMITTED BY:

Philip J. Landau, Esq.
Shraiberg, Landau & Page, P.A.
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-526-8459
Facsimile: 561-998-0047
Email: plandau@slp.law

*Philip J. Landau is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*