**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                  Case No.     18-19441-EPK
                                        Chapter      11

160 ROYAL PALM, LLC,

_____Debtor._____/

**SUGGESTION OF BANKRUPTCY**

ROBERT MATTHEWS, show(s) this Court that he filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of Florida that has been assigned case number 17-23426-MAM and relief was ordered on November 6, 2017 (hereinafter the "MATTHEWS bankruptcy") and suggests that:

- The Debtor 160 Royal Palm LLC has had actual and continuous notice of the MATTHEWS bankruptcy case since no later than November 22, 2017;
- The claims bar date in the MATTHEWS bankruptcy was March 8, 2018, approx. 222 days ago;
- As of today, Debtor 160 Royal Palm LLC has yet to file a claim in the MATTHEWS bankruptcy. [1]

**FLORIDA BANKRUPTCY ADVISORS, P.L.**
Attorneys for Debtor Robert Matthews
120 E. Oakland Park Blvd., Suite 207
Oakland Park, FL 33334
Telephone:   (954) 600-8990
Facsimile:   (954) 692-9070

By: s/ Christian Panagakos
Christian R. Panagakos
FL Bar No.: 65579
cp@floridabankruptcyadvisors.com

---

[1] Although 160 Royal Palm LLC filed a motion to allow a late filed claim in MATTHEWS bankruptcy case [17-23426-MAM; D.E. 209], no order has yet to be entered on the motion and a hearing has been scheduled on that motion for October 23, 2018. Undersigned expects to file a response in opposition to the motion prior to the hearing.