UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                                                 Case No.: 18-19441-BKC-EPK

160 ROYAL PALM, LLC,                                      Chapter 11

        Debtor.                                           /

**SECURED CREDITOR KK-PB FINANCIAL, LLC'S**
**REQUEST FOR JUDICIAL NOTICE**

      Secured Creditor, KK-PB Financial, LLC, respectfully requests, pursuant to Rule 201 of the Federal Rules of Evidence, that this Court take judicial notice of certain pleadings, papers, dockets, and documents identified below and attached hereto as **Exhibits A through I**, and further requests permission to use such pleadings, papers, dockets, and documents in any reasonable manner as evidence at the October 24, 2018 hearing on KK-PB Financial's Motion to Estimate Claim for Purposes of Credit Bidding Pursuant to 11 U.S.C. §§ 502(c) and 363(k) [ECF No. 133], the Debtor's Motion to Limit Credit Bids with Respect to Sale of Substantially All of its Assets [ECF No. 103] as follows:

> ***KK-PB Financial, LLC v. 160 Royal Palm, LLC and Palm House Hotel, LLLP***, **Case No. 50-2014-CA-011203, pending in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida (Foreclosure Action)**
>
> **Composite Exhibit A**
> 1. Fourth Amended Complaint dated May 12, 2015 [Docket No. 46]
> 2. Agreed Order on Plaintiff's Fourth Amended Complaint dated May 12, 2015 [Docket No. 46]
>
> **Exhibit B**
> 3. Case Docket
>
> ***Lan Li, et al. v. Joseph Walsh, et al.***, **Case No. 9:16-cv-81871-KAM, pending in the United States District Court for the Southern District of Florida (EB-5 Investors' Action)**

SALAZAR
— LAW —

**Exhibit C**

4. Amended Complaint Seeking Damages and Preliminary and Permanent Injunctive Relief dated August 30, 2017 and accompanying Exhibits A through O [ECF No. 181]

**Exhibit D**

5. Palm House Hotel, LLP Private Placement Memorandum [ECF No. 181-8] Highlighted
(Exhibit G to Amended Complaint, ECF No. 181)

**Exhibit E**

6. Palm House Hotel, LLP FAQs [ECF No. 181-2] Highlighted
(Exhibit A to Amended Complaint, ECF No. 181)

**Exhibit F**

7. Palm House Hotel, LLP Loan Documents [ECF No. 181-11] Highlighted
(Exhibit J to Amended Complaint, ECF No. 181)

***U.S. v. Robert V. Matthews, Leslie R. Evans, and Maria Matthews*, Case No.: 3:18-CR-48 (VAB), pending in the United States District Court for the District of Connecticut**
**(Matthews and Evans Criminal Action)**

**Exhibit G**

8. Indictment dated March 14, 2018 [ECF No. 1]

**Exhibit H**

9. Superseding Indictment August 29, 2018 [ECF No. 39]

***Securities and Exchange Commission v. Palm House Hotel, LLP, South Atlantic Regional Center, LLC, Joseph J. Walsh, Sr. and Robert V. Matthews*, Case No.: 9:18-cv-81038-DMM, pending in the United States District Court for the Southern District of Florida**
**(SEC Action)**

**Exhibit I**

10. Complaint dated August 3, 2018 [ECF No. 1]

KK-PB Financial submits that the pleadings, papers, dockets, and documents identified above and attached hereto are administered by, or publicly filed with, a state or federal court, are a matter of public record, and are properly subject to judicial notice under Rule 201.

2



**WHEREFORE**, KK-PB Financial respectfully equests that this Court take judicial notice of the above-referenced matters.

Dated: October 17, 2018    Respectfully submitted,

**SALAZAR LAW**
*Counsel for Secured Creditor, KK-PB Financial, LLC*
2000 Ponce de Leon Boulevard, Penthouse Suite
Coral Gables, Florida  33134
Telephone: (305) 374-4848
Facsimile:  (305) 397-1021
Email:  Luis@Salazar.Law
Email:  Aguilar@Salazar.Law

By:     /s/ Luis Salazar
        Luis Salazar
        Florida Bar No. 147788
        Celi S. Aguilar
        Florida Bar No. 117589

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF and/or electronic mail transmission as indicated thereon.

By: /s/ *Luis Salazar*
Luis Salazar

## SERVICE LIST

**Electronic Mail Notice List (Via CM/ECF)**

- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Steven C Jones**   steven.jones@wilsonelser.com, anna.nowakowska@wilsonelser.com;vivian.fusco@wilsonelser.com;EService.Miami@wilsonelser.com
- **Philip J Landau**   plandau@slp.law, msmith@slp.law;blee@slp.law;pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;cdraper@slp.law
- **Bernice C. Lee**   blee@slp.law, dwoodall@slp.law;ematteo@slp.law;cdraper@slp.law
- **Peter J Malecki**   pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
- **Edward A Marod**   emarod@gunster.com, dpeterson@gunster.com
- **Orfelia M Mayor**   omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- **Cristopher S Rapp**   csrapp@kelleykronenberg.com, IRGeservice@kelleykronenberg.com
- **Luis Salazar**   Luis@Salazar.Law, Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
- **Jeffrey I. Snyder**   jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **Allen R Tomlinson**   atomlinson@jonesfoster.com, dstewart@jonesfoster.com

SALAZAR — LAW —