UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                                              Case No.  18-19441-EPK

Debtor.                                                                       Chapter 11

_____/

### DEBTOR'S OBJECTION TO CLAIM OF KK-PB FINANCIAL, LLC

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  **PLEASE READ THIS OBJECTION CAREFULLY TO IDENTIFY WHICH CLAIM IS OBJECTED TO AND WHAT DISPOSITION OF YOUR CLAIM IS RECOMMENDED**.

If you disagree with the objection or the recommended treatment, you must file a written response **WITHIN 30 DAYS** from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned attorney **OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION**.

If your entire claim is objected to and this is a chapter 11 case, you will not have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolve, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court:

United States Bankruptcy Court
Flagler Waterview Building
1515 North Flagler Drive, 8th Floor
West Palm Beach, Florida 33401

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor, 160 Royal Palm, LLC (the "Debtor"), objects to the following claims filed or scheduled in its case.  The basis for this objection and the Debtor's recommended disposition of this claim(s) are more specifically set forth below:

| Claimant and Objections of the Debtor | | | |
|---|---|---|---|
| **Claim No.** | **Name and Address of Claimant** | **Claim Amount** | **Basis for Objections and Recommended Disposition** |
| 70 | KK−PB Financial, LLC c/o Luis Salazar, Esq. 2000 Ponce de Leon Boulevard, Penthouse Coral Gables, FL 33134 | $37,337,705.77 | The Debtor objects to this claim in its entirety because: i) the note and mortgage upon which the claim is based are unenforceable for lack of consideration and unconscionability, ii) the note, mortgage and recording of the mortgage upon which the claim is based are avoidable as fraudulent transfers, iii) any claim amount should be equitably subordinated to the claims of other creditors, and iv) any claim amount should be recharacterized as equity. The Debtor further objects to this claim because the Debtor believes that based on the petition date, the interest set forth in the claim is overstated by $483,844.33.  The Debtor further incorporates by reference the arguments set forth in the Debtor's *Motion to Limit Credit Bids with Respect to Sale of Substantially All of its Assets* [ECF No. 103] and *Debtor's Response in Opposition to KK-PB Financial, LLC's Motion to Estimate Claim for Purposes of Credit Bidding Pursuant to 11 U.S.C. §§ 502(c) and 363(k)* [ECF No. 163].  As a result, the claim should be stricken and disallowed in its entirety.  The Debtor reserves the right to raise additional arguments through a supplement to this objection and adversary proceeding upon the conclusion of discovery. |

**WHEREFORE**, the Debtor respectfully requests the entry of an order consistent with the recommended dispositions outlined above, and for any other relief the Court deems appropriate.

Respectfully submitted,

SHRAIBERG, LANDAU & PAGE, P.A.
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

Email: blee@slp.law
Email: plandau@slp.law

By: */s/ Philip J. Landau*
Philip J. Landau
Florida Bar No. 504017
Bernice C. Lee, Esq.
Florida Bar No. 73535

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via CM/ECF Notice of Electronic Filing to all parties registered to receive noticing in this case and via First Class U.S. Mail to all persons listed below on this the 22nd day of October, 2018.

By: */s/ Bernice C. Lee*
Bernice C. Lee, Esq.
Fla. Bar. No. 0073535

**Served by First Class U.S. Mail:**

KK-PB Financial, LLC
c/o Salazar Law
2000 Ponce de Leon Blvd., Penthouse
Coral Gables, FL 33134-4422

KK-PB Financial, LLC
13501 South Shore Boulevard
Suite 101
Wellington, FL 33414-7211

KK-PB Financial, LLC
c/o Craig T. Galle
13501 South Shore Blvd
Suite 103
Wellington, FL 33414