UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Case No. 18-19441-EPK

160 ROYAL PALM, LLC,                                                       Chapter 11

     Debtor.
_____/

**OBJECTION TO CLAIM**

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

     This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. **PLEASE READ THIS OBJECTION CAREFULLY TO IDENTIFY WHICH CLAIM IS OBJECTED TO AND WHAT DISPOSITION OF YOUR CLAIM IS RECOMMENDED.**

     If you disagree with the objection or the recommended treatment, you must file a written response **WITHIN 30 DAYS** from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney **OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

     If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.

     The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.

     Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the EB-5 Creditors holding claims 3-1 through 65-1 object to the following claim filed in this case *:

1

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection/Recommended Disposition |
|---|---|---|---|
| 70-1 | KK-PB Financial, LLC | $37,337,705.77 | The EB-5 Creditors object to this claim on the ground that it is held by a defendant in Case No. 16-81871-CIV-MARRA pending in the United States District Court, Southern District of Florida (the "Civil Litigation") in which the EB-5 creditors claim an equitable lien that is senior to the lien of this claim which is filed as a secured claim.  In that case, which has been actively litigated for nearly two years, KK-PB has been accused of withholding the filing of its alleged mortgage as part and parcel of the scheme of the other defendants in that case, including the Debtor here, to defraud the EB-5 Creditors of the millions of dollars that are the subject of their claims in this case (claims 3-1 through 65-1) and in the Civil Litigation.  In addition, KK-PB is alleged in that case to have improperly benefited from the scheme by receiving transfers of the money stolen from the EB-5 Creditors as part of the scheme which are challenged there as fraudulent transfers.  Upon information and belief, additional claims against KK-PB are about to be added to that case.  On all of the grounds alleged in the Civil Litigation and adopting the grounds raised by the Debtor in its objection to this claim, the claims of KK-PB should be denied for fraud and unclean hands, or should be subordinated to the claims of the EB-5 creditors, or should be deferred until the conclusion of the Civil Litigation. |

Dated: October 22, 2018

/s/     Edward A. Marod
Edward A. Marod
Florida Bar No. 238961
*Attorney for all EB-5 Creditors listed on Exhibit A attached*
**GUNSTER, YOAKLEY & STEWART, P.A.**
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: (561) 650-0660
Facsimile:  (561) 671-2519
E-mail: emarod@gunster.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of October, 2018, a true and correct copy of the foregoing was served via electronic transmission on all CM/ECF registered users for this case.

> */s/    Edward A. Marod*
> Edward A. Marod

WPB_ACTIVE 8966863.1

3

## **EXHIBIT A**

1. LAN LI
2. YING TAN
3. TAO XIONG
4. JUNQIANG FENG
5. RAN CHEN
6. XIANG SHU
7. HAO LOU
8. XIANG CHUNHUA
9. KUANG YAOPING
10. BEI ZHU
11. QIONG DENG
12. QIONGFANG ZHU
13. ZHILING GAN
14. CUILIAN LI
15. YULONG TANG
16. LILI ZHANG
17. SHUANGYUN WANG
18. WENHAO ZHANG
19. SHA SHI
20. LIYAN FENG
21. SHAOQING ZENG
22. MIN CUI
23. RUJI LI
24. QINGYUN YU
25. LING LI
26. YINGJUN YANG
27. BAOPING LIU
28. DAQIN WENG
29. XIAOPING ZHANG
30. SHAOPING HUANG
31. YI ZHAO
32. CHANGYUE LIU
33. YAJUN KANG
34. CHENGYU GU
35. YAN CHEN
36. DONGSHENG ZHU
37. RUJING WEI
38. ZHAOHUI LI
39. JUEWEI ZHOU
40. MIN LI
41. CHUNNING YE
42. HONGRU PAN
43. FENG GUO
44. ZHENG YU
45. TINGTING SUN
46. XIAO SUN
47. YAWEN LI
48. TONGHUI LUAN
49. LI ZHANG
50. YUANBO WANG
51. SHU JIANG
52. YING FEI
53. LI DONGSHENG
54. TANG CHEOK FAI
55. XIAONAN WANG
56. MOHAMMAD ZARGAR
57. SHAHRIAR EBRAHIMIAN
58. REZA SIAMAK NIA
59. SARA SALEHIN
60. SANAZ SALEHIN
61. ALI ADAMPEYRA
62. MOHAMMADREZA SEDAGHAT
63. HALIL ERSEVEN