

**ORDERED in the Southern District of Florida on November 5, 2018.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                      Case No. 18-19441-EPK

160 ROYAL PALM, LLC,                                        Chapter 11

    Debtor.
_____/

**AMENDED[1] ORDER SETTING EVIDENTIARY HEARING**

    This matter came before the Court for hearing on October 24, 2018 upon *Secured Creditor KK-PB Financial, LLC's Motion to (I) Modify and Terminate Automatic Stay; or (II) Dismiss Chapter 11 Proceeding* [ECF No. 69] (the "Motion for Relief from Automatic Stay") filed by KK-PB Financial, LLC, the *Debtor's Motion to Limit Credit Bids with Respect to Sale of Substantially All of its Assets* [ECF No. 103] (the "Motion to Limit Credit Bids") filed by 160 Royal Palm, LLC (the "Debtor"), and *Secured Creditor KK-PB Financial, LLC's Motion*

---

[1] This Order amends the Court's prior order setting evidentiary hearing at ECF No. 194 solely to correct the prior hearing date of the Motion for Relief from Automatic Stay [ECF No. 69], the Motion to Limit Credit Bids [ECF No. 103], and the Motion to Estimate Claim [ECF No. 133].

*to Estimate Claim for Purposes of Credit Bidding Pursuant to 11 U.S.C. §§ 502(c) and 363(k)* [ECF No. 133] (the "Motion to Estimate Claim") filed by KK-PB Financial, LLC.

For the reasons stated on the record at the hearing, the Court ORDERS and ADJUDGES as follows:

1. The Court will hold an evidentiary hearing on the Motion for Relief from Automatic Stay [ECF No. 69], the Motion to Limit Credit Bids [ECF No. 103], and the Motion to Estimate Claim [ECF No. 133] at **9:30 a.m. on December 6, 2018** in Courtroom B, United States Bankruptcy Court, The Flagler Waterview Building, 8th Floor, 1515 North Flagler Drive, West Palm Beach, Florida 33401.

2. Not later than **November 8, 2018**, KK-PB Financial, LLC may file with the Court a notice electing to set for evidentiary hearing the Debtor's Objection to Claim of KK-PB Financial, LLC [ECF No. 178] filed by the Debtor and the Objection to Claim [ECF No. 179] filed by certain EB-5 Creditors1 at the December 6, 2018 evidentiary hearing. If KK-PB Financial, LLC timely files such a notice, the Court will issue a separate notice of evidentiary hearing for the same.

###

Copy to:

Philip J Landau, Esq.

Philip J Landau, Esq. is directed to serve a copy of this Order on all appropriate parties in interest and to file a certificate of service with the Clerk of Court.