UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                   Case No. 18-19441-EPK

160 ROYAL PALM, LLC,                                                     Chapter 11

       Debtor.

_____/

**<u>RESPONSE OF ALI ADAMPEYRA TO OMNIBUS OBJECTION TO CLAIM NO. 65</u>**

      Claimant ALI ADAMPEYRA holding claim number 65 (the "Claim") responds to the putative "Omnibus Objection" of purported creditor KK-PB FINANCIAL, LLC ("KK-PB") DE 113 and says:

      1.     The essence of the allegations of the objection is that the Claim should be disallowed because it is an unliquidated claim that is the subject of pending litigation in *Lan Li, et al. v. Joseph Walsh, et al*., Case No. 9:16-cv-81871 CIV MARRA, pending in the United States District Court for the Southern District of Florida (the "Civil Action"). The objection is baseless because it is fundamental that claims properly may be filed based on unliquidated claims.

      2.     KK-PB is estopped or otherwise barred from objecting to the Claim in this Court as KK-PB itself is a co-defendant, along with the Debtor, Palm House Hotel LLLP and other conspirators, in the Civil Action accused of complicity in a massive $50 million fraud perpetrated on Claimant and others who invested in the Palm House project as alleged in the Third Amended Complaint in the Civil Action, some counts of which have withstood motions to dismiss by KK-PB, as a co-conspirator in the fraud.

1

3.      Except to the extent that it asserts that the Claim is "subsumed in the claim of Palm House Hotel LLLP" the objection is not a proper omnibus objection as none of the assertions contained within it fit the requirements for the filing of an omnibus objection as set forth in Bankruptcy Rule 3007.

4.      The assertion that the Claim is subsumed in (or is duplicative of) the claim of Palm House Hotel LLLP is without merit as Palm House Hotel LLLP is also a defendant in the Civil Action accused of having funneled money defrauded from Claimant and other EB5 investors to the Debtor and others and, hence, is not the equitable owner of the Claim.

5.      Indeed, the Debtor is also a defendant in the Civil Action, as well as being a relief defendant in a pending SEC enforcement action entitled *SEC v. Joseph Walsh, Sr., et al*, Case NO. 9:18-cv-81038 CIV MIDDLEBROOKS (an action seeking to recover the losses of Claimant and other EB5 investors), and is alleged there to be jointly and severally liable with all of the other defendants for the millions lost by the EB5 claimants as a group.  The Debtor was the conduit for the embezzlements and, indeed, had few, if any, any liquid assets other than what was embezzled from the Claimant and others similarly situated.

Therefore, the objection should be denied and the claim processed in the ordinary course.

Dated: November 8, 2018

*/s/      Edward A. Marod*
Edward A. Marod
Florida Bar No. 238961
*Attorney for Claimant*
**GUNSTER, YOAKLEY & STEWART, P.A.**
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: (561) 650-0660
Facsimile:  (561) 671-2519
E-mail: emarod@gunster.com

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 8th day of November, 2018, a true and correct copy of the foregoing was served via electronic transmission on all CM/ECF registered users for this case.

/s/      *Edward A. Marod*
Edward A. Marod

WPB_ACTIVE 8998680.1

3