**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**West Palm Beach Division**

IN RE                                                    CASE NO. 18-19441-BKC-EPK

160 ROYAL PALM LLC,                       CHAPTER 11

Debtor.

_____/

<u>**CREDITORS' NOTICE OF RELATED CASES**</u>

Creditors Wang Jue, Wang Jian, Sun Mengyang, Gao Yi, Chen Jun, Zhang Shikun, Cheng Li, Tan Jing, Li Xiang, Liu Danqing, Man Mingyue, Wang Jing and Liu Chenglin (the "Other Palm House Investors"), by and through its undersigned counsel, hereby gives notice of related cases filed in this district, and state:

1.      The following case currently pending in the Circuit Court of the Seventeenth Judicial Circuit of Palm Beach County involve substantially similar factual allegations and legal issues as that of the instant action:

   a.      *Wang Jue, et al. v. Joseph Walsh, et al.,* Case No.: 50-2018-CA-014081XXXXMB.

Respectfully Submitted,

By: *<u>/s/ Gavin N.L. White</u>*
         Gavin N.L. White, Esquire (FBN 537853)
         gavin.white@wilsonelser.com
         Steven C. Jones, Esquire (FBN 107516)
         steven.jones@wilsonelser.com
         **WILSON, ELSER, MOSKOWITZ,**
         **EDELMAN & DICKER, LLP**
         3800 Miami Tower
         100 Southeast Second Street

Miami, Florida 33131
Telephone:    305-374-4400
Facsimile:     305-579-0261
**Attorneys for "Other Palm House Investors"**

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 16th day of November 2018, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the above styled Court using CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case and by First Class U.S. Mail to all parties on the attached Matrix on October 10, 2018.

By:    */s/Gavin N.L. White*
      GAVIN N.L. WHITE
      Florida Bar No.: 537853
      gavin.white@wilsonelser.com
      STEVEN C. JONES
      Florida Bar No. 107516
      steven.jones@wilsonelser.com