UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                                                                     Case No.: 18-19441-BKC-EPK

160 ROYAL PALM, LLC,                                                  Chapter 11

_____Debtor._____/

### RESPONSE TO DEBTOR'S
### OBJECTION TO CLAIM OF KK-PB FINANCIAL, LLC

Secured Creditor, KK-PB Financial, LLC ("**KK-PB Financial**"), files this response to Debtor 160 Royal Palm, LLC's ("**Debtor**") *Objection to Claim of KK-PB Financial, LLC* [ECF No. 178] and states:

1. In 2013, Glenn Straub sold the property he owned at 160 Royal Palm Way (the "**Property**") to Palm House, LLC for $36 million, with seller financing. The Debtor executed and delivered to KK-PB Financial certain loan documents securing the financing of the Property, including (i) a Promissory Note dated August 30, 2013 in the principal amount of Twenty-Seven Million Four Hundred Sixty-Eight Thousand Seven Hundred Fifty and 00/100 Dollars ($27,468,750.00); and (ii) a Florida Real Estate Mortgage, Assignment of Leases and Rents and Security Agreement dated August 30, 2013 (together with the Promissory Note, the "**Loan Documents**").

2. As it happened, the owners of Palm House, thereafter, appear to have committed a number of allegedly fraudulent and criminal acts. Certainly, Straub and KK-PB Financial became one of their victims, as the buyer's attorney failed to record the mortgage for 7 months, buyer stopped making payments on the mortgage, and siphoned off for their own purposes the $723,000 Straub had placed into an escrow fund to pay off city fines. KK-PB Financial initiated a foreclosure lawsuit that Debtors dragged out for four years.

3. On October 17, 2018, KK-PB Financial filed a proof of claim in the amount of $37,337,705.77 as a claim secured by the Property, which KK-PB Financial amended on

SALAZAR
— LAW —

October 23, 2018, for an amended secured claim in the amount of $37,348,229.27 (the "**KK-PB Claim**") [Claim No. 70].

4. The Debtor filed its Objection to Claim of KK-PB Financial, LLC [ECF No. 178] (the "**Objection**") asserting the following baseless and conclusory allegations: (i) the note and mortgage upon which the claim is based are unenforceable for lack of consideration and unconscionability, (ii) the note, mortgage and recording of the mortgage upon which the claim is based are avoidable as fraudulent transfers, (iii) any claim amount should be equitably subordinated to the claims of other creditors, and (iv) any claim amount should be recharacterized as equity. The Debtor further asserts that KK-PB Financial's claim is overstated by $483,844.33, which is without merit.

5. As the Debtor well knows, this transaction was the sale of a property through the transfer of a single-purpose entity holding title to the Property in an effort to avoid having to pay nearly $250,000 in documentary stamp tax. The consideration for the mortgage was the transfer of the Property from one beneficial owner to another. Additionally, KK-PB Financial properly calculated its claim of $37,348,229.27. The Debtor failed to make any payment except for the first three payments.

6. KK-PB Financial incorporates by reference the facts and arguments set forth in its *Secured Creditor KK-PB Financial, LLC's Motion to Estimate Claim for Purpose of Credit Bidding Pursuant to 11 U.S.C. §§ 502(c) and 363(k)* [ECF No. 133] (the "**Estimation Motion**") and *Secured Creditor KK-PB Financial, LLC's Response in Opposition to the Debtor's Motion to Limit Credit Bids with Respect to Sale of Substantially All of Its Assets [ECF No. 103]* [ECF No. 164] (the "**Response to Bidding Motion**").

7. As stated herein and as set forth in the Estimation Motion and the Response to Bidding Motion, the Debtor has no basis for its Objection and therefore should be overruled.

WHEREFORE, Secured Creditor, KK-PB Financial, LLC, respectfully requests that this Court enter an Order (i) overruling the Debtor's Objection; (ii) allowing KK-PB Financial's claim as filed and classifying such claim as a secured claim in the amount of $37,348,229.27; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: November 21, 2018            Respectfully submitted,

**SALAZAR LAW**
*Counsel for Secured Creditor, KK-PB Financial, LLC*
2000 Ponce de Leon Boulevard, Penthouse Suite
Coral Gables, Florida  33134
Telephone: (305) 374-4848
Facsimile:  (305) 397-1021
Email:  Luis@Salazar.Law
Email: Aguilar@Salazar.Law

By:     */s/ Luis Salazar*
         Luis Salazar
         Florida Bar No. 147788
         Celi S. Aguilar
         Florida Bar No. 117589

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof, either via transmission of Notices of Electronic Filing generated by CM/ECF or via first class U.S. mail, postage prepaid, as indicated thereon.

/s/  Luis Salazar
Luis Salazar

**SERVICE LIST**

**Electronic Mail Notice List
(Via CM/ECF)**

- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Philip J Landau**   plandau@slp.law, msmith@slp.law;blee@slp.law;pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law; ependergraft@slp.law;bss@slp.law;cdraper@slp.law
- **Peter J Malecki**   pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
- **Edward A Marod**   emarod@gunster.com, dpeterson@gunster.com
- **Orfelia M Mayor**   omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- **Cristopher S Rapp**   csrapp@kelleykronenberg.com, IRGeservice@kelleykronenberg.com
- **Luis Salazar**   Luis@Salazar.Law, Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
- **Allen R Tomlinson**   atomlinson@jonesfoster.com, dstewart@jonesfoster.com

**Manual Notice List-**

**Daniel A. Hershman**
c/o Hershman Law, P.A.
2240 Palm Beach Lakes Blvd., Suite 101
West Palm Beach, FL 33409

**David R. Miller**
David Miller and Associates, P.A.
319 Clematis Street, Suite 802
West Palm Beach, FL 33401

**Larry Richey**
Cushman & Wakefield U.S., Inc.
515 E Las Olas Blvd., #900
Fort Lauderdale, FL 33301

**Maria M Yip**
Yip Associates
1001 Yamato Road, #301
Boca Raton, FL 33431

**Gregg H Glickstein**
Gregg H. Glickstein, P.A.
54 SW Boca Raton Blvd.
Boca Raton, FL 33432

SALAZAR — LAW —