UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                               Case No. 18-19441-EPK

    Debtor.                                        Chapter 11
_____/

**CROSS-NOTICE OF TAKING DEPOSITION OF GLENN STRAUB**

The EB-5 Investors[1], through their undersigned counsel David J. George, hereby give notice that they shall depose Glenn Straub (the "Deponent") under oath on Thursday, November 29, 2018 at 9:30 p.m. at the Palm Beach Polo Golf & Country Club, 11199 Polo Club Road, Wellington, FL 33414.

The examination may continue from day to day until completed.

If the Deponent requires an interpreter, it is the Deponent's responsibility to engage the employment of such interpreter to be present at the examination. The examination is being conducted pursuant to Rule 45 of the Federal Rules of Civil Procedure, and will be taken before an officer authorized to record the testimony. The scope of the examination shall be as described in Rule 45 of the Federal Rules of Civil Procedure.

---

[1] LAN LI, YING TAN, TAO XIONG, JUNQIANG FENG, RAN CHEN, XIANG SHU, HAO LOU, XIANG CHUNHUA, KUANG YAOPING, BEI ZHU, QIONG DENG, QIONGFANG ZHU, ZHILING GAN, CUILIAN LI, YULONG TANG, LILI ZHANG, SHUANGYUN WANG, WENHAO ZHANG, SHA SHI, LIYAN FENG, SHAOQING ZENG, MIN CUI, RUJI LI, QINGYUN YU, LING LI, YINGJUN YANG, BAOPING LIU, DAQIN WENG, SHAOPING HUANG, YI ZHAO, CHANGYUE LIU, YAJUN KANG, CHENGYU GU, YAN CHEN, DONGSHENG ZHU, RUJING WEI, ZHAOHUI LI, JUEWEI ZHOU, MIN LI, CHUNNING YE, HONGRU PAN, FENG GUO, ZHENG YU, TINGTING SUN, XIAO SUN, YAWEN LI, TONGHUI LUAN, LI ZHANG, YUANBO WANG, SHU JIANG, YING FEI, LI DONGSHENG, TANG CHEOK FAI, XIAONAN WANG ,MOHAMMAD ZARGAR, SHAHRIAR EBRAHIMIAN, REZA SIAMAK NIA, SARA SALEHIN, SANAZ SALEHIN, ALI ADAMPEYRA MOHAMMADREZA SEDAGHAT and HALIL ERSEVEN

{1902/000/00321340}                              1

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

    Respectfully Submitted,

    *Pro Hac Vice Counsel for EB-5 Investors*
    **George Gesten McDonald, PLLC**
    George Gesten McDonald, PLLC
    9897 Lake Worth Road, Suite 302
    Lake Worth, FL 33467
    Telephone: (561) 232-6002
    Facsimile: (888) 421-4173
    Email: dgeorge@4-Justice.com
    Email: eservice@4-Justice.com

    By: ____/s/ David J. George____
    David J. George
    Florida Bar No: 898570

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices in this case on November 28, 2018.

        SHRAIBERG, FERRARA & LANDAU, P.A.
        Attorneys for the Debtor
        2385 NW Executive Center Drive
        Suite 300
        Boca Raton, Florida 33431
        Telephone: 561-443-0800
        Facsimile: 561-998-0047
        Email: ependergraft@slp.law

    By:   /s/ Eric Pendergraft
            Eric Pendergraft
            Fla. Bar No. 91927