UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE                                                              CASE NO. 18-19441-BKC-EPK

160 ROYAL PALM LLC,                                                CHAPTER 11

Debtor.

_____/

### NOTICE OF JOINDER TO EB-5 CREDITORS OMNIBUS RESPONSE TO KK-PB FINANCIAL, LLC'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Creditors Wang Jue, Wang Jian, Sun Mengyang, Gao Yi, Chen Jun, Zhang Shikun, Cheng Li, Tan Jing, Li Xiang, Liu Danqing, Man Mingyue, Wang Jing and Liu Chenglin (the "Other Palm House Investors"), by and through its undersigned counsel, hereby gives notice joinder to EB-5 Creditors Omnibus Response to KK-PP Financial, LLC'S First Request for Production of Documents, and states the following in support thereof:

1. Other Palm House Investors join and adopt EB-5 Creditors Omnibus Response to KK-PP Financial, LLC'S First Request for Production of Documents (Document #309) to the extent it has or will be served with the same or similar requests.

2. This joinder is limited to the general objections within Document #309.

Respectfully Submitted,

By: /s/ Gavin N.L. White
    Gavin N.L. White, Esquire (FBN 537853)
    gavin.white@wilsonelser.com
    Steven C. Jones, Esquire (FBN 107516)
    steven.jones@wilsonelser.com
    **WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER, LLP**
    3800 Miami Tower
    100 Southeast Second Street

1180393v.1

Miami, Florida 33131
Telephone: 305-374-4400
Facsimile: 305-579-0261
***Attorneys for "Other Palm House Investors"***

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 6th day of December 2018, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the above styled Court using CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case and by First Class U.S. Mail to all parties on the attached Matrix on October 10, 2018.

By: */s/Gavin N.L. White*
GAVIN N.L. WHITE
Florida Bar No.: 537853
gavin.white@wilsonelser.com
STEVEN C. JONES
Florida Bar No. 107516
steven.jones@wilsonelser.com

1180393v.1