

**ORDERED in the Southern District of Florida on December 10, 2018.**

        **Erik P. Kimball, Judge**
        **United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                                        Case No. 18-19441-EPK

    Debtor.                                                       Chapter 11
_____/

**ORDER GRANTING DEBTOR'S (I) MOTION FOR DETERMINATION THAT THE AUTOMATIC STAY DOES NOT APPLY TO THE SEC'S LIQUIDATION OF ITS CLAIM AGAINST THE DEBTOR, OR IN THE ALTERNATIVE, (II) MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT THE SEC TO LIQUIDATE ITS CLAIM AGAINST THE DEBTOR IN THE <u>DISTRICT COURT ENFORCEMENT PROCEEDING</u>**

THIS MATTER came before the Court on November 28, 2018, upon *Debtor's (I) Motion for Determination that the Automatic Stay does not Apply to the SEC's Liquidation of its Claim Against the Debtor, or in the Alternative, (II) Motion for Relief from the Automatic Stay to Permit the SEC to Liquidate its Claim Against the Debtor in the District Court Enforcement Proceeding* [ECF No. 277] (the "Motion") filed by 160 Royal Palm, LLC (the "Debtor").

For the reasons stated on the record, and being otherwise fully advised in the premises it is **ORDERED AND ADJUDGED** that:

{2234/000/00425708}

1. The Motion [ECF No. 277] is GRANTED.

2. Notwithstanding the automatic stay applicable in this case, the Securities and Exchange Commission is authorized to prosecute its action against the Debtor in the case styled *Securities and Exchange Commission v. Palm House Hotel LLLP*, Case No. 9:18-cv-81038-DMM pending in the United States District Court for the Southern District of Florida to the extent permitted by Section 362(b)(4) of the Bankruptcy Code.

###

Submitted by:

Eric Pendergraft
**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorney for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  ependergraft@slp.law

*Eric Pendergraft is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*