

**ORDERED in the Southern District of Florida on December 11, 2018.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                                                             Case No.: 18-19441-BKC-EPK

160 ROYAL PALM, LLC,                                               Chapter 11

      Debtor.                                                     /

### ORDER SUSTAINING SECURED CREDITOR KK-PB FINANCIAL, LLC'S OBJECTION TO SCHEDULED CLAIM OF INTERNAL REVENUE SERVICE

**THIS MATTER** having been considered without hearing upon Secured Creditor KK-PB Financial, LLC's Objection to Scheduled Claim of Internal Revenue Service [ECF No. 190] and KK-PB Financial by submitting this form Order having represented that the Claim Objection was served on the Department of Treasury, Internal Revenue Service, that the 30-day response time provided by Local Rule 3007-1(D) has expired, that no response to the Claim Objection has been filed or served on KK-PB Financial, and that the relief to be granted in this Order is the identical relief requested in the Claim Objection, and this Court having considered the basis for the Claim Objection, it is

**ORDERED AND ADJUDGED** that:

1.  The Claim Objection is **SUSTAINED.**

2. The Scheduled Claim of the Department of Treasury, Internal Revenue Service in the amount of $2,586,813.30 is stricken in its entirety.

3. The Court retains jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

# # #

**Submitted by:**
Luis Salazar, Esq.
Celi S. Aguilar, Esq.
**SALAZAR LAW**
2000 Ponce de Leon Boulevard, Penthouse
Coral Gables, Florida 33134
Telephone: (305) 374-4848
Email: Luis@Salazar.Law
Email: Aguilar@Salazar.Law

**Copies to:**
Luis Salazar, Esq.
Celi S. Aguilar, Esq.

*(Attorney Salazar shall serve a copy of the signed Order on all required parties and file with the Court a certificate of service conforming with Local Rule 2002-1(F)).*