

ORDERED in the Southern District of Florida on December 14, 2018.

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                                      Case No. 18-19441-EPK

    Debtor.                                                    Chapter 11
_____/

**ORDER GRANTING MOTION TO CONTINUE EVIDENTIARY HEARING, AUCTION AND RELATED DEADLINES, AND SALE HEARING**

THIS MATTER came before the Court for hearing on November 30, 2018 upon the *Expedited Motion to Continue Evidentiary Hearing, Auction and Related Deadlines, and Sale Hearing* [ECF No. 336] (the "**Motion**") filed by 160 Royal Palm, LLC (the "**Debtor**").

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1.    The Motion [ECF No. 336] is GRANTED.

2.    The December 6, 2018 evidentiary hearing scheduled to consider the following matters is CONTINUED and is RESCHEDULED to January 8, 2019, January 11, 2019, and

{2234/000/00426432}

January 18, 2019, to commence all three days at 9:30 a.m. at the United States Bankruptcy Court, Room 801, Courtroom B, Flagler Waterview Building, 1515 N. Flagler Drive, West Palm Beach, Florida 33401, at which time the Court will consider the following matters:

    a.    *Debtor's Motion to Limit Credit Bids With Respect to Sale of Substantially All of Its Assets* [ECF No. 103];

    b.    *Secured Creditor KK-PB Financial, LLC's Motion to Estimate Claim for Purposes of Credit Bidding Pursuant to 11 U.S.C. §§ 502(c) and 363(k)* [ECF No. 133]; and

    c.    *Secured Creditor KK-PB Financial, LLC's Motion to (I) Modify and Terminate Automatic Stay; or (II) Dismiss Chapter 11 Proceeding* [ECF No. 69].

(the "**Rescheduled Evidentiary Hearing**").

3.    No later than **December 28, 2018,** each party shall disclose and serve (as applicable) on all other parties:

    a.    The name, address, and telephone number of each expert witness it intends to call to testify at the Rescheduled Evidentiary Hearing; and

    b.    The report of such expert witness pursuant to Federal Rule of Civil Procedure 26(a)(2)(B), or the disclosures pursuant to Rule 26(a)(2)(C).

4.    No later than **December 28, 2018**, each party shall disclose to all other parties its list of fact witnesses it expects to call to testify at the Rescheduled Evidentiary Hearing, including a brief statement summarizing the testimony each witness is expected to present.

5.    No later than noon **on January 4, 2019**, each party shall deliver in electronic format upon each opposing party (but not file with the Court):

    a.    A set of pre-marked exhibits (including summaries) intended to be offered as evidence at trial. Exhibits tendered by the Debtor or any of the parties known as the EB-5 Investors shall be marked numerically. Exhibits tender by KK-PB Financial, LLC shall be marked alphabetically. Exhibits shall be submitted in electronic Portable Document Format (PDF) and stored on a USB flash drive or compact disc, unless otherwise agreed to by the parties. Each individual PDF file shall be limited to a single exhibit of a file size no greater than 10MB, and shall be accompanied by an Exhibit Register conforming to Local Form 49.

    b.    With regard to any summary the party will offer in evidence at trial, a notice of the location(s) of the books, records, and the like, from which each summary has been made, and the reasonable times when such books, records, and the like may be inspected and copied by adverse parties.

6. Each party shall file and deliver, so as to be received no later than noon **on January 7, 2019**, any objection to the admissibility of any proposed exhibit, including any deposition transcript or recording (audio or video) or any summary. The objection must (i) identify the exhibit, (ii) states the grounds for the objection; and (iii) provide citations to case law or other authority in support of the objection. **An objection not so made---except for one under Federal Rule of Evidence 402 or 403---is waived unless excused by the Court for good cause.**

7. The Auction and Sale Hearing scheduled for December 14, 2018 pursuant to this Court's *Amended Order Granting Debtor's Motion for the Entry of an Order (I) Approving Bid Procedures and Bid Protections in Connection with the Sale of Substantially All of Its Assets, (II) Approving the Form and Manner of Notice and Sale, (III) Scheduling an Auction and Sale Hearing and (IV) Approving the Sale of the Assets Free and Clear of Liens, Claims and Encumbrances*

[ECF No. 273] (the "**Bid Procedures Order**") are CANCELLED. The Auction is RESCHEDULED to **January 28, 2019 at 10:00 a.m.** at the United States Bankruptcy Court, Room 801, Courtroom B, Flagler Waterview Building, 1515 N. Flagler Drive, West Palm Beach, Florida 33401, with the Sale Hearing to immediately follow.

8. The December 7, 2018 5:00 p.m. Bid Deadline set forth in the Bid Procedures Order is extended to **January 21, 2019 at 5:00 p.m**.

9. Unless specifically modified herein, all other deadlines and provisions of the Bid Procedures Order shall remain in full force and effect, and all other deadlines shall be calculated from the continued dates above, as applicable.

###

Submitted by:

Eric Pendergraft
**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorney for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email: ependergraft@slp.law

*Eric Pendergraft is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*