UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re

160 ROYAL PALM, LLC,

Debtor. /

Case No.: 18-19441-BKC-EPK

Chapter 11

**SECURED CREDITOR KK-PB FINANCIAL, LLC'S INITIAL DISCLOSURE OF FACT WITNESSES**

Secured Creditor KK-PB FINANCIAL, LLC ("**KK-PB**"), pursuant to this Court's *Order Granting Motion to Continue Evidentiary Hearing, Auction and Related Deadlines, and Sale Hearing* entered December 14, 2018, discloses the following fact witnesses it intends to call to testify at the Rescheduled Evidentiary Hearing[1]:

1. **Glenn F. Straub**
c/o Salazar Law
2000 Ponce de Leon Boulevard, Penthouse
Coral Gables, Florida 33134
**Brief Summary of Testimony:** Mr. Straub shall provide testimony relating to the real estate transaction between KK-PB and 160 Royal Palm, LLC with respect to the real property located at 160 Royal Palm Way in Palm Beach, Florida 33480, including but not limited to, the operative documents and the circumstances surrounding the transaction.

2. **Craig Galle**
c/o Salazar Law
2000 Ponce de Leon Boulevard, Penthouse
Coral Gables, Florida 33134
**Brief Summary of Testimony:** Mr. Galle shall provide testimony relating to the real estate transaction between KK-PB and 160 Royal Palm, LLC with respect to the real property located at 160 Royal Palm Way in Palm Beach, Florida 33480, including but not limited to, the operative documents and the circumstances surrounding the transaction.

[1] This term is given the meaning assigned in the December 14th Order entered by this Court and filed in this Bankruptcy Case [DE 389].

3. **Nicholas Laudano**
   **Brief Summary of Testimony:** Mr. Laudano shall testify as to information relating to New Haven Contracting South, including but not limited to, the existence of any amounts owed, and provide any other information pertaining to creditors of the Debtor to the extent he has personal knowledge.

4. **Sal Spano**
   c/o Salazar Law
   2000 Ponce de Leon Boulevard, Penthouse
   Coral Gables, Florida 33134
   **Brief Summary of Testimony:** Mr. Spano shall testify as to information relating to New Haven Contracting South, including but not limited to, the existence of any amounts owed, and provide any other information pertaining to creditors of the Debtor to the extent he has personal knowledge.

5. All parties names in this action.

6. Any and all parties that have filed a proof of claim in this action.

7. Impeachment and rebuttal witnesses.

8. Any and all fact witnesses that have been disclosed by any other party's fact witness list.

9. KK-PB reserves the right to: (i) call any of the parties listed above as rebuttal witnesses, and (ii) amend this list as necessary.

Dated: December 28, 2018

Respectfully submitted,

**SALAZAR LAW**
*Counsel for Secured Creditor, KK-PB Financial, LLC*
2000 Ponce de Leon Boulevard, Penthouse Suite
Coral Gables, Florida 33134
Telephone: (305) 374-4848
Facsimile: (305) 397-1021
Email: Luis@Salazar.Law
Email: Aguilar@Salazar.Law

By: *\/s/ Luis Salazar*
Luis Salazar
Florida Bar No. 147788
Celi S. Aguilar
Florida Bar No. 117589

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF or electronic mail transmission as indicated thereon.

By: *_/s/ Luis Salazar_*
Luis Salazar

**SERVICE LIST**

**Electronic Mail Notice List**
**(Via CM/ECF)**

- **David W Baddley** baddleyd@sec.gov
- **Heidi A Feinman** Heidi.A.Feinman@usdoj.gov
- **Steven C Jones** steven.jones@wilsonelser.com, anna.nowakowska@wilsonelser.com;vivian.fusco@wilsonelser.com;EService.Miami@wilsonelser.com
- **Philip J Landau** plandau@slp.law, msmith@slp.law;blee@slp.law;pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;cdraper@slp.law
- **Bernice C. Lee** blee@slp.law, dwoodall@slp.law;ematteo@slp.law;cdraper@slp.law
- **Peter J Malecki** pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
- **Edward A Marod** emarod@gunster.com, dpeterson@gunster.com
- **Orfelia M Mayor** omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- **Office of the US Trustee** USTPRegion21.MM.ECF@usdoj.gov
- **Eric S Pendergraft** ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- **Cristopher S Rapp** csrapp@kelleykronenberg.com, IRGeservice@kelleykronenberg.com
- **Luis Salazar** Luis@Salazar.Law, Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
- **Jeffrey I. Snyder** jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **Allen R Tomlinson** atomlinson@jonesfoster.com, mbest@jonesfoster.com
- **Harry Winderman** harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

**Electronic Mail Notice List**
**(Via Email)**

**Robert V. Cornish, Esq.**
Wilson, Elser, Moskowitz, Edelman *et al.*
700 11th Street, NW, #400
Washington, DC 20001
robert.cornish@wilsonelser.com

**David J. George, Esq.**
c/o George Gesten McDonald, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
DGeorge@4-Justice.com

**Gregg H. Glickstein, Esq.**
Gregg H. Glickstein, P.A.
54 SW Boca Raton Blvd.
Boca Raton, FL 33432
ghgpa@bellsouth.net

**Daniel A. Hershman, Esq.**
Hershman Law P.A.
2240 Palm Beach Lakes Blvd, Suite 101
West Palm Beach, FL 33409
dahershmanlaw@aol.com

**Larry Richey, Esq.**
Cushman & Wakefield
515 East Las Olas Blvd, Suite 900
Fort Lauderdale, FL 33301
larry.richey@cushwake.com

**Christopher W. Kammerer, Esq.**
Kammerer Mariani PLLC
1601 Forum Place Suite 500
West Palm Beach, FL 33401
ckammerer@KammererMariani.com

**Maria M Yip**
Yip Associates
1001 Yamato Road, Suite 301
Boca Raton, FL 33431
myip@yipcpa.com