UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                                          Case No.: 18-19441-BKC-EPK

160 ROYAL PALM, LLC,                                           Chapter 11

    Debtor.                               /

## CROSS-NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that Secured Creditor KK-PB Financial, LLC, through undersigned counsel, will take the oral deposition of the Robert Matthews (the "**Deponent**") under oath, at the time and place noted below:

**Date:**   January 3, 2019

**Time:**   9:30 a.m.

**Place:**  Shraiberg, Landau & Page, P.A.
            2385 N.W. Executive Center Drive, Suite 300
            Boca Raton, FL 33431

The deposition will be conducted before an officer authorized to record the testimony and will continue from day to day until completed. The Deponent is responsible for providing an interpreter to be present during the deposition, if necessary.

The deposition is being conducted for the purpose of discovery, for use at hearings or trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, Federal Rules of Bankruptcy Procedure, and the Local Rules and Orders of this Court. The scope of the deposition will be as described in Rule 45 of the Federal Rules of Civil Procedure.

SALAZAR
— LAW —

Dated: January 2, 2019

Respectfully submitted,

**SALAZAR LAW**
*Counsel for Secured Creditor, KK-PB Financial, LLC*
2000 Ponce de Leon Boulevard, Penthouse Suite
Coral Gables, Florida  33134
Telephone: (305) 374-4848
Facsimile:   (305) 397-1021
Email:  Luis@Salazar.Law
Email:  Aguilar@Salazar.Law

By:     /s/ Luis Salazar
      Luis Salazar
      Florida Bar No. 147788
      Celi S. Aguilar
      Florida Bar No. 117589

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF or electronic mail transmission as indicated thereon.

By: */s/ Luis Salazar*
Luis Salazar

## **SERVICE LIST**

**Electronic Mail Notice List**
**(Via CM/ECF)**

- **Heidi A Feinman**   Heidi.A.Feinman@usdoj.gov
- **Steven C Jones**   steven.jones@wilsonelser.com, znna.nowakowska@wilsonelser.com; vivian.fusco@wilsonelser.com;EService.Miami@wilsonelser.com
- **Philip J Landau**   plandau@slp.law, msmith@slp.law;blee@slp.law; pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;cdraper@slp.law
- **Bernice C. Lee**   blee@slp.law, dwoodall@slp.law;ematteo@slp.law;cdraper@slp.law
- **Peter J Malecki**   pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
- **Edward A Marod**   emarod@gunster.com, dpeterson@gunster.com
- **Orfelia M Mayor**   omayor@ombankruptcy.com, legalservices@pbctax.com; carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- **Office of the US Trustee**   USTPRegion21.MM.ECF@usdoj.gov
- **Christian Panagakos**   cp@FloridaBankruptcyAdvisors.com, bp@FloridaBankruptcyAdvisors.com;fbaecf@gmail.com;r55828@notify.bestcase.com
- **Eric S Pendergraft**   ependergraft@slp.law, dwoodall@slp.law; ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- **Cristopher S Rapp**   csrapp@kelleykronenberg.com, IRGeservice@kelleykronenberg.com
- **Luis Salazar**   Luis@Salazar.Law, Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
- **Jeffrey I. Snyder**   jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **Allen R Tomlinson**   atomlinson@jonesfoster.com, mbest@jonesfoster.com
- **Harry Winderman**   harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com,filings@whcfla.com

**Electronic Mail Notice List**
**(Via Email)**

| | |
|---|---|
| **Robert V. Cornish, Esq.** | **David J. George, Esq.** |
| Wilson, Elser, Moskowitz, Edelman *et al.* | c/o George Gesten McDonald, PLLC |
| 700 11th Street, NW, #400 | 9897 Lake Worth Road, Suite 302 |
| Washington, DC 20001 | Lake Worth, FL 33467 |
| robert.cornish@wilsonelser.com | DGeorge@4-Justice.com |
| | |
| Gregg H. Glickstein | **Daniel A. Hershman, Esq.** |
| Gregg H. Glickstein, P.A. | Hershman Law P.A. |
| 54 SW Boca Raton Blvd. | 2240 Palm Beach Lakes Blvd, Suite 101 |
| Boca Raton, FL 33432 | West Palm Beach, FL 33409 |
| ghgpa@bellsouth.net | dahershmanlaw@aol.com |

4



**Larry Richey, Esq.**
Cushman & Wakefield
515 East Las Olas Blvd, Suite 900
Fort Lauderdale, FL 33301
larry.richey@cushwake.com

**Christopher W. Kammerer, Esq.**
Kammerer Mariani PLLC
1601 Forum Place Suite 500
West Palm Beach, FL 33401
ckammerer@KammererMariani.com

**Maria M Yip**
Yip Associates
1001 Yamato Road, Suite 301
Boca Raton, FL 33431
myip@yipcpa.com