UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                                         Case No.: 18-19441-BKC-EPK

160 ROYAL PALM, LLC,                                          Chapter 11

        Debtor.                                   /

**SECURED CREDITOR KK-PB FINANCIAL, LLC'S NOTICE OF FILING
EMAIL COMMUNICATIONS REGARDING RULE 26 DISCLOSURES**

    Secured Creditor, KK-PB Financial, LLC, gives notice of filing of email communications dated November 25, 2018 and November 28, 2018 as to disclosure requirements under Rule 26(a)(2) of the Federal Rules of Civil Procedure, made applicable by Rules 7026 and 9014 of the Federal Rules of Bankruptcy Procedure, attached hereto as **Composite Exhibit A**.

Dated: January 3, 2019              Respectfully submitted,

                                            **SALAZAR LAW**
                                            *Counsel for Secured Creditor, KK-PB Financial, LLC*
                                            2000 Ponce de Leon Boulevard, Penthouse Suite
                                            Coral Gables, Florida 33134
                                            Telephone: (305) 374-4848
                                            Facsimile: (305) 397-1021
                                            Email: Luis@Salazar.Law
                                            Email: Aguilar@Salazar.Law

            By:    */s/ Luis Salazar*
                        Luis Salazar
                        Florida Bar No. 147788
                        Celi S. Aguilar
                        Florida Bar No. 117589

SALAZAR
— LAW —

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF and/or electronic mail transmission as indicated thereon.

By: */s/ Luis Salazar*
Luis Salazar

SALAZAR
— LAW —

## SERVICE LIST

**Electronic Mail Notice List**
**(Via CM/ECF)**

- **David W Baddley**  baddleyd@sec.gov
- **Heidi A Feinman**  Heidi.A.Feinman@usdoj.gov
- **Steven C Jones**  steven.jones@wilsonelser.com, anna.nowakowska@wilsonelser.com; vivian.fusco@wilsonelser.com;EService.Miami@wilsonelser.com
- **Philip J Landau**  plandau@slp.law, msmith@slp.law; blee@slp.law; pdorsey@slp.law; dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;cdraper@slp.law
- **Bernice C. Lee**  blee@slp.law, dwoodall@slp.law;ematteo@slp.law;cdraper@slp.law
- **Peter J Malecki**  pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
- **Edward A Marod**  emarod@gunster.com, dpeterson@gunster.com
- **Orfelia M Mayor**  omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Eric S Pendergraft**  ependergraft@slp.law, dwoodall@slp.law; ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- **Cristopher S Rapp**  csrapp@kelleykronenberg.com, IRGeservice@kelleykronenberg.com
- **Luis Salazar**  Luis@Salazar.Law, Aguilar@Salazar.Law; Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
- **Jeffrey I. Snyder**  jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **Allen R Tomlinson**  atomlinson@jonesfoster.com, mbest@jonesfoster.com
- **Harry Winderman**  harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com

# COMPOSITE EXHIBIT A

# Celi Aguilar

| | |
|---|---|
| **From:** | Luis Salazar |
| **Sent:** | Wednesday, November 28, 2018 2:16 PM |
| **To:** | Philip J. Landau; David George |
| **Cc:** | Franck Chantayan; Celi Aguilar; Kevin Cabrera; Ali-Marcelle Lee-Sin |
| **Subject:** | Re: Witness/Document disclosures |

Dear Philip and David - I am writing to notify you that we are issuing a trial subpoena to Nick Lodano and are adding him to our witness list. I have still not received a response from either of you confirming your witnesses for the FEH. Please disclose this information immediately.

**Luis Salazar | Founding Partner**



**T:** 305.374.4802  **| M:** 305.776.5916

**E:** Luis@Salazar.law

**W:** www.Salazar.law

**Mold Breakers, Difference Makers™**

This correspondence and its contents are confidential and may be privileged.

---

**From:** Luis Salazar
**Sent:** Sunday, November 25, 2018 9:08 AM
**To:** Philip J. Landau; David George
**Cc:** Franck Chantayan; Celi Aguilar; Kevin Cabrera; Ali-Marcelle Lee-Sin
**Subject:** Witness/Document disclosures

Good morning Phil and David –

As we continue to prepare for Trial on the Credit Bid Motion [ECF No. 103], Claim Estimation Motion [ECF No. 133], and Stay Relief Motion [ECF No. 69], we ask for your disclosure of all witnesses you intend to call to present testimony by no later than tomorrow. We need this disclosure in order to schedule depositions, if needed.

Here is our list of witnesses we intend to call to testify, as of right now and, of course, subject to amendments or supplements:
- ⇨ Glenn F. Straub
- ⇨ KK-PB Financial (Glenn F. Straub as Corporate Representative)

1

- ⇨ Sal V. Spano
- ⇨ Craig T. Galle, Esq.
- ⇨ Alexander L. Domb, Esq.
- ⇨ Cary Glickstein
- ⇨ Leslie Robert Evans, Esq., Leslie Robert Evans & Associates, P.A.
- ⇨ Rebuttal witnesses, as necessary

Lastly, we ask that the Debtor or the EB5 creditors immediately turnover copies of all responses and accompanying responsive documents received to date (and to be received), pursuant to the third-party subpoenas served by the Debtor as set forth below, or advise us if no response has been made:

**Documents Due 11.21.2018**
- ⇨ First Bank of the Palm Beaches, Records Custodian
- ⇨ PNC Bank, Records Custodian
- ⇨ Regions Bank, Records Custodian
- ⇨ Palm House Hotel, LLLP

**Documents Due 11.23.2018**
- ⇨ New Haven Contracting South, Inc., Corporate Representative
- ⇨ Van Linda Iron Works, Inc., Corporate Representative
- ⇨ Bank of America, Corporate Representative

**Documents Due 11.26.2018**
- ⇨ A-1 Roofing & Waterproofing Pros LLC
- ⇨ Architectural Precast & Foam LLC
- ⇨ Bella Stone Creations, Inc.
- ⇨ CEI Electrical Contractors
- ⇨ Cleary Plumbing
- ⇨ Comcast
- ⇨ Complete Cooling Services, Inc.
- ⇨ Converged Solutions, LLC
- ⇨ Drymension of South Florida, Inc.
- ⇨ Greenscape, Inc.
- ⇨ J & A Construction, Inc.
- ⇨ James F. Biaggi
- ⇨ Marble Systems, Inc.
- ⇨ Opera Corporation
- ⇨ Orlando Pools, Inc.
- ⇨ Palm Gallery, Inc.
- ⇨ Southern Fire Protection of Palm Beach, Inc.
- ⇨ Thyssenkrupp Elevator Company
- ⇨ TWG Enterprises Waterproofing & Painting, Inc.

Naturally, to the extent that we receive documents from any subpoenaed party, we will make them immediately available. We are happy to discuss the above and address any concerns you may have.

**Luis Salazar | Founding Partner**

2

**T:** 305.374.4802 | **M:** 305.776.5916

**E:** Luis@Salazar.law

**W:** www.Salazar.law

## Mold Breakers, Difference Makers™

This correspondence and its contents are confidential and may be privileged.