UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

IN RE

160 ROYAL PALM LLC,

Debtor.

CASE NO. 18-19441-BKC-EPK

CHAPTER 11

_____/

## RESPONSE OF CHEN JUN TO KK-PB FINANCIAL, LLC'S TWENTIETH OMNIBUS OBJECTION TO CLAIMS

Claimant, Chen Jun, holding claim number 83, by and through undersigned counsel, responds to KK-PB Financial, LLC's ("KK-PB") Nineteenth Omnibus Objection (ECF 366), and states the following in support thereof:

1. On December 6, 2018, KK-PB filed its Twentieth Omnibus Objection, objecting to Claim numbers 83-85.

2. The objection of KK-PB is two-fold, asserting: (1) Debtor has no liability or obligation as to claim by Claimant and the investment in the hotel/condo is neither a claim against nor an equity interest in the Debtor; 2) Claimant's claim is subsumed in Palm House Hotel, LLLP's secured claim of $39 million and is therefore duplicative.

3. The first prong of KK-PB's objection is an improper omnibus objection as the assertions contained therein are not one of the eight (8) prescribed omnibus objection reasons set forth in Bankruptcy Rule 3007(d). Claimant also asserts that KK-PB may have no standing to object at all.

4. KK-PB's assertion the claim is subsumed in and duplicative of Palm House Hotel, LLLP's claim is meritless and estopped by common principles of equity. KK-PB

1183460v.1

is a co-defendant in at least two separate pending actions: (1) *Wang Jue et al. v. Joseph Walsh et al., CASE No. 50-2018-CA-014081* pending in Circuit Court in Palm Beach County, Florida; (2) *Lan Li et al. v. Joseph Walsh, et al., Case No. 9:16-cv-81871 CIV MARRA* pending in United States District Court for the Southern District of Florida. In both pending cases, KK-PB is a co-defendant with, amongst others, Debtor Palm House Hotel, LLLP, and both are accused of self-dealing and participating, assisting, facilitating, or aiding and abetting a fraud of over $40 million from this Claimant and others who invested in the Palm House project. In the latter case, controlling persons of KK-PB who may have also controlled Debtor and its affiliated entities are named. For these reasons, KK-PB has unclean hands or is otherwise equitably estopped from objecting to this Claimant's claim. Further, as Palm House Hotel, LLP participated in funneling the funds defrauded from this Claimant, it cannot be the equitable owner of this Claimant's claim. The claims of Claimant are thus separate and distinct from KK-PB and others similarly situated.

**WHEREFORE,** KK-PB Financial, LLC's objection to this claim should be denied.

Respectfully Submitted,

By: */s/ Gavin N.L. White*
Gavin N.L. White, Esquire (FBN 537853)
gavin.white@wilsonelser.com
Steven C. Jones, Esquire (FBN 107516)
steven.jones@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**
3800 Miami Tower

1183460v.1

          100 Southeast Second Street
          Miami, Florida 33131
          Telephone:   305-374-4400
          Facsimile:    305-579-0261
          ***Attorneys for "Other Palm House Investors"***

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that on this 4th day of January 2019, a true and correct copy of the above and foregoing document was electronically filed with the Clerk of the above styled Court using CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case.

By:    */s/Gavin N.L. White*
         GAVIN N.L. WHITE
         Florida Bar No.: 537853
         gavin.white@wilsonelser.com
         STEVEN C. JONES
         Florida Bar No. 107516
         steven.jones@wilsonelser.com

1183460v.1