UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                               Case No.  18-19441-EPK

Debtor.                                            Chapter 11

_____/

**DEBTOR'S AND EB-5 INVESTORS' OBJECTIONS TO EXHIBITS**

160 Royal Palm, LLC (the "Debtor") and the EB-5 Investors[1] hereby object to the following exhibits listed by KK-PB Financial, LLC on its exhibit register served on January 4, 2018:

**Exhibit A (9/12/2018 Declaration of Glenn Straub):** Hearsay pursuant to Fed. R. Evid. 802.

**Exhibit K (Declaration of Luis Salazar):** Hearsay pursuant to Fed. R. Evid. 802.

**Exhibit X (1/12/2018 Appraisal):** Hearsay pursuant to Fed. R. Evid. 802.

**Exhibit WW (Depo. Trans. Marcie Bour):** Hearsay pursuant to Fed. R. Evid. 802.

**Exhibit YY (Depo. Trans. CEI):** Hearsay pursuant to Fed. R. Evid. 802.

**Exhibit ZZ (Depo. Trans. Southern Fire):** Hearsay pursuant to Fed. R. Evid. 802.

**Exhibit BBB (Depo. Trans. Architectural Precast):** Hearsay pursuant to Fed. R. Evid. 802.

**Exhibit GGG (Amended POC of KK-PB):** Hearsay pursuant to Fed. R. Evid. 802.

**Exhibit HHH (Second Amended POC of KK-PB):** Hearsay pursuant to Fed. R. Evid. 802.

**Exhibit WWW:** Missing from exhibits produced.  The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

**Exhibit XXX:** Missing from exhibits produced.  The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

---

[1] The names of these individuals are set forth in the document filed at ECF No. 290.

{2234/000/00418246}

**Exhibit YYY:** Missing from exhibits produced. The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

**Exhibit ZZZ:** Missing from exhibits produced. The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

**Exhibit WWWWW:** Missing from exhibits produced. The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

**Exhibit XXXXX:** Missing from exhibits produced. The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

**Exhibit HHHHHHH (Hx7):** Missing from exhibits produced. The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

**Exhibit VVVVVVVVVV (Vx10):** Missing from exhibits produced. The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

**Exhibit QQQQQQQQQQQQ (Qx12) (Application for Payment on Contract No. 3-11002):** Missing from exhibits produced/potentially mislabeled. The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

**Exhibit HHHHHHHHHHHHHHH (Hx15):** Missing from exhibits produced. The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

**Exhibit IIIIIIIIIIIIIII (Ix15):** Missing from exhibits produced. The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

**Exhibit LLLLLLLLLLLLLLL (Lx15):** Missing from exhibits produced. The Debtor and the EB-5 Investors reserve the right so object to this exhibit on substantive grounds.

**Exhibit JJJJJJJJJJJJJJJJJ (Jx17) (All documents produced in response to Debtor's subpoena to testify served on Glenn Straub):** The Debtor and the EB-5 Investors object to this exhibit because it is a vague catchall exhibit and therefore improper. *See Blanco v. Capform, Inc.*, 2013 WL 12061862, at *1 (S.D. Fla. January 9, 2013). Moreover, the Debtor and the EB-5 investors object to this exhibit based upon Federal Rules of Evidence 901 (authenticity) and 802 (hearsay).

**Exhibit KKKKKKKKKKKKKKKKK (Kx17) (All documents produced in response to Debtor's subpoena to testify served on KK-PB):** The Debtor and the EB-5 Investors object to this exhibit because it is a vague catchall exhibit and therefore improper. *See Blanco v. Capform, Inc.*, 2013 WL 12061862, at *1 (S.D. Fla. January 9, 2013). Moreover, the Debtor and the EB-5 investors object to this exhibit based upon Federal Rules of Evidence 901 (authenticity) and 802 (hearsay).

**Exhibit LLLLLLLLLLLLLLLLL (Lx17) (All documents produced in response to KK-PB's 11/9/2018 RFP):** The Debtor and the EB-5 Investors object to this exhibit because it is a vague catchall exhibit and therefore improper. *See Blanco v. Capform, Inc.*, 2013 WL 12061862, at *1 (S.D. Fla. January 9, 2013). Moreover, the Debtor and the EB-5 investors object to this exhibit based upon Federal Rules of Evidence 901 (authenticity) and 802 (hearsay).

**Exhibit MMMMMMMMMMMMMMMMM (Mx17) (All documents produced in response to KK-PB's 11/9/2018 RFP):** The Debtor and the EB-5 Investors object to this exhibit because it is a vague catchall exhibit and therefore improper. *See Blanco v. Capform, Inc.*, 2013 WL 12061862, at *1 (S.D. Fla. January 9, 2013). Moreover, the Debtor and the EB-5 investors object to this exhibit based upon Federal Rules of Evidence 901 (authenticity) and 802 (hearsay).

**Exhibit NNNNNNNNNNNNNNNNN (Nx17) (KK-PB's Answer and Affirmative Defenses):** The Debtor and the EB-5 Investors object to this exhibit because it was added to an amended exhibit register served by KK-PB at 10:43 p.m. on the evening of January 6, 2019, after the January 4, 2019, 12 p.m. deadline to exchange registers and exhibits.

**Exhibit OOOOOOOOOOOOOOOOO (Ox17) (KK-PB's Motion to Dismiss):** The Debtor and the EB-5 Investors object to this exhibit because it was added to an amended exhibit register served by KK-PB at 10:43 p.m. on the evening of January 6, 2019, after the January 4, 2019, 12 p.m. deadline to exchange registers and exhibits.

**Exhibit RRRRRRRRRRRRRRRRR (Rx17) (Complaint):** The Debtor and the EB-5 Investors object to this exhibit because it was added to an amended exhibit register served by KK-PB at 10:43 p.m. on the evening of January 6, 2019, after the January 4, 2019, 12 p.m. deadline to exchange registers and exhibits.

**Exhibit SSSSSSSSSSSSSSSSS (Sx17) (Payment Application):** The Debtor and the EB-5 Investors object to this exhibit because it was added to an amended exhibit register served by KK-PB at 10:43 p.m. on the evening of January 6, 2019, after the January 4, 2019, 12 p.m. deadline to exchange registers and exhibits.

**Exhibit TTTTTTTTTTTTTTTTT (Tx17) (Payment Application):** The Debtor and the EB-5 Investors object to this exhibit because it was added to an amended exhibit register served by KK-PB at 10:43 p.m. on the evening of January 6, 2019, after the January 4, 2019, 12 p.m. deadline to exchange registers and exhibits.

**Exhibit UUUUUUUUUUUUUUUUU (Ux17) (Summary):** The Debtor and the EB-5 Investors object to this exhibit because it was added to an amended exhibit register served by KK-PB at 10:43 p.m. on the evening of January 6, 2019, after the January 4, 2019, 12 p.m. deadline to exchange registers and exhibits.

**Exhibit \* (Any and all documents produced in response to Subpoena to Testify at a Deposition in a Bankruptcy Case to Cleary Plumbing):** The Debtor and the EB-5 Investors object to this exhibit because it is a vague catchall exhibit and therefore improper. *See Blanco v. Capform, Inc.*, 2013 WL 12061862, at \*1 (S.D. Fla. January 9, 2013). Moreover, the Debtor and the EB-5 investors object to this exhibit based upon Federal Rules of Evidence 901 (authenticity) and 802 (hearsay).

**Exhibit \* (Any and all documents identified by the Debtor or EB-5 Investos):** The Debtor and the EB-5 Investors object to this exhibit *<u>on a limited basis</u>* and only to the extent this exhibit references documents beyond what were listed on the Exhibit Register tendered by the Debtor and the EB-5 Investors on January 4, 2018.

**Exhibit \* (All documents subsequently produced):** The Debtor and the EB-5 Investors object to this exhibit because it is a vague catchall exhibit and therefore improper. *See Blanco v. Capform, Inc.*, 2013 WL 12061862, at \*1 (S.D. Fla. January 9, 2013). Moreover, the Debtor and the EB-5 investors object to this exhibit based upon Federal Rules of Evidence 901 (authenticity) and 802 (hearsay).

**Any exhibit or summary not listed on the exhibit register tendered by KK-PB on January 4, 2019.**

Respectfully submitted,

SHRAIBERG, LANDAU, & PAGE, P.A.
Attorney for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047

By:  */s/ Eric Pendergraft*
    Philip J. Landau
    Florida Bar No. 504017
    plandau@slp.law
    Eric Pendergraft
    Florida Bar No. 91927
    ependergraft@slp.law


**GEORGE·GESTEN·MCDONALD, PLLC.**
Attorneys for the EB-5 Investors
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
Phone:   (888) 421-4529
Fax:     (888) 421-4173

By:  /s/ David J. George
David J. George, Esquire
Florida Bar No. 898570
*Admitted Pro Hac Vice*
dgeorge@4-justice.com
jcoelho@4-justice.com

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on January 7, 2019, via CM/ECF to all parties registered to receive such notice via electronic filing.

*/s/ Eric Pendergraft*