UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                                              Case No.: 18-19441-BKC-EPK

160 ROYAL PALM, LLC,                                               Chapter 11

      Debtor.                          /

## SECURED CREDITOR, KK-PB FINANCIAL, LLC'S RESPONSE IN OPPOSITION TO DEBTOR'S MOTION TO EXTEND EXCLUSIVITY AND SOLICITATION PERIODS AND DEADLINE FOR FILING PLAN AND DISCLOSURE STATEMENT

Secured Creditor, KK-PB Financial, LLC ("**KK-PB Financial**"), submits this response in opposition to the Motion to Extend Exclusivity and Solicitation Periods and Deadline for Filing Plan and Disclosure Statement [ECF No. 349], filed by Debtor 160 Royal Palm, LLC ("**Debtor**"), and states:

### PRELIMINARY STATEMENT

1. The Debtor's request for extension of the period within which to file a plan of reorganization under 11 U.S. C. § 1121(b) and to solicit acceptances of a chapter 11 plan under 11 U.S. C. § 1121(c)(3) is now moot and must be denied.

### FACTUAL BACKGROUND

2. On August 2, 2018, debtor, 160 Royal Palm, LLC, filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code ("Petition Date") [ECF.No. 1]. The Debtor's principal asset is the real property located at 160 Royal Palm Way, Palm Beach, Florida 33480 (the "**Royal Palm Way Property**").

3. On August 30, 2018, this Court issued its Order [ECF No. 51], establishing, among other things, a deadline of November 30, 2018 within which the Debtor was required to file a Plan and Disclosure Statement.

4. On September 13, 2018, KK-PB Financial filed its Motion to (I) Modify and Terminate Automatic Stay; or (II) Dismiss Chapter 11 Proceeding [ECF No. 69]

and the accompanying Declaration of Glenn F. Straub [ECF No. 69] in support thereof. The Debtor filed its Response in Opposition to the Stay Relief Motion on September 14, 2018 [ECF No. 73]. The Stay Relief Motion [ECF No. 69] remains pending and is being considered by this Court at the rescheduled evidentiary hearing commencing January 8, 2019.

5. On October 1, 2018, the Debtor filed its Motion for the Entry of an Order (I) Approving Bid Procedures and Bid Protections in Connection with the Sale of Substantially all of its Assets, (II) Approving the Form and Manner of Notice of Sale, (III) Scheduling an Auction and Sale Hearing and (IV) Approving the Sale of the Assets Free and Clear of Liens, Claims and Encumbrances [ECF No. 92]. That Motion was granted by this Court's Order dated October 16, 2016 [ECF No. 154], and the dates and deadlines set forth therein have been continued or extended by way of this Court's Orders dated October 26, 2018, November 5, 2018, November 8, 2018, and December 14, 2018 [ ECF Nos. 19, 201, 273, and 389].

6. On October 5, 2018, the Debtor filed its Motion to Limit Credit Bids with Respect to Sale of Substantially All of its Assets [ECF No. 103] seeking, among other things, to limit KK-PB Financial's ability to credit bid at the auction and sale of substantially all of the Debtor's assets including the Royal Palm Way Property and other personal property. The Credit Bid Motion [ECF No. 103] remains pending and is being considered by this Court at the rescheduled evidentiary hearing commencing January 8, 2019.

7. On October 10, 2018, KK-PB Financial filed its Motion to Estimate Claim for Purposes of Credit Bidding Pursuant to 11 U.S.C. §§ 502(C) and 363(K) [ECF No. 133], seeking to estimate its secured claim as part of the sale process in order to determine the amount of its maximum credit bid. The Claim Estimation Motion [ECF No. 133] remains pending and is being considered by this Court at the rescheduled evidentiary hearing commencing January 8, 2019.

8. On November 30, 2018, the Debtor filed its Motion to Extend Exclusivity and Solicitation Periods and Deadline for Filing Plan and Disclosure Statement [ECF No. 349], seeking an extension of the period within which the Debtor has the exclusive right to file a plan of reorganization under 11 U.S. C. § 1121(b) and to solicit acceptances of a chapter 11 plan under 11 U.S. C. § 1121(c)(3). The Debtor further seeks to extend the deadline set forth in this Court's Order dated August 31, 2018 [ECF No. 51], establishing a deadline of November 30, 2018 within which the Debtor is directed to file a Plan and Disclosure Statement.

9. On December 27, 2018, KK-PB Financial filed its Liquidation Plan of 160 Royal Palm Way, LLC under Chapter 11 of the Bankruptcy Code [ECF No. 418].

**ARGUMENT**

10. By way of its Order dated August 31, 2018 [ECF No. 51], the Court directed, among other things, the Debtor to file a Plan and Disclosure Statement on or before **November 30, 2018**. The Court's Order further provides that '[i]f the Debtor fails to file a Plan and a Disclosure Statement on or before the Filing Deadline, the Court may set a hearing to determine whether this case should be dismissed or converted pursuant to 11 U.S.C. § 1112(b)." As the record in this chapter 11 proceeding reflects, no Plan and Disclosure Statement has been filed by the Debtor.

11. Going further, KK-PB Financial maintains that, pursuant to 11 U.S.C. § 1121(c)(2), on December 27, 2018, KK-PB Financial filed the Liquidation Plan of 160 Royal Palm Way, LLC under Chapter 11 of the Bankruptcy Code [ECF No. 418], such that the Debtor's request for extension of the period within which to file a plan of reorganization under 11 U.S. C. § 1121(b) and to solicit acceptances of a chapter 11 plan under 11 U.S. C. § 1121(c)(3) is now moot.

12. Moreover, the Debtor has failed to establish that any cause exists for this Court to grant its request for extension of the exclusivity deadlines.

13. Based on the foregoing, KK-PB Financial believes that the Debtor's Motion [ECF No. 349] must be denied.

**WHEREFORE**, Secured Creditor, KK-PB Financial, LLC, respectfully requests that this Court enter an Order (i) sustaining this Objection; (ii) denying the Debtor's Motion to Extend Exclusivity and Solicitation Periods and Deadline for Filing Plan and Disclosure Statement [ECF No. 349]; and (iii) granting such other and further relief as the Court deems just and proper.

Dated: January 8, 2019

Respectfully submitted,

**SALAZAR LAW**
*Counsel for Secured Creditor, KK-PB Financial, LLC*
2000 Ponce de Leon Boulevard, Penthouse Suite
Coral Gables, Florida  33134
Telephone: (305) 374-4848
Facsimile:  (305) 397-1021
Email:  Luis@Salazar.Law
Email:  Aguilar@Salazar.Law

By:    */s/ Luis Salazar*
         Luis Salazar
         Florida Bar No. 147788
         Celi S. Aguilar
         Florida Bar No. 117589

SALAZAR
— LAW —

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF and/or electronic mail transmission as indicated thereon.

By: /s/ Luis Salazar
Luis Salazar

**SERVICE LIST**

**Electronic Mail Notice List (Via CM/ECF)**

- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Steven C Jones**    steven.jones@wilsonelser.com, anna.nowakowska@wilsonelser.com;vivian.fusco@wilsonelser.com;EService.Miami@wilsonelser.com
- **Philip J Landau**    plandau@slp.law, msmith@slp.law;blee@slp.law;pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;cdraper@slp.law
- **Bernice C. Lee**    blee@slp.law, dwoodall@slp.law;ematteo@slp.law;cdraper@slp.law
- **Peter J Malecki**    pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
- **Edward A Marod**    emarod@gunster.com, dpeterson@gunster.com
- **Orfelia M Mayor**    omayor@ombankruptcy.com, legalservices@pbctax.com;carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- **Cristopher S Rapp**    csrapp@kelleykronenberg.com, IRGeservice@kelleykronenberg.com
- **Luis Salazar**    Luis@Salazar.Law, Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
- **Jeffrey I. Snyder**    jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **Allen R Tomlinson**    atomlinson@jonesfoster.com, dstewart@jonesfoster.com

SALAZAR
— LAW —