UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                              Case No. 18-19441-EPK

160 ROYAL PALM, LLC,                                 Chapter 11

   Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Notice of Hearing* **[ECF No. 499]** was served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case on January 10, 2019.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

SHRAIBERG, LANDAU & PAGE, P.A.
Attorneys for the Debtors
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: ependergraft@slp.law

By:  */s/ Eric Pendergraft*
         Eric Pendergraft
         Florida Bar No. 91927

{2234/000/00430367}