

**ORDERED in the Southern District of Florida on January 18, 2019.**

*[signature]*

**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**

| | |
|---|---|
| **In re:** | **CASE NO. 18-19441-EPK** |
| | **CHAPTER 11** |
| **160 ROYAL PALM, LLC,** | |
|     **Debtor.** | |
| _____/ | |

**ORDER ON: (1) MOTION TO LIMIT CREDIT BID [ECF NO. 103];
(2) MOTION TO ESTIMATE CLAIM [ECF NO. 133];
(3) MOTION TO TERMINATE STAY OR DISMISS CASE [ECF NO. 69];
AND (4) MOTION FOR JUDICIAL NOTICE [ECF NO. 514]**

This matter came before the Court for continued evidentiary hearing on January 18, 2019 upon the (1) *Debtor's Motion to Limit Credit Bids with Respect to Sale of Substantially All of Its Assets* (ECF No. 103); (2) *Secured Creditor KK-PB Financial, LLC's Motion to Estimate Claim for Purposes of Credit Bidding Pursuant to 11 U.S.C. §§ 502(c) and 363(k)* (ECF No. 133); (3) *Secured Creditor KK-PB Financial, LLC's Motion to (I) Modify and Terminate Automatic Stay; or (II) Dismiss Chapter 11 Proceeding* (ECF No. 69); and (4) the *Motion for Judicial Notice* (ECF No. 514).

In light of the proposed settlement announced by 160 Royal Palm, LLC (the "Debtor") and KK-PB Financial LLC, which the parties expect to present to the Court by way of a separate motion, the Court ORDERS and ADJUDGES as follows:

1. The evidentiary hearings scheduled for January 28, 2019 and January 29, 2019 are cancelled.

2. The following matters are continued pending further order of the Court: (1) *Debtor's Motion to Limit Credit Bids with Respect to Sale of Substantially All of Its Assets* (ECF No. 103); (2) *Secured Creditor KK-PB Financial, LLC's Motion to Estimate Claim for Purposes of Credit Bidding Pursuant to 11 U.S.C. §§ 502(c) and 363(k)* (ECF No. 133); (3) *Secured Creditor KK-PB Financial, LLC's Motion to (I) Modify and Terminate Automatic Stay; or (II) Dismiss Chapter 11 Proceeding* (ECF No. 69); and (4) the *Motion for Judicial Notice* (ECF No. 514). The Debtor or KK-PB Financial LLC are directed to notify the Court if it becomes necessary to reset these matters.

###

Copy to:

Philip J. Landau, Esq.

*Philip J. Landau, Esq. is directed to serve a copy of this order on all appropriate parties and file a certificate of service.*