UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                                 Case No. 18-19441-EPK

160 ROYAL PALM, LLC,                                      Chapter 11

    Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Rescheduling Auction, Sale, and Related Deadlines* **[DE: 520]** were served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case and by First Class U.S. Mail to all parties on the attached Service List and court Matrix on January 24, 2019.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                          SHRAIBERG, LANDAU & PAGE, P.A.
                                          Attorneys for the Debtors
                                          2385 NW Executive Center Drive, #300
                                          Boca Raton, Florida 33431
                                          Telephone: 561-443-0800
                                          Facsimile: 561-998-0047
                                          Email: ependergraft@slp.law

                               By: */s/ Eric Pendergraft*
                                          Eric Pendergraft
                                          Florida Bar No. 91927

{2234/000/00431230}

## SERVICE LIST

Xpert Elevator Services, Inc
550 Business Park Way
Bay #8
West Palm Beach, FL 33411-1743

Daniel Gorman
311 South M St
Lake Worth, FL 33460-4519

The Palm House, LLC
c/o Paul Varnava
1010 Pennsylvania Ave
Suitet 9
Miami Beach, FL 33139

KK-PB Financial, LLC
13501 South Shore Blvd
Suite 103
Wellington, FL 33414

Arena Ventures, LLC
721 Arena Blvd
Miami, FL 33136

KK-PB Financial, LLC
c/o Craig T. Galle
13501 South Shore Blvd
Suite 103
Wellington, FL 33414

David Campanaro
143 North Ivy St
Trailer 11
Branford, CT 06405-6018

Palm House Hotel, LLLP
1201 Hays St
Tallahassee, FL 32301

Palm House Hotel, LLLP
c/o South Atlantic Regional Center, LLC
9250 Belvedere Road
Suite 101
Royal Palm Beach, FL 33432

James F. Biagi, Inc, PE, PS
1915 Northeast 45th St
#107
Fort Lauderdale, FL 33308

Van Linda Ironworks, Inc
3787 Boutwell Road
Lake Worth, FL 33461

Securities and Exchange Commission
801 Brickell Ave
Suite 1800
Miami, FL 33131-4901

Richard's Woodwork, Inc
1301 53rd St
#2
Mangonia Park, FL 33407

Daniel Gorman
277 Royal Poinciana Way
Palm Beach, FL 33480-4007

James F. Biagi, Inc, P.E., P.S.
NRAI Services, Inc
1200 South Pine Island Rd
Plantation, FL 33324

The Place for Tile, Inc
7957 Northwest 54 St
Doral, Fl 33166

Arena Ventures, LLC
c/o Craig T. Galle, Registered Agent
11198 Polo Club Road
Wellington, FL 33414

Richard's Woodwork, Inc
Mesa & Pepin, LLC
3418 Poinsettia Ave
West Palm Beach, FL 33407

TWG Enterprises Waterproofing & Painting, Inc
605 Southeast 1st Ave
Suite G
Delray Beach, FL 33444

Daniel Gorman
506 North Lakeside Dr
Lake Worth, FL 33460-3119

The Place for Tile, Inc
c/o David Mazor
7957 Northwest 54 St
Doral, Fl 33166

Architectural Precast & Foam, LLC
P.O. Box 9944
West Palm Beach, FL 33419

Architectural Precast & Foam, LLC
c/o Brad Jenison
17549 Bridle Ln
Jupiter, FL 33478

TWG Enterprises Waterproofing & Painting, Inc
c/o Todd W. Gallo
605 Southeast 1st Ave
Suite G
Delray Beach, FL 33444

Architectural Precast & Foam, LLC
3716A Interstate Park Rd N
Riviera Beach, FL 33404

Palm House, LLC
101 Casa Bendita
Palm Beach, FL 33480

New Haven Contracting South, Inc
Alan I. Armour, II, Esq.
Nason, Yeager, Gerson, Harris & Fumero, PA
3001 PGA Blvd
Suite 305
Palm Beach Gardens, FL 33410

{2234/000/00416869}

## SERVICE LIST

Gerry Matthews
161 Camp Rd
Middlebury, CT 06762

Robert Matthews
101 Casa Bendita
Palm Beach, FL 33480

Palm House, LLC
Leslie R, Evans, Esq., Registered Agent
214 Brazilian Ave
# 200
Palm Beach, FL 33480

Maria Titova
Roman Groysman, Esq.
Law Offices of Roman Groysman, PA
401 East Las Olas Blvd
Suite 1400
Fort Lauderdale, FL 33301-2218

Palm Beach County
Palm Beach County Finance Department
P.O. Box 3977
West Palm Beach, FL 33402-3977

Maria Titova
7400 Wisteria Ave
Parkland, FL 33076-3914

Xpert Elevator Services, Inc
Dean A. Beckemeyer, Registered Agent
17119 43rd Rd N
Loxahatchee, FL 33470

Palm Beach County
Board of County Commissioners
Palm Beach County
301 North Olive Ave
West Palm Beach, FL 33401

Palm House, LLC
c/o Gerry Matthews, its Managing Member
161 Camp Rd
Middlebury, CT 06762

Joseph Walsh, Sr.
197 South Federal Hwy
Suite 200
Boca Raton, FL 33432

Joseph J. Walsh, Sr.
South Atlantic Regional Center, LLC
9250 Belvedere Rd
Suite 101
West Palm Beach, FL 33411-3630

Ryan Black
1469 South Pine Island Rd
Fort Lauderdale, FL 33328

David Campanaro
20 Joffre St
East Haven, CT 06513

Edward A. Marod
777 South Flagler Dr
Suite 500 E
West Palm Beach, FL 33401-6121

~~Palm House Hotel, LLLP~~
~~9100 Belvedere Rd~~
~~# 207~~
~~Royal Palm Beach, FL 33411~~

{2234/000/00416869}

```
Label Matrix for local noticing          160 Royal Palm, LLC                      Architectural Precast & Foam, LLC
113C-9                                   1118 Waterway Lane                       c/o Cristopher S. Rapp, Esq.
Case 18-19441-EPK                        Delray Beach, FL 33483-7156              Kelley Kronenberg, P.A.
Southern District of Florida                                                      1475 Centrepark Blvd.
West Palm Beach                                                                   Suite 275
Thu Jan 10 14:17:29 EST 2019                                                      West Palm Beach, FL 33401-7446

KK-PB Financial LLC                      New Haven Contracting South, Inc         Other Palm House Investors
c/o Salazar Law                          2240 Palm Beach Lakes Blvd               c/o Wilson, Elser, Moskowitz, Edelman &
2000 Ponce de Leon Blvd., Penthouse      Suite 101                                3800 Miami Tower
Coral Gables, FL 33134-4422              West Palm Beach, FL 33409-3403           100 Southeast Second Street
                                                                                  Miami, FL 33131-2100

Palm Beach County Tax Collector          RREF II Palm House LLC                   Town of Palm Beach
c/o Orfelia M Mayor                      c/o Bilzin Sumberg Baena Price & Axelrod c/o Allen R. Tomlinson, Esq.
POB 3715                                 1450 Brickell Avenue, 23rd Floor         Jones, Foster, et al.
West Palm Beach, FL 33402-3715           ATTN:  Jay M. Sakalo & Jeffrey I. Snyder P.O. Box 3475
                                         Miami, FL 33156 United States of America 33131-3456  West Palm Beach, FL 33402-3475

U.S. Securities and Exchange Commission  Weiss Handler and Cornwell PA            Absolute Plumbing, LLC
Atlanta Regional Office                  One Boca Place, Suite 218A               917 N. Railroad Avenue
950 East Paces Ferry Road, NE            2255 Glades Road                         West Palm Beach, FL 33401-3303
Suite 900                                Boca Raton, FL 33431-7382
Atlanta, GA 30326-1382

Adam G. Heffner                          Adam G. Heffner, Esquire                 Ali Adampeyra
1900 NW CORPORATE BLVD/ 301 W            1900 N.W. Corporate Blvd.                UAE Dubai, downtown, Burj
Boca Raton, FL 33431-8502                Suite 301-West Building                  Khalifa, Unit 5507
                                         Boca Raton, FL 33431-8502                Iran

Ali Adampeyra                            All Star Equipment                       Alliance Contracting Group
c/o Edward A. Marod                      6701 Garden Rd #3                        3601 N Dixie Highway
777 S. Flagler Drive, Ste. 500 E         Riviera Beach FL 33404-5900              Boca Raton, FL 33431-5929
West Palm Beach, FL 33401-6121

Allied Interiors                         Baoping Liu                              Bei Zhu
6363 Edgewater Drive                     c/o Edward A. Marod                      c/o Edward A. Marod
Orlando, FL 32810-4711                   777 S. Flagler Drive                     777 S. Flagler Drive
                                         Suite 500E                               Suite 500E
                                         West Palm Beach, FL 33401-6121           West Palm Beach, FL 33401-6121

Changyue Liu                             Chen Jun                                 Cheng Li
c/o Edward A. Marod                      Wilson Elser LLP, c/o Robert V. Cornish, Wilson Elser LLP, c/o Robert V. Cornish,
777 S. Flagler Drive                     700 11th Street NW, Suite 400            700 11th Street NW, Suite 400
Suite 500E                               Washington, DC 20001-4507                Washington, DC 20001-4507
West Palm Beach, FL 33401-6121

Chengyu Gu                               Chunning Ye                              Connect Auto, Inc.
c/o Edward A. Marod                      c/o Edward A. Marod                      550 Business Park Way
777 S. Flagler Drive                     777 S. Flagler Drive                     Suite 6
Suite 500E                               Suite 500E                               West Palm Beach, FL 33411-1743
West Palm Beach, FL 33401-6121           West Palm Beach, FL 33401-6121

Craig T. Galle, Esquire                  Cuilian Li                               Daniel A. Hershman, Esq.
The Galle Law Group                      c/o Edward A. Marod                      2240 Palm Beach Lakes Blvd.
13501 South Shore Blvd., Suite 103       777 S. Flagler Drive                     Suite 101
Wellington, FL 33414-7211                Suite 500E                               West Palm Beach, FL 33409-3403
                                         West Palm Beach, FL 33401-6121
```

| | | |
|---|---|---|
| Daqin Weng<br>c/o Edward Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | David Campanaro<br>c/o Gary Russo, Esq.<br>The Russo Law Firm<br>712 US Hwy 1, #300-6<br>North Palm Beach, FL 33408-4521 | David W. Gorman<br>631 Lucerne Avenue<br>Lake Worth, FL 33460-3820 |
| Dongsheng Zhu<br>c/o Edward Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Feng Guo<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Fernando Wong Outdoor Living Design, Inc<br>1500 Bay Road, Suite 600<br>Miami Beach, FL 33139-3220 |
| Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Gao Yi<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Garry Russo, Esquire<br>The Russo Law Firm<br>712 US Hwy 1, #300-6<br>North Palm Beach, FL 33408-4521 |
| HUFCOR Inc. d/b/a HUFCOR Florida Group<br>1301 Central Park Drive<br>Sanford, FL 32771-6644 | Halil Erseveen<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Hao Lou<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Henry B. Handler, Esquire<br>Weiss, Handler & Cornwell, P.A.<br>2255 Glades Road<br>Suite 218A<br>Boca Raton, FL 33431-7392 | Henry Handler, Esquire<br>Weiss, Handler & Cornwell, P.A.<br>One Boca Plaza<br>2255 Glades Road, Suite 218-A<br>Boca Raton, FL 33431-7392 | Hongru Pan<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James F. Biagi PE<br>555 W Prospect Rd<br>Oakland Park FL 33309-3931 |
| James F. Biagi, P.E.<br>Michael E. O'Connor, Esq.<br>Morgan, Carratt & O'Connor, P.<br>111 SE 12th Street<br>Fort Lauderdale, FL 33316-1813 | Jeffrey C. Pepin, Esquire<br>3418 Poinsttia Avenue<br>West Palm Beach, FL 33407-4804 | John C. Randolph, Esquire<br>Jones, Foster, Johnson, & Stubbs, P.A.<br>Post Office Box 3475<br>West Palm Beach, FL 33402-3475 |
| John C. Randolph, Esquire<br>Jones, Foster, Johnston & Stubbs, P.A.<br>Flagler Center Tower<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, FL 33401-5950 | Jordana L. Goldstein, Esq.<br>150 South Pine Island Road., Suite 400<br>Plantation, FL 33324-2667 | Jose D. Sosa, Esquire<br>Law Office of Jose D. Sosa, P.C.<br>712 US Highway One, 301-16<br>North Palm Beach, FL 33408 |
| Juewei Zhou<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Junqiang Feng<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | KK-PB Financial LLC<br>13501 South Shore Boulevard<br>Suite 101<br>Wellington, FL 33414-7211 |
| KK-PB Financial, LLC<br>Luis Salazar, Esq.<br>2000 Ponce de Leon Boulevard, Penthouse<br>Coral Gables, FL 33134-4422 | Kammerer Mariani PLLC<br>1601 Forum Place, Suite 500<br>West Palm Beach, FL 33401-8103 | Kuang Yaoping<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |

```
Lan Li                                Landmark Construction Companies Inc    Li Dongsheng
c/o Edward A. Marod                   6555 Garden Rd                         c/o Edward A. Marod
777 S. Flagler Drive                  Riviera Beach FL 33404-6318            777 S. Flagler Drive
Suite 500E                                                                   Suite 500E
West Palm Beach, FL 33401-6121                                               West Palm Beach, FL 33401-6121


Li Xiang                              Li Zhang                               Lili Zhang
Wilson Elser LLP, c/o Robert V. Cornish,  c/o Edward A. Marod                c/o Edward A. Marod
700 11th Street NW, Suite 400         777 S. Flagler Drive                   777 S. Flagler Drive
Washington, DC 20001-4507             Suite 500E                             Suite 500E
                                      West Palm Beach, FL 33401-6121         West Palm Beach, FL 33401-6121


Ling Li                               Liu Chenglin                           Liu Danqing
c/o Edward A. Marod                   Wilson Elser LLP, c/o Robert V. Cornish,  Wilson Elser LLP, c/o Robert V. Cornish,
777 S. Flagler Drive                  700 11th Street NW, Suite 400          700 11th Street NW, Suite 400
Suite 500E                            Washington, DC 20001-4507              Washington, DC 20001-4507
West Palm Beach, FL 33401-6121


Liyan Feng                            MPC Pools, Inc.                        Macschmeyer Concrete Company of Florida,
c/o Edward A. Marod                   12720 Orange Grove Blvd.               c/o Naomi Stevenson
777 S. Flagler Drive                  West Palm Beach, FL 33411-8931         1142 Watertower Road
Suite 500E                                                                   Lake Park, FL 33403-2397
West Palm Beach, FL 33401-6121


Man Mingyue                           McCabe Rabin                           McDonald Hopkins Co., LLC
Wilson Elser LLP, c/o Robert V. Cornish,  1601 Forum Place, Sutie 201        Accounts Receivable
700 11th Street NW, Suite 400         West Palm Beach, FL 33401-8101         600 Superior Avenue, E
Washington, DC 20001-4507                                                    Suite 2100
                                                                             Cleveland, OH 44114-2690


McIntosh & Schwartz, PL               Michael E. O                           Michael E. O'Connor, Esq.
888 Southeast Third Avenue, Suite 201 Morgan, Carratt & O                    111 SE 12th St.
Fort Lauderdale, FL 33316-1159        111 SE 12th Street                     Fort Lauderdale, FL 33316-1813
                                      Fort Lauderdale, FL 33316-1813


Michael T. Landen, Esquire            Min Cui                                Min Li
Kluger, Kaplan, Silverman, Katzen &   c/o Edward A. Marod                    c/o Edward A. Marod
Levine, P.L.                          777 S. Flagler Drive                   777 S. Flagler Drive
201 S. Biscayne Blvd., 27th Floor     Suite 500E                             Suite 500E
Miami, FL 33131-4332                  West Palm Beach, FL 33401-6121         West Palm Beach, FL 33401-6121


Mohammad Zargar                       Mohammadreza Sedaghat                  Moore Unique Interiors, Inc.
c/o Edward A. Marod                   c/o Edward A. Marod                    16889 West Secretariat Drive
777 S. Flagler Drive                  777 S. Flagler Drive                   Loxahatchee, FL 33470-4035
Suite 500E                            Suite 500E
West Palm Beach, FL 33401-6121        West Palm Beach, FL 33401-6121


New Haven Contracting South, Inc.     New Haven Contracting South, Inc.      Office of Attorney General
638 Shore Drive                       c/o Daniel A. Hershman, Esq.           State of Florida
Boynton Beach, FL 33435-2850          2240 Palm Beach Lakes Blvd., #101      The Capitol PL-01
                                      West Palm Beach, FL 33409-3403         Tallahassee, FL 32399-1050


Office of the US Trustee              Palm Beach County Tax Collector        Palm House Hotel, LLLP
51 S.W. 1st Ave.                      P.O. Box 3715                          1201 Hays St.
Suite 1204                            West Palm Beach, FL 33402-3715         Tallahassee, FL 32301-2699
Miami, FL 33130-1614
```

| | | |
|---|---|---|
| Paul Cleary d/b/a Cleary Plumbing Inc.<br>925 S. Military Trail D11<br>West Palm Beach, FL 33415-3976 | Peter B. Rowell, Esquire<br>The Barthet Firm<br>200 S. Biscayne Blvd., Suite 1800<br>Miami, FL 33131-5333 | Place for Tile, Inc<br>7957 NW 54th Street<br>Miami, FL 33166-4027 |
| Qingyun Yu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Qiong Deng<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Qiongfang Zhu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Quality Concrete Pumping, Inc.<br>1842 NW 85th Drive<br>Coral Springs, FL 33071-6256 | Ran Chen<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Reza Siamak Nia<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Richard's Woodwork, Inc.<br>1301<br>53rd St. #2<br>West Palm Beach, FL 33407-2244 | Ruji Li<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Rujing Wei<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 | Sanaz Salehin<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Sara Salehin<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131-4901 | Sha Shi<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Shahriar Ebrahimian<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Shaoping Huang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Shaoqing Zeng<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Shu Jiang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Shuangyun Wang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Sun Mengyang<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | TWG Enterprises Waterproofing & Painting<br>c/o Adam G. Heffner, Esq.<br>1900 NW Corporate Blvd.<br>Suite 301-West Building<br>Boca Raton, FL 33431-8502 |
| TWG Enterprises Waterproofing & Paintin<br>1900 N.W. Corporate Boulevard<br>Suite 301 - West Building<br>Boca Raton, FL 33431-8502 | Tan Jing<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Tang Cheok Fai<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Tao Xiong<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Tingting Sun<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Tonghui Luan<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |

| | | |
|---|---|---|
| Town of Palm Beach<br>345 South County Rd.<br>Palm Beach, FL 33480-4443 | U.S. Securities and Exchange Commission<br>Attn: David W. Baddley<br>950 East Paces Ferry Road, NE<br>Suite 900<br>Atlanta, GA 30326-1382 | US Attorney Southern District of Florida<br>500 East Broward Boulevard<br>Fort Lauderdale, FL 33394-3000 |
| United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 | Van Linda Ironworks, Inc.<br>3787 Boutwell Road<br>Boynton Beach, FL 33435 | Vivian Doris<br>2901 Clint Moore Rd.<br>Suite 213<br>Boca Raton, FL 33496-2041 |
| Wallace Surveying Corporation<br>5553 Village Boulevard<br>West Palm Beach, FL 33407-7910 | Wang Jian<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Wang Jing<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 |
| Wang Jue<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Wenhao Zhang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Wilson Elser LLP, c/o Robert V. Cornish Jr.<br>700 11th St NW, Suite 400<br>Washington DC 20001<br>Telephone: (202) 626-7686<br>robert.cornish@wilsonelser.com 20001-4507 |
| Xiang Chunhua<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Xiang Shu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Xiao Sun<br>c/o Edward Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Xiaonan Wang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Xiaoping Zhang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Xpert Elevator Services, Inc<br>Daniel A Hershman, Esq<br>2240 Palm Beach Lakes Blvd<br>Suite 101<br>West Palm Beach, FL 33409-3403 |
| Xpert Elevator Services, Inc.<br>550 Business Park Way, Bay #8<br>West Palm Beach, FL 33411-1743 | Yajun Kang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Yan Chen<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Yawen Li<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Yi Zhao<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Ying Fei<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Ying Tan<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Yingjun Yang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Yuanbo Wang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Yulong Tang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Zhang Shikun<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Zhaohui Li (Chaohui Li)<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |

Zheng Yu
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401-6121

Zhiling Gan
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401-6121

Ali Adampeyra
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Baoping Liu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Bei Zhu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Bernice C. Lee
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Changyue Liu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Chengyu Gu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Christopher Kammerer
1601 Forum Place Suite 500
West Palm Beach, FL 33401-8103

Chunning Ye
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Cuilian Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Daqin Weng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flager Dr #500 E
West Palm Beach, FL 33401-6121

David R. Miller
David Miller and Associates, P.A.
319 Clematis St., Suite 802
West Palm Beach, FL 33401-4622

Dongsheng Zhu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Eric S Pendergraft
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive
Suite 300
Boca Raton, FL 33431-8530

Feng Guo
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Gregg H Glickstein
Gregg H. Glickstein, P.A.
54 SW Boca Raton Blvd
Boca Raton, FL 33432-4725

Halil Erseven
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Hao Lou
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Hongru Pan
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Jeffrey S. Brown
Cushman & Wakefield of Georgia, Inc.
1180 Peachtree Street, Suite 3100
Atlanta, GA 30309-7529

Juewei Zhou
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Junqiang Feng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Kuang Yaoping
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Lan Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Larry Richey
Cushman & Wakefield U.S., Inc.
515 E Las Olas Blvd, #900
Fort Lauderdale, FL 33301-4203

Li Dongsheng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Li Zhang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Lili Zhang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Ling Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Liyan Feng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Maria M Yip
Yip Associates
2 S Biscayne Blvd #2690
Miami, FL 33131-1815

Min Cui
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Min Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Mohammad Zargar
c/o Gunster, Yoakley & Stewart, P.A.
777 Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Mohammadreza Sedaghat
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Philip J Landau
2385 N.W. Executive Center Dr # 300
Boca Raton, FL 33431-8530

Qingyun Yu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Qiong Deng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Qiongfang Zhu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 #
West Palm Beach, FL 33401-6121

Ran Chen
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, Fl 33401-6121

Reza Siamak Nia
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, Fl 33401-6121

Robert Matthews
101 Casa Bendita
Palm Beach, FL 33480-3602

Ruji Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Rujing Wei
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr E#500 E
West Palm Beach, FL 33401-6121

Ryan Black
1615 Forum Place
Suite 200
West Palm Bch, FL 33401-2315

Sanaz Salehin
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #400 E
West Palm Beach, FL 33401-6124

Sara Salehin
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Sha Shi
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Shahriar Ebrahimian
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flager Dr #500 E
West Palm Beach, FL 33401-6121

Shaoping Huang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Shaoqing Zeng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Shu Jiang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Shuangyun Wang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Tang Cheok Fai
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Tao Xiong
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Tingting Sun
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Tonghui Luan
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Wenhao Zhang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Xiang Chunhua
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Xiang Shu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Xiao Sun
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Xiaonan Wang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Xiaoping Zhang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flager Dr #500 E
West Palm Beach, FL 33401-6121

Yajun Kang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Yan Chen
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flager Dr #500 E
West Palm Beach, FL 33401-6121

Yawen Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Yi Zhao
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Ying Fei
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Ying Tan
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Yingjun Yang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Yuanbo Wang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr E#500 E
West Palm Beach, FL 33401-6121

Yulong Tang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Zhaohui Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Zheng Yu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Zhiling Gan
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)The Galle Law Group, P.A.

(u)West Palm Beach

(d)Architectural Precast & Foam, LLC
c/o Cristopher S. Rapp, Esq.
Kelley Kronenberg, P.A.
1475 Centrepark Blvd., Ste. 275
West Palm Beach, FL 33401-7446

(d)McDonald Hopkins LLC
Accounts Receivable
600 Superior Avenue, E.
Suite 2100
Cleveland, OH 44114-2690

(d)McDonald Hopkins, LLC
Accounts Receivable
600 Superior Avenue, E
Suite 2100
Cleveland, OH 44114-2690

(d)The Place for Tile, Inc.
7957 NW 54th Street
Miami, FL 33166-4027

(d)Town of Palm Beach
345 South County Road
Palm Beach, FL 33480-4443

(u)Craig T. Galle

End of Label Matrix
Mailable recipients   225
Bypassed recipients     8
Total                 233