

**ORDERED in the Southern District of Florida on January 28, 2019.**

                                                            Erik P. Kimball, Judge
                                                            United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                             Case No.  18-19441-EPK

     Debtor.                                               Chapter 11
_____/

### ORDER GRANTING *EX PARTE* MOTION TO SHORTEN NOTICE FOR MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND RELATED ASSET PURCHASE AGREEMENT

THIS MATTER came before the Court upon the *Debtor's Ex Parte Motion to Shorten Notice for Motion for Approval of Settlement Agreement and Related Asset Purchase Agreement* [ECF 524], the ("Motion to Shorten"), filed by 160 Royal Palm, LLC (the "Debtor").  In the Motion to Shorten, the Debtor requests that the Court shorten the twenty-one day notice period required for the Court to hear the *Debtor's Motion for Approval of Settlement Agreement, and Related Asset Purchase Agreement, with KK-PB Financial, LLC and Glenn F. Straub* [ECF No. 523] (the "Motion for Approval") so that the Court may hold a hearing to consider approval of the Motion for Approval on, or prior to, February 8, 2019.

{1540/000/00139370}

Having considered the Motion to Shorten and the relief sought in the Motion for Approval, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion to Shorten [ECF No. 524] is GRANTED.

2. On **February 8, 2019 at 1:30 p.m., at the United States Bankruptcy Court for the Southern District of Florida, Courtroom B, Room 801, Flagler Waterview Building, West Palm Beach, Florida 33401**, the Court will hold a hearing to consider the Motion for Approval [ECF No. 523], including the Settlement Agreement and the Asset Purchase Agreement attached thereto as Exhibits A and B, and any objections thereto.

###

Submitted by:

Eric Pendergraft
**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorney for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  ependergraft@slp.law

*Eric Pendergraft is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*