UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                          Case No. 18-19441-EPK

160 ROYAL PALM, LLC,                                            Chapter 11

    Debtor.
_____/

### *SUPPLEMENTAL[1] CERTIFICATE OF SERVICE*

**I HEREBY CERTIFY** that a true and correct copy of *Debtor's Ex Parte Motion for Approval of Amendments to Settlements with the Town of Palm Beach* **[DE: 536]** was served via CM/ECF Notice of Electronic Filing to all parties registered to receive electronic noticing in this case and by First Class U.S. Mail to all parties on the attached Matrix on February 5, 2019.

### ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

                                                    SHRAIBERG, LANDAU & PAGE, P.A.
                                                   Attorneys for the Debtors
                                                   2385 NW Executive Center Drive, #300
                                                   Boca Raton, Florida 33431
                                                   Telephone: 561-443-0800
                                                   Facsimile: 561-998-0047
                                                   Email: ependergraft@slp.law

                                  By: */s/ Eric Pendergraft*
                                         Eric Pendergraft
                                         Florida Bar No. 91927

---

[1] Supplemented to include the Matrix that was incorrectly omitted from the Motion [DE: 536].
{2234/000/00432048}

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-9<br>Case 18-19441-EPK<br>Southern District of Florida<br>West Palm Beach<br>Tue Feb  5 15:09:16 EST 2019 | 160 Royal Palm, LLC<br>1118 Waterway Lane<br>Delray Beach, FL 33483-7156 | Architectural Precast & Foam, LLC<br>c/o Cristopher S. Rapp, Esq.<br>Kelley Kronenberg, P.A.<br>1475 Centrepark Blvd.<br>Suite 275<br>West Palm Beach, FL 33401-7446 |
| KK-PB Financial LLC<br>c/o Salazar Law<br>2000 Ponce de Leon Blvd., Penthouse<br>Coral Gables, FL 33134-4422 | New Haven Contracting South, Inc<br>2240 Palm Beach Lakes Blvd<br>Suite 101<br>West Palm Beach, FL 33409-3403 | Other Palm House Investors<br>c/o Wilson, Elser, Moskowitz, Edelman &<br>3800 Miami Tower<br>100 Southeast Second Street<br>Miami, FL 33131-2100 |
| Palm Beach County Tax Collector<br>c/o Orfelia M Mayor<br>POB 3715<br>West Palm Beach, FL 33402-3715 | RREF II Palm House LLC<br>c/o Bilzin Sumberg Baena Price & Axelrod<br>1450 Brickell Avenue, 23rd Floor<br>ATTN:  Jay M. Sakalo & Jeffrey I. Snyder<br>Miami, FL 33156 United States of America 33131-3456 | Town of Palm Beach<br>c/o Allen R. Tomlinson, Esq.<br>Jones, Foster, et al.<br>P.O. Box 3475<br>West Palm Beach, FL 33402-3475 |
| U.S. Securities and Exchange Commission<br>Atlanta Regional Office<br>950 East Paces Ferry Road, NE<br>Suite 900<br>Atlanta, GA 30326-1382 | Weiss Handler and Cornwell PA<br>One Boca Place, Suite 218A<br>2255 Glades Road<br>Boca Raton, FL 33431-7382 | Absolute Plumbing, LLC<br>917 N. Railroad Avenue<br>West Palm Beach, FL 33401-3303 |
| Adam G. Heffner<br>1900 NW CORPORATE BLVD/ 301 W<br>Boca Raton, FL 33431-8502 | Adam G. Heffner, Esquire<br>1900 N.W. Corporate Blvd.<br>Suite 301-West Building<br>Boca Raton, FL 33431-8502 | Ali Adampeyra<br>UAE Dubai, downtown, Burj<br>Khalifa, Unit 5507<br>Iran |
| Ali Adampeyra<br>c/o Edward A. Marod<br>777 S. Flagler Drive, Ste. 500 E<br>West Palm Beach, FL 33401-6121 | All Star Equipment<br>6701 Garden Rd #3<br>Riviera Beach FL 33404-5900 | Alliance Contracting Group<br>3601 N Dixie Highway<br>Boca Raton, FL 33431-5929 |
| Allied Interiors<br>6363 Edgewater Drive<br>Orlando, FL 32810-4711 | Baoping Liu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Bei Zhu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Changyue Liu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Chen Jun<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Cheng Li<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 |
| Chengyu Gu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Chunning Ye<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Connect Auto, Inc.<br>550 Business Park Way<br>Suite 6<br>West Palm Beach, FL 33411-1743 |
| Craig T. Galle, Esquire<br>The Galle Law Group<br>13501 South Shore Blvd., Suite 103<br>Wellington, FL 33414-7211 | Cuilian Li<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Daniel A. Hershman, Esq.<br>2240 Palm Beach Lakes Blvd.<br>Suite 101<br>West Palm Beach, FL 33409-3403 |

| | | |
|---|---|---|
| Daqin Weng<br>c/o Edward Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | David Campanaro<br>c/o Gary Russo, Esq.<br>The Russo Law Firm<br>712 US Hwy 1, #300-6<br>North Palm Beach, FL 33408-4521 | David W. Gorman<br>631 Lucerne Avenue<br>Lake Worth, FL 33460-3820 |
| Dongsheng Zhu<br>c/o Edward Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Feng Guo<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Fernando Wong Outdoor Living Design, Inc<br>1500 Bay Road, Suite 600<br>Miami Beach, FL 33139-3220 |
| Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Gao Yi<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Garry Russo, Esquire<br>The Russo Law Firm<br>712 US Hwy 1, #300-6<br>North Palm Beach, FL 33408-4521 |
| HUFCOR Inc. d/b/a HUFCOR Florida Group<br>1301 Central Park Drive<br>Sanford, FL 32771-6644 | Halil Erseveen<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Hao Lou<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Henry B. Handler, Esquire<br>Weiss, Handler & Cornwell, P.A.<br>2255 Glades Road<br>Suite 218A<br>Boca Raton, FL 33431-7392 | Henry Handler, Esquire<br>Weiss, Handler & Cornwell, P.A.<br>One Boca Plaza<br>2255 Glades Road, Suite 218-A<br>Boca Raton, FL 33431-7392 | Hongru Pan<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | James F. Biagi PE<br>555 W Prospect Rd<br>Oakland Park FL 33309-3931 |
| James F. Biagi, P.E.<br>Michael E. O'Connor, Esq.<br>Morgan, Carratt & O'Connor, P.<br>111 SE 12th Street<br>Fort Lauderdale, FL 33316-1813 | Jeffrey C. Pepin, Esquire<br>3418 Poinsttia Avenue<br>West Palm Beach, FL 33407-4804 | John C. Randolph, Esquire<br>Jones, Foster, Johnson, & Stubbs, P.A.<br>Post Office Box 3475<br>West Palm Beach, FL 33402-3475 |
| John C. Randolph, Esquire<br>Jones, Foster, Johnston & Stubbs, P.A.<br>Flagler Center Tower<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, FL 33401-5950 | Jordana L. Goldstein, Esq.<br>150 South Pine Island Road., Suite 400<br>Plantation, FL 33324-2667 | Jose D. Sosa, Esquire<br>Law Office of Jose D. Sosa, P.C.<br>712 US Highway One, 301-16<br>North Palm Beach, FL 33408 |
| Juewei Zhou<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Junqiang Feng<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | KK-PB Financial LLC<br>13501 South Shore Boulevard<br>Suite 101<br>Wellington, FL 33414-7211 |
| KK-PB Financial, LLC<br>Luis Salazar, Esq.<br>2000 Ponce de Leon Boulevard, Penthouse<br>Coral Gables, FL 33134-4422 | Kammerer Mariani PLLC<br>1601 Forum Place, Suite 500<br>West Palm Beach, FL 33401-8103 | Kuang Yaoping<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |

| | | |
|---|---|---|
| Lan Li<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Landmark Construction Companies Inc<br>6555 Garden Rd<br>Riviera Beach FL 33404-6318 | Li Dongsheng<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Li Xiang<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Li Zhang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Lili Zhang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Ling Li<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Liu Chenglin<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Liu Danqing<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 |
| Liyan Feng<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | MPC Pools, Inc.<br>12720 Orange Grove Blvd.<br>West Palm Beach, FL 33411-8931 | Macschmeyer Concrete Company of Florida,<br>c/o Naomi Stevenson<br>1142 Watertower Road<br>Lake Park, FL 33403-2397 |
| Man Mingyue<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | McCabe Rabin<br>1601 Forum Place, Sutie 201<br>West Palm Beach, FL 33401-8101 | McDonald Hopkins Co., LLC<br>Accounts Receivable<br>600 Superior Avenue, E<br>Suite 2100<br>Cleveland, OH 44114-2690 |
| McIntosh & Schwartz, PL<br>888 Southeast Third Avenue, Suite 201<br>Fort Lauderdale, FL 33316-1159 | Michael E. O<br>Morgan, Carratt & O<br>111 SE 12th Street<br>Fort Lauderdale, FL 33316-1813 | Michael E. O'Connor, Esq.<br>111 SE 12th St.<br>Fort Lauderdale, FL 33316-1813 |
| Michael T. Landen, Esquire<br>Kluger, Kaplan, Silverman, Katzen &<br>Levine, P.L.<br>201 S. Biscayne Blvd., 27th Floor<br>Miami, FL 33131-4332 | Min Cui<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Min Li<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Mohammad Zargar<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Mohammadreza Sedaghat<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Moore Unique Interiors, Inc.<br>16889 West Secretariat Drive<br>Loxahatchee, FL 33470-4035 |
| New Haven Contracting South, Inc.<br>638 Shore Drive<br>Boynton Beach, FL 33435-2850 | New Haven Contracting South, Inc.<br>c/o Daniel A. Hershman, Esq.<br>2240 Palm Beach Lakes Blvd., #101<br>West Palm Beach, FL 33409-3403 | Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Tax Collector<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 | Palm House Hotel, LLLP<br>1201 Hays St.<br>Tallahassee, FL 32301-2699 |

| | | |
|---|---|---|
| Paul Cleary d/b/a Cleary Plumbing Inc.<br>925 S. Military Trail D11<br>West Palm Beach, FL 33415-3976 | Peter B. Rowell, Esquire<br>The Barthet Firm<br>200 S. Biscayne Blvd., Suite 1800<br>Miami, FL 33131-5333 | Place for Tile, Inc<br>7957 NW 54th Street<br>Miami, FL 33166-4027 |
| Qingyun Yu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Qiong Deng<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Qiongfang Zhu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Quality Concrete Pumping, Inc.<br>1842 NW 85th Drive<br>Coral Springs, FL 33071-6256 | Ran Chen<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Reza Siamak Nia<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Richard's Woodwork, Inc.<br>1301<br>53rd St. #2<br>West Palm Beach, FL 33407-2244 | Ruji Li<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Rujing Wei<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| SEC Headquarters<br>100 F Street, NE<br>Washington, DC 20549-2001 | Sanaz Salehin<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Sara Salehin<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Securities and Exchange Commission<br>801 Brickell Ave., Suite 1800<br>Miami, FL 33131-4901 | Sha Shi<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Shahriar Ebrahimian<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Shaoping Huang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Shaoqing Zeng<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Shu Jiang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Shuangyun Wang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Sun Mengyang<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | TWG Enterprises Waterproofing & Painting<br>c/o Adam G. Heffner, Esq.<br>1900 NW Corporate Blvd.<br>Suite 301-West Building<br>Boca Raton, FL 33431-8502 |
| TWG Enterprises Waterproofing & Paintin<br>1900 N.W. Corporate Boulevard<br>Suite 301 - West Building<br>Boca Raton, FL 33431-8502 | Tan Jing<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Tang Cheok Fai<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Tao Xiong<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Tingting Sun<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Tonghui Luan<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |

| | | |
|---|---|---|
| Town of Palm Beach<br>345 South County Rd.<br>Palm Beach, FL 33480-4443 | U.S. Securities and Exchange Commission<br>Attn: David W. Baddley<br>950 East Paces Ferry Road, NE<br>Suite 900<br>Atlanta, GA 30326-1382 | US Attorney Southern District of Florida<br>500 East Broward Boulevard<br>Fort Lauderdale, FL 33394-3000 |
| United States Attorney General's Office<br>US Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530-0001 | Van Linda Ironworks, Inc.<br>3787 Boutwell Road<br>Boynton Beach, FL 33435 | Vivian Doris<br>2901 Clint Moore Rd.<br>Suite 213<br>Boca Raton, FL 33496-2041 |
| Wallace Surveying Corporation<br>5553 Village Boulevard<br>West Palm Beach, FL 33407-7910 | Wang Jian<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Wang Jing<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 |
| Wang Jue<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Wenhao Zhang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Wilson Elser LLP, c/o Robert V. Cornish Jr.<br>700 11th St NW, Suite 400<br>Washington DC 20001<br>Telephone: (202) 626-7686<br>robert.cornish@wilsonelser.com 20001-4507 |
| Xiang Chunhua<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Xiang Shu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Xiao Sun<br>c/o Edward Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Xiaonan Wang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Xiaoping Zhang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Xpert Elevator Services, Inc<br>Daniel A Hershman, Esq<br>2240 Palm Beach Lakes Blvd<br>Suite 101<br>West Palm Beach, FL 33409-3403 |
| Xpert Elevator Services, Inc.<br>550 Business Park Way, Bay #8<br>West Palm Beach, FL 33411-1743 | Yajun Kang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Yan Chen<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Yawen Li<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Yi Zhao<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Ying Fei<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Ying Tan<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Yingjun Yang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Yuanbo Wang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Yulong Tang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Zhang Shikun<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Zhaohui Li (Chaohui Li)<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |

Zheng Yu
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401-6121

Zhiling Gan
c/o Edward A. Marod
777 S. Flagler Drive
Suite 500E
West Palm Beach, FL 33401-6121

Ali Adampeyra
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Baoping Liu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Bei Zhu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Bernice C. Lee
2385 NW Executive Center Dr. #300
Boca Raton, FL 33431-8530

Changyue Liu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Chengyu Gu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Christopher Kammerer
1601 Forum Place Suite 500
West Palm Beach, FL 33401-8103

Chunning Ye
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Cuilian Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Daqin Weng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flager Dr #500 E
West Palm Beach, FL 33401-6121

David R. Miller
David Miller and Associates, P.A.
319 Clematis St., Suite 802
West Palm Beach, FL 33401-4622

Dongsheng Zhu
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Eric S Pendergraft
Shraiberg, Landau & Page, P.A.
2385 N.W. Executive Center Drive
Suite 300
Boca Raton, FL 33431-8530

Feng Guo
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Gregg H Glickstein
Gregg H. Glickstein, P.A.
54 SW Boca Raton Blvd
Boca Raton, FL 33432-4725

Halil Erseven
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Hao Lou
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Hongru Pan
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Jeffrey S. Brown
Cushman & Wakefield of Georgia, Inc.
1180 Peachtree Street, Suite 3100
Atlanta, GA 30309-7529

Juewei Zhou
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Junqiang Feng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Kuang Yaoping
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Lan Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Larry Richey
Cushman & Wakefield U.S., Inc.
515 E Las Olas Blvd, #900
Fort Lauderdale, FL 33301-4203

Li Dongsheng
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Li Zhang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Lili Zhang
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

Ling Li
c/o Gunster, Yoakley & Stewart, P.A.
777 S Flagler Dr #500 E
West Palm Beach, FL 33401-6121

| | | |
|---|---|---|
| Liyan Feng<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Maria M Yip<br>Yip Associates<br>2 S Biscayne Blvd #2690<br>Miami, FL 33131-1815 | Min Cui<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Min Li<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Mohammad Zargar<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Mohammadreza Sedaghat<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Philip J Landau<br>2385 N.W. Executive Center Dr # 300<br>Boca Raton, FL 33431-8530 | Qingyun Yu<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Qiong Deng<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Qiongfang Zhu<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 #<br>West Palm Beach, FL 33401-6121 | Ran Chen<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, Fl 33401-6121 | Reza Siamak Nia<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, Fl 33401-6121 |
| Robert Matthews<br>101 Casa Bendita<br>Palm Beach, FL 33480-3602 | Ruji Li<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Rujing Wei<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr E#500 E<br>West Palm Beach, FL 33401-6121 |
| Ryan Black<br>1615 Forum Place<br>Suite 200<br>West Palm Bch, FL 33401-2315 | Sanaz Salehin<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #400 E<br>West Palm Beach, FL 33401-6124 | Sara Salehin<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Sha Shi<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Shahriar Ebrahimian<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flager Dr #500 E<br>West Palm Beach, FL 33401-6121 | Shaoping Huang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Shaoqing Zeng<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Shu Jiang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Shuangyun Wang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Tang Cheok Fai<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Tao Xiong<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Tingting Sun<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Tonghui Luan<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Wenhao Zhang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Xiang Chunhua<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |

| | | |
|---|---|---|
| Xiang Shu<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Xiao Sun<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Xiaohan Wang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Xiaoping Zhang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flager Dr #500 E<br>West Palm Beach, FL 33401-6121 | Yajun Kang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Yan Chen<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flager Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Yawen Li<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Yi Zhao<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Ying Fei<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Ying Tan<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Yingjun Yang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Yuanbo Wang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr E#500 E<br>West Palm Beach, FL 33401-6121 |
| Yulong Tang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Zhaohui Li<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Zheng Yu<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Zhiling Gan<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)The Galle Law Group, P.A. | (u)West Palm Beach | (d)Architectural Precast & Foam, LLC<br>c/o Cristopher S. Rapp, Esq.<br>Kelley Kronenberg, P.A.<br>1475 Centrepark Blvd., Ste. 275<br>West Palm Beach, FL 33401-7446 |
| (d)McDonald Hopkins LLC<br>Accounts Receivable<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114-2690 | (d)McDonald Hopkins, LLC<br>Accounts Receivable<br>600 Superior Avenue, E<br>Suite 2100<br>Cleveland, OH 44114-2690 | (d)The Place for Tile, Inc.<br>7957 NW 54th Street<br>Miami, FL 33166-4027 |
| (d)Town of Palm Beach<br>345 South County Road<br>Palm Beach, FL 33480-4443 | (u)Craig T. Galle | End of Label Matrix<br>Mailable recipients   225<br>Bypassed recipients     8<br>Total                  233 |