UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                                          Case No.: 18-19441-BKC-EPK

160 ROYAL PALM, LLC,                              Chapter 11

      Debtor.
_____/

# NOTICE OF FILING FULLY EXECUTED ASSIGNMENT OF ASSET PURCHASE AGREEMENT BY AND BETWEEN KK-PB FINANCIAL, LLC AND KIDS2 LLC

Secured Creditor, KK-PB Financial, LLC gives notice of filing the fully executed Assignment of Asset Purchase Agreement by and between KK-PB Financial, LLC and Kids2 LLC, in connection with that certain Asset Purchase Agreement dated January 18, 2019 between KK-PB Financial, LLC and 160 Royal Palm, LLC, for the purchase and sale of certain assets, real estate and improvements with a street address of 160 Royal Palm Way, Palm Beach, Florida 33480. A true and correct copy of the Assignment is attached hereto as Exhibit A.

Dated: February 6, 2019.                          Respectfully submitted,

                                                     **SALAZAR LAW**
                                                     *Counsel for Secured Creditor*, *KK-PB Financial, LLC*
                                                       2000 Ponce de Leon Boulevard, Penthouse
                                                       Coral Gables, FL  33134
                                                       Telephone: (305) 374-4848
                                                       Facsimile:   (305) 397-1021
                                                       Email:  Luis@Salazar.Law
                                                       Email:  Aguilar@Salazar.Law

                              By:  _____/s/  Luis Salazar_____
                                           Luis Salazar
                                           Florida Bar No. 843164
                                           Celi S. Aguilar
                                           Florida Bar No. 117589

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF and/or electronic mail transmission as indicated thereon.

By:     */s/ Luis Salazar*
        Luis Salazar

## SERVICE LIST

**Electronic Mail Notice List
(Via CM/ECF)**

- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Steven C Jones**    steven.jones@wilsonelser.com, znna.nowakowska@wilsonelser.com; vivian.fusco@wilsonelser.com;EService.Miami@wilsonelser.com
- **Philip J Landau**    plandau@slp.law, msmith@slp.law;blee@slp.law; pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;cdraper@slp.law
- **Bernice C. Lee**    blee@slp.law, dwoodall@slp.law;ematteo@slp.law;cdraper@slp.law
- **Peter J Malecki**    pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
- **Edward A Marod**    emarod@gunster.com, dpeterson@gunster.com
- **Orfelia M Mayor**    omayor@ombankruptcy.com, legalservices@pbctax.com; carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Christian Panagakos**    cp@FloridaBankruptcyAdvisors.com, bp@FloridaBankruptcyAdvisors.com;fbaecf@gmail.com;r55828@notify.bestcase.com
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law; ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- **Cristopher S Rapp**    csrapp@kelleykronenberg.com, IRGeservice@kelleykronenberg.com
- **Luis Salazar**    Luis@Salazar.Law, Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
- **Jeffrey I. Snyder**    jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **Allen R Tomlinson**    atomlinson@jonesfoster.com, mbest@jonesfoster.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com,filings@whcfla.com

**Electronic Mail Notice List
(Via Email)**

| | |
|---|---|
| **Robert V. Cornish, Esq.**<br>Wilson, Elser, Moskowitz, Edelman *et al.*<br>700 11th Street, NW, #400<br>Washington, DC 20001<br>robert.cornish@wilsonelser.com | **David J. George, Esq.**<br>c/o George Gesten McDonald, PLLC<br>9897 Lake Worth Road, Suite 302<br>Lake Worth, FL 33467<br>DGeorge@4-Justice.com |
| **Gregg H. Glickstein**<br>Gregg H. Glickstein, P.A.<br>54 SW Boca Raton Blvd.<br>Boca Raton, FL 33432<br>ghgpa@bellsouth.net | **Daniel A. Hershman, Esq.**<br>Hershman Law P.A.<br>2240 Palm Beach Lakes Blvd, Suite 101<br>West Palm Beach, FL 33409<br>dahershmanlaw@aol.com |

3

**Larry Richey, Esq.**
Cushman & Wakefield
515 East Las Olas Blvd, Suite 900
Fort Lauderdale, FL 33301
larry.richey@cushwake.com

**Maria M Yip**
Yip Associates
1001 Yamato Road, Suite 301
Boca Raton, FL 33431
myip@yipcpa.com

**Leslie Robert Evans**
c/o Gregory R. Elder
Elder Law Offices
201 North Ocean Drive, First Floor
Hollywood, FL 33019
gelderlaw@gmail.com

# EXHIBIT A

## ASSIGNMENT OF ASSET PURCHASE AGREEMENT

This Assignment of Asset Purchase Agreement ("Assignment") is made effective the 5th day of February, 2019, by and between KK-PB FINANCIAL, LLC, a Florida limited liability company ("Assignor") and KIDS2, LLC, a Florida limited liability company ("Assignee").

### W I T N E S S E T H:

WHEREAS, Assignor, as "Purchaser," and 160 Royal Palm, LLC, a Florida limited liability company as "Seller," entered into an Asset Purchase Agreement dated as of January 18, 2019 ("Agreement"), for the purchase and sale of certain assets, real estate and improvements with a street address of 160 Royal Palm Way, Palm Beach, Florida 33480 ("Property"); and

WHEREAS, Assignor desires to assign all of its right, title and interest in and to the Agreement pertaining to the purchase of the Property to Assignee, and Assignee desires to accept the assignment and assume all obligations thereunder.

NOW, THEREFORE, in consideration of the mutual promises and covenants contained herein, and other good and valuable consideration, the receipt of which is hereby acknowledged, the parties hereto agree as follows:

1. Assignor hereby assigns to Assignee all of its right, title and interest in and to the Agreement as to the purchase of the Property.

2. Assignee hereby accepts all of Assignor's obligations under the Agreement as to the purchase of the Property.

3. Notwithstanding the Assignment, Assignor shall not be released of liability with respect to the Agreement.

4. Assignor warrants to Assignee that the Agreement is in full force and effect and has not been altered, amended or revoked.

IN WITNESS WHEREFORE, Assignor and Assignee have caused this Assignment to be executed as of the day and year first above written.

ASSIGNOR:                                                                ASSIGNEE:

KK-PB FINANCIAL, LLC                                         KIDS2, LLC

_____                   _____
Glenn F. Straub, Manager                                       Glenn F. Straub, Manager