

**ORDERED in the Southern District of Florida on February 6, 2019.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                    Case No. 18-19441-EPK

    Debtor.                             Chapter 11
_____/

### ORDER APPROVING AMENDMENTS TO SETTLEMENTS WITH THE TOWN OF PALM BEACH

THIS MATTER came before the Court upon the *Debtor's Ex Parte Motion for Approval of Amendments with the Town of Palm Beach* [ECF No. 536] (the "Motion") filed by 160 Royal Palm, LLC (the "Debtor"), wherein the Debtor requests approval of two Amended Conditional Settlement Agreements (the "Agreements") between the Debtor and (a) the Town of Palm Beach, and (b) the Town of Palm Beach Code Enforcement Board (together, the "Town"). Copies of the Agreements are attached to the Motion as Exhibits A and B.

Having considered the Motion, the Agreements, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

{2234/000/00432039}

1. The Motion [ECF No. 536] is GRANTED.

2. The terms of the Agreements are approved.

3. All terms of the Agreements are incorporated herein by reference and the parties are authorized and directed to comply in full with said terms.

4. The Court shall retain jurisdiction to interpret and enforce this Order and the Agreements.

###

Submitted by:

Eric Pendergraft
**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorney for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email:  ependergraft@slp.law

*Eric Pendergraft is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*