UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Case No. 18-19441-EPK

160 ROYAL PALM, LLC,                                                                Chapter 11

      Debtor.
_____/

**MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR 20 EB-5 CLAIMANTS**

      Pursuant to Local Bankruptcy Rule 2091-1, undersigned counsel hereby moves for entry of an order granting Edward A. Marod, Esq., and the law firm Gunster, Yoakley & Stewart, P.A. leave to withdraw as counsel of record for 20 individuals for whom he previously filed proofs of claim and other papers in this case and says:

      1.    Movant Edward A. Marod, Esq., of Gunster, Yoakley & Stewart, P.A., filed claims in this case on behalf of 63 EB-5 Claimants, (the "EB-5 Claimants") including the 20 individuals listed herein. The 20 individuals that are the subject of this motion ("the 20 EB-5 Claimants") and the claim numbers assigned to the claims filed on their behalf in this case are:

| Client Name | Claim No. | Client Name | Claim No. |
|---|---|---|---|
| Feng Guo | 04-1 | Shaoqing Zeng | 48-1 |
| Tingting Sun | 09-1 | Qingyun Yu | 53-1 |
| Tonghui Luan | 10-1 | Yingjun Yang | 54-1 |
| Zhen Yu | 14-1 | Daqin Weng | 56-1 |
| Yawen Li | 15-1 | Xiaoping Zhang | 57-1 |
| Xiao Sun | 16-1 | Ling Li | 58-1 |
| Li Zhang | 19-1 | Baoping Liu | 59-1 |
| Min Cui | 38-1 | Shaoping Huang | 60-1 |
| Liyan Feng | 39-1 | Yi Zhao | 62-1 |
| Ruji Li | 41-1 | Changyu Liu | 63-1 |

      2.    Besides filing these claims on behalf of the EB-5 Claimants, Movant filed oppositions to objections filed by KK-PB Financial LLC, spoke in favor of continuing this case

and denying the motion to dismiss or convert filed by the U.S. Trustee, moved the admission pro hac vice of attorney David George in connection with litigation of a contested matter in this case, and recently presented argument relating to the scheduling of the sale of substantially all of the property of the Debtor.  Movant will also be filing objections to the Motion to Approve Settlement that is scheduled to be heard on February 8, 2019 by the deadline of February 6, 2019 as the Court will not have had time to consider this motion and relieve Movant of his obligations before that date.

3. On February 4, 2019, without prior notice from the 20 EB-5 Claimants, Movant received via the Court's notice of electronic filing system copies of objections to the Motion to Approve Settlement that appear to have been filed *pro se* by Claimant 59-1 for herself, or in a representative *pro se* capacity by Claimant 59-1 purportedly on behalf of the other 19 of the 20 EB-5 Claimants.  The *pro se* filing by and on behalf of the 20 EB-5 Claimants indicates that they consider their attorney-client relationship with Movant to have been terminated.

4. In addition, the 20 EB-5 Claimants have substantially failed to fulfill an obligation to the movant attorneys regarding their legal services.  The 20 EB-5 Claimants have been aware of this existing obligation as it was set forth in the terms of their engagement letter with Gunster, Yoakley & Stewart.  Prior to filing this Motion, the movants notified 20 EB-5 Claimants of their failure to fulfill this obligation.  Recently, Movant advised the 20 EB-5 Claimants that he and Gunster Yoakley & Stewart, P.A., would withdraw if said obligation was not fulfilled.  Since that time, 20 EB-5 Claimants have still failed to fulfill said obligation despite follow up requests.  Accordingly, EB-5 Claimants have been given a reasonable warning that their Gunster Yoakley & Stewart attorneys would withdraw unless said obligation was fulfilled.

5. Due to EB-5 Claimants' failure to fulfill their obligations and their behavior inconsistent with the continued existence of an attorney client relationship, good cause for withdrawal exists.

6. The current mailing address for the EB-5 Claimants is care of Annie Huang, Shenzhen Huamei Venture Investment Consultant Co., Ltd., Room 503, Tower 2, Phase 1 of Excellence City, No. 128 ZhongKang Road, Shenzhen City, Guangdong Province, China 518048.

WHEREFORE, the undersigned hereby respectfully requests entry of an order granting Edward A. Marod of the law firm Gunster, Yoakley & Stewart, P.A. leave to withdraw as counsel for the listed 20 EB-5 Claimants in the instant action.

Dated this 6th day of February, 2019.

*/s/ Edward A. Marod*
**EDWARD A. MAROD**
Florida Bar No. 238961
Email: emarod@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401-6194
Telephone (561) 655-1980
Facsimile (561) 655-5677
*Attorney for Movant\*

WPB_ACTIVE 9166685.1