

**ORDERED in the Southern District of Florida on February 21, 2019.**

Erik P. Kimball, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                               Case No. 18-19441-EPK

    Debtor.                                          Chapter 11

_____/

### ORDER GRANTING DEBTOR'S MOTION FOR JUDICIAL NOTICE

THIS MATTER came before the Court for hearing on February 15, 2019 upon the *Motion for Judicial Notice* [ECF No. 514] filed by 160 Royal Palm, LLC (the "Debtor").

For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 514] is GRANTED.

2. As it relates to the contested matters involving ECF Nos. 69, 103, and 133, the Court takes judicial notice under Federal Rule of Evidence 201 of existence and contents of the following:

{2234/000/00424203}

a. Debtor/EB-5 Investors' Exhibit 2;

b. Debtor/EB-5 Investors' Exhibit 36;

c. Debtor/EB-5 Investors' Exhibit 37

d. Debtor/EB-5 Investors' Exhibit 44;

e. Debtor/EB-5 Investors' Exhibit 51;

f. Debtor/EB-5 Investors' Exhibit 52;

g. Debtor/EB-5 Investors' Exhibit 60;

h. Debtor/EB-5 Investors' Exhibit 68.1;

i. Debtor/EB-5 Investors' Exhibit 68.2;

j. Debtor/EB-5 Investors' Exhibit 68.66;

k. Debtor/EB-5 Investors' Exhibit 68.67;

l. Debtor/EB-5 Investors' Exhibit 68.68;

m. Debtor/EB-5 Investors' Exhibit 68.71;

n. Debtor/EB-5 Investors' Exhibit 68.86;

o. Debtor/EB-5 Investors' Exhibit 68.88;

p. Debtor/EB-5 Investors' Exhibit 68.89;

q. Debtor/EB-5 Investors' Exhibit 109;

r. Debtor/EB-5 Investors' Exhibit 155;

s. Debtor/EB-5 Investors' Exhibit 156;

t. Debtor/EB-5 Investors' Exhibit 157;

u. The documents filed in this Case at ECF Nos. 97 and 204; and

v. The fact that a total of $942,392.50 in undisputed claims presently exist against the Debtor.

###

Submitted by:

Eric Pendergraft
**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorney for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Tel.: 561-443-0800
Facsimile: 561-998-0047
Email: ependergraft@slp.law

*Eric Pendergraft is directed to serve copies of this Order upon all interested parties and to file a certificate of service with the Court.*