UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re

160 Royal Palm, LLC,                         Case No.: 18-19441-EPK

Debtor.                                      Chapter 11
_____/

### EMERGENCY MOTION TO WITHDRAW AS COUNSEL FOR KK-PB FINANCIAL, LLC AND REQUEST FOR EMERGENCY HEARING

SALAZAR LAW moves this Court, pursuant to Local Rule 2091-1, for the entry of an Order (i) authorizing the withdrawal and termination of the appearance of Luis Salazar, Esq. and Celi S. Aguilar, Esq. and the law firm of SALAZAR LAW (collectively, "**Salazar Law**") as counsel for KK-PB FINANCIAL, LLC ("**KK-PB Financial**") in this chapter 11 proceeding; and (ii) directing KK-PB Financial to retain new counsel to represent its interests, and states:

### PRELIMINARY STATEMENT AND BASIS FOR EMERGENCY HEARING

1. On or about August 16, 2018, Salazar Law was engaged by KK-PB Financial to represent its interests in this chapter 11 proceeding in connection with the real property located at 160 Royal Palm Way, Palm Beach, Florida 33480.

2. Since that time, Salazar Law submits that irreconcilable differences have arisen between counsel and KK-PB Financial as to the means to be used to accomplish KK-PB Financial's objectives in this chapter 11 proceeding, making the continued representation of KK-PB Financial unreasonably difficult. Despite counsel's efforts to achieve to resolve these differences, Salazar Law submits that counsel has been unable to do so, such that the Rules of Professional Conduct and professional considerations require withdrawal of Salazar Law's representation of KK-PB Financial in this chapter 11 proceeding and termination of its appearance as counsel of record.

3. Salazar Law further submits that critical deadlines triggered by this Court's *Order Estimating the Claim of KK-PB Financial, LLC and Denying Ability to Credit Bid* [ECF No. 603] are approaching and, based on those deadlines, respectfully requests that this Court consider the relief



requested herein on an *emergency* basis.

## RELIEF REQUESTED

4. By way of this Motion, Salazar Law seeks the entry of an Order (i) authorizing the withdrawal and termination of the appearance of Luis Salazar, Esq. and Celi S. Aguilar, Esq. and the law firm of Salazar Law as counsel for KK-PB Financial; and (ii) directing KK-PB Financial to retain new counsel to represent its interests in this chapter 11 proceeding.

5. As set forth above, Salazar Law submits that irreconcilable differences have arisen between counsel and KK-PB Financial as to the means to be used to accomplish KK-PB Financial's objectives in this chapter 11 proceeding, making the continued representation of KK-PB Financial unreasonably difficult. Despite counsel's efforts to achieve to resolve these differences, Salazar Law submits that counsel has been unable to do so, such that the Rules of Professional Conduct and professional considerations require withdrawal of Salazar Law's representation of KK-PB Financial in this chapter 11 proceeding and termination of its appearance as counsel of record.

6. Salazar Law further submits that it has provided notice to KK-PB Financial of its intent to withdraw and terminate its appearance as counsel and of KK-PB Financial's need to retain new counsel to represent its interests in this chapter 11 proceeding.

7. Salazar Law further submits that the last known contact information for KK-PB Financial is as follows:

> KK-PB Financial, LLC
> Attn: Glenn Straub
> 11199 Polo Club Road
> Wellington, Florida 33414

8. For these reasons, Salazar Law believes that the withdrawal and termination of the appearance of Luis Salazar, Esq. and Celi S. Aguilar, Esq. and the law firm of Salazar Law as counsel for KK-PB Financial in this chapter 11 proceeding is necessary and should be authorized as requested herein.



**WHEREFORE**, Salazar Law respectfully requests that the Court enter an Order (i) granting this Motion; (ii) authorizing the withdrawal and termination of the appearance of Luis Salazar, Esq. and Celi S. Aguilar, Esq. and the law firm of Salazar Law as counsel for KK-PB Financial in this chapter 11 proceeding; (iii) directing KK-PB Financial to retain new counsel to represent its interests; and (iv) granting such other and further relief as this Court deems just and proper.

Dated: February 28, 2019         Respectfully submitted,

**SALAZAR LAW**
2000 Ponce de Leon Boulevard, Penthouse Suite
Coral Gables, Florida  33134
Telephone: (305) 374-4848
Facsimile:  (305) 397-1021
Email:  Luis@Salazar.Law
Email:  Aguilar@Salazar.Law

By:    */s/ Luis Salazar*
          Luis Salazar
          Florida Bar No. 147788
          Celi S. Aguilar
          Florida Bar No. 117589



## **CERTIFICATION**

      I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF or via electronic transmission as indicated thereon.

      By:    */s/ Luis Salazar*
                 Luis Salazar



### SERVICE LIST

**Electronic Mail Notice List (Via CM/ECF)**

- **David W Baddley**    baddleyd@sec.gov
- **Gregory Elder**    gelderlaw@gmail.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Steven C Jones**    steven.jones@wilsonelser.com, anna.nowakowska@wilsonelser.com; vivian.fusco@wilsonelser.com;EService.Miami@wilsonelser.com
- **Philip J Landau**    plandau@slp.law, msmith@slp.law;blee@slp.law; pdorsey@slp.law;dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;cdraper@slp.law
- **Bernice C. Lee**    blee@slp.law, dwoodall@slp.law;ematteo@slp.law; cdraper@slp.law
- **Peter J Malecki**    pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
- **Edward A Marod**    emarod@gunster.com, dpeterson@gunster.com
- **Orfelia M Mayor**    omayor@ombankruptcy.com, legalservices@pbctax.com; carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Eric S Pendergraft**    ependergraft@slp.law, dwoodall@slp.law;ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- **Cristopher S Rapp**    csr@derreverelaw.com, eservice@derreverelaw.com
- **Luis Salazar**    Luis@Salazar.Law, Ceide@Salazar.Law; Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
- **Jeffrey I. Snyder**    jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **Allen R Tomlinson**    atomlinson@jonesfoster.com, mbest@jonesfoster.com
- **Harry Winderman**    harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com,filings@whcfla.com

**Electronic Mail Notice List (Via Email)**

**Robert V. Cornish, Esq.**
Wilson, Elser, Moskowitz, Edelman *et al.*
700 11th Street, NW, #400
Washington, DC 20001
robert.cornish@wilsonelser.com

**David J. George, Esq.**
c/o George Gesten McDonald, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
DGeorge@4-Justice.com

**Gregg H. Glickstein, Esq.**
Gregg H. Glickstein, P.A.
54 SW Boca Raton Blvd.
Boca Raton, FL 33432
ghgpa@bellsouth.net

**Daniel A. Hershman, Esq.**
Hershman Law P.A.
2240 Palm Beach Lakes Blvd, Suite 101
West Palm Beach, FL 33409
dahershmanlaw@aol.com



**Larry Richey, Esq.**
Cushman & Wakefield
515 East Las Olas Blvd, Suite 900
Fort Lauderdale, FL 33301
larry.richey@cushwake.com

**Christopher W. Kammerer, Esq.**
Kammerer Mariani PLLC
1601 Forum Place, Suite 500
West Palm Beach, FL 33401
CKammerer@KammererMariani.com

**Maria M Yip**
Yip Associates
1001 Yamato Road, Suite 301
Boca Raton, FL 33431
myip@yipcpa.com

