

**ORDERED in the Southern District of Florida on March 1, 2019.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                    Case No. 18-19441-EPK

    Debtor.                          Chapter 11

_____/

**ORDER: (I) GRANTING EXPEDITED MOTION SEEKING APPROVAL
OF PROCEDURES FOR AMENDED SALE PROCESS AND
(II) SCHEDULING FINAL HEARING TO CONSIDER APPROVAL
OF SALE OF ASSETS FREE AND CLEAR OF LIENS,
<u>CLAIMS AND ENCUMBRANCES</u>**

\*\*\*Final hearing scheduled for March 8, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401\*\*\*

\*\*\*Objections shall be filed no later than 4:00 p.m. on March 5, 2019\*\*\*

**THIS MATTER** came before the Court for hearing on February 28, 2019 upon the *Expedited Motion to Approve (I) Private Sale of Real Property to LR U.S. Hotels Holdings, LLC and (II) Authorize Debtor's Advance of $250,000 to the Town of Palm Beach on Behalf of Debtor's Assets* [ECF No. 604] (the "Motion").

{2234/000/00437342}                    1

For the reasons stated on the record, and being otherwise fully advised in the premises, the Court finds that:

A. The Court has jurisdiction over this matter and over the property of the Debtor pursuant to 28 U.S.C. §§ 157(a) and 1334, venue is proper in this district pursuant to 28 U.S.C. § 1408, and this is a core proceeding pursuant to 28 U.S.C. § 157(b).

B. The sale procedures set forth herein (the "Sale Procedures"), and the sale of the Assets[1] contemplated thereunder, are designed to maximize recovery for the Debtor's estate and constitute a sound, fair, reasonable and appropriate exercise of the Debtor's business judgment

C. The entry of this Order is in the best interests of the Debtor, its estate, and creditors.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 604] is GRANTED as set forth herein.

2. The Debtor's prior motion seeking approval of bid procedures and a sale of the Assets [ECF No. 93] is deemed WITHDRAWN.  Such withdrawal shall not affect the right of RREF II Palm House ("RREF") to receive a breakup fee as provided by that certain Asset Purchase Agreement between RREF and the Debtor, as amended by paragraphs 10 and 11 of the original October 16, 2018 Bidding Procedures Order [ECF No. 154] and the November 8, 2018 Amended Bid Procedures Order [ECF No. 273].

3. The auction scheduled for March 8, 2019 is CANCELLED.

4. LR U.S. Hotels Holdings, LLC ("LR"), and any wholly-owned affiliate of LR, is deemed to be a Qualified Buyer as such term is defined in the Amended Conditional Settlement Agreements entered into between the Debtor, the Town of Palm Beach, and the Town of

---

[1] Capitalized terms not defined herein shall have the definitions provided for in the Motion.

{2234/000/00437342}                              2

Palm Beach Code Enforcement Board, which have been approved by this Court in the Order entered at ECF No. 543.

5. The APA is APPROVED, and the sale of the Assets pursuant to such APA shall be subject to only a Competing Bid by RREF, if any, in an amount that is no less than $40,600,000 and the assumed obligations set forth in the APA, that must be received by the Debtor and LR no later than **4:30 p.m. EST on March 4, 2019.**

6. In the event such a Competing Bid is timely received from RREF by the Debtor and LR, LR shall have, up through **4:30 p.m. EST on March 7, 2019**, the exclusive right of first refusal to submit an offer to the Debtor that is greater than such Competing Bid.

7. The Debtor is immediately authorized to advance, on behalf of RREF and LR, the $250,000 in total cash consideration due to the Town of Palm Beach and the Town of Palm Beach Code Enforcement Board under the Amended Conditional Settlement Agreements. Such advance shall be reimbursed at closing by the successful purchaser of the Assets.

8. The Court will hold a hearing on **March 8, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401** during which the Court will: (a) determine whether RREF or LR has submitted the highest and best offer to purchase the Assets; (b) consider all timely and properly-filed objections, under 11 U.S.C. §363, to the sale of the Assets; and (c) consider final approval of the sale of the Assets free and clear of all liens, claims, and encumbrances.

9. Objections, if any, to the sale of the Assets must (a) be in writing; and (b) be filed with the Court no later than **4:00 p.m. on March 5, 2019.** Any objection not so filed shall be deemed waived.

10. The Debtor shall ensure that all interested parties are informed of the Motion, the proposed sale, and this Order by immediately serving notice of the Motion and this Order on all persons having an interest in the Assets, as well as upon all parties in this case.

### #

Submitted by:

Eric Pendergraft
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

*Eric Pendergraft is directed to serve a copy of this order upon all interested parties and to file a Certificate of Service with the Court.*