

**ORDERED in the Southern District of Florida on March 1, 2019.**

Erik P. Kimball, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                                 Case No.: 18-19441-BKC-EPK

160 ROYAL PALM, LLC,                                  Chapter 11

          Debtor.                            /

**ORDER GRANTING SALAZAR LAW'S EMERGENCY MOTION TO
WITHDRAW AS COUNSEL FOR KK-PB FINANCIAL, LLC AND
REQUEST FOR EMERGENCY HEARING**

**THIS MATTER** came before the Court upon the *Emergency Motion to Withdraw as Counsel for KK-PB Financial, LLC and Request for Emergency Hearing* (the "**Motion**") [ECF No. 614] filed by Luis Salazar, Esq. and Celi S. Aguilar, Esq. and the law firm of SALAZAR LAW. The Court having reviewed the Motion and the record in this chapter 11 proceeding, having been advised that appropriate notice has been provided to the parties affected by the relief requested in the Motion, and finding good cause exists to grant the requested relief.  Accordingly, it is

          **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      Luis Salazar, Esq. and Celi S. Aguilar, Esq. and the law firm of SALAZAR LAW are authorized to withdraw and terminate their appearance as counsel of record for Glenn Straub, KK-PB Financial, LLC, and any of Mr. Straub's related entities, and are further discharged from any further responsibility in this chapter 11 proceeding.

3.      KK-PB Financial, LLC and any of Mr. Straub's related entities must retain new counsel to represent its interests in this matter.  KK-PB Financial, LLC and any of Mr. Straub's related entities shall immediately retain new counsel and have new counsel file an appearance on behalf of said entity in this chapter 11 proceeding.

4.      Mr. Straub may retain new counsel to represent his interests in this chapter 11 proceeding.

5.      Until new counsel appears on behalf of Mr. Straub, KK-PB Financial, LLC and any of Mr. Straub's related entities, all future notice given or required to be given in this chapter 11 proceeding and all future pleadings or papers served or required to be served in this chapter 11 proceeding shall be mailed to Mr. Straub, KK-PB Financial, LLC and any of Mr. Straub's related entities at the following addresses, unless otherwise directed by further Court Order:

**KK-PB FINANCIAL, LLC**
Attn: Glenn Straub
11199 Polo Club Road
Wellington, FL 33414

**Glenn Straub**
11199 Polo Club Road
Wellington, FL 33414

6.      The Clerk of Court is directed to remove Luis Salazar, Esq. and Celi S. Aguilar, Esq. and the law firm of SALAZAR LAW from the service lists and electronic filings notifications list generated by the CM/ECF system in this chapter 11 proceeding.

7.    This Court retains jurisdiction to hear and determine all matters arising from or relating to the interpretation or implementation of this Order.

# # #

**Submitted by:**
Luis Salazar, Esq.
Celi S. Aguilar, Esq.
**SALAZAR LAW**
2000 Ponce de Leon Boulevard, Penthouse
Coral Gables, FL 33134
Telephone: (305) 374-4848
Luis@Salazar.Law
Aguilar@Salazar.Law

**Copies to:**
Luis Salazar, Esq.
Celi S. Aguilar, Esq.

*(Attorney Salazar shall serve a copy of the signed Order on all required parties and file a certificate of service with the Court.)*