

**ORDERED in the Southern District of Florida on March 4, 2019.**

*[signature]*

**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No. 18-19441-EPK

160 ROYAL PALM, LLC,                                                  Chapter 11

      Debtor.
_____/

### ORDER GRANTING MOTION TO WITHDRAW
### AS COUNSEL OF RECORD FOR 20 EB-5 CLAIMANTS

THIS MATTER came before the Court for hearing on February 21, 2019 upon the **Motion to Withdraw as Counsel of Record for 20 EB-5 Claimants** [ECF No. 546] (the "Motion to Withdraw") *filed by Edward A. Marod, Esq. and the law firm Gunster, Yoakley & Stewart, P.A.* and the **Motion to Withdraw as Counsel of Record for 20 EB-5 Claimants** [ECF No. 552] (the "Motion to Withdraw") *filed by David J. George, Esq. and the law firm George Gesten McDonald, PLLC* and the response thereto [ECF No. 591].

Having considered the Motion to Withdraw and response, and being otherwise fully advised in the premises, it is ORDERED AND ADJUDGED that:

1. The Motions to Withdraw [ECF No. 546 and ECF No. 552] are GRANTED and Edward A. Marod, Esq., and the law firm of Gunster, Yoakley & Stewart, P.A., and David J. George, Esq., and the law firm of George Gesten McDonald, PLLC, are relieved of responsibility for the further representation of the 20 EB-5 Investors/Creditors identified below:

| Client Name | Claim No. | Client Name | Claim No. |
|---|---|---|---|
| Feng Guo | 04-1 | Shaoqing Zeng | 48-1 |
| Tingting Sun | 09-1 | Qingyun Yu | 53-1 |
| Tonghui Luan | 10-1 | Yingjun Yang | 54-1 |
| Zhen Yu | 14-1 | Daqin Weng | 56-1 |
| Yawen Li | 15-1 | Xiaoping Zhang | 57-1 |
| Xiao Sun | 16-1 | Ling Li | 58-1 |
| Li Zhang | 19-1 | Baoping Liu | 59-1 |
| Min Cui | 38-1 | Shaoping Huang | 60-1 |
| Liyan Feng | 39-1 | Yi Zhao | 62-1 |
| Ruji Li | 41-1 | Changyu Liu | 63-1 |

2. Future service of all pleadings and other papers to the 20 EB-5 Investors/Creditors identified above shall be by mail, c/o Effie Liu, Room 503, Tower 2, Phase I of Excellence City, No. 128 ZhongKang Road, Shenzhen City, Guangdong Province, China 518048, Telephone +86-755-82805800 with a courtesy copy by e-mail care of Baoping ("Effie") Liu at Effie.Liu@huameiim.com.

###

Submitted by:

Edward A. Marod
Gunster Yoakley & Stewart, P.A.
777 S. Flagler Drive, Suite 500 East
West Palm Beach, FL 33401
Telephone: (561) 650-0660
Email: emarod@gunster.com

*Edward A. Marod is directed to serve a copy of this order on all appropriate parties and file a certificate of service.*