

**ORDERED in the Southern District of Florida on March 4, 2019.**

**Erik P. Kimball, Judge
United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                               Case No. 18-19441-EPK

    Debtor.                                          Chapter 11
_____/

### ORDER GRANTING MOTION TO SHORTEN SALE NOTICE

**THIS MATTER** came before the Court for hearing on February 28, 2019 upon the *Motion to Shorten Sale Notice* [ECF No. 608] (the "Motion") filed by 160 Royal Palm, LLC (the "Debtor"). For the reasons stated on the record, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 608] is GRANTED.

2. The Court has separately entered its *Order: (I) Granting Expedited Motion Seeking Approval of Procedures for Amended Sale Process and (II) Scheduling Final Hearing to Consider Approval of Sale of Assets Free and Clear of Liens, Claims and Encumbrances* [ECF No. 619] scheduling a March 8, 2019 hearing to consider final approval of the sale of substantially all of the Debtor's assets.

# # #

Submitted by:

Eric Pendergraft
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047

*Eric Pendergraft is directed to serve a copy of this Order on all interested parties and to file a certificate of service.*