UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE:  160 Royal Palm, LLC,    Chapter 11 Case
                                 Case No. 18-19441-EPK

Debtor.
_____ /

**OBJECTION TO PRIVATE SALE OF REAL PROPERTY TO LR U.S. HOTELS HOLDINGS, LLC FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES**

KK-PB Financial LLC ("KK-PB Financial"), by and through its undersigned counsel, file this objection to the proposed sale pursuant to the Court's *ORDER: (I) GRANTING EXPEDITED MOTION SEEKING APPROVALOF PROCEDURES FOR AMENDED SALE PROCESS AND (II) SCHEDULING FINAL HEARING TO CONSIDER APPROVAL OF SALE OF ASSETS FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES* dated March 1, 2019 [ECF 619] (the "Order").

**OBJECTION**

1.     The sale (the "Sale") pursuant to expedited sale motion of the Debtor [ECF No. 604] (the "Motion")[1] and the Sale Procedures (as defined in the Motion) proposes the abandonment of a previously approved auction process and, instead, seeks approval of a private sale to LR on an expedited basis, and the elimination of any competing bidders for the Assets other than RREF.

---

[1]  Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

2.      Paragraph 22 of the Sale Motion also provides that claims of creditors of the Debtor secured by the Assets shall, by operation of law, attach to the proceeds of the sale of the Assets in the order of their priority.  Further, this section provides:

> ***For avoidance of doubt, such attachment shall not apply to Claim No. 70-3 filed by KKPB, nor shall such attachment apply to the note or mortgage underlying such claim, due to the fact that the Court estimated this claim at $0 for all purposes in this bankruptcy case, and determined that KKPB no longer has a lien on the Debtor's real property.*** ECF No. 603

Motion ¶22 (emphasis original).

3.      Additionally, the Sale proposes a settlement with the Town of Palm Beach and the Town of Palm Beach Enforcement Board (the "Palm Beach Settlement") outside of a chapter 11 plan or a properly noticed proceeding under Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

4.      KK-PB Financial objects to the proposed Sale on several grounds. <u>First</u>, the expedited Sale process (structured as a private sale to LR) and abandonment of a public auction process (previously approved by this Court) is substantively and procedurally defective.

5.      <u>Second</u>, all proceeds of any Sale of the Assets should be held by the Debtor subject to further order of the Court, and any order approving the Sale should <u>not</u> contain the language above set forth in paragraph 22 of the Motion with respect to KK-PB Financial. Although the Court entered an order estimating KK-PB Financial's secured claim on the Assets at $0.00 pursuant to that certain order estimating claim dated February 26, 2019 (the "Estimation Order"), such Estimation Order is not final and remains subject to reconsideration and/or appeal pursuant to the applicable rules.

6. <u>Third</u>, the Palm Beach Settlement is substantively and procedurally defective and purports to be accomplished outside of a confirmed chapter 11 plan or properly notice motion for approval of compromise and settlement under Bankruptcy Rule 9019.

7. KK-PB Financial also reserves all rights with respect to the Estimation Order and expressly reserves all rights to be heard and to address any statements made by any party in connection with any hearing on the Motion and proposed Sale.

Dated: March 5, 2019
Miami, Florida

WHITE & CASE LLP

By: */s/ James N. Robinson*
James N. Robinson
Florida Bar No. 608858
John K. Cunningham
Florida Bar No. 542490
Fan B. He
Florida Bar No. 0095597
Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida  33131-2352
Telephone: (305) 371-2700
Facsimile:  (305) 358-5744

*Counsel for KK-PB Financial, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by CM/EMF on the parties of record herein.

By: */s/ James N. Robinson*
  James N. Robinson