UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

IN RE: 160 Royal Palm, LLC,

Debtor.

_____/

Chapter 11 Case
Case No. 18-19441-EPK

SUPPLEMENT TO OBJECTION TO PRIVATE SALE OF REAL PROPERTY TO LR U.S. HOTELS HOLDINGS, LLC FREE AND CLEAR OF LIENS, CLAIMS AND ENCUMBRANCES

KK-PB Financial, LLC ("KK-PB Financial"), by and through its undersigned counsel, files this supplement to the Objection to Private Sale of Real Property to LR U.S. Hotels Holdings, LLC Free and Clear of Liens, Claims and Encumbrances [ECF 629] (the "Objection").[1]

**SUPPLEMENT**

1. KK-PB Financial amends and clarifies its Objection to the Motion with respect to the Palm Beach Settlement, as follows.

2. At a hearing held last week held before the Court on the Motion, counsel for Ryan Black (a current or prior equity interest holder and managing member of the Debtor) disclosed a preexisting relationship with the proposed Buyer, LR (the "Disclosure").

3. Given the expedited nature of these proceedings, it is uncertain whether such Disclosure in any way affects the obligations of the Town of Palm Beach and the Town of Palm Beach Enforcement Board to abide by the terms of the conditional settlement agreement (filed with the Court).

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

AMERICAS 98875500

4. To clarify its Objection, and without waiving or prejudicing its other arguments raised therein, KK-PB Financial withdraws its Objection to the Palm Beach Settlement *provided* counsel to the Town of Palm Beach and the Town of Palm Beach Enforcement Board confirm their agreement to consummate the terms of the conditional settlement agreement without any qualification based on the foregoing Disclosure.

5. All rights of KK-PB Financial are reserved.

Dated: March 5, 2019
Miami, Florida

WHITE & CASE LLP

By: */s/ James N. Robinson*
James N. Robinson
Florida Bar No. 608858
John K. Cunningham
Florida Bar No. 542490
Fan B. He
Florida Bar No. 0095597
Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, Florida 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744

*Counsel for KK-PB Financial, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served by CM/EMF on the parties of record herein.

By: */s/ James N. Robinson*
James N. Robinson