UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re                                                      Case No.: 18-19441-BKC-EPK

160 ROYAL PALM, LLC,                        Chapter 11

    Debtor.
_____/

### NOTICE OF CHARGING LIEN AND EQUITABLE LIEN

    NOTICE IS HEREBY GIVEN that the law firm of SALAZAR LAW claims an attorney's charging lien and equitable lien as to fees and costs incurred on behalf of Glenn F. Straub, KK-PB Financial, LLC, Kids2 LLC, or any and all other entities related to Mr. Straub in connection with this chapter 11 proceeding, that remain unpaid as compensation for professional legal services rendered and expenses, costs, and advanced disbursements to third party service providers (plus statutory interest) on any and all distributions, dividends, payments, proceeds, recovery, monetary or otherwise, resulting from a judgment, order, settlement, assignment or any other means of resolution or any combination thereof, arising from or relating to the real and personal property described below.

(i)     Real property or any proceeds from the real property located at 160 Royal Palm Way, Palm Beach, Florida 33480, legally described as:

> Lots 31, 32, and 33, Block F, Revised Map of Royal Park Addition to Palm Beach, Florida, according to the Plat thereof, as recorded in Plat Book 4, Page 1, of the Public Records of Palm Beach County, Florida

(ii)     Claim 72-1 filed by New Haven Contracting South, Inc. in this chapter 11 proceeding dated October 24, 2018, and all legal and equitable claims that New Haven Contracting South, Inc. or Nicholas Laudano may have or otherwise assert as to Debtor 160 Royal Palm, LLC.

(iii)     All claims or interests asserted or filed by or scheduled as to any claimant or creditor in this chapter 11 proceeding to the extent that such claims or interests are acquired by or assigned or transferred to

1



Glenn F. Straub, KK-PB Financial, LLC, Kids2 LLC, or any other entities related to Mr. Straub.

Dated: March 6, 2019.                    Respectfully submitted,

**SALAZAR LAW**
2000 Ponce de Leon Boulevard
Penthouse
Coral Gables, FL  33134
Telephone: (305) 374-4848
Facsimile:  (305) 397-1021
Email:  Luis@Salazar.Law

By:    /s/  Luis Salazar
         Luis Salazar
         Florida Bar No. 147788

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all parties identified on the Service List attached to the original hereof via transmission of Notices of Electronic Filing generated by CM/ECF or via electronic mail transmission or certified U.S. mail, postage prepaid, as indicated thereon.

By: */s/ Luis Salazar*
Luis Salazar

SALAZAR LAW

# SERVICE LIST

**Electronic Mail Notice List (Via CM/ECF)**

- **David W Baddley**  baddleyd@sec.gov
- **Gregory Elder**  gelderlaw@gmail.com
- **Heidi A Feinman**  Heidi.A.Feinman@usdoj.gov
- **Steven C Jones**  steven.jones@wilsonelser.com, znna.nowakowska@wilsonelser.com; vivian.fusco@wilsonelser.com;EService.Miami@wilsonelser.com
- **Philip J Landau**  plandau@slp.law, msmith@slp.law;blee@slp.law; pdorsey@slp.law; dwoodall@slp.law;ematteo@slp.law;ependergraft@slp.law;cdraper@slp.law
- **Bernice C. Lee**  blee@slp.law, dwoodall@slp.law;ematteo@slp.law;cdraper@slp.law
- **Peter J Malecki**  pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
- **Edward A Marod**  emarod@gunster.com, dpeterson@gunster.com
- **Orfelia M Mayor**  omayor@ombankruptcy.com, legalservices@pbctax.com; carmen@ombankruptcy.com;cmbk@ombankruptcy.com;omayor@ecf.inforuptcy.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Christian Panagakos**  cp@FloridaBankruptcyAdvisors.com, bp@FloridaBankruptcyAdvisors.com;fbaecf@gmail.com;r55828@notify.bestcase.com
- **Eric S Pendergraft**  ependergraft@slp.law, dwoodall@slp.law; ematteo@slp.law;bshraibergecfmail@gmail.com;cdraper@slp.law
- **Cristopher S Rapp**  csrapp@kelleykronenberg.com, IRGeservice@kelleykronenberg.com
- **James N Robinson**  jrobinson@whitecase.com, sgoodrich@whitecase.com;avenes@whitecase.com
- **Luis Salazar**  Luis@Salazar.Law, Aguilar@Salazar.Law;Cabrera@Salazar.Law;Lee-Sin@Salazar.Law;Osorio@Salazar.Law
- **Jeffrey I. Snyder**  jsnyder@bilzin.com, eservice@bilzin.com;lflores@bilzin.com
- **Allen R Tomlinson**  atomlinson@jonesfoster.com, mbest@jonesfoster.com
- **Harry Winderman**  harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com,filings@whcfla.com

**Electronic Mail Notice List (Via Email)**

**Robert V. Cornish, Esq.**
Wilson, Elser, Moskowitz, Edelman *et al.*
700 11th Street, NW, #400
Washington, DC 20001
robert.cornish@wilsonelser.com

**David J. George, Esq.**
c/o George Gesten McDonald, PLLC
9897 Lake Worth Road, Suite 302
Lake Worth, FL 33467
DGeorge@4-Justice.com

**Gregg H. Glickstein, Esq.**
Gregg H. Glickstein, P.A.
54 SW Boca Raton Blvd.
Boca Raton, FL 33432
ghgpa@bellsouth.net

**Daniel A. Hershman, Esq.**
Hershman Law P.A.
2240 Palm Beach Lakes Blvd, Suite 101
West Palm Beach, FL 33409
dahershmanlaw@aol.com

4



| | |
|---|---|
| **Larry Richey, Esq.**<br>Cushman & Wakefield<br>515 East Las Olas Blvd, Suite 900<br>Fort Lauderdale, FL 33301<br>larry.richey@cushwake.com | **Christopher W. Kammerer, Esq.**<br>Kammerer Mariani PLLC<br>1601 Forum Place, Suite 500<br>West Palm Beach, FL 33401<br>CKammerer@KammererMariani.com |

**Maria M Yip**
Yip Associates
1001 Yamato Road, Suite 301
Boca Raton, FL 33431
myip@yipcpa.com

**Electronic Mail and Certified Mail Notice List**
**(Via Email and Certified Mail, Return Receipt Requested)**

**Mr. Glenn F. Straub**
11199 Polo Club Road
Wellington, Florida 33414
Email: StraubPolo@aol.com

**KK-PB Financial, LLC**
Attn: Glenn F. Straub, Manager
11199 Polo Club Road
Wellington, Florida 33414
Email: StraubPolo@aol.com

**KK-PB Financial, LLC**
c/o Craig Galle, Esq., as Registered Agent
13501 South Shore Boulevard, Suite 103
Wellington, Florida 33414
Email: Pololawyer@aol.com

**Kids2, LLC**
Attn: Glenn F. Straub, Manager
11199 Polo Club Road
Wellington, Florida 33414
Email: StraubPolo@aol.com

**Kids2, LLC**
c/o Craig Galle, Esq., as Registered Agent
13501 South Shore Boulevard, Suite 103
Wellington, Florida 33414
Email: Pololawyer@aol.com

5

