UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:  160 Royal Palm, LLC,                               Chapter 11 Case
                                                           Case No. 18-19441-EPK

Debtor.
_____/

**SUPPLEMENT TO OPPOSITION TO DEBTOR'S
MOTION TO STRIKE KK-PB FINANCIAL'S OBJECTION TO PRIVATE SALE**

KK-PB Financial, LLC ("KK-PB Financial"), by and through its undersigned counsel, files this supplement (the "Supplement") to its *Opposition to Debtor's Motion to Strike KK-PB's Objection to Private Sale* [ECF No. 632] ("Opposition").[1]  In support of its Supplement, KK-PB respectfully states as follows:

1. On March 5, 2019, KK-PB Financial timely filed its *Objection to Private Sale of Real Property to LR U.S. Hotels Holdings, LLC Free and Clear of Liens, Claims and Encumbrances* [ECF No. 629] (the "Sale Objection").

2. On March 5, 2019, the Debtor filed its *Motion to Strike KK-PB's Objection to Private Sale* [ECF No. 630] ("Motion to Strike") arguing that KK-PB Financial lacked standing to object because its claim had been estimated to be $0.00 as a result of the Court's *Order Estimating the Claim of KKPB Financial, LLC and Denying Ability to Credit Bid* [ECF No. 603] (the "Estimation Order").  The Debtor asserts, among other things, that KK-PB Financial lacks a pecuniary interest sufficient to challenge the private sale contemplated by the Sale Procedures Order.

3. On March 6, 2019, KK-PB Financial filed its Opposition to the Motion to Strike.

4. KK-PB Financial hereby supplements its Opposition and notes that it previously acquired and was assigned the claim of New Haven Construction filed in this chapter 11 case in the amount of approximately $3.4 million (the "New Haven Claim").  *See* Claim No. 72-1.  A copy of the assignment

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Opposition.

agreement for the New Haven Claim to KK-PB Financial is attached as Exhibit A.  Indeed, the Court in its Estimation Order noted this assignment.  *See* Estimation Order, at p. 14 ("It appears that KK-PB has since acquired the New Haven Claim.").  The Court recognized that the New Haven Claim "appears to be a valid, secured claim that may have credit bid rights." *Id.*

5. Thus, as the holder of the New Haven Claim, KK-PB Financial is unquestionably a creditor of the Debtor and a party in interest with standing to be heard on its Sale Objection in this chapter 11 case pursuant to section 1109(b) of the Bankruptcy Code.

6. For the reasons stated in the Opposition and this Supplement, the Court should deny the Motion to Strike.

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I further certify that the foregoing document is being served this day on all parties via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated:  March 7, 2019
        Miami, Florida                  WHITE & CASE LLP

                                                By: */s/ James N. Robinson*
                                                James N. Robinson
                                                Florida Bar No. 608858
                                                John K. Cunningham
                                                Florida Bar No. 542490
                                                Fan B. He
                                                Florida Bar No. 95597
                                                Robbie T. Boone, Jr.
                                                Florida Bar No. 105752
                                                Southeast Financial Center, Suite 4900
                                                200 South Biscayne Boulevard
                                                Miami, Florida  33131-2352
                                                Telephone: (305) 371-2700
                                                Facsimile:  (305) 358-5744

                                                *Counsel for KK-PB Financial, LLC*

**EXHIBIT A**

## ASSIGNMENT OF CLAIM OF LIEN, FINAL
## DEFAULT JUDGMENT AND ALL LEGAL CLAIMS

THIS ASSIGNMENT OF CLAIM OF LIEN, FINAL DEFAULT JUDGMENT AND ALL LEGAL CLAIMS (the "Assignment") is entered into as of the 2nd day of November, 2018, by and between NEW HAVEN CONTRACTING SOUTH, INC., a Florida corporation, and NICHOLAS LAUDANO, an individual and the 100% shareholder thereof (collectively, "Assignor") and KK-PB FINANCIAL, LLC, a Florida limited liability company ("Assignee").

1. **Assignment.** For the sum of $10.00 and other good and valuable consideration, Assignor assigns to Assignee, all of its right, title and interest in and to the following:

    A. Claim of Lien in the amount of $3,067,682.00 executed on November 14, 2014 and recorded in ORB 27182, Page 0261, of the Public Records of Palm Beach County, Florida;

    B. Final Default Judgment against 160 Royal Palm, LLC dated January 30, 2017 and recorded in ORB 28877, Page 790, of the Public Records of Palm Beach County, Florida;

    C. Proof of Claim bearing Claim No. 72-1 in the amount of $3,387,855.55 filed on October 24, 2018, by New Haven Contracting South, Inc. in *In re: 160 Royal Palm, LLC, Debtor*, United States Bankruptcy Court for the Southern District of Florida, Case No. 18-19441-EPK;

    D. Any and all legal and equitable claims that Assignor has against 160 Royal Palm, LLC for or arising out of its construction agreement and construction activities at the property known as the Palm House Hotel.

(collectively, the "Assigned Claims").

2. **Assignment of All Right, Title and Interest.** The Assignor is assigning to Assignee any and all of its right, title and interest in and to the Assigned Claim. Assignee shall have all legal and equitable rights in the Assigned Claim against 160 Royal Palm, LLC, including without limitation the right to pursue, resolve, compromise, or otherwise dispose of the Assigned Claims. Additionally, Assignee shall exclusively own any and all right, title and interest in and to any distribution, whether monetary or otherwise, or other benefits received on account of the Assigned Claims.

3. **Acceptance of Assignment.** Assignee hereby accepts the assignment of the matters set forth in paragraph 1 above.

**[Balance of Page Left Intentionally Blank / Signatures on Following Pages]**

IN WITNESS WHEREOF, Assignor has set its hand this 2nd day of November, 2018.

In the Presence of:                           ASSIGNORS:

_____                   _____
Witness Signature                             NEW HAVEN CONTRACTING SOUTH,
                                              INC., a Florida corporation
_____                   By: NICHOLAS LAUDANO, President
Print Name

_____                   _____
Witness                                       NICHOLAS LAUDANO

_____
Print Name

## NOTARY

STATE OF FLORIDA            )
                            ) ss:
PALM BEACH COUNTY           )

SUBSCRIBED AND SWORN TO before me by NICHOLAS LAUDANO, individually, and as President of NEW HAVEN CONTRACTING SOUTH, INC., a Florida corporation, who is personally known to me [ ] or who produced _____ as identification [ ], this 2nd day of November, 2018.

                                              _____
                                              NOTARY PUBLIC
My Commission expires:

IN WITNESS WHEREOF, the Assignee has set its hand this 2nd day of November, 2018.

In the Presence of:                                ASSIGNEE:

_____          _____
Witness Signature                                  KK-PB FINANCIAL, LLC,
                                                   Florida limited liability company
_____          By: Glenn F. Straub, President
Print Name

_____
Witness

_____
Print Name

## NOTARY

STATE OF FLORIDA            )
                            ) ss:
PALM BEACH COUNTY           )

SUBSCRIBED AND SWORN TO before me by GLENN F. STRAUB as Manager of KK-PB FINANCIAL, LLC, a Florida limited liability company, who is personally known to me [ ] or who produced _____ as identification [ ], this 2nd day of November, 2018.

                                         _____
                                         NOTARY PUBLIC
My Commission expires:

4