# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | } | Case Number: 18-19441 |
| | } | |
| 160 Royal Palm, LLC | } | JUDGE KIMBALL |
| | } | |
| | } | CHAPTER 11 |

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM JUNE 1, 2019 TO JUNE 30, 2019

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

/s/ Eric Pendergraft
*Attorney for Debtor's Signature*

Debtor's Address
and Phone Number:

160 Royal Palm, LLC

1118 Waterway Lane

Delray Beach, FL 33483

(561) 441-0222

Attorney's Address
and Phone Number:

Shraiberg, Landau & Page, P.A.

2385 NW Executive Center Drive, #300

Boca Raton, Florida 33431

Office Main Line: (561) 443-0800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
   1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report.
   2) Initial Filing Requirements.
   3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS & DISBURSEMENTS
### FOR THE PERIOD BEGINNING JUNE 1, 2019 AND ENDING JUNE 30, 2019

Name of Debtor: 160 Royal Palm, LLC  
Date of Petition: August 2, 2018  

Case Number: 18-19441-EPK

| | CURRENT MONTH | | CUMULATIVE PETITION TO | |
|---|---|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | $33,675.45 | a | $ 34,845.68 | (b) |
| 2. RECEIPTS: | | | | |
| A. Cash Sales | $ - | | $ - | |
| Minus: Cash Refunds | - | | - | |
| Net Cash Sales | - | | - | |
| B. Accounts Receivables | | | | |
| C. Other Receipts (*See MOR-3*) (must attach a rent roll) | | | | |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | - | | - | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (*Line 1 + Line 3*) | $ 33,675.45 | | $ 34,845.68 | |
| 5. DISBURSEMENTS | | | | |
| A. Advertising | - | | - | |
| B. Bank Charges | 34.31 | | 41.71 | |
| C. Contract Labor | | | | |
| D. Fixed Asset Payments (not incl. in "N") | - | | - | |
| E. Insurance | | | | |
| F. Inventory Payments (*See Attach. 2*) | - | | - | |
| G. Leases | - | | - | |
| H. Manufacturing Supplies | - | | - | |
| I. Office Supplies | | | - | |
| J. Payroll - Net (*See Attachment 4B*) | | | | |
| K. Professional Fees (Accounting & Legal) (Advertising) (Appraiser) | | | | |
| L. Rent | - | | - | |
| M. Repairs & Maintenance (Landscaper) | 450.00 | | 900.00 | |
| N. Secured Creditors Payments (*See Attach. 2*) | - | | - | |
| O. Taxes Paid - Payroll (*See Attachment 4C*) | - | | - | |
| P. Taxes Paid - Sales & Use (*See Attachment 4C*) | - | | - | |
| Q. Taxes Paid - Other (*See Attachment 4C*) | | | - | |
| R. Telephone | | | - | |
| S. Travel & Entertainment | | | - | |
| T. U.S. Trustee Quarterly Fees | | | | |
| U. Utilities | 231.98 | | 944.81 | |
| V. Vehicle Expenses | | | - | |
| W. Other Operating Expenses (*See MOR-3*) (Misc.) | | | | |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 716.29 | | 1,886.52 | |
| 7. ENDING BALANCE (*Line 4 Minus Line 6*) | $ 32,959.16 | c | $ 32,959.16 | (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 17 day of July, 2019.

(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.  
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.  
(c) These two amounts will always be the same if form is completed correctly.

Monthly Operating Report    Unaudited    9:32 AM, 7/17/2019

## MONTHLY SCHEDULE OF RECEIPTS & DISBURSEMENTS
## FOR THE PERIOD BEGINNING JUNE 1, 2019 AND ENDING JUNE 30, 2019

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
|  |  | - |
|  |  | - |
|  |  | - |
|  | - | - |
|  | - | - |
| **TOTAL OTHER RECEIPTS** | $ - | $ - |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
|  |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| Check No. 1039 | 450.00 | 450.00 |
| Monthly Service Fee | 34.31 | 34.31 |
| WPB Utilities Webepay | 231.98 | 231.98 |
|  |  | - |
|  |  | - |
|  |  | - |
|  | - | - |
| **TOTAL OTHER DISBURSEMENTS** | $ 716.29 | $ 716.29 |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement**

## ATTACHMENT 1
## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

**Name of Debtor:** 160 Royal Palm, LLC

**Case Number:** 18-19441-EPK

Report Period Beginning: 6/1/2019

Period Ending: 6/30/2019

ACCOUNTS RECEIVABLE AT PETITION DATE

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

**Beginning of Month Balance**
   PLUS: Current Month New Billings
   MINUS: Collection During the Month
   PLUS/MINUS: Adjustments or Writeoffs     -
**End of Month Balance**     $     -

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $ - | $ - | $ - | $ - | $ - |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status* |
|---|---|---|
| | | |

* Collection efforts taken, estimate of collectability, write-off, disputed account, etc.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: 160 Royal Palm, LLC                         Case Number: 18-19441-EPK

Report Period Beginning: 6/1/2019                           Period Ending: 6/30/2019

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| N/A | | | | |

TOTAL AMOUNT                                                                              $         -      (b)

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

**Opening Balance**                                                                                             (a)
 PLUS: New Indebtedness Incurred This Month
 MINUS: Amount Paid on Post Petition, Accounts Payable This Month
 PLUS/MINUS: Adjustments                                                              -       *
**Ending Month Balance**                                                     $         -      (c)

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payment to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior or completing this section

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | $      - | - | - |
| | | - | - | - |
| | | - | - | - |
| | | - | - | - |
| **TOTAL** | | $      -   (d) | | |

(a) This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c)
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

## ATTACHMENT 3
## INVENTORY AND FIXED ASSETS REPORT

**Name of Debtor:** 160 Royal Palm, LLC              **Case Number:** 18-19441-EPK

Report Period Beginning: 6/1/2019                    Period Ending: 6/30/2019

### INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE | $ | - |
| INVENTORY RECONCILIATION: | | |
| **Inventory Balance at Beginning of Month** | $ | - (a) |
| PLUS: Inventory Purchased During Month | | - |
| MINUS: Inventory Used or Sold | | - |
| PLUS/MINUS: Adjustments or Writeoffs | | - * |
| **Inventory on Hand at End of Month** | $ | - |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total | |
|---|---|---|---|---|---|
| n/a | n/a | n/a | n/a | 0.0% | * |

\* Aging Percentages must equal 100%.

☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE                           **(b)**
*(Includes Property, Plant and Equipment)*

BRIEF DESCRIPTION (First Report Only): _____ Real Property, Vinyl, Carpet, Appliances, Granite Countertops
(as described in the Debtor's schedules)

| | | |
|---|---|---|
| FIXED ASSETS RECONCILIATION: | | |
| Fixed Asset Book Value at Beginning of Month | $ | - (a), (b) |
| MINUS: Depreciation Expense | | - |
| PLUS: New Purchases | | - |
| PLUS/MINUS: Adjustments or Write-downs | | - * |
| **Ending Monthly Balance** | $ | - |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A
## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

**Name of Debtor:** 160 Royal Palm, LLC    **Case Number:** 18-19441-EPK

Report Period Beginning: 6/1/2019    Period Ending: 6/30/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

**NAME OF BANK:** City National Bank    **BRANCH:** Delray Beach
**ACCOUNT NAME:** 160 Royal Palm LLC DIP Account    **ACCOUNT #:** XXXXXXX3501
**PURPOSE OF ACCOUNT: OPERATING**

|  |  |
|---|---:|
|  | N/A |
| Ending Balance per Bank Statement | $32,959.16 |
| Plus Total Amount of Outstanding Deposits | - |
| Minus Total Amount of Outstanding Checks and other debits | * |
| Minus Service Charges | - |
| **Ending Balance per Check Register** | $ 32,959.16 **, (a) |

\* Debit Cards are used by:
\*\* If Closing Balance is negative, provide explanation:

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
|  |  |  |  |  |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$   -   Transferred to Payroll Account
$   -   Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**
**CHECK REGISTER - OPERATING ACCOUNT**

**Name of Debtor: 160 Royal Palm, LLC**                          **Case Number: 18-19441-EPK**

Report Period Beginning: 6/1/2019                                Period Ending: 6/30/2019

**NAME OF BANK:**                                                **BRANCH:**

**ACCOUNT NAME:**                                                **ACCOUNT #:**        XXXXXXX3501

**PURPOSE OF ACCOUNT: OPERATING**

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|---|---|---|---|---|
| 06/27/2019 | 1039 | Foliage Concepts | Landscaping | $450.00 |

**TOTAL AMOUNT**                                                                                         $450.00

**ATTACHMENT 4B**
**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: 160 Royal Palm, LLC                Case Number: 18-19441-EPK

Report Period Beginning: 6/1/2019                  Period Ending: 6/30/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

**NAME OF BANK:**                                  **BRANCH:**
**ACCOUNT NAME:**                                  **ACCOUNT #:**                        N/A
**PURPOSE OF ACCOUNT: PAYROLL**

| | |
|---|---|
| Ending Balance per Bank Statement | $           - |
| Plus Total Amount of Outstanding Deposits | - |
| Minus Total Amount of Outstanding Checks and other debits | -    * |
| Minus Service Charges | - |
| **Ending Balance per Check Register** | $           -   **, (a) |

* Debit Cards are used by:
** If Closing Balance is negative, provide explanation:

**The following disbursements were paid in Cash:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Account Disbursement |
|---|---|---|---|---|
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

**Name of Debtor:** 160 Royal Palm, LLC          **Case Number:** 18-19441-EPK

Report Period Beginning: 6/1/2019               Period Ending: 6/30/2019

| **NAME OF BANK:** | | **BRANCH:** | 0 | |
| **ACCOUNT NAME:** | | **ACCOUNT #:** | 0 | N/A |

**PURPOSE OF ACCOUNT:** PAYROLL

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
| | | | | $ - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| | | | | - |
| **TOTAL AMOUNT** | | | | $ - |

## ATTACHMENT 4C
## MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT

Name of Debtor: 160 Royal Palm, LLC  Case Number: 18-19441-EPK

Report Period Beginning: 6/1/2019  Period Ending: 6/30/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

**NAME OF BANK:**  **BRANCH:**  N/A
**ACCOUNT NAME:**  **ACCOUNT #:**
**PURPOSE OF ACCOUNT: TAX**

| | |
|---|---|
| Ending Balance per Bank Statement | $  - |
| Plus Total Amount of Outstanding Deposits | - |
| Minus Total Amount of Outstanding Checks and other debits | - * |
| Minus Service Charges | - |
| **Ending Balance per Check Register** | $  -  **, (a) |

\* Debit Cards are used by:
\*\* If Closing Balance is negative, provide explanation:

**The following disbursements were paid in Cash:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |

**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Account Disbursement |
|---|---|---|---|---|
| | | | | |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# City National Bank
### Bci FINANCIAL GROUP

P:49827 / T: / S:

BANKRUPTCY 160 ROYAL PALM LLC
DIP/CHAPTER 11 CASE #18-19441-EPK
CARY D GLICKSTEIN
1118 WATERWAY LN
DELRAY BEACH FL 33483-7156

Page: 1 of 2
Account: XXXXXXX3501

**Client Service**

Online — citynational.com
CityTel — 1-800-762-CITY (2489)

Your Banking Center
Delray Beach
1120 South Federal Highway
Delray Beach, FL 33483

Telephone
561-243-3710
800-435-8839

Your Banking Center Hours
Lobby: Monday - Thursday: 9:00am - 4:00pm
Friday: 9:00am - 5:30pm
Drive-Thru: Monday - Thursday: 8:30am - 5:00pm
Friday: 8:30am - 5:30pm

For additional locations and hours, please visit citynational.com

Member FDIC — EQUAL HOUSING LENDER

## Bankruptcy

### Account Summary

| Account: | XXXXXXX3501 | Beginning Balance: | $33,675.45 |
|---|---|---|---|
| Last Statement: | May 31, 2019 | Ending Balance: | $32,959.16 |
| This Statement: | June 28, 2019 | Average Ledger Balance: | $33,438.04 |
| | | Low Balance: | $32,959.16 |

### Daily Activity

| Date | | Deposits/Additions | Withdrawals | Balance |
|---|---|---|---|---|
| 05-31 | Beginning balance | | | 33,675.45 |
| 06-06 | Wpb Utilities Webepay 109861 | | 231.98 | 33,443.47 |
| 06-17 | Monthly Service Fee | | 34.31 | 33,409.16 |
| 06-27 | Check # 1039 | | 450.00 | 32,959.16 |
| 06-28 | Ending totals | 0.00 | 716.29 | 32,959.16 |

### Checks

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1039 | 06-27 | 450.00 | | | |

\* Skip In Check Sequence

City National Bank's overdraft protection service may help you avoid the following fees when linking your checking account to another deposit (checking/savings) account.*

Contact your banker to learn more.

**Non-Sufficient Funds (NSF) Returned Item Fee:**
$33.00 per item for commercial accounts
$25.00 per item for personal accounts

**Overdraft (OD) Funds Paid Item Fee:**
$33.00 per item for commercial and personal accounts

Please refer to your account's Disclosure and Schedule of Fees and Deposit Agreement for additional fee information, terms, and conditions.

*Overdraft Protection Transfer Fee is $10.00 per transfer. You must have sufficient funds in the linked account to cover the overdraft and the Overdraft Protection Transfer Fee amounts.

Continued on the next page



**It's hurricane season.**

During weather-related occurrences call City National Bank's hotline for updates and operating hours

Check # 1039  Amount: $450.00  Date: 06/27/2019

