# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                              Case No.: 18-19441-EPK

      Debtor.                                     Chapter 11

_____/

160 Royal Palm, LLC,

                                       Adversary Proceeding
                                       No.: _____

      Plaintiff,

vs.

New Haven Contracting South, Inc.,
NJL Development Group, Inc.,
NJL Development Group, LLC,
NJL Investments, LLC, and
NJL Group, LLC,

      Defendants.

_____/

## COMPLAINT SEEKING DAMAGES AND TO AVOID
## AND RECOVER FRAUDULENT TRANSFERS

      160 Royal Palm, LLC ("160 Royal Palm" or the "Debtor"), a Florida limited liability

company, sues Defendants, New Haven Contracting South, Inc. ("New Haven"), NJL

Development Group, Inc., NJL Development Group, LLC, NJL Investments, LLC and NJL Group,

LLC (collectively, NJL Development Group, Inc., NJL Development Group, LLC, NJL

Investments, LLC and NJL Group, LLC shall be referred to as the "NJL Defendants")(the NJL

Defendants and New Haven shall be collectively referred to as the "Defendants"), and alleges as

follows:

## JURISDICTION AND VENUE

1.　This adversary proceeding is brought pursuant to 11 U.S.C. § 541 and Federal Rule of Bankruptcy Procedure 7001.

2.　This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H) and (O).

3.　This Court has subject matter jurisdiction under 28 U.S.C. § 1334(b).

4.　Venue is proper before this Court pursuant to 28 U.S.C. § 1409(a) as Debtor's primary Chapter 11 bankruptcy case is pending in this District.

## PARTIES

5.　160 Royal Palm is a Florida limited liability company doing business in Palm Beach County, Florida.

6.　New Haven is an administratively dissolved Florida company that did business in Palm Beach County, Florida.

7.　NJL Development Group, Inc. is a Connecticut company that did business in Palm Beach County, Florida.

8.　NJL Development Group, LLC is a Connecticut company that is doing business in Palm Beach County, Florida.

9.　NJL Investments, LLC is a Connecticut company that is doing business in Palm Beach County, Florida.

10.　NJL Group, LLC is a Connecticut company that is doing business in Palm Beach County, Florida.

## GENERAL ALLEGATIONS

11.　On or about August 2, 2018 (the "Petition Date"), the Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code (the "Petition"), which is currently pending the

West Palm Beach Division of the United States Bankruptcy Court, Southern District of Florida, Case No. 18-19441-EPK (the Bankruptcy Case").

12.     Prior to the filing of the Bankruptcy Case, the Debtor was the owner of a hotel construction project located in the Town of Palm Beach.  The hotel is locally known as the Palm House Hotel (the "Hotel" or "Hotel Project").  The Hotel has been in a state of redevelopment for many years.

13.     The Hotel has a tortured history. During its reconstruction, ownership of the Hotel has transferred more than once and no owner was able to complete the project.

14.     At all times material hereto, Robert Matthews ("Matthews") was the person in control of the Debtor and Nicholas Laudano was the person in control of New Haven and the NJL Defendants.

15.     New Haven had been hired by the Debtor to serve as its general contractor for the Hotel Project.

16.     Matthews used the hotel project to solicit investments from foreign nationals under the federal EB-5 program, enticing over $40 million in investments from dozens of foreign investors based on the promise of eased acquisition of green cards (the "EB-5 Scheme") resulting in an indictment by the U.S. Attorney's Office.  Matthews pled guilty to claims of conspiracy, money laundering and tax evasion related to his role in the EB-5 Scheme.

17.     At all material times hereto, attorney Leslie Evans ("Attorney Evans") and the law firm of Leslie Robert Evans & Associates, P.A. (the "Evans Firm") served as legal counsel to the Debtor.

18.     Attorney Evans and the Evans Firm maintained and administered a trust account at 1st United Bank ending in x0443 (the "Evans Trust Account") in which it held funds for the Debtor.

19.     Over $11 million in EB-5 investor funds solicited for the Hotel Project were deposited into the Evans Trust Account.

20.      For the period of August 2, 2012 through December 31, 2014, the Debtor made over $13 million in payments to New Haven.  A chart summarizing the Debtor's payments to New Haven are incorporated herein and attached hereto as **EXHIBIT A**.

21.     Of these payments, Laudano helped Matthews divert $2,750,000 in Debtor funds to New Haven and acted as a straw purchaser as part of a scheme to purchase a home located at 115 Lower Church Hill Road in Washington Depot, Connecticut (the "Connecticut Home") from JPMorgan Chase Bank NA, in an illegal short sale for the benefit of Matthews.

22.     On or about February 3, 2014, Matthews caused Evans to wire $136,237.50 of Debtor' funds from the Evans Trust Account to an account at Farmington Savings Bank in Connecticut for the down payment on the Connecticut Home.

23.     On or about April 29, 2014, Matthews and Laudano diverted $2,650,000 of Debtor funds, the remainder of the purchase price for the Connecticut Home, from the Debtor's Regions Bank operating account directly to New Haven.  A copy of the Debtor's April 2014 Regions Bank bank statement is incorporated herein and attached hereto as **EXHIBIT B**.

24.     Laudano then caused New Haven to transfer these funds to NJL Development Group, LLC, and NJL Development Group, LLC ultimately purchased the Connecticut Home from JPMorgan Chase Bank NA in violation of federal law as detailed in the various indictments.

25.    Thereafter, Laudano and Matthews conspired to obtain a loan secured by the Connecticut Home in further violation of federal law (the "Illegal Loan").

26.    Laudano caused $1,034,712.91 in loan proceeds from the Illegal Loan to be deposited in bank accounts owned by the Defendants.

27.    Upon information and belief, the Illegal Loan was ultimately repaid using Debtor funds.

28.    Laudano was indicted by the U.S. Attorney's Office for his role in the EB-5 Scheme (the "Laudano Indictment").  Laudano ultimately pled guilty to two felony counts arising from the criminal activity alleged in the Laudano Indictment (the "Laudano Guilty Plea").

29.    The Debtor believes additional Debtor funds may have been transferred to the Defendants from either the Debtor's operating account or the Evans Trust Account including, but not limited to, a payment of $105,000 to New Haven from the Evans Trust Account on or about April 10, 2014, a payment of $150,000 to New Haven from the Evans Trust Account on or about October 23, 2013, and a payment of $10,000 to NJL Investments from the Evans Trust Account on or about October 30, 2014.  Copies of the Evans Trust Account records detailing these payments is incorporated herein and attached hereto as **EXHIBIT C.**

30.    Moreover, the Debtor believes that little of the $13 million in payments the Debtor made to New Haven under Matthews' watch were in fact legitimate payments towards the redevelopment of the Hotel.

31.    Instead, the Debtor believes that the majority of the payments it made to New Haven were for the personal benefit of Matthews, Laudano and their family members.  The Debtor received little, if any, economic benefit from the $13 million it paid to New Haven.

32.     On October 20, 2018, the U.S. Securities and Exchange Commission filed claim number 71 in the Debtor's Bankruptcy Case.

**COUNT I – CLAIM AGAINST THE DEFENDANTS TO SET ASIDE FRAUDULENT TRANSFERS UNDER THE FLORIDA UNIFORM FRAUDULENT TRANSFER ACT (11 U.S.C. § 544(b), Florida Statutes § 726.105(1)(a), 28 U.S.C. §§ 2415(a) & 2416)**

33.     The Debtor re-alleges and incorporates Paragraphs 1 through 32 above as if fully set forth herein.

34.      This is an action to avoid fraudulent transfers pursuant to 11 U.S.C. § 544(b), Fla. Stat. § 726.105(1)(a), 28 U.S.C. § 2415(a), and 28 U.S.C. § 2416.

35.     Within six years preceding the Petition Date, the Debtor transferred at least $13,000,000 of the Debtor's funds to or for the benefit of the Defendants as more fully set forth above.

36.     The Defendants were the initial transferee and/or immediate or mediate transferee of the fraudulently transferred funds or was the entity for whose benefit the transfers were made.

37.     The transfers were made with the actual intent to hinder, delay, or defraud the Debtor's creditors, including the SEC.

38.     The SEC was a creditor of the Debtor at the time of the transfers to the Defendants and on the Petition Date.

39.     Pursuant to 11 U.S.C. §544(b) and Fla. Stat. § 726.108(1)(a), the Debtor is empowered to avoid the transfers stated herein.

**WHEREFORE**, the Debtor demands entry of judgment in its favor avoiding the transfers to the Defendants as set forth in this Complaint, together with such other and further relief as the Court deems just and proper.

**COUNT II – CLAIM AGAINST THE DEFENDANTS TO SET ASIDE FRAUDULENT
TRANSFERS UNDER THE FLORIDA UNIFORM FRAUDULENT TRANSFER ACT
(11 U.S.C. § 544(b), Florida Statutes § 726.105(1)(b), 28 U.S.C. §§ 2415(a) & 2416)**

40.    The Debtor re-alleges and incorporates Paragraphs 1 through 32 above as if fully set forth herein.

41.    Within six years preceding the Petition Date, the Debtor transferred at least $13,000,000 of the Debtor's funds to or for the benefit of the Defendants as more fully set forth above.

42.    The Defendants were the initial transferee and/or immediate or mediate transferee of the fraudulently transferred funds or were the entities for whose benefit the transfers were made.

43.    The Debtor received less than reasonably equivalent and/or no value in exchange for the transfers.

44.    At the time of the transfers, the Debtor (i) was engaged or was about to engage in a business or a transaction for which its remaining assets were unreasonably small in relation to the business or transaction; or (ii) intended to incur, or believed or reasonably believed that it would incur, debts beyond its ability to pay as they became due.

45.    Pursuant to 11 U.S.C. §544(b) and Fla. Stat. § 726.108(1)(a), the Debtor is empowered to avoid the transfers stated herein.

**WHEREFORE**, the Debtor demands entry of judgment in its favor avoiding the transfers to the Defendants as set forth in this Complaint, together with such other and further relief as the Court deems just and proper.

**COUNT III – CLAIM AGAINST THE DEFENDANTS TO SET ASIDE FRAUDULENT
TRANSFERS UNDER THE FLORIDA UNIFORM FRAUDULENT TRANSFER ACT
(11 U.S.C. § 544(b), FLORIDA STATUTES §726.106(1), 28 U.S.C. §§ 2415(a) & 2416)**

46.    The Debtor re-alleges and incorporates Paragraphs 1 through 32 above as if fully set forth herein.

47.    Within six years preceding the Petition Date, the Debtor transferred at least $13,000,000 of the Debtor's funds to or for the benefit of the Defendants as more fully set forth above.

48.    The SEC was a creditor of the Debtor at the time of the transfers to the Defendants, and on the Petition Date.

49.    The Defendants were the initial transferee and/or immediate or mediate transferee of the fraudulently transferred funds or was the entity for whose benefit the transfers were made.

50.    The Debtor received less than reasonably equivalent and/or no value in exchange for the transfers.

51.    At the time of the transfers, the Debtor was insolvent, or became insolvent as a result of such transfers, or alternatively, the Debtor intended to incur, or believed it would incur, debts that would be beyond its ability to pay as such debts matured.

52.    Pursuant to 11 U.S.C. §544(b) and Fla. Stat. § 726.108(1)(a), the Debtor is empowered to avoid the transfers stated herein.

**WHEREFORE**, the Debtor demands entry of judgment in its favor avoiding the transfers to the Defendants as set forth in this Complaint, together with such other and further relief as the Court deems just and proper.

### COUNT IV – CLAIM AGAINST THE DEFENDANTS TO RECOVER AVOIDED TRANSFERS (11 U.S.C. § 550(a), 28 U.S.C. §§ 2415(a) & 2416)

53.    The Debtor re-alleges and incorporates Paragraphs 1 through 32 above as if fully set forth herein.

54.     This is an action to recover fraudulent transfers pursuant to 11 U.S.C. § 550(a).

55.     The Defendants were the initial transferee and/or immediate or mediate transferee of the fraudulently transferred funds or was the entity for whose benefit the transfers were made.

56.     To the extent that this Court avoids the transfers pursuant to Counts I, II, and III, the Debtor is entitled to recover the value of said transfers, plus interest, from the Defendants pursuant to 11 U.S.C. § 550(a).

**WHEREFORE**, the Debtor demands entry of judgment in its favor and against the Defendants for damages, plus interest and costs, together with such other and further relief as the Court deems just and proper.

## COUNT V – CIVIL CONSPIRACY AS TO ALL DEFENDANTS

57.     The Debtor re-alleges and incorporates Paragraphs 1 through 32 above as if fully set forth herein.

58.     Each of the Defendants are the recipients of funds that were fraudulently transferred to them.

59.     The Defendants, Matthews, and Laudano were parties to a conspiracy.

60.     There was an agreement between the Defendants, Matthews, and Laudano to do an unlawful act or to do a lawful act by unlawful means, there were overt acts in furtherance of the conspiracy, and the Debtor was damaged as a result of acts done under the conspiracy.

61.     As described above, the basis of the conspiracy is a fraud, theft and/or fraudulent transfer of millions of dollars of the Debtor's funds.

62.     The Defendants, Matthews, and Laudano entered into a conspiracy and acted in concert to divert, steal and/or fraudulently transfer the Debtor's funds and use such funds for the personal benefit of Matthews and Laudano.

63.     The Defendants, Matthews, and Laudano acted with the full knowledge and awareness that the funds they had diverted were being transferred with the intent to defraud creditors of the Debtor.

64.     The Defendants, Matthews, and Laudano acted with the full knowledge and awareness that the Debtor received no economic benefit from the funds they had diverted.

65.     The Defendants, Matthews, and Laudano acted contrary to law, acted according to a predetermined and commonly understood plan of action for the purpose of obtaining the Debtor's funds, and took overt acts in furtherance of the conspiracy.

66.     There was a meeting of the minds between and among the Defendants, Matthews, and Laudano to commit the unlawful acts alleged herein.

67.     The Debtor has suffered damage as a result of the conspiracy.

**WHEREFORE**, the Debtor demands entry of judgment in its favor and against the Defendants for damages, plus interest and costs, together with such other and further relief as the Court deems just and proper.

Dated: July 23, 2019.

Respectfully Submitted,

**SHRAIBERG, LANDAU & PAGE, P.A.**
Attorneys for 160 Royal Palm, LLC
2385 NW Executive Center Drive, Suite 300
Boca Raton, FL 33431
Telephone: 561-443-0800/Facsimile: 561-998-0047
Email: plandau@slp.law


By:    /s/ Philip J. Landau
          Philip J. Landau, Esq.
          Florida Bar No. 504017
          Eric Pendergraft
          Fla. Bar No. 91927
          Alicia Z. Gross, Esq.
          Florida Bar No. 0103210

# EXHIBIT A

| Case: | 18-19441-EPK | | | | | | |
|---|---|---|---|---|---|---|---|
| Account Holder: | 160 Royal Palm LLC | | | | | | |
| Date Range: | Augsut 2, 2012 through December 31, 2014 | | | | | | |
| Accounts: | Bank of America Account x3405 and Regions Bank Accounts x7918 and x6064 | | | | | | |

| Bank | Account Number | Item Date | Type | Check No. | YA Payee / Payor | Deposits | Checks / Disbursements |
|---|---|---|---|---|---|---|---|
| Regions Bank | xxx7918 | 11/26/13 | Debit | N/A | New Haven Contracting So. Inc. | | (200,000.00) |
| Regions Bank | xxx7918 | 12/23/13 | Debit | N/A | New Haven Contracting So. Inc. | | (150,000.00) |
| Regions Bank | xxx7918 | 01/02/14 | Debit | N/A | New Haven Contracting So. Inc. | | (30,000.00) |
| Regions Bank | xxx7918 | 01/07/14 | Debit | N/A | New Haven Contracting So. Inc. | | (50,000.00) |
| Regions Bank | xxx7918 | 01/10/14 | Debit | N/A | New Haven Contracting So. Inc. | | (75,000.00) |
| Regions Bank | xxx7918 | 01/17/14 | Debit | N/A | New Haven Contracting So. Inc. | | (75,000.00) |
| Regions Bank | xxx7918 | 01/30/14 | Debit | N/A | New Haven Contracting So. Inc. | | (150,000.00) |
| Regions Bank | xxx7918 | 02/10/14 | Debit | N/A | New Haven Contracting So. Inc. | | (300,000.00) |
| Regions Bank | xxx7918 | 02/21/14 | Debit | N/A | New Haven Contracting So. Inc. | | (440,000.00) |
| Regions Bank | xxx7918 | 02/28/14 | Debit | N/A | New Haven Contracting So. Inc. | | (300,000.00) |
| Regions Bank | xxx7918 | 03/03/14 | Debit | N/A | New Haven Contracting So. Inc. | | (100,000.00) |
| Regions Bank | xxx7918 | 03/12/14 | Debit | N/A | New Haven Contracting So. Inc. | | (10,000.00) |
| Regions Bank | xxx7918 | 03/13/14 | Debit | N/A | New Haven Contracting So. Inc. | | (100,000.00) |
| Regions Bank | xxx7918 | 03/14/14 | Debit | N/A | New Haven Contracting So. Inc. | | (350,000.00) |
| Regions Bank | xxx7918 | 03/17/14 | Debit | N/A | New Haven Contracting So. Inc. | | (60,000.00) |
| Regions Bank | xxx7918 | 03/20/14 | Debit | N/A | New Haven Contracting So. Inc. | | (100,000.00) |
| Regions Bank | xxx7918 | 03/26/14 | Debit | N/A | New Haven Contracting So. Inc. | | (100,000.00) |
| Regions Bank | xxx7918 | 03/28/14 | Debit | N/A | New Haven Contracting So. Inc. | | (225,000.00) |
| Regions Bank | xxx7918 | 04/04/14 | Debit | N/A | New Haven Contracting So. Inc. | | (100,000.00) |
| Regions Bank | xxx7918 | 04/14/14 | Debit | N/A | New Haven Contracting So. Inc. | | (300,000.00) |
| Regions Bank | xxx7918 | 04/22/14 | Debit | N/A | New Haven Contracting So. Inc. | | (100,000.00) |
| Regions Bank | xxx7918 | 04/25/14 | Debit | N/A | New Haven Contracting So. Inc. | | (150,000.00) |
| Regions Bank | xxx7918 | 04/29/14 | Wire | N/A | New Haven Contracting So. Inc. | | (2,650,000.00) |
| Regions Bank | xxx7918 | 05/01/14 | Debit | N/A | New Haven Contracting So. Inc. | | (200,000.00) |
| Regions Bank | xxx7918 | 05/09/14 | Debit | N/A | New Haven Contracting So. Inc. | | (200,000.00) |
| Regions Bank | xxx7918 | 05/13/14 | Wire | N/A | New Haven Contracting So. Inc. | | (845,000.00) |
| Regions Bank | xxx7918 | 05/23/14 | Debit | N/A | New Haven Contracting So. Inc. | | (200,000.00) |
| Regions Bank | xxx7918 | 05/30/14 | Debit | N/A | New Haven Contracting So. Inc. | | (255,000.00) |
| Regions Bank | xxx7918 | 06/03/14 | Debit | N/A | New Haven Contracting So. Inc. | | (100,000.00) |
| Regions Bank | xxx7918 | 06/06/14 | Wire | N/A | New Haven Contracting So. Inc. | | (845,000.00) |
| Regions Bank | xxx7918 | 06/13/14 | Debit | N/A | New Haven Contracting So. Inc. | | (200,000.00) |
| Regions Bank | xxx7918 | 06/20/14 | Debit | N/A | New Haven Contracting So. Inc. | | (300,000.00) |
| Regions Bank | xxx7918 | 06/24/14 | Debit | N/A | New Haven Contracting So. Inc. | | (325,000.00) |
| Regions Bank | xxx7918 | 07/03/14 | Debit | N/A | New Haven Contracting So. Inc. | | (200,000.00) |
| Regions Bank | xxx7918 | 07/03/14 | Debit | N/A | New Haven Contracting So. Inc. | | (150,000.00) |
| Regions Bank | xxx7918 | 07/08/14 | Debit | N/A | New Haven Contracting So. Inc. | | (450,000.00) |

| Case: | 18-19441-EPK | | | | | | |
|---|---|---|---|---|---|---|---|
| Account Holder: | 160 Royal Palm LLC | | | | | | |
| Date Range: | Augsut 2, 2012 through December 31, 2014 | | | | | | |
| Accounts: | Bank of America Account x3405 and Regions Bank Accounts x7918 and x6064 | | | | | | |
| Bank | Account Number | Item Date | Type | Check No. | YA Payee / Payor | Deposits | Checks / Disbursements |
| Regions Bank | xxx7918 | 07/17/14 | Debit | N/A | New Haven Contracting So. Inc. | | (350,000.00) |
| Regions Bank | xxx7918 | 07/22/14 | Debit | N/A | New Haven Contracting So. Inc. | | (200,000.00) |
| Regions Bank | xxx7918 | 07/25/14 | Debit | N/A | New Haven Contracting So. Inc. | | (110,000.00) |
| Regions Bank | xxx7918 | 07/29/14 | Debit | N/A | New Haven Contracting So. Inc. | | (200,000.00) |
| Regions Bank | xxx7918 | 08/05/14 | Debit | N/A | New Haven Contracting So. Inc. | | (300,000.00) |
| Regions Bank | xxx7918 | 08/07/14 | Debit | N/A | New Haven Contracting So. Inc. | | (150,000.00) |
| Regions Bank | xxx7918 | 08/12/14 | Debit | N/A | New Haven Contracting So. Inc. | | (350,000.00) |
| Regions Bank | xxx7918 | 08/15/14 | Debit | N/A | New Haven Contracting So. Inc. | | (100,000.00) |
| Regions Bank | xxx7918 | 08/18/14 | Wire | N/A | New Haven Contracting So. Inc. | | (50,000.00) |
| Regions Bank | xxx7918 | 08/18/14 | Wire | N/A | New Haven Contracting So. Inc. | | (50,000.00) |
| Regions Bank | xxx7918 | 08/25/14 | Debit | N/A | New Haven Contracting So. Inc. | | (122,000.00) |
| Regions Bank | xxx7918 | 09/08/14 | Debit | N/A | New Haven Contracting So. Inc. | | (13,000.00) |
| Regions Bank | xxx7918 | 09/09/14 | Debit | N/A | New Haven Contracting So. Inc. | | (300,000.00) |
| Regions Bank | xxx7918 | 09/11/14 | Debit | N/A | New Haven Contracting So. Inc. | | (300,000.00) |
| Regions Bank | xxx7918 | 09/16/14 | Debit | N/A | New Haven Contracting So. Inc. | | (75,000.00) |
| Regions Bank | xxx7918 | 09/18/14 | Debit | N/A | New Haven Contracting So. Inc. | | (10,000.00) |
| Regions Bank | xxx7918 | 09/19/14 | Debit | N/A | New Haven Contracting So. Inc. | | (150,000.00) |
| Regions Bank | xxx7918 | 09/24/14 | Debit | N/A | New Haven Contracting So. Inc. | | (100,000.00) |
| Regions Bank | xxx7918 | 09/26/14 | Debit | N/A | New Haven Contracting So. Inc. | | (113,000.00) |
| Regions Bank | xxx7918 | 10/01/14 | Debit | N/A | New Haven Contracting So. Inc. | | (40,000.00) |
| Regions Bank | xxx7918 | 10/03/14 | Debit | N/A | New Haven Contracting So. Inc. | | (48,000.00) |
| Regions Bank | xxx7918 | 10/09/14 | Debit | N/A | New Haven Contracting So. Inc. | | (50,000.00) |
| Regions Bank | xxx7918 | 10/10/14 | Debit | N/A | New Haven Contracting So. Inc. | | (90,000.00) |
| Regions Bank | xxx7918 | 10/15/14 | Debit | N/A | New Haven Contracting So. Inc. | | (60,000.00) |
| Regions Bank | xxx7918 | 10/16/14 | Debit | N/A | New Haven Contracting So. Inc. | | (10,000.00) |
| | | | | | Totals: | $       - | $    (13,726,000.00) |

*Source(s):*

Bank Statements, Cancelled Checks and Deposit Slips for Bank of America Account ending x3405 held in the name of 160 Royal Palm LLC - for the period of January 1, 2012 though November 30, 2013

Bank Statements and Cancelled Checks Regions Accounts ending x7918 and x0646 held in the name of 160 Royal Palm LLC - for the period of November 1, 2013 through December 31, 2014.

QuickBooks file for 160 Royal Palm LLC.

Yip Associates Workpaper
Privileged & Confidential

Subject to Change

# EXHIBIT B



**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

```
160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254
```

ACCOUNT #

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 1  of 3 |

## LIFEGREEN BUSINESS CHECKING
April 1, 2014 through April 30, 2014

### SUMMARY

| | | | | |
|---|---|---|---|---|
| **Beginning Balance** | **$205,417.71** | | Minimum Balance | $89,531 |
| Deposits & Credits | $4,550,000.00 | + | Average Balance | $569,830 |
| Withdrawals | $4,182,566.08 | – | | |
| Fees | $100.00 | – | | |
| Automatic Transfers | $0.00 | + | | |
| Checks | $35,205.69 | – | | |
| **Ending Balance** | **$537,545.94** | | | |

### DEPOSITS & CREDITS

| | | |
|---|---|---|
| 04/09 | Wire Transfer Leslie Robert | 500,000.00 |
| 04/16 | Wire Transfer Palm House Hot | 1,000,000.00 |
| 04/29 | Wire Transfer Leslie Robert | 1,250,000.00 |
| 04/29 | Wire Transfer Palm House Hot | 1,000,000.00 |
| 04/29 | EB From Checking # 6046 Ref# 000000 3247727 | 800,000.00 |
| | Total Deposits & Credits | $4,550,000.00 |

### WITHDRAWALS

| | | |
|---|---|---|
| 04/03 | Card Purchase Estetica Instit  8011 Palm Beach GA FL 33410    1442 | 350.00 |
| 04/03 | Card Purchase Sunbiz.Org / FL  9399 850-245-6939  FL 32399    2251 | 138.75 |
| 04/03 | Card Purchase Vistapr*vistapr  2741 866-6148002  CA 02421    2251 | 79.99 |
| 04/03 | Card Purchase Staples Direct  5111 800-3333330  CA 95503    2251 | 55.31 |
| 04/04 | Bank Debit | 100,000.00 |
| 04/04 | Card Purchase Sunoco 09204058  5542 West Palm Bea FL 33405    4911 | 67.27 |
| 04/04 | Card Purchase Staples Direct  5111 800-3333330  CA 95503    2251 | 4.86 |
| 04/07 | Card Purchase Aloft Miami Dor  3619 Doral      FL 33172    4911 | 202.27 |
| 04/07 | Card Purchase Prip Mart 899  5542 Boca Raton  FL 33487    4911 | 92.77 |
| 04/07 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    1442 | 85.13 |
| 04/08 | Wire Transfer Rogin Nassau L | 7,500.00 |
| 04/09 | Card Purchase Daddy O Hotel M  7011 Bay Harbor Is FL 33154    4911 | 115.78 |
| 04/09 | Att        Payment Jennifer Yu | 115.49 |
| 04/09 | Card Purchase Publix #1395    5411 Palm Beach   FL 33480    1442 | 27.54 |
| 04/10 | Att        Payment 160 Royal Palm 687880012Epaye | 366.98 |
| 04/10 | Card Purchase Hess 09226      5542 Miami       FL 33178    4911 | 83.70 |
| 04/11 | Wire Transfer Joseph Walsh | 28,960.00 |
| 04/11 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    4911 | 73.66 |
| 04/14 | Bank Debit | 300,000.00 |
| 04/14 | Card Purchase Hotels.Com      4722 800-246-8357  WA 98004    4911 | 192.65 |
| 04/14 | Card Purchase Walmart.Com 800  5310 800-966-6546  AR 72716    2251 | 101.04 |
| 04/14 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    1442 | 82.07 |
| 04/14 | Card Purchase Racetrac459   0  5542 Boynton Beach FL 33424    4911 | 74.04 |

000013

**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254

ACCOUNT #

|  |  |
|---|---|
|  | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 2  of 3 |

## WITHDRAWALS (CONTINUED)

| | | |
|---|---|---:|
| 04/14 | Card Purchase Adobe Systems,  5734 800-833-6687  WA 98104    2251 | 19.99 |
| 04/16 | Card Purchase Grill 561.835.1  5812 Palm Beach   FL 33480    1442 | 508.24 |
| 04/16 | Card Purchase Zeidel Internat  5651 West Palm Bea FL 33401    1442 | 58.30 |
| 04/17 | Pin Purchase Amazon.Com       5942 Seattle      WA        1442 | 1,624.99 |
| 04/17 | Card Purchase Exxonmobil   4  5542 Miami      FL 33178    4911 | 86.39 |
| 04/17 | Card Purchase Natural Healthy  5122 920-9682360  WI 54914    4911 | 33.16 |
| 04/17 | Card Purchase Google *google   7399 Google.Com/Ch CA 94043    1442 | 1.99 |
| 04/18 | Card Purchase 1-800-Flowers.C  5992 800-468-1141  Ny 11514    2251 | 94.98 |
| 04/21 | Card Purchase Exxonmobil   9  5542 Fort Lauderda FL 33311    4911 | 78.24 |
| 04/21 | Card Purchase Okeechobee Petr  5542 West Palm Bea FL 33409    1442 | 61.84 |
| 04/22 | Bank Debit | 100,000.00 |
| 04/23 | Card Purchase Aloft Miami Dor  3619 Doral      FL 33172    4911 | 131.19 |
| 04/23 | Card Purchase 4TH ST Station   5542 West Palm Bea FL 33407    4911 | 56.08 |
| 04/24 | Card Purchase Staples Direct  5111 800-3333330  CA 95503    2251 | 50.24 |
| 04/24 | Card Purchase Aloft Miami Dor  3619 Doral      FL 33172    4911 | 0.01 |
| 04/25 | EB to Checking # 0186136046 Ref# 000000 2812024 | 990,000.00 |
| 04/25 | Card Purchase Paypal *cantors  8999 402-935-7733  CA 95131    2251 | 607.00 |
| 04/25 | Card Purchase Staples Direct  5111 800-3333330  CA 95503    2251 | 20.44 |
| 04/28 | Card Purchase Shell Oil 57543  5542 West Palm Bea FL 33409    4911 | 88.21 |
| 04/28 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    1442 | 74.45 |
| 04/28 | Card Purchase Sunoco 09204058  5542 West Palm Bea FL 33405    1442 | 62.22 |
| 04/28 | Recurring Card Transaction Abc*west Palm A  7997 800-6226290   FL 33409    2251 | 39.95 |
| 04/28 | Card Purchase Ino*intelius.CO  4816 877-893-6132  WA 98004    2251 | 3.95 |
| 04/29 | Wire Transfer New Haven Cont | 2,650,000.00 |
| 04/29 | Card Purchase Chkmate*instant  5968 866-4905980   CA 92109    2251 | 22.86 |
| 04/30 | Card Purchase Chevron 0004819  5542 West Palm Bea FL 33409    4911 | 72.06 |
| | Total Withdrawals | $4,182,566.08 |

## FEES

| | | |
|---|---|---:|
| 04/08 | Wire Transfer | 10.00 |
| 04/09 | Wire Transfer | 15.00 |
| 04/11 | Wire Transfer | 10.00 |
| 04/16 | Wire Transfer | 15.00 |
| 04/29 | Wire Transfer | 20.00 |
| 04/29 | Wire Transfer | 15.00 |
| 04/29 | Wire Transfer | 15.00 |
| | Total Fees | $100.00 |

000014

**Regions Bank**
Cityplace
525 Okeechobee Blvd Suite 100
West Palm Beach, FL 33401

160 ROYAL PALM LLC
160 ROYAL PALM WAY
PALM BEACH FL 33480-4254

ACCOUNT #

| | |
|---|---|
| | 092 |
| Cycle | 26 |
| Enclosures | 0 |
| Page | 3 of 3 |

## CHECKS

| Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|
| 04/25 | | 500.00 | 04/24 | 1039 | 3.75 |
| 04/07 | 1032 * | 250.00 | 04/23 | 1040 | 162.60 |
| 04/07 | 1033 | 2,050.00 | 04/22 | 1041 | 585.31 |
| 04/07 | 1034 | 1,500.00 | 04/22 | 1042 | 1,302.00 |
| 04/24 | 1035 | 22,000.00 | 04/22 | 1043 | 792.46 |
| 04/08 | 1036 | 3,500.00 | 04/21 | 1073 * | 455.00 |
| 04/22 | 1037 | 1,714.11 | 04/28 | 1075 * | 36.46 |
| 04/16 | 1038 | 354.00 | | | |
| | | | | Total Checks | $35,205.69 |

* Break In Check Number Sequence.

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 04/03 | 204,793.66 | 04/14 | 259,293.42 | 04/24 | 1,129,123.54 |
| 04/04 | 104,721.53 | 04/16 | 1,258,357.88 | 04/25 | 137,996.10 |
| 04/07 | 100,541.36 | 04/17 | 1,256,611.35 | 04/28 | 137,690.86 |
| 04/08 | 89,531.36 | 04/18 | 1,256,516.37 | 04/29 | 537,618.00 |
| 04/09 | 589,257.55 | 04/21 | 1,255,921.29 | 04/30 | 537,545.94 |
| 04/10 | 588,806.87 | 04/22 | 1,151,527.41 | | |
| 04/11 | 559,763.21 | 04/23 | 1,151,177.54 | | |

**You may request account disclosures containing
terms, fees, and rate information (if applicable)
for your account by contacting any Regions office.**

**For all your banking needs, please call 1-800-REGIONS (734-4667).
or visit us on the Internet at www.regions.com.**

**Thank You For Banking With Regions!**

000015

# EXHIBIT C

**Leslie Robert Evans & Associates, PA**

# Account QuickReport
## All Transactions

02/17/17

Accrual Basis

Evans000001

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| **1213 · First United IOTA (Real Estate)** | | | | | | |
| **Matthews Brokerage Fee Acct** | | | | | | |
| Deposit | 09/03/2013 | | | Loan from R. Matthews | 1,831,250.00 | 1,831,250.00 |
| Check | 12/27/2013 | 10636 | Tax Collector Palm Beach County | Property Control# 50-43-43-14-14... | -266,064.60 | 1,565,185.40 |
| Check | 01/09/2014 | WIRE | Dovenmuehle Mortgage Inc. | Matthews P/F Palm House 1375.... | -12,452.05 | 1,552,733.35 |
| Check | 02/03/2014 | WIRE | Bendett & Mchugh, PC IOLTA RE Acct | Matthews P/O Palm House1375.1... | -136,237.50 | 1,416,495.85 |
| Check | 03/04/2014 | WIRE | Deutsche Bank | Matthews P/O Palm House 1375.... | -92,700.00 | 1,323,795.85 |
| Check | 04/18/2014 | WIRE | Dovenmuehle Mortgage Inc. | Matthews P/F Palm House 1375.... | -92,700.00 | 1,231,095.85 |
| Check | 04/18/2014 | WIRE | Dovenmuehle Mortgage Inc. | Matthews P/F Palm House 1375.... | -42,300.00 | 1,188,795.85 |
| Check | 06/06/2014 | 11953 | 149 Brazlilian LLC | | -1,000,000.00 | 188,795.85 |
| Transfer | 08/12/2014 | | | Funds Transfer from closed IOTA | -188,795.85 | 0.00 |
| Total Matthews Brokerage Fee Acct | | | | | 0.00 | 0.00 |
| Total 1213 · First United IOTA (Real Estate) | | | | | 0.00 | 0.00 |
| **1250 · 1st United IOTA (RE 8/11/14)** | | | | | | |
| **Matthews Brokerage Fee Acct** | | | | | | |
| Transfer | 08/12/2014 | | | Funds Transfer | 188,795.85 | 188,795.85 |
| Deposit | 09/24/2014 | | | Deposit | 4,900,000.00 | 5,088,795.85 |
| Check | 09/24/2014 | WIRE | Ciklin Lubitz Martens & O'Connell | Matthews P/O Palm House1375.1... | -4,793,286.43 | 295,509.42 |
| Transfer | 09/24/2014 | | | B. Matthews loan to Palm House ... | -106,343.19 | 189,166.23 |
| Check | 10/01/2014 | WIRE | 160 Royal Palm LLC | $250,000.00 total wire | -146,000.00 | 43,166.23 |
| Check | 10/30/2014 | WIRE | McDonald Hopkins, LLC IOLTA | Matthews P/O Palm House1375.1... | -20,000.00 | 23,166.23 |
| Check | 10/30/2014 | WIRE | NJL Investments | Matthews P/O Palm House1375.1... | -10,000.00 | 13,166.23 |
| Check | 10/31/2014 | WIRE | International Yacht Collection LLC | $110K total wire - Matthews P/O ... | -10,000.00 | 3,166.23 |
| Total Matthews Brokerage Fee Acct | | | | | 3,166.23 | 3,166.23 |
| Total 1250 · 1st United IOTA (RE 8/11/14) | | | | | 3,166.23 | 3,166.23 |
| **TOTAL** | | | | | 3,166.23 | 3,166.23 |

**Leslie Robert Evans & Associates, PA**

## Account QuickReport

### All Transactions

Evans000002

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| **1213 · First United IOTA (Real Estate)** | | | | | | |
| **Matthews P/O Palm House 1375.150** | | | | | | |
| Deposit | 04/15/2013 | | | Deposit | 3,000,000.00 | 3,000,000.00 |
| Check | 04/15/2013 | WIRE | JJW Consultancy and Support... | Matthews P/O Palm House 1375.15 | -49,454.00 | 2,950,546.00 |
| Check | 04/15/2013 | WIRE | Matthews Commercial Properti... | Matthews P/O Palm House 1375.15 | -152,500.00 | 2,798,046.00 |
| Check | 04/15/2013 | WIRE | Weiss Handler & Cornwell, P.A. | Matthews P/O Palm House 1375.15 | -97,926.38 | 2,700,119.62 |
| Check | 04/15/2013 | WIRE | Joseph Walsh/Mirabia | Matthews P/O Palm House 1375.15 | -100,000.00 | 2,600,119.62 |
| Check | 05/10/2013 | WIRE | Weiss Handler & Cornwell, P.A. | Matthews P/O Palm House 1375.15 | -32,746.59 | 2,567,373.03 |
| Check | 05/20/2013 | WIRE | Edwards Wildman Palmer LLP | Matthews P/O Palm House 1375.150 | -18,002.73 | 2,549,370.30 |
| Check | 05/24/2013 | WIRE | Presidential Leasing Inc. | Matthews P/O Palm House1375.150 | -110,000.00 | 2,439,370.30 |
| Check | 05/24/2013 | WIRE | Connect Auto, Inc. | Matthews P/O Palm House 1375.15 | -45,000.00 | 2,394,370.30 |
| Check | 06/03/2013 | WIRE | InJet LLC | Matthews P/O Palm House 1375.15 | -33,754.50 | 2,360,615.80 |
| Check | 06/03/2013 | WIRE | JJW Consultancy and Support... | Matthews P/O Palm House 1375.15 | -100,000.00 | 2,260,615.80 |
| Check | 06/14/2013 | WIRE | USREDA | Matthews P/O Palm House 1375.15 | -200,000.00 | 2,060,615.80 |
| Check | 06/26/2013 | WIRE | Matthews Commercial Properti... | Matthews P/O Palm House 1375.15 | -125,000.00 | 1,935,615.80 |
| Check | 07/01/2013 | WIRE | Vedder Price, P.C. | Matthews P/O Palm House 1375.15 | -12,500.00 | 1,923,115.80 |
| Check | 07/01/2013 | WIRE | Matthews Commercial Properti... | Matthews P/O Palm House 1375.15 | -192,343.00 | 1,730,772.80 |
| Check | 07/10/2013 | WIRE | | Matthews P/O Palm House 1375.15 | | 3,230,772.80 |
| Deposit | 07/15/2013 | | | Deposit | 1,500,000.00 | 1,230,772.80 |
| Check | 07/17/2013 | WIRE | The Galle Law Group, P.A. | Matthews P/O Palm House 1375.15 | -2,000,000.00 | 1,200,772.80 |
| Check | 07/24/2013 | WIRE | Weiss Handler & Cornwell, P.A. | Matthews P/O Palm House 1375.15 | -30,000.00 | 1,140,772.80 |
| Check | 07/26/2013 | WIRE | Matthews Commercial Properti... | Matthews P/O Palm House 1375.15 | -60,000.00 | 890,772.80 |
| Check | 07/29/2013 | WIRE | USREDA | Matthews P/O Palm House 1375.15 | -250,000.00 | 2,890,772.80 |
| Deposit | 08/05/2013 | | | Deposit | 2,000,000.00 | 890,772.80 |
| Check | 08/15/2013 | WIRE | The Galle Law Group, P.A. | Matthews P/O Palm House 1375.15 | -2,000,000.00 | 890,272.80 |
| Check | 08/26/2013 | 9606 | Ryan Black | Matthews P/F Palm House 1375.150 | -500.00 | 880,272.80 |
| Check | 08/26/2013 | WIRE | Berlandi Nussbaum & Reitzas ... | Matthews P/O Palm House 1375.150 | -10,000.00 | 875,772.80 |
| Check | 08/26/2013 | WIRE | Revere Capital Mangement, LLC | Matthews P/O Palm House 1375.150 | -4,500.00 | 860,772.80 |
| Check | 08/28/2013 | WIRE | Rogin Nassau LLC | Matthews P/F Palm House 1375.150 | -15,000.00 | 2,860,772.80 |
| Deposit | 08/28/2013 | | | Deposit | 2,000,000.00 | 3,090,772.80 |
| Deposit | 08/29/2013 | | | Deposit | 230,000.00 | 2,740,772.80 |
| Check | 08/29/2013 | WIRE | USREDA | Matthews P/O Palm House 1375.15 | -350,000.00 | 160,772.80 |
| Check | 09/03/2013 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -2,580,000.00 | 9,852.72 |
| Check | 09/03/2013 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -150,920.08 | -1,821,397.28 |
| Check | 09/03/2013 | | 160 Royal Palm LLC | Loan From R. Matthews to 160 Royal... | -1,831,250.00 | -756,538.55 |
| Deposit | 09/06/2013 | | | Deposit | 1,064,858.73 | -723,398.06 |
| Deposit | 09/06/2013 | | | Deposit | 33,140.49 | -756,398.06 |
| Check | 09/11/2013 | 9666 | Leslie Robert Evans & Assoc.,... | Matthews P/O Palm House 1375.150 | -33,000.00 | -756,436.06 |
| Check | 09/20/2013 | 9761 | Florida UCC, LLC | Matthews P/O Palm House1375.150 ... | -38.00 | -775,044.96 |
| Check | 10/21/2013 | 9999 | Clerk of Circuit Court | Walsh/Royal Palm Develp. refi 3180.... | -18,608.90 | -925,044.96 |
| Check | 10/23/2013 | WIRE | New Haven Contracting South | Matthews P/O Palm House 1375.15 | -150,000.00 | 2,412,171.71 |
| Deposit | 11/26/2013 | | | Deposit | 3,337,216.67 | -922,478.30 |
| Check | 11/26/2013 | WIRE | Revere Capital Mangement, LLC | Matthews P/O Palm House 1375.150 | -3,334,650.01 | -1,372,478.30 |
| Check | 12/16/2013 | WIRE | Shutts & Bowen Trust Account | re: LRE - LPLW settlement payoff w... | -450,000.00 | -872,478.30 |
| Deposit | 12/19/2013 | | | Deposit | 500,000.00 | 1,627,521.70 |
| Deposit | 12/19/2013 | | | Deposit | 2,500,000.00 | 4,627,521.70 |
| Deposit | 12/26/2013 | | | Deposit | 3,000,000.00 | -723,847.35 |
| Check | 12/30/2013 | WIRE | Jones Foster Johnston & Stub... | Matthews P/O Palm House1375.150 | -5,351,369.05 | -731,347.35 |
| Check | 12/31/2013 | WIRE | Jones Foster Johnston & Stub... | Matthews P/O Palm House1375.150 | -7,500.00 | -294,847.35 |
| Transfer | 01/02/2014 | | | Internal transfer from LPLW refi to M... | 436,500.00 | |

**2:39 PM**

**02/17/17**

**Accrual Basis**

# Leslie Robert Evans & Associates, PA
## Account QuickReport
### All Transactions

Evans000003

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| Check | 01/06/2014 | WIRE | Connect Auto, Inc. | Matthews P/O Palm House 1375.15 | -15,000.00 | -309,847.35 |
| Check | 01/06/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -85,000.00 | -394,847.35 |
| Check | 01/10/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -100,000.00 | -494,847.35 |
| Check | 01/17/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -100,000.00 | -594,847.35 |
| Deposit | 01/28/2014 | | | Deposit | 200,000.00 | -394,847.35 |
| Check | 01/28/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -200,000.00 | -594,847.35 |
| Deposit | 02/03/2014 | | | Deposit | 2,000,000.00 | 1,405,152.65 |
| Check | 02/03/2014 | WIRE | Royal Palm Development I LLC | Matthews P/O Palm House 1375.150 | -2,000,000.00 | -594,847.35 |
| Deposit | 02/10/2014 | | | Deposit | 500,000.00 | -94,847.35 |
| Check | 02/10/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -300,000.00 | -394,847.35 |
| Check | 02/11/2014 | WIRE | McDonald Hopkins, LLC IOLTA | Matthews P/O Palm House1375.150 | -26,812.24 | -421,659.59 |
| Deposit | 03/11/2014 | | | Deposit | 500,000.00 | 78,340.41 |
| Check | 03/14/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -350,000.00 | -271,659.59 |
| Deposit | 03/17/2014 | | | Deposit | 500,000.00 | 228,340.41 |
| Check | 03/17/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -100,000.00 | 128,340.41 |
| Check | 03/19/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -250,000.00 | -121,659.59 |
| Deposit | 03/27/2014 | | | Deposit | 500,000.00 | 378,340.41 |
| Check | 03/28/2014 | 11237 | Tax Collector Palm Beach Cou... | Property Control# 50-43-43-23-05-02... | -180,460.00 | 197,880.41 |
| Check | 03/28/2014 | 11238 | Sharon R. Bock Clerk & Comp... | Matthews P/O Palm House1375.150 | -151,223.60 | 46,656.81 |
| Transfer | 03/31/2014 | | | transfer/loan from Matthews escrow t... | -50,000.00 | -3,343.19 |
| Deposit | 04/03/2014 | | | Deposit | 1,500,000.00 | 1,496,656.81 |
| Check | 04/09/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -500,000.00 | 996,656.81 |
| Deposit | 04/09/2014 | | | Deposit | 500,000.00 | 1,496,656.81 |
| Check | 04/10/2014 | WIRE | First Bank of the Palm Beaches | Matthews P/O Palm House1375.150 | -105,000.00 | 1,391,656.81 |
| Check | 04/24/2014 | 11482 | RD of Palm Beach, Inc. | Matthews loan to RD of PB | -50,000.00 | 1,341,656.81 |
| Check | 04/24/2014 | WIRE | CHR Consulting Services,Inc. | Matthews P/F Palm House 1375.150 | -7,500.00 | 1,334,156.81 |
| Deposit | 04/24/2014 | | | Deposit | 1,000,000.00 | 2,334,156.81 |
| Deposit | 04/29/2014 | | | Deposit | 1,000,000.00 | 3,334,156.81 |
| Check | 04/29/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -1,250,000.00 | 2,084,156.81 |
| Deposit | 05/05/2014 | | | Deposit | 1,000,000.00 | 3,084,156.81 |
| Check | 05/12/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -1,000,000.00 | 2,084,156.81 |
| Deposit | 05/22/2014 | | | Deposit | 1,000,000.00 | 3,084,156.81 |
| Check | 05/27/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -2,200,000.00 | 884,156.81 |
| Deposit | 06/10/2014 | | | Deposit | 1,000,000.00 | 1,884,156.81 |
| Check | 06/24/2014 | WIRE | Carlton Fields | | -250,000.00 | 1,634,156.81 |
| Check | 08/04/2014 | WIRE | 160 Royal Palm LLC | Matthews P/F Palm House 1375.150 | -500,000.00 | 1,134,156.81 |
| Transfer | 08/12/2014 | | | Funds Transfer | -1,134,156.81 | 0.00 |
| | | | Total Matthews P/O Palm House1375.150 | | 0.00 | 0.00 |
| | | | Total 1213 · First United IOTA (Real Estate) | | 0.00 | 0.00 |

**1250 · 1st United IOTA (RE 8/11/14)**
Matthews P/O Palm House1375.150

| Type | Date | Num | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|
| Transfer | 08/12/2014 | | | Funds Transfer | 1,134,156.81 | 1,134,156.81 |
| Check | 09/08/2014 | WIRE | 160 Royal Palm LLC | 160 Royal Palm LLC | -350,000.00 | 784,156.81 |
| Check | 09/11/2014 | WIRE | 160 Royal Palm LLC | 160 Royal Palm LLC | -600,000.00 | 184,156.81 |
| Check | 09/24/2014 | WIRE | 160 Royal Palm LLC | 160 Royal Palm LLC | -200,000.00 | -15,843.19 |
| Transfer | 09/24/2014 | | | B. Matthews loan to Palm House 137... | 106,343.19 | 90,500.00 |
| Check | 09/26/2014 | WIRE | 160 Royal Palm LLC | 160 Royal Palm LLC | -250,000.00 | -159,500.00 |

Page 2

# Leslie Robert Evans & Associates, PA
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Amount | Balance |
|------|------|-----|------|------|--------|---------|
| Deposit | 09/29/2014 | | | LREPA ck: LPLW $450K loan 12/15/13 | 13,500.00 | -146,000.00 |
| Check | 10/01/2014 | WIRE | 160 Royal Palm LLC | ($250,000.00 total) 160 Royal Palm L... | -104,000.00 | -250,000.00 |
| Deposit | 10/27/2014 | | | Deposit | 50,000.00 | -200,000.00 |
| Deposit | 10/31/2014 | | | p/LRE transfer from LRE/M. Delson t... | 50,000.00 | -150,000.00 |
| Transfer | 10/31/2014 | WIRE | International Yacht Collection ... | $110K total wire - Matthews P/O Pal... | -100,000.00 | -250,000.00 |
| Check | 04/03/2015 | 7905 | Leslie Robert Evans & Assoc.,... | re: Matthews/Palm House 1375.150 ... | 250,000.00 | 0.00 |
| Total Matthews P/O Palm House1375.150 | | | | | 0.00 | 0.00 |
| Total 1250 · 1st United IOTA (RE 8/11/14) | | | | | 0.00 | 0.00 |
| TOTAL | | | | | 0.00 | 0.00 |

Evans000004