

**ORDERED in the Southern District of Florida on August 29, 2019.**

Erik P. Kimball, Judge
United States Bankruptcy Court
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

160 Royal Palm, LLC,   Case No.  18-19441-EPK

    Debtor.   Chapter
_____/

**ORDER APPROVING, IN PART, AMENDED APPLICATION TO EMPLOY
GREGG H. GLICKSTEIN AND THE LAW FIRM OF GREGG H. GLICKSTEIN, P.A.**

THIS MATTER came before the Court for hearing on August 22, 2019 upon the *Amended Application to Employ Gregg H. Glickstein and the Law Firm of Gregg H. Glickstein, P.A. as Special New Haven Claim Litigation Counsel to the Debtor Pursuant to Sections 327(e) and 328 of the Bankruptcy Code* [ECF No. 1010] (the "Amended Application") filed by 160 Royal Palm, LLC (the "Debtor").

Prior to the August 22nd hearing, the Debtor filed a similar application to employ at ECF No. 957, which KK-PB Financial, LLC ("KK-PB") filed an objection to at ECF No. 1008, prompting the Debtor to file the Amended Application. The Court held a hearing on the Amended Application on August 15th after which the Court requested briefs from the parties and continued

{2234/000/00476900}

the matter to August 22, 2019. KK-PB and the Debtor each filed their briefs on August 19th. ECF Nos. 1054 and 1055.

At the August 22nd hearing, the Court made oral findings of fact and conclusions of law, which are fully incorporated herein.

For the reasons stated in such findings and conclusions, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Amended Application [ECF No. 1010] is APPROVED in part.

2. As to the Debtor's request to employ Gregg H. Glickstein and the law firm of Gregg H. Glickstein, P.A. as its special New Haven Claim litigation counsel pursuant to 11 U.S.C. §§ 327(e) and 328, and pursuant to the terms set forth in the Amended Application, the Amended Application is APPROVED.

3. To the extent the Debtor requests that the Court deem the previously authorized employment of Gregg H. Glickstein and the law firm of Gregg H. Glickstein, P.A., *see* ECF No. 137, as being pursuant to 11 U.S.C. § 327(e), the Amended Application is DENIED without prejudice.

###

Submitted by:

Eric Pendergraft
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
ependergraft@slp.law

Copy to: Eric Pendergraft

*Eric Pendergraft is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*