

**ORDERED in the Southern District of Florida on August 29, 2019.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

160 Royal Palm, LLC,                           Case No.  18-19441-EPK

    Debtor.                                       Chapter
_____/

### ORDER DENYING AMENDED MOTION TO EXTEND TERM OF GREGG GLICKSTEIN'S NON-CONTENGCY EMPLOYMENT UNDER 11 U.S.C. § 327(a)

THIS MATTER came before the Court for hearing on August 22, 2019 upon the *Amended Motion to Extend Term of Gregg Glickstein's Non-Contingency Employment As the Debtor's Special Counsel* [ECF No. 988] (the "Motion") filed by 160 Royal Palm, LLC (the "Debtor").

At the August 22nd hearing, the Court made oral findings of fact and conclusions of law, which are fully incorporated herein.

For the reasons stated in such findings and conclusions, and being otherwise fully advised in the premises, it is **ORDERED AND ADJUDGED** that the Amended Application [ECF No. 988] is DENIED without prejudice.

{2234/000/00476907}

###

Submitted by:

Eric Pendergraft
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
ependergraft@slp.law

Copy to: Eric Pendergraft

*Eric Pendergraft is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*