United States Bankruptcy Court
Southern District of Florida

In re:                                                              Case No. 18-19441-EPK
160 Royal Palm, LLC                                                 Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-9          User: leonardmd           Page 1 of 3             Date Rcvd: Sep 10, 2019
                              Form ID: CGFCRD3          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2019.
cr              +David Campanaro,    339 Eastern St #B1016,    New Haven, CT 06513-2412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2019                                  Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2019 at the address(es) listed below:
      Allen R Tomlinson, Esq   on behalf of Attorney    Town of Palm Beach atomlinson@jonesfoster.com,
       mbest@jonesfoster.com
      Bernice C. Lee    on behalf of Debtor    160 Royal Palm, LLC blee@slp.law,
       dwoodall@slp.law;dlocascio@slp.law;pmouton@slp.law;bernice.c.lee@gmail.com
      Brett D Lieberman    on behalf of Creditor Henrique  Brandao brett@elrolaw.com,
       eservice@elrolaw.com
      Brett D Lieberman    on behalf of Creditor Maria   Titova brett@elrolaw.com,   eservice@elrolaw.com
      Cristopher S Rapp    on behalf of Creditor    Architectural Precast & Foam, LLC
       csr@derreverelaw.com,    eservice@derreverelaw.com
      David W Baddley    on behalf of Creditor    U.S. Securities and Exchange Commission baddleyd@sec.gov
      Edward A Marod    on behalf of Creditor Juewei   Zhou emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Shuangyun   Wang emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Sara   Salehin emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Junqiang   Feng emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Dongsheng   Zhu emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Cuilian   Li emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Tang Cheok Fai emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Yulong   Tang emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Ran   Chen emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Sha   Shi emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Bei   Zhu emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Ali   Adampeyra emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Xiaonan   Wang emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Qiongfang   Zhu emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Lan   Li emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Li   Dongsheng emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Tao   Xiong emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Chengyu   Gu emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Xiang   Shu emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Yuanbo   Wang emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Xiang   Chunhua emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Lili   Zhang emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Min   Li emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Mohammadreza   Sedaghat emarod@gunster.com,
       dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Hongru   Pan emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Wenhao   Zhang emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Shu   Jiang emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Zhiling   Gan emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Chunning   Ye emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Yajun   Kang emarod@gunster.com,   dpeterson@gunster.com
      Edward A Marod    on behalf of Creditor Kuang   Yaoping emarod@gunster.com,   dpeterson@gunster.com

```
District/off: 113C-9                  User: leonardmd                 Page 2 of 3                    Date Rcvd: Sep 10, 2019
                                      Form ID: CGFCRD3                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Edward A Marod    on behalf of Creditor Mohammad  Zargar emarod@gunster.com,  dpeterson@gunster.com
        Edward A Marod    on behalf of Creditor Sanaz  Salehin emarod@gunster.com,  dpeterson@gunster.com
        Edward A Marod    on behalf of Creditor Hao  Lou emarod@gunster.com,  dpeterson@gunster.com
        Edward A Marod    on behalf of Creditor Reza Siamak Nia emarod@gunster.com,  dpeterson@gunster.com
        Edward A Marod    on behalf of Creditor Yan  Chen emarod@gunster.com,  dpeterson@gunster.com
        Edward A Marod    on behalf of Creditor Zhaohui  Li emarod@gunster.com,  dpeterson@gunster.com
        Edward A Marod    on behalf of Creditor Qiong  Deng emarod@gunster.com,  dpeterson@gunster.com
        Edward A Marod    on behalf of Creditor Ying  Tan emarod@gunster.com,  dpeterson@gunster.com
        Edward A Marod    on behalf of Creditor Shahriar  Ebrahimian emarod@gunster.com, dpeterson@gunster.com
        Edward A Marod    on behalf of Creditor Ying  Fei emarod@gunster.com,  dpeterson@gunster.com
        Edward A Marod    on behalf of Creditor Rujing  Wei emarod@gunster.com,  dpeterson@gunster.com
        Edward A Marod    on behalf of Creditor Halil  Erseven emarod@gunster.com,  dpeterson@gunster.com
        Eric S Pendergraft    on behalf of Debtor   160 Royal Palm, LLC ependergraft@slp.law, dwoodall@slp.law;dlocascio@slp.law;bshraibergecfmail@gmail.com;pmouton@slp.law
        Eyal  Berger, Esq.    on behalf of Creditor   LR U.S. Hotels Holdings, LLC eyal.berger@akerman.com, jeanette.martinez@akerman.com
        Fan B He    on behalf of Creditor    KK-PB Financial LLC fhe@whitecase.com, gregory.warren@whitecase.com;stephen.ludovici@whitecase.com
        Gregory  Elder    on behalf of Witness Leslie  Evans gelderlaw@gmail.com
        Harry  Winderman    on behalf of Creditor    Other Palm House Investors harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
        Harry  Winderman    on behalf of Witness   Weiss Handler and Cornwell PA harry4334@hotmail.com, lynoramae@gmail.com,lm@whcfla.com,filings@whcfla.com
        Heidi A Feinman    on behalf of U.S. Trustee   Office of the US Trustee Heidi.A.Feinman@usdoj.gov
        James N Robinson    on behalf of Creditor    KK-PB Financial LLC jrobinson@whitecase.com, sgoodrich@whitecase.com;avenes@whitecase.com
        Jeffrey I. Snyder, Esq.    on behalf of Interested Party    RREF II Palm House LLC jsnyder@bilzin.com,  eservice@bilzin.com;lflores@bilzin.com
        Joaquin J Alemany    on behalf of Defendant    DB Private Wealth Mortgage, Ltd., Inc. joaquin.alemany@hklaw.com,  jose.casal@hklaw.com
        Joaquin J Alemany    on behalf of Defendant    Dovenmuehle Mortgage, Inc. joaquin.alemany@hklaw.com, jose.casal@hklaw.com
        Joel L Tabas, Esq    on behalf of Defendant    Revere Capital Management, LLC jtabas@tabassoloff.com, jcepero@tabassoloff.com;kborrego@tabassoloff.com
        Joel L Tabas, Esq    on behalf of Defendant    Revere Capital, LLC jtabas@tabassoloff.com, jcepero@tabassoloff.com;kborrego@tabassoloff.com
        John B. Hutton III, Esq.    on behalf of Special Counsel Marcia H Langley huttonj@gtlaw.com, mialitdock@gtlaw.com;miaecfbky@gtlaw.com
        John K Cunningham    on behalf of Creditor    KK-PB Financial LLC jcunningham@whitecase.com, avenes@whitecase.com
        Jonathan S. Feldman    on behalf of Creditor    Equity Trust Co., Custodian FBO 200326695 IRA jfeldman@pbyalaw.com,  eservicemia@pbyalaw.com
        Joshua D Silver    on behalf of Defendant    Revere Capital Management, LLC jsilver@tabassoloff.com, jcepero@tabassoloff.com
        Joshua D Silver    on behalf of Defendant    Revere Capital, LLC jsilver@tabassoloff.com, jcepero@tabassoloff.com
        Larry A Zink    on behalf of Creditor Glenn F Straub zinklaw3711@yahoo.com
        Luis  Salazar, Esq.    on behalf of Interested Party    The Galle Law Group, P.A. Luis@Salazar.Law, Ceide@salazar.law;Lee-Sin@Salazar.Law
        Luis  Salazar, Esq.    on behalf of Attorney    Salazar Law Luis@Salazar.Law, Ceide@salazar.law;Lee-Sin@Salazar.Law
        Luis  Salazar, Esq.    on behalf of Interested Party Craig T. Galle Luis@Salazar.Law, Ceide@salazar.law;Lee-Sin@Salazar.Law
        Max J Smith    on behalf of Debtor    160 Royal Palm, LLC msmith@slp.law, dwoodall@slp.law;dlocascio@slp.law;pmouton@slp.law
        Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
        Orfelia M Mayor    on behalf of Creditor    Palm Beach County Tax Collector omayor@ombankruptcy.com, legalservices@pbctax.com
        Peter J Malecki    on behalf of Witness Ryan  Black pmalecki@riccalawyers.com, bricca@riccalawyers.com;lkendrick@riccalawyers.com
        Philip J Landau    on behalf of Plaintiff    160 Royal Palm, LLC plandau@slp.law, msmith@slp.law;pdorsey@slp.law;dwoodall@slp.law;dlocascio@slp.law;ependergraft@slp.law;pmouton@slp.law
        Philip J Landau    on behalf of Debtor    160 Royal Palm, LLC plandau@slp.law, msmith@slp.law;pdorsey@slp.law;dwoodall@slp.law;dlocascio@slp.law;ependergraft@slp.law;pmouton@slp.law
        Richard  Webber    on behalf of Creditor Renato Fernando Botelho rwebberfls@ecf.epiqsystems.com, rwebber@zkslawfirm.com;F001@ecfcbis.com;rschohl@zkslawfirm.com
        Richard B Webber, II    on behalf of Creditor Renato Fernando Botelho rwebber@zkslawfirm.com, jconcannon@zkslawfirm.com;service@zkslawfirm.com
        Robbie T Boone    on behalf of Creditor    KK-PB Financial LLC robbie.boone@whitecase.com, robbie.t.boone@gmail.com
        Robert V. Cornish, Jr    on behalf of Creditor    Other Palm House Investors rcornish@andersonkill.com
        Robert W Davis    on behalf of Defendant    Dovenmuehle Mortgage, Inc. robert.davis@hklaw.com, pauline.nye@hklaw.com

```
District/off: 113C-9              User: leonardmd            Page 3 of 3                  Date Rcvd: Sep 10, 2019
                                  Form ID: CGFCRD3           Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Robert W Davis    on behalf of Defendant    DB Private Wealth Mortgage, Ltd., Inc.
           robert.davis@hklaw.com,  pauline.nye@hklaw.com
          Steven C Jones    on behalf of Creditor    Other Palm House Investors steven.jones@wilsonelser.com,
           anna.nowakowska@wilsonelser.com;vivian.fusco@wilsonelser.com;EService.Miami@wilsonelser.com;alan.fiedel@wilsonelser.com

                                                                                                                                             TOTAL: 84

Case 18-19441-EPK    Doc 1251    Filed 09/12/19    Page 3 of 4

Form CGFCRD3  (4/4/2019)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 18−19441−EPK

Chapter: 11

In re:

160 Royal Palm, LLC
1118 Waterway Lane
Delray Beach, FL 33483

EIN: 27−0925854

## NOTICE OF HEARING

**NOTICE IS HEREBY GIVEN** that a hearing will be held on **October 3, 2019** at **10:30 AM,** at the following location:

**Flagler Waterview Building, 1515 N Flagler Dr Room 801 Courtroom B, West Palm Beach, FL 33401**

to consider the following:

**(Letter construed as a) Motion for Disbursements Filed by Creditor David Campanaro. (1233)**

**THIS MATTER HAS BEEN SET ON THE COURT'S MOTION CALENDAR FOR A NON−EVIDENTIARY HEARING. THE ALLOTTED TIME FOR THIS MATTER IS TEN MINUTES.**

**THE MOVANT (OR MOVANT'S COUNSEL if represented by an attorney) SHALL SERVE A COPY OF THIS NOTICE OF HEARING** and, unless previously served, the above−described pleading on all required parties within the time frames required by the Bankruptcy Rules, Local Rules, or orders of the Court, and **shall file a certificate of service as required under Local Rules 2002−1(F) and 9073−1(B)**. Any party who fails to properly serve any pleadings or other paper may be denied the opportunity to be heard thereon.

**PLEASE NOTE:** Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape−recorders, etc., **are not permitted** in the courtroom, chambers or other environs of this court. These restrictions **(except for cameras not integrated into a cell phone device)** do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. **No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshal's Service. See Local Rule 5072−2.**

Dated: <u>9/10/19</u>

CLERK OF COURT
By: <u>Dawn Leonard</u>
Courtroom Deputy