

**ORDERED in the Southern District of Florida on September 16, 2019.**

*Erik P. Kimball, Judge*
*United States Bankruptcy Court*

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | CASE NO. 18-19441-EPK |
| 160 ROYAL PALM, LLC, | CHAPTER 11 |
| Debtor. | |
| _____/ | |

**ORDER REGARDING MOTIONS FOR PROTECTIVE ORDER AND CONTINUING PRELIMINARY HEARINGS ON MOTIONS TO COMPROMISE CONTROVERSY**

On September 12, 2019, the Court held a preliminary hearing to consider four (4) motions for protective order (the "Motions") filed by 160 Royal Palm, LLC (the "Debtor") [ECF No. 1124], Renato Fernando Botelho [ECF Nos. 1129 and 1144], and a number of claimants who identify themselves as the Initial 43 EB-5 Creditors [ECF No. 1158]. Each of these motions seeks a protective order with regard to discovery served by KK-PB Financial, LLC ("KK-PB").

For the reasons stated on the record, the Court ORDERS as follows:

1. Not later than 4:00 p.m. on Friday, September 27, 2019, counsel for each of the Debtor, Mr. Botelho, the Initial 43 EB-5 Creditors, and KK-PB, shall meet in person, for a minimum of two hours unless full written agreement is executed by relevant counsel prior to the

expiration of that time, at the offices of counsel for the Debtor or in a conference room at the United States Bankruptcy Court, 1515 North Flagler Drive, 8th Floor, West Palm Beach, Florida (the location to be selected by counsel for the Debtor), in a good faith attempt to negotiate resolution of the Motions.  Counsel for the Debtor shall prepare a sign-in sheet with spaces for the name, firm affiliation, and client for each participant, and each participant shall fill in the appropriate information.

2. On the business day following the conference required by paragraph 1 of this Order, counsel for the Debtor shall file a brief statement, referencing this Order, attaching a copy of the sign in sheet, and indicating only whether or not each of the Motions was fully resolved.  The statement need not provide any further detail.  If any Motion is fully resolved by written agreement executed by relevant counsel, the parties shall submit an agreed order no later than October 2, 2019.

3. Except to the extent fully resolved by an agreed order submitted pursuant to paragraph 2 of this Order, the Court will hold a continued hearing to consider the Motions and responses thereto, commencing at 9:30 a.m. on Friday, October 4, 2019, at the United States Bankruptcy Court, 1515 North Flagler Drive, 8th Floor, Courtroom B, West Palm Beach, Florida 33401.  The Court has reserved until 4:00 p.m. for the hearing.  At the continued hearing, the Court will consider argument of the parties one discovery request at a time and will rule on the relevant Motion with regard to each discovery request in series.  The parties are advised that the Court may award monetary and/or other sanctions against the losing party with regard to each individual discovery request.

4. The preliminary hearings on three (3) motions to compromise controversy [ECF Nos. 1050, 1073, and 1127] currently scheduled on September 19, 2019 are continued to 10:30 a.m. on October 17, 2019, at the United States Bankruptcy Court, 1515 North Flagler Drive, 8th Floor,

Courtroom B, West Palm Beach, Florida 33401.  At that time, the Court will determine whether such motions should be set for evidentiary hearing and schedule the same.

###

Copy to:

Philip J Landau, Esq.

*Philip J Landau, Esq. is directed to serve a conformed copy of this order on all appropriate parties and file a certificate of service with the Court.*