UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                    Case No.  18-19441-EPK

    Debtor.                                   Chapter 11

_____/

**CERTIFICATE OF PLAN PROPONENT ON ACCEPTANCE OF PLAN,
REPORT ON AMOUNT TO BE DEPOSITED, CERTIFICATE OF
<u>AMOUNT DEPOSITED AND PAYMENT OF FEES</u>**

Plan Proponent, 160 Royal Palm, LLC (the "Debtor"), by and through its undersigned counsel and pursuant to the Court's *Order (I) Approving Disclosure Statement; (II) Setting Hearing on Confirmation of Plan; (III) Setting Hearing on Fee Applications; (IV) Describing Various Deadlines; and (V) Describing Plan Proponent's Obligations* [ECF No. 975] (the "Order Scheduling Confirmation Hearing"), hereby files this certificate ("Certificate and Report") certifying the following:

1.      I have examined the Court files in this proceeding, particularly the claims, schedules, and ballots filed.  The Debtor's Plan[1] divides Claims into four classes.

2.      A total of 87 ballots were filed on or before the deadline date of September 10, 2019 set by the Court in the Order Scheduling Confirmation Hearing. No ballot was filed after the ballot deadline date.

_____

[1] Capitalized terms not defined herein have the meanings provided for in the *Debtor's Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [ECF No. 968] (the "Plan") filed on August 1.

{2234/000/00478989}

3.      Only one rejecting ballot was filed.  86 accepting ballots were filed.

4.      A large portion of the total ballots are accepting ballots from holders of claims that are still subject to pending claim objections, and, pursuant to 11 U.S.C. § 1126(a), such accepting ballots are <u>not</u> counted to determine whether a class has accepted the Plan.

5.      **Exhibit A.1** is a summary of <u>all</u> ballots submitted by class.  **Exhibit A.2** is a summary of ballots submitted by class for allowed claims <u>not</u> subject to any pending objection.  **Exhibit B** is a list of all ballots filed.

6.      Class 1 (Trade Creditor Secured Claims) is unimpaired under the Plan, and, pursuant to 11 U.S.C. § 1126(f), is conclusively presumed to have accepted the Plan with no balloting required.  Class 4 (Equity Interest Holders) is receiving nothing under the Plan and is thus impaired and, pursuant to 11 U.S.C. § 1126(g), is deemed to have rejected the Plan with no balloting required.

7.      Classes 1, 2, and 3 have each accepted the Plan.  Class 4 has rejected the Plan.  These facts are all true regardless of whether none, some, or all claims currently subject to pending objections have their timely ballots counted.

8.      **Exhibit C** lists each Classified creditor to be paid pursuant to the Plan. **Exhibit D** lists disputed, contingent or unliquidated Claims included in Exhibit C.

9.      Below is a summary of the amount of money to be deposited for confirmation pursuant to the Plan.[2]

---

[2] The Debtor is using March 2, 2020 as the estimated date for all such payments except for: (a) the $350 in third quarter 2019 U.S. Trustee fees; and (b) any post-confirmation fourth quarter 2019 U.S. Trustee fees paid from the Sale Proceeds Reserve.

| UNCLASSIFIED CLAIMS | | |
|---|---|---|
| United States Trustee fees under 28 U.S.C. § 1930(a)(6) due on account of Plan distribution from Sale Proceeds. | Estimated | $250,000 |
| United States Trustee fees under 28 U.S.C. § 1930(a)(6) due for third quarter of 2019. | Estimated | $350 |
| Administrative Claim – Marcie H. Langley, Esq. and Greenberg Traurig, P.A. *See* ECF No. 1132. | Estimated | $18,848.75 |
| Administrative Claim – Cary Glickstein. *See* ECF No. 1147. | Estimated | $555,484.01 |
| Administrative Claim – Gregg H. Glickstein, Esq. and Gregg H. Glickstein, P.A. *See* ECF No. 1148 | Estimated | $75,240 |
| Administrative Claim – Philip J. Landau, Esq. and Shraiberg, Landau & Page, P.A. *See* ECF No. 1150. | Estimated | $15,873,937.89 |
| Administrative Claim – Marcie D. Bour, CPA/ABV and Yip Associates. *See* ECF No. 1157. | Estimated | $298,319.69 |
| Administrative Claim – Philip J. Landau, Esq. and Shraiberg, Landau & Page, P.A. *See* ECF No. 1189. | Estimated | $701,804.47 |
| Administrative Claim – G. Eric Brunstad, Jr., Esq. and Dechert, LLP. *See* ECF No. 1190. | Estimated | $834,831.05 |
| DIP Lender Claim (to be repaid directly from the Sale Proceeds escrow) | | $44,363.65 |
| **Total to be Deposited for Unclassified Claims** | Estimated | **$18,653,179.51** |
| | | |
| **Total to be Deposited for the Plan's Section 1.56 Sale Proceeds Reserve for Post-Confirmation Administrative Expenses/Professional Fees and Expenses** | | **$1,000,000** |
| | | |
| CLASSIFIED CLAIMS | | |
| Class 1 – Allowed Trade Creditor Secured Claims | Estimated | $4,055,469.93 |
| Class 2 – Allowed Town Claims (to be paid directly from the Sale Proceeds escrow) | | $100,000 |
| Class 3 – Allowed General Unsecured Claims | Estimated | $15,761,247.91 |
| **Total to be Deposited for Classified Claims** | | **$19,916,717.84** |
| | | |
| | | |
| **ESTIMATED TOTAL CASH NEEDED FOR PLAN DISTRIBUTIONS** | | **$39,569,897.35** |

10.    A total of **$35,736.75** in cash is currently held by the Debtor when accounting for all outstanding checks.

11.    **$39,479,500** in sale proceeds principal cash is currently being held for the benefit of the Debtor by Chicago Title Insurance Company, the escrow agent for the sale proceeds resulting from the Debtor's sale of its real property located at 160 Royal Palm Way, Palm Beach, Florida.

12.    Additionally, as of September 11, 2019, **$54,660.60** in accrued interest cash is being held for the benefit of the Debtor by Chicago Title Insurance Company, the escrow agent for the sale proceeds resulting from the Debtor's sale of its real property located at 160 Royal Palm Way, Palm Beach, Florida.

13.    The Debtor will continue to pay the United States Trustee's fees as required under the Plan and 28 U.S.C. § 1930(a)(6).

Respectfully Submitted,

SHRAIBERG, LANDAU & PAGE, P.A.
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: plandau@slp.law
Email: ependergraft@slp.law

By:  /s/ Philip J. Landau
        Philip J. Landau
        Florida Bar No. 504017
        Eric Pendergraft
        Florida Bar No. 91927

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on September 17, 2019.

/s/ Philip J. Landau

**Exhibit A.1 – Summary of All Ballots Submitted by Class**

| CLASS 1 ALLOWED TRADE CREDITOR SECURED CLAIMS –NO BALLOT SOLICITED |
| --- |
| CLASS 4 ALLOWED EQUITY INTEREST HOLDERS – NO BALLOT SOLICITED |

| CLASS 2 ALLOWED TOWN CLAIMS | | | |
| --- | --- | --- | --- |
| Total Acceptances in Dollar Amount | $4,141,000 | % of total = | 100.00% |
| Total Rejection in Dollar Amount | $0.00 | % of total = | 0.00% |
| Total Number of Acceptances Filed | 1 | % of total = | 100.00% |
| Total Number of Rejections Filed | 0 | % of total = | 0.00% |

| CLASS 3 ALLOWED UNSECURED CLAIMS | | | |
| --- | --- | --- | --- |
| Total Acceptances in Dollar Amount | $102,460,948.01 | % of total = | 99.9893% |
| Total Rejection in Dollar Amount | $10,940.85 | % of total = | 0.0107% |
| Total Number of Acceptances Filed | 85 | % of total = | 98.8372% |
| Total Number of Rejections Filed | 1 | % of total = | 1.1627% |

**Exhibit A.2 – Summary of All Ballots Submitted by Class
for Allowed Claims Not Subject to Pending Objection**

| CLASS 1 ALLOWED TRADE CREDITOR SECURED CLAIMS –NO BALLOT SOLICITED |
| --- |
| CLASS 4 ALLOWED EQUITY INTEREST HOLDERS – NO BALLOT SOLICITED |

| CLASS 2 ALLOWED TOWN CLAIMS | | | |
| --- | --- | --- | --- |
| Total Acceptances in Dollar Amount | $4,141,000 | % of total = | 100.00% |
| Total Rejection in Dollar Amount | $0.00 | % of total = | 0.00% |
| Total Number of Acceptances Filed | 1 | % of total = | 100.00% |
| Total Number of Rejections Filed | 0 | % of total = | 0.00% |

| CLASS 3 ALLOWED UNSECURED CLAIMS | | | |
| --- | --- | --- | --- |
| Total Acceptances in Dollar Amount | $27,893,710.74 | % of total = | 99.9608% |
| Total Rejection in Dollar Amount | $10,940.85 | % of total = | 0.0392% |
| Total Number of Acceptances Filed | 5 | % of total = | 83.3333% |
| Total Number of Rejections Filed | 1 | % of total = | 16.6667% |

# Exhibit B -- List of All Ballots Filed

| Class | Claim No. | Claimant/Creditor | Claim Amount | Scheduled Amount | Reduced Amount | Accepting Allowed Claims Ballots | Rejecting Allowed Claims Ballots | Accepting Ballots for Claims Subject to Pending Objection | Rejecting Ballots for Claims Subject to Pending Objection |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 90 | Town of Palm Beach | $4,141,000.00 | | | ECF No. 1135. | | | |
| 3 | 71-2 | U.S. Securities and Exchange Commission | $34,416,341.04 | | $27,671,214.35 | ECF No. 1192. | | | |
| 3 | 68 | David Campanaro | $60,654.70 | | | ECF No. 1234. | | | |
| 3 | Scheduled | Absolute Plumbing, LLC | | $68,516.25 | | ECF No. 1242 | | | |
| 3 | Scheduled | KK-PB Financial, LLC (transferred from All Star Equipment) | | $10,940.85 | | | | ECF No. 1011 | |
| 3 | Scheduled | Quality Concrete Pumping, Inc. | | $4,812.44 | | ECF No. 1018 | | | |
| 3 | 92 | The Seventh Art LLC | $121,649.00 | | | | | ECF No. 1065 | |
| 3 | 67 | Moore Unique Interiors, Inc. | $88,513.00 | | | ECF No. 1243 | | | |
| 3 | 93 | Maria Titova | $709,731.33 | | | | | ECF No. 1229. | |
| 3 | 95 | Henrique Faria Brandao | $709,731.33 | | | | | ECF No. 1231. | |
| 3 | 65 | Ali Adampeyra | $646,951.78 | | | | | ECF No. 1078. | |
| 3 | 59 | Baoping Liu | $646,454.65 | | | | | ECF No. 1178. | |
| 3 | 36 | Bei Zhu | $651,725.68 | | | | | ECF No. 1118. | |
| 3 | 63 | Changyue Liu | $636,467.25 | | | | | ECF No. 1175. | |
| 3 | 50 | Chengyu Gu | $649,504.37 | | | | | ECF No. 1090. | |
| 3 | 31 | Chunning Ye | $654,154.97 | | | | | ECF No. 1113. | |
| 3 | 46 | Cuilian Li | $649,888.27 | | | | | ECF No. 1093. | |
| 3 | 56 | Daqin Weng | $648,159.84 | | | | | ECF No. 1180. | |
| 3 | 18 | Dongsheng Zhu | $680,282.99 | | | | | ECF No. 1119. | |
| 3 | 4 | Feng Guo | $695,002.39 | | | | | ECF No. 1188. | |
| 3 | 3 | Halil Erseveen | $709,731.33 | | | | | ECF No. 1085. | |
| 3 | 44 | Hao Lou | $650,247.38 | | | | | ECF No. 1097. | |
| 3 | 21 | Hongru Pan | $677,466.85 | | | | | ECF No. 1099. | |
| 3 | 47 | Juewei Zhou | $649,621.81 | | | | | ECF No. 1117. | |
| 3 | 13 | Junqiang Feng | $684,546.30 | | | | | ECF No. 1088. | |
| 3 | 35 | Kuang Yaoping | $651,960.67 | | | | | ECF No. 1112. | |

| Class | Claim No. | Claimant/Creditor | Claim Amount | Scheduled Amount | Reduced Amount | Accepting Allowed Claims Ballots | Rejecting Allowed Claims Ballots | Accepting Ballots for Claims Subject to Pending Objection | Rejecting Ballots for Claims Subject to Pending Objection |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 5 | Lan Li | $692,271.23 | | | | | ECF No. 1094. | |
| 3 | 22 | Li Dongsheng | $677,023.25 | | | | | ECF No. 1083. | |
| 3 | 19 | Li Zhang | $677,611.28 | | | | | ECF No. 1170. | |
| 3 | 58 | Ling Li | $647,004.74 | | | | | ECF No. 1168. | |
| 3 | 39 | Liyan Feng | $650,809.63 | | | | | ECF No. 1184. | |
| 3 | 38 | Min Cui | $651,284.01 | | | | | ECF No. 1185. | |
| 3 | 43 | Min Li | $650,395.12 | | | | | ECF No. 1095. | |
| 3 | 28 | Mohammad Zargar | $658,377.81 | | | | | ECF No. 1114. | |
| 3 | 29 | Mohammadreza Sedaghat | $655,370.56 | | | | | ECF No. 1102. | |
| 3 | 53 | Qingyun Yu | $648,516.80 | | | | | ECF No. 1182.. | |
| 3 | 45 | Qiong Deng | $649,893.48 | | | | | ECF No. 1082. | |
| 3 | 42 | Qiongfang Zhu | $650,520.86 | | | | | ECF No. 1120. | |
| 3 | 20 | Ran Chen | $677,550.14 | | | | | ECF No. 1079. | |
| 3 | 30 | Reza Siamak Nia | $654,668.90 | | | | | ECF No. 1098. | |
| 3 | 41 | Ruji Li | $650,641.30 | | | | | ECF No. 1169. | |
| 3 | 34 | Rujing Wei | $652,124.51 | | | | | ECF No. 1110. | |
| 3 | 64 | Sanaz Salehin | $626,759.01 | | | | | ECF No. 1100. | |
| 3 | 61 | Sara Salehin | $640,529.04 | | | | | ECF No. 1101. | |
| 3 | 7 | Sha Shi | $688,086.35 | | | | | ECF No. 1103. | |
| 3 | 52 | Shahriar Ebrahimiam | $649,149.05 | | | | | ECF No. 1084. | |
| 3 | 60 | Shaoping Huang | $640,961.83 | | | | | ECF No. 1177. | |
| 3 | 48 | Shaoqing Zeng | $649,562.90 | | | | | ECF No. 1183. | |
| 3 | 26 | Shu Jiang | $674,454.11 | | | | | ECF No. 1091. | |
| 3 | 25 | Shuangyun Wang | $674,855.62 | | | | | ECF No. 1107. | |
| 3 | 27 | Tang Cheok Fai | $672,360.27 | | | | | ECF No. 1086. | |

| Class | Claim No. | Claimant/Creditor | Claim Amount | Scheduled Amount | Reduced Amount | Accepting Allowed Claims Ballots | Rejecting Allowed Claims Ballots | Accepting Ballots for Claims Subject to Pending Objection | Rejecting Ballots for Claims Subject to Pending Objection |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 12 | Tao Xiong | $685,129.32 | | | | | ECF No. 1111. | |
| 3 | 9 | Tingting Sun | $686,321.80 | | | | | ECF No. 1174. | |
| 3 | 10 | Tonghui Luan | $686,014.55 | | | | | ECF No. 1173. | |
| 3 | 8 | Wenhao Zhang | $688,086.35 | | | | | ECF No. 1116. | |
| 3 | 40 | Xiang Chunhua | $650,791.96 | | | | | ECF No. 1081. | |
| 3 | 24 | Xiang Shu | $675,946.85 | | | | | ECF No. 1104. | |
| 3 | 16 | Xiao Sun | $684,516.61 | | | | | ECF No. 1172. | |
| 3 | 17 | Xiaonan Wang | $683,015.89 | | | | | ECF No. 1108. | |
| 3 | 57 | Xiaoping Zhang | $647,657.67 | | | | | ECF No. 1179. | |
| 3 | 33 | Yajun Kang | $653,662.90 | | | | | ECF No. 1092. | |
| 3 | 49 | Yan Chen | $649,504.37 | | | | | ECF No. 1080. | |
| 3 | 15 | Yawen Li | $684,516.61 | | | | | ECF No. 1171. | |
| 3 | 62 | Yi Zhao | $637,944.10 | | | | | ECF No. 1176. | |
| 3 | 23 | Ying Fei | $676,682.50 | | | | | ECF No. 1087. | |
| 3 | 11 | Ying Tan | $686,003.84 | | | | | ECF No. 1105. | |
| 3 | 54 | Yingjun Yang | $648,506.30 | | | | | ECF No. 1181. | |
| 3 | 6 | Yuanbo Wang | $688,500.89 | | | | | ECF No. 1109. | |
| 3 | 51 | Yulong Tang | $649,448.26 | | | | | ECF No. 1106. | |
| 3 | 32 | Zhaohui Li (Chaohui Li) | $654,071.02 | | | | | ECF No. 1096. | |
| 3 | 14 | Zheng Yu | $684,516.61 | | | | | ECF No. 1186. | |
| 3 | 37 | Zhiling Gan | $651,304.00 | | | | | ECF No. 1089. | |
| 3 | 55 | Lili Zhang | $648,235.66 | | | | | ECF No. 1115. | |
| 3 | 73 | Wang Jing | $2,372,642.00 | | | | | ECF No. 1218. | |
| 3 | 74 | Liu Danqing | $2,372,642.00 | | | | | ECF No. 1217. | |
| 3 | 75 | Cheng Li | $2,372,642.00 | | | | | ECF No. 1216. | |
| 3 | 76 | Wang Jian | $2,372,642.00 | | | | | ECF No. 1215. | |
| 3 | 77 | Man Mingyue | $2,372,642.00 | | | | | ECF No. 1214 | |
| 3 | 78 | Li Xiang | $2,372,642.00 | | | | | ECF No. 1219. | |

| Class | Claim No. | Claimant/Creditor | Claim Amount | Scheduled Amount | Reduced Amount | Accepting Allowed Claims Ballots | Rejecting Allowed Claims Ballots | Accepting Ballots for Claims Subject to Pending Objection | Rejecting Ballots for Claims Subject to Pending Objection |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 79 | Zhang Shikun | $2,372,642.00 | | | | | ECF No. 1220. | |
| 3 | 80 | Sun Mengyang | $2,372,642.00 | | | | | ECF No. 1221. | |
| 3 | 81 | Liu Chenglin | $2,372,642.00 | | | | | ECF No. 1222. | |
| 3 | 82 | Tan Jing | $2,372,642.00 | | | | | ECF No. 1223. | |
| 3 | 83 | Chen Jun | $2,372,642.00 | | | | | ECF No. 1224. | |
| 3 | 84 | Wang Jue | $2,372,642.00 | | | | | ECF No. 1225. | |
| 3 | 85 | Gao Yi | $2,372,642.00 | | | | | ECF No. 1226. | |
| 3 | 94 | Renato Fernando Botelho | $560,102.22 | | | | | ECF No. 1071 | |

## Exhibit C— List of Classified Creditor to be Paid Under Plan

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 1 | 72 | KK-PB Financial, LLC (transferred from New Haven Contracting South, Inc.) | $3,387,855.55 | | $3,642,650.52 | |
| 1 | 1-2 | TWG Enterprises Waterproofing & Painting, Inc. | $25,880.07 | | $25,880.07 | |
| 1 | 69 | Van Linda Iron Works, Inc. | $104,097.31 | | $111,926.30 | |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 1 | 66 | Architectural Precast & Foam, LLC | $8,030.78 | | $8,419.47 | |
| 1 | 89 | James F. Biagi, PE | $49,391.76 | | $53,106.43 | |
| 1 | 86 | Richard's Woodwork, Inc. | $41,341.59 | | $44,450.82 | |
| 1 | 2 | Place for Tile, Inc. | $157,004.54 | | $169,036.32 | |
| 2 | 90 | Town of Palm Beach | $4,141,000.00 | | $100,000.00 | In addition to pre-Plan Confirmation settlement payment of $250,000 |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 3 | 71-2 | U.S. Securities and Exchange Commission | $27,671,214.35 | 26.7968611953% | $4,223,519.73 | Calculated using reduced amount of $27,671,214.35 set forth in ballot at ECF No. 1192. |
| 3 | 68 | David Campanaro | $60,654.70 | 0.0587381369% | $9,257.86 | |
| 3 | 91 | Ryan Black (as individual and member of PH) | $2,426,000.00 | | $0.00 | Calculated based on disallowance of claim via claim order at ECF No. ___. |
| 3 | Scheduled | Absolute Plumbing, LLC | $68,516.25 | 0.0663512782% | $10,457.79 | |
| 3 | Scheduled | KK-PB Financial, LLC (transferred from All Star Equipment) | $10,940.85 | 0.0105951418% | $1,669.93 | |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 3 | Scheduled | Allied Interiors | $12,352.87 | 0.011962544 9% | $1,885.45 | |
| 3 | Scheduled | Fernando Wong Outdoor Living Design, Inc. | $38,361.46 | 0.0371493172% | $5,855.20 | |
| 3 | Scheduled | HUFCOR Inc. *d/b/a* HUFCOR Florida Group | $7,387.04 | 0.0071536248% | $1,127.50 | |
| 3 | Scheduled | Landmark Construction Companies, Inc. *d/b/a* RoofPro | $29,377.76 | 0.0284494835% | $4,483.99 | |
| 3 | Scheduled | Maschmeyer Concrete Company of Florida | $10,947.43 | 0.0106015138% | $1,670.93 | |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 Pro Rata Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 3 | Scheduled | MPC Pools, Inc. | $10,422.00 | 0.010092684% | $1,590.73 | |
| 3 | Scheduled | Quality Concrete Pumping, Inc. | $4,812.44 | 0.004660376% | $734.53 | |
| 3 | 87 | Xpert Elevator Services, Inc. | $560,507.50 | 0.542796622% | $85,551.52 | |
| 3 | 92 | The Seventh Art LLC | $121,649.00 | 0.117805143% | $18,567.56 | |
| 3 | 67 | Moore Unique Interiors, Inc. | $88,513.00 | 0.085716172% | $13,509.94 | |
| 3 | 93 | Maria Titova | $709,731.33 | 0.687305287% | $108,327.89 | |
| 3 | 95 | Henrique Faria Brandao | $709,731.33 | 0.687305287% | $108,327.89 | |
| 3 | 65 | Ali Adampeyra | $646,951.78 | 0.626509441% | $98,745.71 | |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 3 | 59 | Baoping Liu | $646,454.65 | 0.626020280198% | $98,669.83 | |
| 3 | 36 | Bei Zhu | $651,725.68 | 0.631132249062% | $99,474.36 | |
| 3 | 63 | Changyue Liu | $636,467.25 | 0.616335620010% | $97,145.43 | |
| 3 | 50 | Chengyu Gu | $649,504.37 | 0.628981375050% | $99,135.31 | |
| 3 | 31 | Chunning Ye | $654,154.97 | 0.633485025256% | $99,845.15 | |
| 3 | 46 | Cuilian Li | $649,888.27 | 0.629353531445% | $99,193.91 | |
| 3 | 56 | Daqin Weng | $648,159.84 | 0.627679329293% | $98,930.10 | |
| 3 | 18 | Dongsheng Zhu | $680,282.99 | 0.658787454542% | $103,833.12 | |
| 3 | 4 | Feng Guo | $695,002.39 | 0.673041751516% | $106,079.78 | |
| 3 | 3 | Halil Erseveen | $709,731.33 | 0.687305285876% | $108,327.89 | |
| 3 | 44 | Hao Lou | $650,247.38 | 0.629700909074% | $99,248.72 | |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 3 | 21 | Hongru Pan | $677,466.85 | 0.65060029984% | $103,403.29 | |
| 3 | 47 | Juewei Zhou | $649,621.81 | 0.62909510041% | $99,153.24 | |
| 3 | 13 | Junqiang Feng | $684,546.30 | 0.66291605240% | $104,483.84 | |
| 3 | 35 | Kuang Yaoping | $651,960.67 | 0.63136006100% | $99,510.22 | |
| 3 | 5 | Lan Li | $692,271.23 | 0.67039689060% | $105,662.92 | |
| 3 | 22 | Li Dongsheng | $677,023.25 | 0.65563071530% | $103,335.58 | |
| 3 | 19 | Li Zhang | $677,611.28 | 0.65620016470% | $103,425.33 | |
| 3 | 58 | Ling Li | $647,004.74 | 0.62656072810% | $98,753.79 | |
| 3 | 39 | Liyan Feng | $650,809.63 | 0.63024539140% | $99,334.54 | |
| 3 | 38 | Min Cui | $651,284.01 | 0.63070478200% | $99,406.94 | |
| 3 | 43 | Min Li | $650,395.12 | 0.62984397910% | $99,271.27 | |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 3 | 28 | Mohammad Zargar | $658,377.81 | 0.6375744326% | $100,489.69 | |
| 3 | 29 | Mohammadreza Sedaghat | $655,370.56 | 0.6346622055% | $100,030.68 | |
| 3 | 53 | Qingyun Yu | $648,516.80 | 0.6280250101% | $98,984.58 | |
| 3 | 45 | Qiong Deng | $649,893.48 | 0.6293581899% | $99,194.70 | |
| 3 | 42 | Qiongfang Zhu | $650,520.86 | 0.6299657460% | $99,290.46 | |
| 3 | 20 | Ran Chen | $677,550.14 | 0.6561409566% | $103,416.00 | |
| 3 | 30 | Reza Siamak Nia | $654,668.90 | 0.6339827165% | $99,923.59 | |
| 3 | 41 | Ruji Li | $650,641.30 | 0.6300823803% | $99,308.85 | |
| 3 | 34 | Rujing Wei | $652,124.51 | 0.6315187240% | $99,535.23 | |
| 3 | 64 | Sanaz Salehin | $626,759.01 | 0.6069547213% | $95,663.64 | |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 3 | 61 | Sara Salehin | $640,529.04 | 0.62028964668% | $97,765.39 | |
| 3 | 7 | Sha Shi | $688,086.35 | 0.66634242442% | $105,024.17 | |
| 3 | 52 | Shahriar Ebrahimiam | $649,149.05 | 0.62863728823% | $99,081.08 | |
| 3 | 60 | Shaoping Huang | $640,961.83 | 0.62070876616% | $97,831.45 | |
| 3 | 48 | Shaoqing Zeng | $649,562.90 | 0.62903805555% | $99,144.25 | |
| 3 | 26 | Shu Jiang | $674,454.11 | 0.65314275548% | $102,943.45 | |
| 3 | 25 | Shuangyun Wang | $674,855.62 | 0.65353315779% | $103,004.73 | |
| 3 | 27 | Tang Cheok Fai | $672,360.27 | 0.65111150758% | $102,623.86 | |
| 3 | 12 | Tao Xiong | $685,129.32 | 0.66348060502% | $104,572.83 | |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 3 | 9 | Tingting Sun | $686,321.80 | 0.664635450% | $104,754.84 | |
| 3 | 10 | Tonghui Luan | $686,014.55 | 0.664337908% | $104,707.94 | |
| 3 | 8 | Wenhao Zhang | $688,086.35 | 0.666344244% | $105,024.17 | |
| 3 | 40 | Xiang Chunhua | $650,791.96 | 0.630228279% | $99,331.84 | |
| 3 | 24 | Xiang Shu | $675,946.85 | 0.654583327% | $103,171.29 | |
| 3 | 16 | Xiao Sun | $684,516.61 | 0.662887300% | $104,479.31 | |
| 3 | 17 | Xiaonan Wang | $683,015.89 | 0.661434000% | $104,250.25 | |
| 3 | 57 | Xiaoping Zhang | $647,657.67 | 0.627193026% | $98,853.45 | |
| 3 | 33 | Yajun Kang | $653,662.90 | 0.633008504% | $99,770.04 | |
| 3 | 49 | Yan Chen | $649,504.37 | 0.628981375% | $99,135.31 | |
| 3 | 15 | Yawen Li | $684,516.61 | 0.662887300% | $104,479.31 | |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 3 | 62 | Yi Zhao | $637,944.10 | 0.6177863856% | $97,370.84 | |
| 3 | 23 | Ying Fei | $676,682.50 | 0.6553007322% | $103,283.57 | |
| 3 | 11 | Ying Tan | $686,003.84 | 0.6643275372% | $104,706.31 | |
| 3 | 54 | Yingjun Yang | $648,506.30 | 0.6280148419% | $98,982.98 | |
| 3 | 6 | Yuanbo Wang | $688,500.89 | 0.6667456856% | $105,087.44 | |
| 3 | 51 | Yulong Tang | $649,448.26 | 0.6289270379% | $99,126.75 | |
| 3 | 32 | Zhaohui Li (Chaohui Li) | $654,071.02 | 0.6334037283% | $99,832.33 | |
| 3 | 14 | Zheng Yu | $684,516.61 | 0.6628873006% | $104,479.31 | |
| 3 | 37 | Zhiling Gan | $651,304.00 | 0.6307241404% | $99,410.00 | |
| 3 | 55 | Lili Zhang | $648,235.66 | 0.6277527536% | $98,941.67 | |
| 3 | 73 | Wang Jing | $2,372,642.00 | 2.2976714190% | $362,141.69 | |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 3 | 74 | Liu Danqing | $2,372,642.00 | 2.2976714190% | $362,141.69 | |
| 3 | 75 | Cheng Li | $2,372,642.00 | 2.2976714190% | $362,141.69 | |
| 3 | 76 | Wang Jian | $2,372,642.00 | 2.2976714190% | $362,141.69 | |
| 3 | 77 | Man Mingyue | $2,372,642.00 | 2.2976714190% | $362,141.69 | |
| 3 | 78 | Li Xiang | $2,372,642.00 | 2.2976714190% | $362,141.69 | |
| 3 | 79 | Zhang Shikun | $2,372,642.00 | 2.2976714190% | $362,141.69 | |
| 3 | 80 | Sun Mengyang | $2,372,642.00 | 2.2976714190% | $362,141.69 | |
| 3 | 81 | Liu Chenglin | $2,372,642.00 | 2.2976714190% | $362,141.69 | |
| 3 | 82 | Tan Jing | $2,372,642.00 | 2.2976714190% | $362,141.69 | |
| 3 | 83 | Chen Jun | $2,372,642.00 | 2.2976714190% | $362,141.69 | |
| 3 | 84 | Wang Jue | $2,372,642.00 | 2.2976714190% | $362,141.69 | |

| Class | Claim No. | Creditor | Claim Amount | Current Class 3 *Pro Rata* Percentage | Estimated First Dividend to be Paid Pursuant to Plan (Assuming Asserted Claim Allowed in Full and Paid on March 2, 2020) | Notes |
|---|---|---|---|---|---|---|
| 3 | 85 | Gao Yi | $2,372,642.00 | 2.29767141490% | $362,141.69 | |
| 3 | 94 | Renato Fernando Botelho | $560,102.22 | 0.542041480% | $85,489.66 | |

# Exhibit D – List of Disputed, Contingent or Unliquidated Claims

| Class | Claim No. | Creditor | Amount | Status |
|---|---|---|---|---|
| 1 | 72 | KK-PB Financial, LLC (transferred from New Haven Contracting South, Inc.) | $3,387,855.55 | Pending objection filed at ECF 767. |
| 3 | 91 | Ryan Black (as individual and member of PH) | $2,426,000.00 | Objections filed at ECF No. 1000 and 1024. Claim disallowed at via order at ECF No. . |
| 3 | 87 | Xpert Elevator Services, Inc. | $560,507.50 | Pending objection filed at ECF No. 1001. |
| 3 | 92 | The Seventh Art LLC | $121,649.00 | Pending objections filed at ECF No. 1005 and 1024. |
| 3 | 93 | Maria Titova | $709,731.33 | Pending objections filed at ECF Nos. 916, 998 and 1020. Subject to resolution and allowance in amount of $559,446.08 via pending motion to compromise at ECF No. 1127. |
| 3 | 95 | Henrique Faria Brandao | $709,731.33 | Pending objections filed at ECF No. 916, 998 and 1020. Subject to resolution and allowance in amount of $543,059.75 via pending motion to compromise at ECF No. 1127. |
| 3 | 65 | Ali Adampeyra | $646,951.78 | Pending Objection filed at ECF No. 1048. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |

| Class | Claim No. | Creditor | Amount | Status |
|---|---|---|---|---|
| 3 | 59 | Baoping Liu | $646,454.65 | Pending objection filed at ECF No. 1048. |
| 3 | 36 | Bei Zhu | $651,725.68 | Pending objection filed at ECF No. 1048. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 63 | Changyue Liu | $636,467.25 | Pending objection filed at ECF No. 1048. |
| 3 | 50 | Chengyu Gu | $649,504.37 | Pending objection filed at ECF No. 1026. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 31 | Chunning Ye | $654,154.97 | Pending objection filed at ECF No. 1026. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 46 | Cuilian Li | $649,888.27 | Pending objection filed at ECF No. 1026. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 56 | Daqin Weng | $648,159.84 | Pending objection filed at ECF No. 1026. |
| 3 | 18 | Dongsheng Zhu | $680,282.99 | Pending objection filed at ECF No. 1027. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |

| Class | Claim No. | Creditor | Amount | Status |
|-------|-----------|----------|--------|--------|
| 3 | 4 | Feng Guo | $695,002.39 | Pending objection filed at ECF No. 1027. |
| 3 | 3 | Halil Erseveen | $709,731.33 | Pending objection filed at ECF No. 1027. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 44 | Hao Lou | $650,247.38 | Pending objection filed at ECF No. 1028. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 21 | Hongru Pan | $677,466.85 | Pending objection filed at ECF No. 1028. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 47 | Juewei Zhou | $649,621.81 | Pending objection filed at ECF No. 1028. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 13 | Junqiang Feng | $684,546.30 | Pending objection filed at ECF No. 1028. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 35 | Kuang Yaoping | $651,960.67 | Pending objection filed at ECF No. 1029. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |

| Class | Claim No. | Creditor | Amount | Status |
|---|---|---|---|---|
| 3 | 5 | Lan Li | $692,271.23 | Pending objection filed at ECF No. 1029. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 22 | Li Dongsheng | $677,023.25 | Pending objection filed at ECF No. 1029. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 19 | Li Zhang | $677,611.28 | Pending objection filed at ECF No. 1029. |
| 3 | 58 | Ling Li | $647,004.74 | Pending objection filed at ECF No. 1030. |
| 3 | 39 | Liyan Feng | $650,809.63 | Pending objection filed at ECF No. 1030. |
| 3 | 38 | Min Cui | $651,284.01 | Pending objection filed at ECF No. 1030. |
| 3 | 43 | Min Li | $650,395.12 | Pending objection filed at ECF No. 1031. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 28 | Mohammad Zargar | $658,377.81 | Pending objection filed at ECF No. 1031. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |

| Class | Claim No. | Creditor | Amount | Status |
|---|---|---|---|---|
| 3 | 29 | Mohammadreza Sedaghat | $655,370.56 | Pending objection filed at ECF No. 1031. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 53 | Qingyun Yu | $648,516.80 | Pending objection filed at ECF No. 1031. |
| 3 | 45 | Qiong Deng | $649,893.48 | Pending objection filed at ECF No. 1032. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 42 | Qiongfang Zhu | $650,520.86 | Pending objection filed at ECF No. 1032. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 20 | Ran Chen | $677,550.14 | Pending objection filed at ECF No. 1032. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 30 | Reza Siamak Nia | $654,668.90 | Pending objection filed at ECF No. 1032. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 41 | Ruji Li | $650,641.30 | Pending objection filed at ECF No. 1033. |

| Class | Claim No. | Creditor | Amount | Status |
|---|---|---|---|---|
| 3 | 34 | Rujing Wei | $652,124.51 | Pending objection filed at ECF No. 1033. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 64 | Sanaz Salehin | $626,759.01 | Pending objection filed at ECF No. 1033. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 61 | Sara Salehin | $640,529.04 | Pending objection filed at ECF No. 1033. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 7 | Sha Shi | $688,086.35 | Pending objection filed at ECF No. 1034. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 52 | Shahriar Ebrahimiam | $649,149.05 | Pending objection filed at ECF No. 1034. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 60 | Shaoping Huang | $640,961.83 | Pending objection filed at ECF No. 1034. |
| 3 | 48 | Shaoqing Zeng | $649,562.90 | Pending objection filed at ECF No. 1034. |

| Class | Claim No. | Creditor | Amount | Status |
|---|---|---|---|---|
| 3 | 26 | Shu Jiang | $674,454.11 | Pending objection filed at ECF No. 1035. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 25 | Shuangyun Wang | $674,855.62 | Pending objection filed at ECF No. 1035. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 27 | Tang Cheok Fai | $672,360.27 | Pending objection filed at ECF No. 1035. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 12 | Tao Xiong | $685,129.32 | Pending objection filed at ECF No. 1035. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 9 | Tingting Sun | $686,321.80 | Pending objection filed at ECF No. 1036. |
| 3 | 10 | Tonghui Luan | $686,014.55 | Pending objection filed at ECF No. 1036. |
| 3 | 8 | Wenhao Zhang | $688,086.35 | Pending objection filed at ECF No. 1036. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 40 | Xiang Chunhua | $650,791.96 | Pending objection filed at ECF No. 1036. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |

| Class | Claim No. | Creditor | Amount | Status |
|-------|-----------|----------|--------|--------|
| 3 | 24 | Xiang Shu | $675,946.85 | Pending objection filed at ECF No. 1037. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 16 | Xiao Sun | $684,516.61 | Pending objection filed at ECF No. 1037. |
| 3 | 17 | Xiaonan Wang | $683,015.89 | Pending objection filed at ECF No. 1037. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 57 | Xiaoping Zhang | $647,657.67 | Pending objection filed at ECF No. 1038. |
| 3 | 33 | Yajun Kang | $653,662.90 | Pending objection filed at ECF No. 1038. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 49 | Yan Chen | $649,504.37 | Pending objection filed at ECF No. 1038. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 15 | Yawen Li | $684,516.61 | Pending objection filed at ECF No. 1038. |
| 3 | 62 | Yi Zhao | $637,944.10 | Pending objection filed at ECF No. 1039. |
| 3 | 23 | Ying Fei | $676,682.50 | Pending objection filed at ECF No. 1039. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |

| Class | Claim No. | Creditor | Amount | Status |
|-------|-----------|----------|--------|--------|
| 3 | 11 | Ying Tan | $686,003.84 | Pending objection filed at ECF No. 1039. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 54 | Yingjun Yang | $648,506.30 | Pending objection filed at ECF No. 1039. |
| 3 | 6 | Yuanbo Wang | $688,500.89 | Pending objection filed at ECF No. 1040. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 51 | Yulong Tang | $649,448.26 | Pending objection filed at ECF No. 1040. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 32 | Zhaohui Li (Chaohui Li) | $654,071.02 | Pending objection filed at ECF No. 1040. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 14 | Zheng Yu | $684,516.61 | Pending objection filed at ECF No. 1040. |
| 3 | 37 | Zhiling Gan | $651,304.00 | Pending objection filed at ECF No. 1041. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |
| 3 | 55 | Lili Zhang | $648,235.66 | Pending objection filed at ECF No. 1030. Subject to resolution and allowance at 80% of asserted amount via pending motion to compromise at ECF No. 1050. |

| Class | Claim No. | Creditor | Amount | Status |
|---|---|---|---|---|
| 3 | 73 | Wang Jing | $2,372,642.00 | Objections pending at ECF Nos. 997, 1021, and 1042. |
| 3 | 74 | Liu Danqing | $2,372,642.00 | Objections pending at ECF Nos. 997, 1021, and 1042. |
| 3 | 75 | Cheng Li | $2,372,642.00 | Objections pending at ECF Nos. 997, 1021, and 1042. |
| 3 | 76 | Wang Jian | $2,372,642.00 | Objections pending at ECF Nos. 997, 1021, and 1042. |
| 3 | 77 | Man Mingyue | $2,372,642.00 | Objections pending at ECF Nos. 997, 1021, and 1042. |
| 3 | 78 | Li Xiang | $2,372,642.00 | Objections pending at ECF Nos. 997, 1022, and 1043. |
| 3 | 79 | Zhang Shikun | $2,372,642.00 | Objections pending at ECF Nos. 997, 1022, and 1043. |
| 3 | 80 | Sun Mengyang | $2,372,642.00 | Objections pending at ECF Nos. 997, 1022, and 1043. |
| 3 | 81 | Liu Chenglin | $2,372,642.00 | Objections pending at ECF Nos. 997, 1022, and 1043. |
| 3 | 82 | Tan Jing | $2,372,642.00 | Objections pending at ECF Nos. 997, 1022, and 1043. |
| 3 | 83 | Chen Jun | $2,372,642.00 | Objections pending at ECF Nos. 997, 1023, and 1042. |
| 3 | 84 | Wang Jue | $2,372,642.00 | Objections pending at ECF Nos. 997, 1023, and 1044. |
| 3 | 85 | Gao Yi | $2,372,642.00 | Objections pending at ECF Nos. 997, 1023, and 1044. |

| Class | Claim No. | Creditor | Amount | Status |
|---|---|---|---|---|
| 3 | 94 | Renato Fernando Botelho | $560,102.22 | Pending objection filed at ECF No. 916. Subject to resolution and allowance in amount of $448,081.78 via pending motion to compromise at ECF No. 1073. |