UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                               Case No.  18-19441-EPK

    Debtor.                                        Chapter 11
_____/

**PLAN SUPPLEMENT**

    Plan Proponent, 160 Royal Palm, LLC (the "Debtor"), by and through its undersigned counsel, hereby gives notice that it will, at the September 24, 2019 hearing to consider confirmation of the *Debtor's Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code* [ECF No. 968] (the "Plan"), request that the Court modify the Plan prior to confirmation, and pursuant to 11 U.S.C. § 1127(a) and Federal Rule of Bankruptcy Procedure 3019(a), in order to change the definition in Section 1.31 of the term "Final Order" to mean an order or judgment of the Court, as entered on the docket of the Court, that has not been stayed or reversed.

    The Debtor submits that such modification would not materially and adversely impact parties who previously voted to accept the Plan.

    The term "Final Order" appears throughout the Plan, specifically in Sections 1.1, 1.2, 1.19, 5.1, 6.2, 7.3.6(t), 7.3.9, 13.1 of the Plan, and such term also appears in Sections 1.3 (final paragraph thereof) and 11.1 of the Liquidating Trust Agreement attached as Exhibit 1 to the Plan.

{2234/000/00479573}

Respectfully Submitted,

SHRAIBERG, LANDAU & PAGE, P.A.
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: plandau@slp.law
Email: ependergraft@slp.law

By:  /s/ Philip J. Landau
       Philip J. Landau
       Florida Bar No. 504017
       Eric Pendergraft
       Florida Bar No. 91927

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Mail through the Case Management/Electronic Case Filing to those parties registered to receive electronic notices of filing in this case on September 20, 2019.

  /s/ Philip J. Landau

{2234/000/00479573}                                    2