IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re 160 Royal Palm, LLC,<br><br>Debtor. | Chapter 11 Case<br>Case No. 18-19441-EPK |

**AMENDED KK-PB FINANCIAL, LLC'S OBJECTION TO
APPLICATION FOR CONTINGENCY COMPENSATION OF SPECIAL COUNSEL
<u>GREGG H. GLICKSTEIN, ESQ. AND GREGG H. GLICKSTEIN, P.A.</u>**

KK-PB Financial, LLC ("<u>KK-PB</u>"), by and through its undersigned counsel, files this amended objection[1] (the "<u>Objection</u>") to the *Application for Contingency Compensation of Special Counsel Gregg H. Glickstein, Esq. and Gregg H. Glickstein, P.A.* [ECF No. 1149] (the "<u>Application</u>") of Mr. Gregg Glickstein and Gregg H. Glickstein, P.A. (together, the "<u>Applicants</u>") in the above-captioned chapter 11 case of 160 Royal Palm, LLC (the "<u>Debtor</u>"), and in support thereof states as follows:

**BACKGROUND**

1. On July 29, 2019, the Debtor filed an application to retain the Applicants as special New Haven Claim litigation counsel. [ECF No. 957].

2. On August 13, 2019, KK-PB objected to the retention of the Applicants as special New Haven Claim litigation counsel. [ECF No. 1008].

3. On August 14, 2019, the Debtor filed an amended application to retain the Applicants as special New Haven Claim litigation counsel. [ECF No. 1010].

---

[1] The amended Objection amends and supersedes *KK-PB Financial, LLC's Objection to Application for Contingency Compensation of Special Counsel Gregg H. Glickstein, Esq. and Gregg H. Glickstein, P.A.* [ECF No. 1283] to provide certain clarifications and to be consistent with revisions made in other amended objections to final fee applications. A blackline version reflecting the amendments is attached hereto as Exhibit A.

4. On August 29, 2019, the Court approved the Debtor's retention of the Applicants in that capacity. [ECF No. 1138].

5. On August 30, 2019, the Applicants filed the Application. [ECF No. 1149].

## OBJECTION

6. In the Application, the Applicants acknowledge that the contingency fee described therein has not yet been earned and that the Application "is being filed out of an abundance of caution to preserve the Applicant's right to the agreed-upon contingency fee and the reimbursement of the Expenses, including subsequent expenses, if and when the New Haven Claim is disallowed or reduced." Application ¶ 8.

7. To the extent the Application seeks approval and payment of the contingency fee now, it is premature. The litigations relating to the New Haven Claim are ongoing and the contingency fee has not yet been earned.

8. Indeed, Philip J. Landau, Esq. and the law firm of Shraiberg, Landau & Page, P.A.—with whom the Applicants are sharing a contingency fee with respect to certain litigation relating to the New Haven Claim—have offered to preserve its right to the contingency fee relating to the New Haven Claim until "if and when benefits are conferred on the estate." [ECF No. 1150 ¶ 13].

## RESERVATION OF RIGHTS

9. This Objection is submitted without prejudice to, and with a full express reservation of, KK-PB's rights relating to this Objection, including modifying and raising additional arguments.

## CONCLUSION

10. For the foregoing reasons, the Application should be deferred at this time as premature.

Dated: October 7, 2019  
Miami, Florida

WHITE & CASE LLP

By: */s/ John K. Cunningham*  
John K. Cunningham  
Florida Bar No. 542490  
James N. Robinson  
Florida Bar No. 608858  
Fan B. He  
Florida Bar No. 0095597  
Southeast Financial Center, Suite 4900  
200 South Biscayne Boulevard  
Miami, Florida 33131-2352  
Telephone: (305) 371-2700  
Facsimile: (305) 358-5744

*Counsel for KK-PB Financial, LLC*

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: */s/ John K. Cunningham*
John K. Cunningham

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.  I further certify that the foregoing document is being served this day on all parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ John K. Cunningham*
  *John K. Cunningham*

# EXHIBIT A

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA
### WEST PALM BEACH DIVISION

| | |
|---|---|
| In re 160 Royal Palm, LLC,<br><br>Debtor. | Chapter 11 Case<br>Case No. 18-19441-EPK |

### **AMENDED** KK-PB FINANCIAL, LLC'S OBJECTION TO APPLICATION FOR CONTINGENCY COMPENSATION OF SPECIAL COUNSEL GREGG H. GLICKSTEIN, ESQ. AND GREGG H. GLICKSTEIN, P.A.

KK-PB Financial, LLC ("KK-PB"), by and through its undersigned counsel, files this amended objection[1] (the "Objection") to the *Application for Contingency Compensation of Special Counsel Gregg H. Glickstein, Esq. and Gregg H. Glickstein, P.A.* [ECF No. 1149] (the "Application")[2] of Mr. Gregg Glickstein and Gregg H. Glickstein, P.A. (together, the "Applicants") in the above-captioned chapter 11 case of 160 Royal Palm, LLC (the "Debtor"), and in support thereof states as follows:

### BACKGROUND

1.   On July 29, 2019, the Debtor filed an application to retain the Applicants as special New Haven Claim litigation counsel. [ECF No. 957].

2.   On August 13, 2019, KK-PB objected to the retention of the Applicants as special New Haven Claim litigation counsel. [ECF No. 1008].

3.   On August 14, 2019, the Debtor filed an amended application to retain the Applicants as special New Haven Claim litigation counsel. [ECF No. 1010].

---

[1]   The amended Objection amends and supersedes *KK-PB Financial, LLC's Objection to Application for Contingency Compensation of Special Counsel Gregg H. Glickstein, Esq. and Gregg H. Glickstein, P.A.* [ECF No. 1283] to provide certain clarifications and to be consistent with revisions made in other amended objections to final fee applications. A blackline version reflecting the amendments is attached hereto as Exhibit A.

[2]   ~~Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Application.~~

4. On August 29, 2019, the Court approved the Debtor's retention of the Applicants in that capacity. [ECF No. 1138].

5. On August 30, 2019, the Applicants filed the Application. [ECF No. 1149].

## OBJECTION

6. In the Application, the Applicants acknowledge that the contingency fee described therein has not yet been earned and that the Application "is being filed out of an abundance of caution to preserve the Applicant's right to the agreed-upon contingency fee and the reimbursement of the Expenses, including subsequent expenses, if and when the New Haven Claim is disallowed or reduced." Application ¶ 8.

7. To the extent the Application seeks approval and payment of the contingency fee now, it is premature.

~~8.~~ The litigations relating to the New Haven Claim are ongoing and the contingency fee has not yet been earned. ~~*Arabia v. Siedlecki*, 789 So. 2d 380, 384 (Fla. Dist. Ct. App. 2001) ("Until [plaintiff] actually recovered something from the [defendant], the contingency contemplated in the fee agreement did not occur.").~~

<u>8.</u> ~~9.~~ Indeed, Philip J. Landau, Esq. and the law firm of Shraiberg, Landau & Page, P.A.—with whom the Applicants are sharing a contingency fee with respect to certain litigation relating to the ~~KK-PB's~~ New Haven Claim—have offered to preserve its right to the contingency fee relating to the New Haven Claim until "if and when benefits are conferred on the estate." [ECF No. 1150 ¶ 13].

## RESERVATION OF RIGHTS

<u>9.</u> ~~10.~~ This Objection is submitted without prejudice to, and with a full express reservation of, KK-PB's rights relating to this Objection, including modifying and raising additional arguments.

## **CONCLUSION**

~~11. Accordingly, KK-PB respectfully requests that the Court grant the relief requested herein and such further relief as it deems just and appropriate under the circumstances.~~

<u>10.    For the foregoing reasons, the Application should be deferred at this time as premature.</u>

Dated: ~~September 20~~<u>October 7</u>, 2019        WHITE & CASE LLP
Miami, Florida

                                          By:  */s/ John K. Cunningham*
                                               John K. Cunningham
                                               Florida Bar No. 542490
                                               James N. Robinson
                                               Florida Bar No. 608858
                                               Fan B. He
                                               Florida Bar No. 0095597
                                               Southeast Financial Center, Suite 4900
                                               200 South Biscayne Boulevard
                                               Miami, Florida 33131-2352
                                               Telephone: (305) 371-2700
                                               Facsimile:  (305) 358-5744

                                               *Counsel for KK-PB Financial, LLC*

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

By: */s/ John K. Cunningham*
John K. Cunningham

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, the foregoing document was electronically filed with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on all parties via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ John K. Cunningham*
    *John K. Cunningham*

| Summary report: Litéra® Change-Pro TDC 10.1.0.700 Document comparison done on 10/7/2019 7:00:43 PM ||
|---|---|
| **Style name:** 2 W&C Standard Set ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://AMERICAS_DMS/AMERICAS/101122845/4 ||
| **Modified DMS:** iw://AMERICAS_DMS/AMERICAS/101209492/3 ||
| **Changes:** ||
| Add | 10 |
| Delete | 11 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 3 |
| Table Delete | 2 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 26 |