

**ORDERED in the Southern District of Florida on October 16, 2019.**

Erik P. Kimball, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In Re:

160 Royal Palm, LLC,                                    Case No.  18-19441-EPK

    Debtor.                                             Chapter
_____/

**ORDER GRANTING MOTION TO DEEM GREGG GLICKSTEIN**
**EMPLOYED AS SPECIAL COUNSEL PURSUANT TO SECTION 327(e)**

THIS MATTER came before the Court for hearing on October 10, 2019 upon the *Motion to Deem Gregg H. Glickstein and the Law Firm of Gregg H. Glickstein, P.A. to Be Employed as Special Counsel Under Section 327(e)* [ECF No. 1300] (the "Motion") filed by 160 Royal Palm, LLC (the "Debtor"), to which KK-PB Financial, LLC responded by filing its objection [ECF No. 1341] (the "Objection").

At the October 10, 2019 hearing, the Court made oral findings of fact and conclusions of law, which are fully incorporated herein.

For the reasons stated in such findings and conclusions, and being otherwise fully advised

{2234/000/00481151}

in the premises, it is **ORDERED AND ADJUDGED** that:

1. The Motion [ECF No. 1300] is GRANTED.

2. The Objection [ECF No. 1341] is OVERRULED.

3. The Debtor's employment of Gregg H. Glickstein and the law firm of Gregg H. Glickstein, P.A. as its special counsel, previously authorized by the Court's in its Order at ECF No. 137, is deemed to be pursuant to 11 U.S.C. § 327(e).

###

Submitted by:

Eric Pendergraft
Counsel for the Debtor
2385 N.W. Executive Center Drive, Suite 300
Boca Raton, Florida 33431
Telephone: (561) 443-0800
Facsimile: (561) 998-0047
ependergraft@slp.law

Copy to: Eric Pendergraft

*Eric Pendergraft is directed to serve a copy of this Order upon all interested parties and to file a certificate of service with the Court.*