UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | } | Case Number: 18-19441 |
| | } | |
| 160 Royal Palm, LLC | } | JUDGE KIMBALL |
| | } | |
| | } | CHAPTER 11 |

DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FOR THE PERIOD
FROM DECEMBER 1, 2019 TO DECEMER 31, 2019

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

*/s/ Eric Pendergraft*
*Attorney for Debtor's Signature*

Debtor's Address
and Phone Number:

160 Royal Palm, LLC

1118 Waterway Lane

Delray Beach, FL 33483

(561) 441-0222

Attorney's Address
and Phone Number:

Shraiberg, Landau & Page, P.A.

2385 NW Executive Center Drive, #300

Boca Raton, Florida 33431

Office Main Line: (561) 443-0800

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/index.htm.
   1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report.
   2) Initial Filing Requirements.
   3) Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/.

## SCHEDULE OF RECEIPTS & DISBURSEMENTS
### FOR THE PERIOD BEGINNING DECEMBER 1, 2019 AND ENDING DECEMBER 31, 2019

Name of Debtor: 160 Royal Palm, LLC
Date of Petition: August 2, 2018

Case Number: 18-19441-EPK

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---:|---:|
| 1. FUNDS AT BEGINNING OF PERIOD | $24,746.02 (a) | $ 34,845.68 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | $ - | $ - |
| Minus: Cash Refunds | - | - |
| Net Cash Sales | - | - |
| B. Accounts Receivables | | 500.00 |
| C. Other Receipts (See MOR-3) (must attach a rent roll) | | 32,995.39 |
| 3. TOTAL RECEIPTS (Lines 2A+2B+2C) | - | 33,495.39 |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS (Line 1 + Line 3) | $ 24,746.02 | $ 68,341.07 |
| 5. DISBURSEMENTS | | |
| A. Advertising | - | - |
| B. Bank Charges | 17.25 | 142.54 |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | - | 5,809.10 |
| F. Inventory Payments (See Attach. 2) | - | - |
| G. Leases | - | - |
| H. Manufacturing Supplies | - | - |
| I. Office Supplies | | - |
| J. Payroll - Net (See Attachment 4B) | | |
| K. Professional Fees (Accounting & Legal) (Advertising) (Appraiser) | | 30,940.85 |
| L. Rent | - | - |
| M. Repairs & Maintenance (Landscaper) | | 900.00 |
| N. Secured Creditors Payments (See Attach. 2) | - | - |
| O. Taxes Paid - Payroll (See Attachment 4C) | - | - |
| P. Taxes Paid - Sales & Use (See Attachment 4C) | - | - |
| Q. Taxes Paid - Other (See Attachment 4C) | - | - |
| R. Telephone | | - |
| S. Travel & Entertainment | | - |
| T. U.S. Trustee Quarterly Fees | | 4,875.00 |
| U. Utilities | | 944.81 |
| V. Vehicle Expenses | | - |
| W. Other Operating Expenses (See MOR-3) (Misc.) | 256.71 | 256.71 |
| 6. TOTAL DISBURSEMENTS (Sum of 5A thru W) | 273.96 | 43,869.01 |
| 7. ENDING BALANCE (Line 4 Minus Line 6) | $ 24,472.06 (c) | $ 24,472.06 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This __8th__ day of __Jan.__, 2020

_____
(Signature)

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c) These two amounts will always be the same if form is completed correctly.

## MONTHLY SCHEDULE OF RECEIPTS & DISBURSEMENTS
### FOR THE PERIOD BEGINNING DECEMBER 1, 2019 AND ENDING DECEMBER 31, 2019

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C

| Description | Current Month | Cumulative Petition to Date |
|---|---:|---:|
| Account Receivables | $ 500.00 | 500.00 |
| Account Receivables | 5,636.81 | 5,636.81 |
| Account Receivables | 27,358.58 | 27,358.58 |
|  | - | - |
|  | - | - |
|  | - | - |
| **TOTAL OTHER RECEIPTS** | **$ 33,495.39** | **$ 33,495.39** |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:

| Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
|  |  |  |  |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W

| Description | Current Month | Cumulative Petition to Date |
|---|---:|---:|
| Check Order Fee | 256.71 | 256.71 |
| Monthly Service Fee | 17.25 | 17.25 |
|  | - | - |
|  | - | - |
|  | - | - |
|  | - | - |
|  | - | - |
| **TOTAL OTHER DISBURSEMENTS** | **$ 273.96** | **$ 273.96** |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement**

**ATTACHMENT 1**
**MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

**Name of Debtor:** 160 Royal Palm, LLC             **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019             Period Ending: 12/31/2019

ACCOUNTS RECEIVABLE AT PETITION DATE

**ACCOUNTS RECEIVABLE RECONCILIATION**

(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

**Beginning of Month Balance**
   PLUS: Current Month New Billings
   MINUS: Collection During the Month
   PLUS/MINUS: Adjustments or Writeoffs                                                           -
**End of Month Balance**                                                                          **$            -**

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total |
|---|---|---|---|---|
| $        - | $        - | $        - | $        - | $        - |

**For any receivables in the "Over 90 Days" category, please provide the following:**

| Customer | Receivable Date | Status* |
|---|---|---|
|  |  |  |

* Collection efforts taken, estimate of collectability, write-off, disputed account, etc.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

**Name of Debtor:** 160 Royal Palm, LLC      **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019      Period Ending: 12/31/2019

In the space below list all invoices or bills incurred and not paid <u>since the filing of the petition.</u>  <u>Do not</u> include amounts owed prior to filing the petition.  In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| N/A | | | | |

**TOTAL AMOUNT**                                                                                      $          -     **(b)**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

**Opening Balance**                                                                                                                   **(a)**
  PLUS: New Indebtedness Incurred This Month
  MINUS: Amount Paid on Post Petition, Accounts Payable This Month
  PLUS/MINUS: Adjustments                                                                                           -      *
**Ending Month Balance**                                                                                      $          -     **(c)**

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payment to Secured Creditors and Lessors (Post Petition Only).  If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior or completing this section

| Secured Creditor/Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| | | $          - | - | - |
| | | - | - | - |
| | | - | - | - |
| | | - | - | - |
| **TOTAL** | | $          -     **(d)** | | |

(a) This number is carried forward from last month's report.  For the first report only, this number will be zero.
(b, c) The total of line (b) must equal line (c)
(d) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

Monthly Operating Report                    Unaudited                    10:11 AM, 1/8/2020

**ATTACHMENT 3**
**INVENTORY AND FIXED ASSETS REPORT**

**Name of Debtor:** 160 Royal Palm, LLC    **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019    Period Ending: 12/31/2019

## INVENTORY REPORT

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE | $ | - |
| INVENTORY RECONCILIATION: | | |
| **Inventory Balance at Beginning of Month** | $ | - (a) |
| PLUS: Inventory Purchased During Month | | - |
| MINUS: Inventory Used or Sold | | - |
| PLUS/MINUS: Adjustments or Writeoffs | | - * |
| **Inventory on Hand at End of Month** | $ | - |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total | |
|---|---|---|---|---|---|
| n/a | n/a | n/a | n/a | 0.0% | * |

* Aging Percentages must equal 100%.
☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** _____

## FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE    **(b)**

*(Includes Property, Plant and Equipment)*

BRIEF DESCRIPTION (First Report Only): _____ Real Property, Vinyl, Carpet, Appliances, Granite Countertops
(as described in the Debtor's schedules)

| | | |
|---|---|---|
| FIXED ASSETS RECONCILIATION: | | |
| Fixed Asset Book Value at Beginning of Month | $ | - **(a), (b)** |
| MINUS: Depreciation Expense | | - |
| PLUS: New Purchases | | - |
| PLUS/MINUS: Adjustments or Write-downs | | - * |
| **Ending Monthly Balance** | $ | - |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD:

(a) This number is carried forward from last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

**ATTACHMENT 4A**
**MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT**

**Name of Debtor:** 160 Royal Palm, LLC           **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019              Period Ending: 12/31/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.  A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.  If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts.  Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

**NAME OF BANK:** City National Bank              **BRANCH:** Delray Beach
**ACCOUNT NAME:** 160 Royal Palm LLC DIP Account    **ACCOUNT #:** XXXXXXX3501
**PURPOSE OF ACCOUNT: OPERATING**

|  |  |
|---|---:|
|  | N/A |
| Ending Balance per Bank Statement | $24,472.06 |
| Plus Total Amount of Outstanding Deposits | - |
| Minus Total Amount of Outstanding Checks and other debits | * |
| Minus Service Charges | - |
| **Ending Balance per Check Register** | **$ 24,472.06** **, (a) |

\* Debit Cards are used by:
\*\* If Closing Balance is negative, provide explanation:

The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
|  |  |  |  |  |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$    -    Transferred to Payroll Account
$    -    Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5A**
**CHECK REGISTER - OPERATING ACCOUNT**

**Name of Debtor:** 160 Royal Palm, LLC          **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019              Period Ending: 12/31/2019

**NAME OF BANK:**                               **BRANCH:**

**ACCOUNT NAME:**                               **ACCOUNT #:**          XXXXXXX3501

**PURPOSE OF ACCOUNT: OPERATING**

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |

**TOTAL AMOUNT**                                                          **$0.00**

**ATTACHMENT 4B**
**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

**Name of Debtor:** 160 Royal Palm, LLC                    **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019                          Period Ending: 12/31/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

**NAME OF BANK:**                                           **BRANCH:**
**ACCOUNT NAME:**                                           **ACCOUNT #:**                              N/A
**PURPOSE OF ACCOUNT: PAYROLL**

|   |   |   |
|---|---|---|
| Ending Balance per Bank Statement | $ | - |
| Plus Total Amount of Outstanding Deposits |   | - |
| Minus Total Amount of Outstanding Checks and other debits |   | - * |
| Minus Service Charges |   | - |
| **Ending Balance per Check Register** | $ | - **, (a) |

\* Debit Cards are used by:
\*\* If Closing Balance is negative, provide explanation:

**The following disbursements were paid in Cash:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|------|--------|-------|---------|------------------------------|
|      |        |       |         |                              |

**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Account Disbursement |
|------|--------|-------|---------|---------------------------------|
|      |        |       |         |                                 |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

**Name of Debtor:** 160 Royal Palm, LLC          **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019            Period Ending: 12/31/2019

| **NAME OF BANK:** | | **BRANCH:** | 0 | |
| **ACCOUNT NAME:** | | **ACCOUNT #:** | 0 | N/A |

**PURPOSE OF ACCOUNT: PAYROLL**

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | Check Number | Payee | Purpose | Amount |
|------|--------------|-------|---------|--------|
|      |              |       |         | $   -  |
|      |              |       |         |     -  |
|      |              |       |         |     -  |
|      |              |       |         |     -  |
|      |              |       |         |     -  |
|      |              |       |         |     -  |
|      |              |       |         |     -  |
|      |              |       |         |     -  |
| **TOTAL AMOUNT** | | | | $   - |

Monthly Operating Report                Unaudited                10:11 AM, 1/8/2020

**ATTACHMENT 4C**
**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

**Name of Debtor:** 160 Royal Palm, LLC         **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019         Period Ending: 12/31/2019

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/index.htm.

**NAME OF BANK:**                **BRANCH:**                                    N/A
**ACCOUNT NAME:**                **ACCOUNT #:**
**PURPOSE OF ACCOUNT: TAX**

|  |  |
|---|---|
| Ending Balance per Bank Statement | $           - |
| Plus Total Amount of Outstanding Deposits | - |
| Minus Total Amount of Outstanding Checks and other debits | -      * |
| Minus Service Charges | - |
| **Ending Balance per Check Register** | $           -   **, (a) |

\* Debit Cards are used by:
\*\* If Closing Balance is negative, provide explanation:

**The following disbursements were paid in Cash:**
( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
|  |  |  |  |  |

**The following non-payroll disbursements were made from this account:**

| Date | Amount | Payee | Purpose | Reason for Account Disbursement |
|---|---|---|---|---|
|  |  |  |  |  |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5C**
**CHECK REGISTER - PAYROLL ACCOUNT**

**Name of Debtor:** 160 Royal Palm, LLC                **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019                Period Ending: 12/31/2019

| | | | |
|---|---|---|---|
| **NAME OF BANK:** | **BRANCH:** | | 0 |
| **ACCOUNT NAME:** | **ACCOUNT #:** | 0 | **N/A** |

**PURPOSE OF ACCOUNT: PAYROLL**

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust.

| Date | Check Number | Payee | Purpose | Amount | |
|---|---|---|---|---|---|
| | | | | $ | - |
| | | | | | - |
| | | | | | - |
| | | | | | - |
| **TOTAL AMOUNT** | | | | $ - | **(d)** |

**SUMMARY OF TAXES PAID**

| | | |
|---|---|---|
| Payroll Taxes Paid | $ - | **(a)** |
| Sales & Use Taxes Paid | - | **(b)** |
| Other Taxes Paid | - | **(c)** |
| **TOTAL** | $ - | **(d)** |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

**ATTACHMENT 4D**
**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | $ - | $ - | | $ - |
| N/A | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| | - | - | | - |
| **TOTAL** | | | | $ - (a) |

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Amount of Box/ Location | *(Column 2)* Maximum Amount of Cash in Drawer/ Acct. | *(Column 3)* Amount of Cash on Hand at End of Month | *(Column 4)* Difference Between Column 2 and Column 3 |
|---|---|---|---|
| | $ - | $ - | $ - |
| | - | - | - |
| | - | - | - |
| **TOTAL** | | $ - (b) | |

For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation:

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**   $ - (c)

(c) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**
**MONTHLY TAX REPORT**

**Name of Debtor:** 160 Royal Palm, LLC            **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019            Period Ending: 12/31/2019

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
|  |  |  | $      - |  |  |
| N/A |  |  | - |  |  |
|  |  |  | - |  |  |
|  |  |  | - |  |  |
| **TOTAL** |  |  | **$      -** |  |  |

**ATTACHMENT 7**
**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**Name of Debtor:** 160 Royal Palm, LLC          **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019               Period Ending: 12/31/2019

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer of Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| N/A | | | $ - |
| | | | - |
| | | | - |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | 0 | 0 |
| Number hired during the period | 0 | 0 |
| Number terminated or resigned during period | 0 | 0 |
| Number of employees on payroll at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expireation Date | Date Premuim Due |
|---|---|---|---|---|---|
| | | | | | |

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| | | | |

☐ **Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

## ATTACHMENT 8
## SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

**Name of Debtor:** 160 Royal Palm, LLC         **Case Number:** 18-19441-EPK

Report Period Beginning: 12/1/2019         Period Ending: 12/31/2019

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)* ; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

No significant events.

# City National Bank
## Bci FINANCIAL GROUP



Page 1 of 1
Account: XXXXXXX3501

### Client Service

 **Online** citynational.com

 **CityTel** 1-800-762-CITY (2489)

**Your Banking Center**
Delray Beach
1120 South Federal Highway
Delray Beach, FL 33483

**Telephone**
561-243-3710
800-435-8839

**Your Banking Center Hours**
Lobby:  Monday - Thursday:  9:00am - 4:00pm
        Friday:              9:00am - 5:30pm
Drive-Thru: Monday - Thursday: 8:30am - 5:00pm
            Friday:             8:30am - 5:30pm

P:48552 / T: / S:



BANKRUPTCY 160 ROYAL PALM LLC
DIP/CHAPTER 11 CASE #18-19441-EPK
CARY D GLICKSTEIN
1118 WATERWAY LN
DELRAY BEACH FL 33483-7156



For additional locations and hours, please visit citynational.com

 Member FDIC

## Bankruptcy

### Account Summary

| | | | |
|---|---|---|---|
| Account: | XXXXXXX3501 | Beginning Balance: | $24,746.02 |
| Last Statement: | November 29, 2019 | Ending Balance: | $24,472.06 |
| This Statement: | December 31, 2019 | Average Ledger Balance: | $24,568.92 |
| | | Low Balance: | $24,472.06 |

### Daily Activity

| Date | Description | Deposits | Withdrawals | Balance |
|---|---|---|---|---|
| 11-29 | Beginning balance | | | 24,746.02 |
| 12-11 | Harland Clarke Chk Order 1MI978911395000 | | 256.71 | 24,489.31 |
| 12-16 | Monthly Service Fee | | 17.25 | 24,472.06 |
| 12-31 | Ending totals | 0.00 | 273.96 | 24,472.06 |



VERITAGEMIAMI
PRESENTED BY City National Bank

CRAFT BEER TASTING
FEBRUARY 13, 2020

FARM TO FORK WITH CHEF
MICHAEL SCHWARTZ
MARCH 15, 2020

PURCHASE TICKETS NOW AT
VERITAGEMIAMI.COM

To benefit United Way of Miami-Dade



It's Because Of YOU

Thank you for voting for City National Bank.
Best Community Bank
Best Business Bank
Best Bank for Commercial Real Estate Lending
Best Bank for Jumbo Loans
Best Foreign National Mortgage Lender
Best Private Bank



dbr DAILY BUSINESS REVIEW.COM

City National Bank is a Hall of Fame member for having placed at the top of each category for multiple years.