UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                             Case No.  18-19441-EPK

        Debtor.                                Chapter 11

_____/

**SUMMARY OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND
REIMBURSEMENT OF EXPENSES OF DECHERT, LLP AS SPECIAL
BANKRUPTCY APPELLATE COUNSEL FOR
THE DEBTOR, 160 ROYAL PALM, LLC.**

1.     Name of Applicant:  Dechert, LLP

2.     Role of Applicant:  Special Bankruptcy Appellate Counsel

3.     Name of Certifying Professional:  G. Eric Brunstad, Jr.

4.     Date Case Filed:  August 2, 2018

5.     Date of Retention Order:  May 9, 2019 *nunc pro tunc* to March 12, 2019

**IF INTERIM APPLICATION, COMPLETE 6, 7 AND 8 BELOW:**

6.     Period for this Application:  March 12, 2019 through February 10, 2020[1]

7.     Amount of Compensation Sought:                  $1,118,036.50

8.     Amount of Expense Reimbursement Sought:       $4,298.55

**IF FINAL APPLICATION, COMPLETE 9 AND 10 BELOW:**

9.     Total Amount of Compensation/Fees Sought During Cases:     N/A

10.    Total Amount of Expense Reimbursement Sought During Cases:   N/A

11.    Amount of Original Retainer(s) – both Fee and Cost Retainers:   $0.00

12.    Current Balance of Retainer(s) Remaining:              $0.00

13.    Last monthly operating report filed:              January 1, 2020

14.    If case is Chapter 11, current funds in the Chapter 11 estate:  $24,472.06[2]

15.    If case is Chapter 7, current funds held by Chapter 7 trustee:   N/A

---

[1] This Application estimates the Applicant's fees after January 23, 2020 and up through the confirmation hearing scheduled for February 10, 2020 in the amount of $20,000.00.

[2] *Per* Debtor's December 2019 Monthly Operating Report prepared by the Debtor.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                           Case No.  18-19441-EPK

          Debtor.                              Chapter 11

_____/

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF DECHERT LLP AS
SPECIAL BANKRUPTCY APPELLATE COUNSEL FOR
THE DEBTOR 160 ROYAL PALM, LLC.**

G. Eric Brunstad, Jr. and the law firm of Dechert, LLP (the "Applicant" or "Dechert"),

special bankruptcy appellate counsel for the debtor-in-possession, 160 Royal Palm, LLC (the

"Debtor"), hereby apply for final compensation for fees for services rendered and costs incurred

in this Chapter 11 proceeding from March 12, 2019 through February 10, 2020.[3]  This First Interim

Application for Compensation and Reimbursement of Expenses (the "Application") is filed

pursuant to 11 U.S.C. §§ 330 and 331 and Rule 2016, Federal Rules of Bankruptcy Procedure, and

meets all the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1).

The Exhibits attached to this Fee Application, pursuant to the Guidelines, are:

  **Exhibit "1"** – Cumulative summary of Professional and Paraprofessional Time;

  **Exhibit "2a" –** Summary of Professional and Paraprofessional Time by Activity Code;

  **Exhibit "2b"** – Summary of Requested Reimbursements of Expenses; and

  **Exhibit "3"** – The Applicant's complete time records, in chronological order, by date, for
             the time period covered by the Application.  The requested fees are itemized
             to the tenth of an hour.

---

[3] This Application estimates the Applicant's fees after January 23, 2020 and up through the confirmation hearing
scheduled for February 10, 2020 in the amount of $20,000.00.

## I.  THE GENERAL NATURE AND THE SERVICES RENDERED

1.      The Debtor is an insolvent Florida limited liability company which, until recently, owned the real property consisting of a partially constructed hotel/condominium located at 160 Royal Palm Way, Palm Beach, Florida (the "Real Property").

2.      On August 2, 2018, the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Petition Date").  Pursuant to Bankruptcy Code §§ 1107 and 1108, the Debtor is operating its businesses and managing its affairs as debtor-in-possession and possess all of the powers, functions, and duties of a trustee.  As of the date hereof, no trustee, examiner, or statutory committee has been appointed in this Chapter 11 case.

3.      On May 9, 2019, the Court entered an order approving the employment of the Applicant as special bankruptcy appellate counsel *nunc pro tunc* to March 12, 2019. The Application requests a final award of compensation from the estate for the period March 12, 2019 through February 10, 2020 (the "Application Period").

4.      During the Application Period, the Applicant rendered extensive and necessary services for and on behalf of the Debtor.  The Applicant is an established law firm having substantial experience in bankruptcy and commercial law and litigation.  A summary description of the services provided by the Applicant is summarized below as the basis for the fees requested herein:

> 1.  **Bankruptcy Appeals:**  The Applicant had numerous communications with the Debtor and its professionals regarding various appeals filed from various orders entered by the Bankruptcy Court in this case, and likewise participated extensively in representing the Debtor in these appellate proceedings.  The several appeals are *In re 160 Royal Palm,*

*LLC*, case no. 19-11402-B (11th Cir. 2019) currently pending in the Eleventh Circuit and arising from the District Court's affirmance of various orders entered by the Bankruptcy Court regarding the sale of the Real Property; *In re 160 Royal Palm, LLC*, case no. 19-80351-RLR (S.D. Fla. 2019) culminating in the District Court's affirmance of various orders entered by the Bankruptcy Court regarding the sale of the Real Property; and *KK-PB v. 160 Royal Palm, LLC*, case no. 19-CV-80342-RLR (S.D. Fla. 2019) currently pending in the District Court and arising from the Bankruptcy Court's order estimating KK-PB's claim at $0 for all purposes in the case.   These appeals have been accompanied by numerous motions filed in the Bankruptcy Court, the District Court, and the Eleventh Circuit seeking, among other things, stays of the various orders that the subject of these appeals, dismissal for lack of jurisdiction, and relinquishment of appellate jurisdiction to permit further proceedings in the Bankruptcy Court.   Additional appeals are expected. Accordingly, in addition to representing the Debtor with respect to all aspects of the appeals listed above, Applicant has also advised the Debtor with respect to various issues that are the subject of current or potential litigation from the perspective of establishing an appropriate record, raising the relevant issues, and otherwise maximizing the Debtor's success on appeal if an appeal is taken.

2. **<u>Plan and Disclosure Statement:</u>** The Applicant has spent a limited amount of time assisting the Debtor and its counsel with disclosure statement and plan confirmation issues.

3. **<u>Claims Administration and Objection:</u>** The Applicant has spent a limited amount of time assisting the Debtor and its counsel with issues arising in pending or

potential litigation with various parties involving various claims asserted against the estate, including the settlement of such claims against the Debtor.  .

4. **Other Contested Matters:**  The Applicant has spent a limited amount of time assisting the Debtor and its counsel with issues arising in pending or potential litigation involving the Debtor's claims against other parties.

5. **Retention**:  The Applicant has spent a limited amount of time participating in Applicant's retention and addressing an objection to Applicant's retention.

## II.  EVALUATION OF SERVICES RENDERED BY THE APPLICANT

The Applicant believes that the requested fee of $1,098,036.50 for 952.40 hours worked (plus an additional estimated amount of $20,000.00 as set forth above) from March 12, 2019 through February 10, 2020 is reasonable considering the principles stated in *Pennsylvania v. Delaware Citizens' Counsel for Clean Air*, 478 U.S. 546 (1986); *Hensley v. Eckerhart*, 461 U.S. 424, 433 (1983); and *Norman v. Housing Auth. of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988); and each of the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as follows:

1. The Time and Labor Required;
2. The Novelty and Difficulty of the Services Rendered;
3. The Skill Requisite to Perform the Services Properly;
4. The Preclusion of other Employment by the Professional due to Acceptance of the Case;
5. The Customary Fee;
6. Whether the Fee is Fixed or Contingent;
7. Time Limitations Imposed by the Client or Other Circumstances;
8. The Amount Involved and the Results Obtained;
9. The Experience, Reputation and Ability of the Professional;

10. The Undesirability of the Case;

11. The Nature and Length of the Professional Relationship of the Client; and

12. Awards in Similar Cases.

### THE TIME AND LABOR REQUIRED

The attached Exhibits show that the Applicant has devoted not less than 952.40 hours of time providing legal services to the Debtor from March 12, 2019 through February 10, 2020.

### THE NOVELTY AND DIFFICULTY OF THE SERVICE

The legal questions arising in the representation of the Debtor during the Application Period have not been particularly novel, but they have been time consuming and have required the skillful analysis and presentation of issues of bankruptcy law in appellate courts that generally lack bankruptcy expertise. The legal questions have also involved other issues of commercial and appellate law relating to the matters considered.

### THE SKILL REQUISITE TO PERFORM THE SERVICES PROPERLY

In order to perform the legal services enumerated herein properly, substantive legal knowledge in the fields of bankruptcy and commercial law, and bankruptcy appeals, have been required.

G. Eric Brunstad, Jr. ("Mr. Brunstad") has been primarily responsible for supervising the matters for which the Applicant seeks compensation herein. Mr. Brunstad is an attorney licensed to practice law in the States of Connecticut and New York, in the United States Supreme Court, in each of the Federal Courts of Appeals, and in the United States District Courts for the Districts of Connecticut, the Southern District of New York, the Eastern District of New York, and the Eastern District of Michigan. Mr. Brunstad has substantial experience in bankruptcy matters representing debtors, creditors' committees, trustees, and creditors in Chapter 7, 9, 11, 12, 13, and 15 proceedings.

Other attorneys in Mr. Brunstad's office advised and assisted him. Their assistance in this matter has resulted in a lesser expenditure to, and benefit to, the estate as a result of their knowledge and experience in this area.

### THE PRECLUSION OF OTHER EMPLOYMENT BY THE PROFESSIONAL DUE TO THE ACCEPTANCE OF THE CASE

The Applicant is aware of no other specific employment which was precluded as a result of its accepting this case; however, due to the time spent on this case, the Applicant was unable to devote that time to other matters, therein preventing the Applicant from billing and collecting fees in other cases.

### THE CUSTOMARY FEE

The rates charged by the Applicant as set forth in Exhibit "1" are customary for attorneys of the skill and expertise of the professionals listed in Exhibit "1" within the Southern District of Florida, as well as across the Nation.

For services of the type rendered herein if those services were performed for a private client, the Applicant would charge a reasonable fee for services rendered, on an hourly rate or, in addition, a contingent or fixed fee basis. The fee requested by the Applicant is comparable to those fees which would be charged to a private client for similar services rendered by the Applicant.

### FIXED OR CONTINGENT FEE

The rates charged by the Applicant as set forth in the attached exhibits are within the range charged by attorneys in the District and the Southern District of Florida of similar skill and reputation in the areas of bankruptcy and commercial law.

## TIME LIMITATIONS IMPOSED BY THE CLIENT OR OTHER CIRCUMSTANCES

The Applicant is not aware of any extraordinary time limitations imposed by the Debtor in this case.  However, the case has required the Applicant to spend significant time in conducting all the debtor representation activity that Applicant has been called upon to perform.

## EXPERIENCE, REPUTATION, AND ABILITY OF APPLICANT

The Applicant and Mr. Brunstad regularly represent creditors, debtors, and trustees in bankruptcy matters in various bankruptcy courts, federal district courts, federal U.S. courts of appeals, and the U.S. Supreme Court.  It is believed that Applicant and Mr. Brunstad have a respectable national reputation in the legal profession, and in bankruptcy matters in particular.  In addition to the qualifications listed above, Mr. Brunstad holds his J.S.D. and LL.M. from the Yale Law School, where he also teaches bankruptcy and commercial law courses.  He holds his J.D. from the University of Michigan Law School.  Mr. Brunstad routinely appears in bankruptcy cases pending in the U.S. Supreme Court, as well as in the various Circuit Courts of Appeals and in the U.S. District Courts.  He is a contributing author to the Collier treatise on bankruptcy law, has published a book on secured transactions, and has authored numerous scholarly articles.

The experience, reputation and ability of the Applicant are appropriate matters for consideration in determining the fee to be awarded.

## THE UNDESIRABILITY OF THE CASE

The Applicant did not and does not find it undesirable to represent this Debtor.

## THE NATURE AND LENGTH OF THE
## PROFESSIONAL RELATIONSHIP WITH THE CLIENT

The Applicant does not represent this Debtor in other matters or bankruptcy proceedings.

## AWARDS IN SIMILAR CASES

The amount requested by the Applicant is not unreasonable in terms of awards in cases of like magnitude and complexity.  The fees required by the Applicant comport with the mandate of the Code, which directs that services be evaluated in the light of comparable services performed in bankruptcy cases in the community.

**WHEREFORE**, the Applicant, Dechert, LLP, seeks an award of $1,098,036.50 of fees, (plus an estimated amount of $20,000 from January 24, 2020 through February 10, 2020), and expenses in the amount of $4,298.55, and such other relief as this Court deems just and appropriate. The Applicant reserves the right to file additional applications for services rendered on behalf of the Debtor through the conclusion of Debtor's affairs.

Respectfully submitted,

**DECHERT, LLP**
90 State House Square
Hartford, CT 06001
Telephone: 860-524-3999
Facsimile: 860-394-4189
Email: eric.brunstad@dechert.com


By: /s/ G. Eric Brunstad, Jr.
     G. Eric Brunstad, Jr.

## CERTIFICATION

1.      I have been designated by Dechert, LLP (the "Applicant") as the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines").

2.      I have read the Applicant's First and Final Application for Compensation and Reimbursement of Expenses (the "Application").  The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this Certification and described in the Application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit "2b", the Applicant is seeking reimbursement only for the actual expenditure and has not marked-up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Application to third party.

6.      The following are the variances with the provisions of the Guidelines, the date of each Court Order approving the variance, and the justification for the variance:  NONE.


DECHERT, LLP
90 State House Square
Hartford, CT 06001
Telephone: 860-524-3999
Facsimile: 860-394-4189
Email: eric.brunstad@dechert.com


By: ___/s/ G. Eric Brunstad, Jr._____
        G. Eric Brunstad, Jr.

**EXHIBIT 1**
**CUMULATIVE SUMMARY OF PROFESSIONAL**
**AND PARAPROFESSIONAL TIME**

| Name (Partner, Associate, Paraprofessional*) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| G. Eric Brunstad, Jr. (GB) | 710.0 | $1,285.00 | $912,350.00 |
| Christopher M. Trueax (CMT) | 33.9 | $870.00 | $29,493.00 |
| Christopher S. Burrichter (CSB) | 32.3 | $885.00 | $28,585.50 |
| Kevin P. Brost (KPB) | 26.2 | $870.00 | $22,794.00 |
| Melanie C. MacKay (MCM) | 94.1 | $900.00 | $84,690.00 |
| Bernard G. Powell* (BGP) | 55.9 | $360.00 | $20,124.00 |
| **TOTAL** | **952.40** | | **$1,098,036.50[4]** |

---

[4] In addition to this number, this Application estimates the Applicant's fees after January 23, 2020 and up through the confirmation hearing scheduled for February 10, 2020 in the amount of $20,000.00.

**EXHIBIT 2a**
**SUMMARY OF PROFESSIONAL AND PARAPROFESSIONAL TIME BY**
**ACTIVITY CODE**

**BANKRUPTCY APPEALS**

| Name (Partner, Associate, Paraprofessional*) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| G. Eric Brunstad, Jr. (GB) | 614.1 | $1,285.00 | $789,118.50 |
| Christopher M. Trueax (CMT) | 33.9 | $870.00 | $29,493.00 |
| Christopher S. Burrichter (CSB) | 32.3 | $885.00 | $28,585.50 |
| Kevin P. Brost (KPB) | 26.2 | $870.00 | $22,794.00 |
| Melanie C. MacKay (MCM) | 94.1 | $900.00 | $84,690.00 |
| Bernard G. Powell* (BGP) | 55.9 | $360.00 | $20,124.00 |
| **TOTAL** | **856.50** | | **$974,805.00[5]** |

**PLAN AND DISCLOSURE STATEMENT**

| Name (Partner, Associate, Paraprofessional*) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| G. Eric Brunstad, Jr. (GB) | 59.0 | $1,285.00 | $75,815.00 |
| Christopher M. Trueax (CMT) | | $870.00 | |
| Christopher S. Burrichter (CSB) | | $885.00 | |
| Kevin P. Brost (KPB) | | $870.00 | |
| Melanie C. MacKay (MCM) | | $900.00 | |
| Bernard G. Powell* (BGP) | | $360.00 | |
| **TOTAL** | **59.0** | | **$75,815.00** |

**CLAIMS ADMINISTRATION AND OBJECTION**

| Name (Partner, Associate, Paraprofessional*) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| G. Eric Brunstad, Jr. (GB) | 3.8 | $1,285.00 | $4,883.00 |
| Christopher M. Trueax (CMT) | | $870.00 | |
| Christopher S. Burrichter (CSB) | | $885.00 | |
| Kevin P. Brost (KPB) | | $870.00 | |
| Melanie C. MacKay (MCM) | | $900.00 | |
| Bernard G. Powell* (BGP) | | $360.00 | |
| **TOTAL** | **3.8** | | **$4,883.00** |

---

[5] In addition to this number, this Application estimates the Applicant's fees after January 23, 2020 and up through the confirmation hearing scheduled for February 10, 2020 in the amount of $20,000.00.

**OTHER CONTESTED MATTERS**

| Name (Partner, Associate, Paraprofessional*) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| G. Eric Brunstad, Jr. (GB) | 7.4 | $1,285.00 | $9,509.00 |
| Christopher M. Trueax (CMT) | | $870.00 | |
| Christopher S. Burrichter (CSB) | | $885.00 | |
| Kevin P. Brost (KPB) | | $870.00 | |
| Melanie C. MacKay (MCM) | | $900.00 | |
| Bernard G. Powell* (BGP) | | $360.00 | |
| **TOTAL** | **7.4** | | **$9,509.00** |

**RETENTION BY DEBTOR**

| Name (Partner, Associate, Paraprofessional*) | Total Hours | Hourly Rate | Total Fee |
|---|---|---|---|
| G. Eric Brunstad, Jr. (GB) | 25.7 | $1,285.00 | $33,024.50 |
| Christopher M. Trueax (CMT) | | $870.00 | |
| Christopher S. Burrichter (CSB) | | $885.00 | |
| Kevin P. Brost (KPB) | | $870.00 | |
| Melanie C. MacKay (MCM) | | $900.00 | |
| Bernard G. Powell* (BGP) | | $360.00 | |
| **TOTAL** | **25.7** | | **$33,024.50** |

**EXHIBIT 2b**
**SUMMARY OF REQUESTED REIMBURSEMENTS OF EXPENSES**

| Disbursements | Amount | | |
|---|---|---|---|
| Duplication Charges | $8.74 | | |
| Color Copies | $.23 | | |
| Westlaw Search Fees | $2,830.62 | | |
| Pacer Research Fees | $235.30 | | |
| Lexis/Legal Research | $1,091.66 | | |
| Court Costs – Call Fees | $132.00 | | |
| **TOTAL** | **$4,298.55** | | |

**Exhibit 3 – TIME RECORDS**

| <u>DATE</u> | <u>ATTY</u> | <u>HOURS</u> | <u>DESCRIPTION</u> |
|---|---|---|---|
| 03/15/19 | GB | 2.20 | Review and analysis of appellate issues (.9); legal research regarding mootness doctrine as applied in the context of sales of assets under section 363(m) (1.3). |
| 03/18/19 | GB | 3.30 | Review and analysis of motions and orders regarding sale of property and estimation of claim (.9); review and analysis of background of case and record (2.0); and review and analysis of appellate strategy (.4). |
| 03/19/19 | GB | 3.70 | Review and analysis of issues regarding appellate strategy, mootness, closing over appeal, and related issues (3.0); prepare for and participate in telephone conference with P. Landau re same (.7). |
| 03/20/19 | GB | 2.40 | Review and analysis of appellate issues, including possibility of stay upon submission of supersedeas bond (1.1); review pleadings (1.3). |
| 03/21/19 | GB | 2.80 | Review and analysis of appellate issues and strategy regarding sale order and legal research re same (2.8). |
| 03/25/19 | GB | 3.60 | Review and analysis of appellate issues regarding sale order and legal research regarding same (2.4); review expedited procedures and argument strategy for district court appeal, including argument progression and structure (1.2). |
| 03/26/19 | GB | 4.90 | Review and analysis of issues regarding statement of issues, designation of the record, hearing scheduled, expedited review, argument strategy (3.2); review and analysis of mootness argument, standard of review, and briefing strategy (1.1); prepare for and participate in telephone conference with P. Landau regarding same (.6). |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** |
|---|---|---|---|
| 03/27/19 | GB | 4.10 | Review and analysis of appellate issues and appellate strategy (.8); draft and revise statement of issues (1.2); review and analysis of standard of review issues and legal research regarding same (1.5); communicate with counsel by email regarding appellate issues (.6). |
| 04/01/19 | GB | 4.90 | Review and analysis of appellate issues regarding sale order appeal (.8); review briefing and strategize response (3.2); prepare for and participate in telephone conference with P. Landau regarding same (.9). |
| 04/02/19 | GB | 4.70 | Review and analysis of appellate issues (.7); review draft brief and legal research regarding issues raised in brief and cases cited (4.0). |
| 04/03/19 | GB | 6.70 | Review and analysis of appellate issues (.6); draft and revise appellate brief (6.1). |
| 04/04/19 | GB | 4.80 | Review and analysis of appellate issues and assist P. Landau with preparation for oral argument (2.7); review argument outline (1.4); communicate with counsel by email regarding same (.7). |
| 04/05/19 | GB | 3.20 | Review and analysis of appellate issues and strategy questions raised by P. Landau and legal research regarding same (3.2). |
| 04/08/19 | GB | 4.40 | Review and analysis of appellate issues for oral argument in sale order appeal (.8); review designation of record and statement of issues (1.3); review and analysis of hearing issues and strategy (.4); legal research regarding appellate issues (1.9). |
| 04/09/19 | GB | 5.80 | Review and analysis of appellate issues regarding estimation order and questions raised by P. Landau (2.3); review record materials regarding estimation appeal (1.7); strategize estimation appeal (.4); legal research regarding due process and estimation procedure issues (1.4). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 04/10/19 | GB | 5.70 | Review and analysis of appellate issues regarding estimation order (2.2); prepare for and participate in telephone conference with P. Landau regarding same (.8); legal research regarding appellate issues and strategize appeal of estimation order (1.3); review record (1.4). |
| 04/11/19 | GB | 3.70 | Review and analysis of appellate issues regarding estimation order and legal research regarding issues raised in appeal (2.9); review record (.8). |
| 04/12/19 | GB | 2.20 | Review and analysis of appellate issues and legal research regarding mootness for sale order appeal (2.2). |
| 04/15/19 | GB | 4.40 | Review and analysis of appellate issues and motion to dismiss sale order appeal on grounds of mootness (1.3); review and analysis of closing issues and their relevance to the appeal (1.4); review and analysis of estimation issues (.9); legal research regarding issues raised in estimation appeal (.8). |
| 04/16/19 | GB | 4.40 | Review and analysis of issues regarding mootness under section 363(m), and the sale of property notwithstanding pending appeals (1.2); review and analysis of issues raised in the estimation appeal (.9); legal research regarding fraudulent transfer issues relevant to estimation appeal (2.3). |
| 04/17/19 | GB | 1.10 | Review and analysis of appellate issues in estimation appeal (1.1). |
| 04/18/19 | GB | 3.70 | Review and analysis of issues regarding estimation appeal and briefing strategy (1.1); review and analysis of issues regarding sale of property and appeal of sale order (1.4); legal research re statutory and equitable mootness issues (1.2). |
| 04/22/19 | GB | 2.20 | Review and analysis of equitable mootness issues and legal research regarding same (2.2). |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** |
|---|---|---|---|
| 04/23/19 | GB | 2.70 | Review and analysis of statutory mootness issues and legal research regarding same, elements for demonstrating mootness, and issue of finality of sales (2.7). |
| 04/24/19 | GB | 2.60 | Review and analysis of issues regarding retention to represent debtor and likely objection by adverse claimant (2.1); review procedural requirements (.5). |
| 04/25/19 | GB | 3.30 | Review and analysis of appellate issues regarding appeal of estimation order, mootness issues owing to full payment of claim (2.8); review designation of the record and statement of the issues (.5). |
| 04/26/19 | GB | 3.70 | Review and analysis of appellate issues re sale order appeal (2.6); review and analysis of appellate standing of creditor in sale order appeal (1.1). |
| 04/30/19 | GB | 5.50 | Review and analysis of appellate issues, standing issues concerning creditor objecting to sale, mootness issues under section 363(m), and claim validity matters (3.3); strategize potential appellate motions (1.2); review and analysis of closing issues regarding sale of property and Florida law analysis (1.0). |
| 05/01/19 | GB | 5.30 | Review dip loan documents and review and analysis of issues regarding same as they relate to pending appeal (2.3); review and analysis of objection to retention and upcoming hearing (.3); review and analysis of appellate issues to be addressed in estimation appeal (2.7). |
| 05/02/19 | GB | 2.40 | Prepare for and participate in hearing regarding retention application (1.1); review and analysis of appellate issues regarding sale order appeal (1.3). |
| 05/03/19 | GB | 4.70 | Review and analysis of issues regarding Eleventh Circuit appeal of sale order and presentation of arguments (2.1); legal research regarding argument to be raised in appeal (2.6). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 05/06/19 | GB | 3.90 | Legal research regarding legal issues for Eleventh Circuit briefing in sale order appeal, including issues of standing and evidentiary review standards (3.9). |
| 05/08/19 | GB | 6.20 | Review and analysis of appellate issues, mootness, standing, and standing of review issues re estimation appeal (2.3.); legal research regarding same (2.4.); review record (1.5). |
| 05/08/19 | CMT | 1.70 | Review briefing in sale order appeal and review and analysis of issues regarding motion to dismiss appeal (1.7). |
| 05/09/19 | GB | 7.30 | Legal research regarding estimation and claims allowance issues (3.3); review and analysis of appellate issues and strategy re estimation appeal (1.3); review and analysis of issues regarding motion to dismiss Eleventh Circuit sale order appeal and legal research regarding same (2.7). |
| 05/09/19 | CMT | 4.50 | Draft motion to dismiss Eleventh Circuit appeal (2.1); legal research regarding issues addressed in motion (2.4). |
| 05/10/19 | GB | 7.70 | Review and analysis of issues regarding motion to dismiss Eleventh Circuit appeal (1.4); legal research regarding mootness and standing issues (1.7); review and analysis of estimation arguments made the KK-PB in district court appeal (3.2); legal research regarding arguments made by KK-PB (1.4). |
| 05/10/19 | CMT | 6.70 | Draft motion to dismiss Eleventh Circuit appeal (4.5); legal and factual research for motion (2.2). |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** |
|---|---|---|---|
| 05/13/19 | GB | 7.70 | Review and analysis of issues regarding estimation appeal and brief filed by KK-PB (2.7); legal research regarding issues raised in KK-PB's brief (1.3); prepare for and participate in telephone conference to review argument and briefing strategy with P. Landau and C. Glickstein (1.1); review and analysis of issues regarding motion to dismiss Eleventh Circuit appeal (.6); legal research regarding issues addressed in motion to dismiss appeal (2.0). |
| 05/13/19 | CMT | 6.40 | Draft motion to dismiss Eleventh Circuit appeal (4.4); conduct further legal research and record review for motion (2.0). |
| 05/14/19 | GB | 8.40 | Review draft motion and draft and revise motion to dismiss Eleventh Circuit appeal (5.5); legal research regarding issues addressed in motion (2.6); review and analysis of issues regarding estimation appeal (.3). |
| 05/14/19 | CMT | 4.90 | Review revised motion to dismiss and continue revisions to motion (3.3); further legal research regarding issues addressed in motion (1.6). |
| 05/15/19 | GB | 8.90 | Review revised motion to dismiss and further draft and revise motion to dismiss Eleventh Circuit appeal (6.7); review record for motion (2.2). |
| 05/15/19 | CMT | 2.30 | Prepare materials for filing and coordinate filing of motion to dismiss Eleventh Circuit appeal (2.3). |
| 05/16/19 | GB | 9.30 | Draft and revise motion to dismiss Eleventh Circuit appeal and prepare for filing (4.6); review record (1.3); review comments and revise motion (3.1); legal research regarding standing issue for motion (.3). |
| 05/16/19 | KPB | 1.60 | Reviewed background materials in preparation for briefing in estimation appeal (1.1); prepare for and participate in phone call E. Brunstad and C. Burrichter regarding estimation appeal (.5). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 05/16/19 | CSB | 1.50 | Prepare for and participate in teleconference with E. Brunstad and K. Brost regarding briefing and research for estimation appeal (.5); review past briefing (1.0). |
| 05/16/19 | CMT | 7.40 | Coordinate internally and externally in preparation for filing of motion to dismiss Eleventh Circuit appeal (1.1); finalized revised motion (5.8); supervise paralegal in filing motion (.5). |
| 05/17/19 | CSB | 4.50 | Research fraudulent transfer for estimation appeal brief (3.1); review briefing re fraudulent transfer issue (1.4). |
| 05/20/19 | GB | 7.60 | Review and analysis of appellate issues regarding estimation appeal (1.1); review record regarding estimation brief (4.8); legal research legal issues to be addressed in estimation brief, including standard of review, fraudulent transfer issues, and estimation procedure issues (1.7). |
| 05/21/19 | BGP | 3.00 | Discuss estimation appeal matter with K. Brost in preparation for preparing and filing brief (.3); review docket sheet (.4); retrieve large appendices and Appellant's designated documents (.5); review documents and save same (1.5); prepare email to team regarding docket sheet documents (.3). |
| 05/21/19 | GB | 7.30 | Review and analysis of appellate issues regarding district court estimation appeal (1.2); review motions to extend time and for relinquishment of appellate jurisdiction filed in the Eleventh Circuit by KK-PB (3.3); legal research regarding issues raised in motion to relinquish jurisdiction (2.4); review and analysis of issues regarding pending sale order appeal and briefing schedule (.4). |
| 05/21/19 | KPB | 4.20 | Legal research regarding standard of review on appeal and waiver of arguments not raised in the bankruptcy court (4.2). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 05/22/19 | BGP | 0.20 | Locate documents from bankruptcy proceeding for attorney review (.2). |
| 05/22/19 | GB | 7.80 | Review and analysis of issues regarding motion for extension of time and motion to relinquish jurisdiction (1.4); draft and revise opposition to motion (3.8); legal research regarding issues addressed in opposition (2.2); review and analysis of issues regarding estimation briefing and legal research regarding same (.4). |
| 05/22/19 | KPB | 2.00 | Continued legal research regarding standard of appellate review and legal research regarding estimation procedure issues (2.0). |
| 05/22/19 | CSB | 2.50 | Review filings (1.1); continue research of fraudulent transfer issues to be addressed in estimation appeal brief (1.4). |
| 05/23/19 | GB | 8.80 | Draft and revise opposition to motion to extend time to respond to motion to dismiss (3.1); review and analysis of issues regarding same (1.1); review and analysis of issues regarding response to motion to relinquish jurisdiction (.7); legal research regarding estimation appeal, including procedural issues, standard of review, and fraudulent conveyance issues (3.4); review record (.5). |
| 05/23/19 | CSB | 2.50 | Review briefing in estimation appeal (.4); review and analysis of case law regarding fraudulent transfer issues for estimation appeal (2.1.). |
| 05/24/19 | CSB | 3.00 | Review briefing in estimation appeal (.6); review and analysis of case law regarding issues raised in estimation appeal (2.4). |

| **DATE** | **ATTY** | **HOURS** | **DESCRIPTION** |
|----------|----------|-----------|-----------------|
| 05/28/19 | GB | 7.60 | Review and analysis of issues regarding motion to dismiss and KK-PB's arguments in response (.4); review and analysis of issues re KK-PB's request for extension of time, additional discovery, and reply strategy (.5); legal research regarding discovery and jurisdictional issues raised by KK-PB (1.3); review and analysis of draft estimation appeal brief and review record regarding same; legal research regarding estimation issues addressed in draft brief (5.2); review order denying request for extension of time (.2). |
| 05/28/19 | KPB | 3.90 | Telephone conference with E. Brunstad and C. Burrichter regarding estimation appeal and draft brief (.5); review brief (1.3); legal research regarding issues raised in brief and additional arguments to be made (2.1). |
| 05/28/19 | CSB | 3.00 | Telephone conference with E. Brunstad and K. Brost regarding draft estimation appeal brief (.5); review pleadings and related documents from record (2.5). |
| 05/29/19 | BGP | 8.50 | Check citations in draft estimation appeal brief (8.5). |
| 05/29/19 | GB | 8.90 | Review and analysis of issues regarding estimation appeal (1.1); legal research regarding procedural issues and fraudulent transfer issues addressed in brief and additional arguments (2.3); review record regarding arguments raised in brief (2.1); review and analysis of issues regarding response to motion to relinquish jurisdiction (1.3); legal research regarding issues raised in response to motion (1.1); review and analysis of issues regarding opposition to motion to dismiss (.4); review record regarding opposition (.3); legal research regarding issues addressed in opposition (.3). |
| 05/29/19 | KPB | 0.10 | Telephone conference with B. Powell regarding record cites (.1). |

| DATE | ATTY | HOURS | DESCRIPTION |
|---|---|---|---|
| 05/29/19 | CSB | 3.80 | Review and analysis of estimation appeal briefing and arguments addressed in draft brief (.8); legal research regarding arguments (3.0). |
| 05/30/19 | GB | 8.80 | Review and analysis of issues regarding estimation appeal and argument strategy (2.1); review and analysis of issues regarding response to motion to relinquish jurisdiction (.4); review record regarding motion to relinquish jurisdiction (.5); legal research regarding issues raised in motion to relinquish jurisdiction in preparation for response (1.6); draft and revise response (2.9); review and analysis of issues regarding reply to opposition to motion to dismiss (.6); review record regarding issues to be addressed in reply (.7). |
| 05/30/19 | KPB | 5.90 | Legal research regarding issues addressed in draft estimation appeal brief (2.4); draft and revise assigned section of appeal brief (3.5). |
| 05/30/19 | CSB | 3.50 | Review briefing in estimation appeal (.3); legal research regarding issues addressed in draft brief (.7); draft and revise section of brief (2.5). |
| 05/31/19 | GB | 9.70 | Draft and revise estimation brief (4.2); finalize response regarding motion to relinquish jurisdiction (3.5); review and analysis of issues regarding reply to opposition to motion to dismiss appeal and draft and revise same (2.0). |
| 05/31/19 | KPB | 5.10 | Legal research regarding issues addressed in estimation appeal brief (2.3); draft and revise section of brief (2.8). |
| 05/31/19 | CSB | 6.50 | Legal research regarding issues raised in estimation appeal brief (2.4); draft and revise appellate brief (4.1). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 06/03/19 | GB | 9.90 | Draft and revise estimation appeal brief (5.1); review record regarding same (2.3); finalize reply to opposition to motion to dismiss (2.3); review record regarding reply (.2). |
| 06/04/19 | BGP | 8.60 | Review and edit estimation appeal brief and cite check citations in brief (3.3); gather documents for appendix and prepare appendix (3.7); review docket sheets, appendix, KK-PB's exhibits, and debtor's exhibits (1.1); create cross reference chart of documents (.5). |
| 06/04/19 | GB | 9.30 | Draft and revise estimation appeal brief (5.9); review and analysis of issues regarding estimation brief and review record (1.3); review and analysis of issues regarding briefing of sale order appeal in the Eleventh Circuit (1.1); legal research regarding procedural issues for estimation brief (1.0). |
| 06/04/19 | KPB | 1.10 | Telephone conference with B. Powell regarding appendix (.2); reviewed materials for appendix (.9). |
| 06/04/19 | MCM | 3.70 | Review and analysis of background materials, lower court briefing, transcripts, and appellant's Eleventh Circuit sale order brief (3.4); telephone conference with C. Burrichter regarding briefing (.3). |
| 06/05/19 | BGP | 1.30 | Locate trial exhibits and documents (.2); gather documents and prepare appendix (.5); review docket sheets, designated documents, KK-PB's exhibits, and debtor's exhibits (.6). |
| 06/05/19 | GB | 10.20 | Draft and revise estimation appeal brief (4.7); review record regarding issues raised in brief (2.1); legal research regarding fraudulent transfer issues raised in brief (1.1); review and analysis of issues regarding sale order appeal and briefing (.7); draft and revise response to KK-PB's sur reply request (1.6). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 06/05/19 | KPB | 2.30 | Legal research regarding estimation order appeal for estimation brief (1.8); telephone conference with E. Brunstad regarding Eleventh Circuit sale order appeal (.5). |
| 06/05/19 | MCM | 8.20 | Continued review and analysis of background materials, lower court briefing and transcripts, and appellant's Eleventh Circuit sale order brief (3.3); and confer with team regarding pending appeal (.4); legal research regarding issues to be addressed in appeal (4.0); draft outline for Eleventh Circuit brief (.5). |
| 06/05/19 | CSB | 1.50 | Telephone conference with E. Brunstad regarding sale order appeal (.5); review and analysis of issues regarding brief (1.0). |
| 06/06/19 | GB | 9.70 | Review and analysis of issues regarding estimation appeal and brief (.3); review record regarding arguments made in brief (1.1); legal research regarding procedural issues for brief (2.3); draft and review brief (5.7); review and analysis of issues regarding sale order brief (.3). |
| 06/07/19 | BGP | 5.70 | Review appendix and documents for appendix (1.4); review and edit citations in estimation appeal brief (4.3). |
| 06/07/19 | GB | 11.10 | Review and analysis of issues regarding estimation brief and fraudulent transfer issues raised in brief (.4); draft and revise brief (8.2); review record for brief (.3); review and analysis of issues regarding sale brief and strategize same (2.2). |
| 06/07/19 | MCM | 2.50 | Draft and revise appellee's opening sale order appellate brief (2.5). |
| 06/08/19 | GB | 6.50 | Draft and revise estimation appellate brief (4.4); legal research regarding issues addressed in brief (2.1). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 06/08/19 | MCM | 8.70 | Draft and revise appellee's opening sale order brief (6.4); legal research re issues addressed in draft brief (2.3). |
| 06/09/19 | GB | 5.40 | Draft and revise estimation appellate brief (3.3); legal research regarding collapsing doctrine (2.1). |
| 06/09/19 | MCM | 3.00 | Draft and revise Appellee's opening sale order brief (3.0). |
| 06/10/19 | GB | 8.90 | Review and analysis of issues regarding estimation appellate brief (.7); review record regarding brief (2.1); review cases cited in brief (3.9); draft and revise brief (2.2). |
| 06/10/19 | MCM | 14.10 | Draft and revise appellee's opening brief in sale order appeal and incorporate arguments of co-counsel (14.1). |
| 06/11/19 | GB | 8.80 | Draft and revise estimation appellate brief (6.3); review and analysis of issues regarding same (.4); review record for brief (2.1). |
| 06/11/19 | MCM | 9.70 | Draft and revise appellee's opening sale order brief and incorporate arguments of co-counsel (9.7). |
| 06/12/19 | GB | 9.60 | Draft and revise estimation appeal brief (4.2); review record for brief (.3); review comments on draft and revise draft (5.1). |
| 06/12/19 | MCM | 11.10 | Draft and revise appellant's opening brief in sale order appeal (11.1). |
| 06/13/19 | BGP | 6.70 | Review and edit estimation appeal brief (2.3); cite check and key cite brief (4.4). |
| 06/13/19 | GB | 8.30 | Draft and revise estimation appeal brief (5.6); review record and review additional comments (2.2); prepare for filing (.5). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 06/13/19 | MCM | 14.20 | Draft and revise appellee's opening sale order brief (13.7); proofread and add missing citations to estimation order brief (.5). |
| 06/14/19 | BGP | 3.10 | Assist with formatting and editing of appeal brief in sale order appeal (2.1); review docket sheet (.2); prepare pro hac vice application (.8). |
| 06/14/19 | GB | 7.80 | Finalize estimation appeal brief for filing (7.8). |
| 06/14/19 | MCM | 9.30 | Draft and revise appellee's opening brief regarding sales order (7.6); proofread and prepare for filing appellate brief regarding estimation order (1.3); prepare appearances for Eleventh Circuit sale order appeal and district court estimation order appeal (.4). |
| 06/15/19 | GB | 5.60 | Draft and revise Eleventh Circuit sale order brief (4.9); review record regarding brief (.7). |
| 06/16/19 | GB | 7.20 | Draft and revise Eleventh Circuit sale order brief (5.3); legal research regarding business judgment standard and review cases (1.9). |
| 06/17/19 | GB | 9.10 | Review record for sale order brief (3.4); draft and revise Eleventh Circuit sale order brief (5.1); review appendix materials (.6). |
| 06/18/19 | GB | 9.80 | Draft and revise Eleventh Circuit sale order brief (5.7); review cases and record for brief (2.2); review and incorporate comments (1.3); review appendix materials (.6). |
| 06/19/19 | BGP | 14.50 | Review and edit sale order brief (2.3); cite check and key cite brief (12.2). |
| 06/19/19 | GB | 8.30 | Draft and revise appellate brief in sale order appeal (6.1); review record and appendix materials (.7); finalize brief for filing (1.5). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 06/19/19 | MCM | 5.50 | Revise sale order brief in response to comments received from co-counsel (2.1); review and revise cites to the record and caselaw (1.3); review and revise appendices (2.1). |
| 06/20/19 | BGP | 3.90 | Review and edit sale order brief (1.1); prepare brief for filing (2.8). |
| 06/20/19 | GB | 8.40 | Draft and revise Eleventh Circuit sale order brief (6.2); finalize brief for filing (.9); review appendix materials (1.3). |
| 06/20/19 | MCM | 4.10 | Proofread brief (1.2); insert final edits (.4); review and revise tables (2.5). |
| 06/21/19 | BGP | 0.40 | Review electronic files and update same (.4). |
| 06/21/19 | GB | 3.40 | Review and analysis of issues regarding filed briefing (.2); review and analysis of oral argument preparation and strategy (2.5); review and analysis of status of pending appellate matters (.7). |
| 07/08/19 | GB | 4.10 | Review and analysis of issues regarding reply brief filed by KK-PB and potential sur-reply filing in estimation appeal (2.3); review and analysis of record regarding same (1.5); review and analysis of plan confirmation and litigation issues regarding fraudulent transfer complaints (.3). |
| 07/09/19 | GB | 4.50 | Review and analysis of issues regarding fraudulent transfer complaints and plan of reorganization (2.7); prepare for and participate in telephone conference with P. Landau to discuss (.7); review and analysis of appellate issues re plan confirmation (1.1). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 07/11/19 | GB | 4.20 | Review and analysis of fraudulent transfer issues raised by P. Landau (2.1); review and analysis of briefing filed by KK-PB in estimation appeal (.5); strategize potential sur reply in estimation appeal (1.6). |
| 07/12/19 | GB | 4.30 | Review and analysis of fraudulent transfer issues raised by P. Landau (.4); review record regarding fraudulent transfer issues (.3); review and analysis of sur-reply issues and draft sur-reply brief in estimation appeal (3.6). |
| 07/15/19 | GB | 6.20 | Review and analysis of issues regarding sur-reply in estimation appeal litigation (.2); draft and revise sur-reply (4.1); review and analysis of issues regarding KK-P's reply brief (.9); review and analysis of issues regarding KK-PB's various motions in the bankruptcy court (1.0). |
| 07/16/19 | GB | 4.50 | Review and analysis of issues regarding pleadings filed by KK-PB in the bankruptcy court and impact on pending appellate matters (1.9); legal research regarding same (2.3); review and analysis of appellate strategy (.3). |
| 07/17/19 | GB | 3.70 | Review and analysis of fraudulent transfer issues raised by P. Landau (2.7); review and analysis of sur-reply issues in estimation appeal (1.0). |
| 07/18/19 | GB | 3.70 | Review and analysis of issues regarding fraudulent transfer litigation raised by P. Landau (1.1); review and analysis of disclosure statement and plan issues raised by P. Landau and appellate strategy related thereto (.6); legal research re disclosure statement and plan issues (2.0). |
| 07/19/19 | GB | 4.30 | Continued research re plan confirmation issues, including classification and treatment issues (3.1); review and analysis of appellate issues, including equitable mootness doctrine (1.2). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 07/22/19 | GB | 4.20 | Continued legal research re disclosure statement issues (1.1); review and analysis of KK-PB's request to stay estimation order (.4); legal research regarding request (2.7). |
| 07/23/19 | GB | 2.7 | Review and analysis of issues regarding fraudulent transfer litigation raised by P. Landau (.8); review and analysis of disclosure issues (.3); review and analysis of pending motion to stay estimation order (.7); prepare for and participate in teleconference with P. Landau regarding pending motion and response (.9). |
| 07/24/19 | GB | 3.30 | Review and analysis of disclosure statement issues raised by P. Landau and litigation strategy regarding approval of disclosure statement and confirmation of plan (3.3). |
| 07/25/19 | GB | 1.40 | Review and analysis of issues regarding disclosure statement hearing and fraudulent transfer litigation, including notice issues (.2); legal research re notice issue (1.2). |
| 07/29/19 | GB | 0.70 | Review and analysis of issues regarding district court's order regarding sur reply (.3); review and analysis of litigation issues and appellate issues (.4). |
| 08/02/19 | GB | 2.50 | Review and analysis of issues raised by P. Landau regarding pending motion to stay estimation order and the potential impact on plan confirmation (.3); legal research re issues raised in motion (2.2). |
| 08/06/19 | GB | 0.70 | Review ruling on motions by Court of Appeals in sale order appeal and impact of ruling on appellate litigation strategy and preparation for oral argument (.7). |

| DATE | ATTY | HOURS | DESCRIPTION |
|------|------|-------|-------------|
| 08/07/19 | GB | 3.20 | Review and analysis of oral argument issues for estimation appeal pending in the district court (.6); review and revise opposition to motion to stay estimation order (2.6). |
| 08/08/19 | GB | 1.10 | Review and analysis of plan confirmation issues raised by P. Landau regarding potential stay of estimation order, fraudulent transfer litigation, and settlement of claims (1.1). |
| 08/09/19 | GB | 3.60 | Continued review and analysis of plan confirmation issues (.3); legal research regarding issues (3.3). |
| 08/12/19 | GB | 0.40 | Review and analysis of settlement issues (.4). |
| 08/13/19 | GB | 2.20 | Review and analysis of settlement issues and potential plan objections raised by P. Landau (1.2). |
| 08/14/19 | GB | 2.30 | Review and analysis of appellate issues and oral argument strategy regarding estimation appeal pending in the district court appeal (.8); assemble argument preparation materials (1.5). |
| 08/16/19 | GB | 0.70 | Review and analysis of issues regarding plan confirmation and appellate strategy raised by P. Landau (.7). |
| 08/17/19 | GB | 1.70 | Review and analysis of issues regarding plan confirmation and appellate strategy (1.7). |
| 08/29/19 | GB | 2.70 | Prepare fee application (2.7). |
| 08/30/19 | GB | 2.50 | Prepare fee application (2.5). |
| 09/03/19 | GB | 2.40 | Draft and revise fee application (2.4). |
| 09/04/19 | GB | 5.70 | Draft and revise fee application (.8); review and analysis of response in District Court to KK-PB's motion to stay estimation order (4.9). |

| 09/05/19 | GB | 6.00 | Draft and revise opposition to KK-PB's motion to stay estimation appeal filed in the district court (3.3); review and analysis of issues regarding same and review cases (2.4); review and analysis of issues regarding fee application (.3). |
| 09/06/19 | GB | 1.00 | Review and analysis of issues regarding KK-PB's motion to stay estimation order filed in the district court (.7); review changes to draft motion (.3). |
| 09/10/19 | GB | 2.40 | Review materials and assemble materials for Eleventh Circuit oral argument (2.4). |
| 09/11/19 | GB | 1.10 | Assemble materials for oral argument (1.1). |
| 09/12/19 | GB | 1.30 | Review and analysis of new appeal filed by KK-PB and effect of confirmation plan and payment of claim on appeal (1.3). |
| 09/13/19 | GB | 1.20 | Review and analysis of issues regarding preparation for oral argument (1.2). |
| 09/20/19 | GB | 2.40 | Draft and revise supplement to fee application (2.4). |
| 09/22/19 | GB | 1.40 | Review and analysis of confirmation issues and fee issues and objections thereto (1.4). |
| 09/23/19 | GB | 6.10 | Prepare for confirmation hearing, review objections, and review and analysis of issues (3.5); review and analysis of issues regarding outline of confirmation hearing arguments and discuss with E. Pendergraft (1.4); review fee application issues and finalize supplement (1.2). |
| 09/24/19 | GB | 5.60 | Prepare for and attend court hearing by teleconference (1.2); review and analysis of issues regarding judge's ruling and related issues (2.7); review and analysis of sanctions issues (1.7). |
| 09/25/19 | GB | 2.40 | Review and analysis of issues regarding court rulings, confirmation issues, and appellate issues (2.4). |

| | | | |
|---|---|---|---|
| 09/26/19 | GB | 2.40 | Review and analysis of issues regarding transcript of hearing and potential sanctions issues (1.6); review and analysis of confirmation issues (.8). |
| 09/27/19 | GB | 1.90 | Review and analysis of sanctions issues, KK-PB pleadings, and litigation strategy (1.9). |
| 09/30/19 | GB | 2.40 | Review and analysis of issues regarding plan confirmation and pending appeals (2.4). |
| 10/01/19 | GB | 2.20 | Review and analysis of issues regarding plan confirmation, release of funds, statutory mootness, equitable mootness, and related appellate issues (2.2). |
| 10/02/19 | GB | 1.30 | Review and analysis of issues regarding release of funds, appellate strategy, and confirmation strategy (1.3). |
| 10/03/19 | GB | 3.10 | Review and analysis of appellate issues and preparation for oral argument in Eleventh Circuit (3.1). |
| 10/04/19 | GB | 1.30 | Review and analysis of issues regarding filings by KK-PB (1.3). |
| 10/08/19 | GB | 1.70 | Review and analysis of issues for status conference (1.2); review and analysis of appellate issues for oral argument (.5). |
| 10/09/19 | GB | 2.30 | Review and analysis of issues regarding status conference, strategy for conference, appellate issues, and confirmation issues (2.3). |
| 10/15/19 | GB | 1.10 | Review and analysis of confirmation and sale issues (1.1). |
| 10/18/19 | GB | 1.40 | Review and analysis of issues regarding correspondence with counsel for KK-PB regarding dismissal briefing and communicate with co-counsel regarding same (1.4). |
| 10/29/19 | GB | 3.80 | Review and analysis of issues regarding KK-PB filing (1.2); prepare for oral argument (2.6). |

| 11/04/19 | GB | 5.30 | Review and analysis of issues regarding proposed amendments to plan, distribution of sale proceeds, and appellate issues (2.7); prepare for oral argument (2.6). |
| 11/05/19 | GB | 5.10 | Review and analysis of issues regarding plan modifications and appellate issues and discuss with P. Laudau (2.9); prepare for oral argument (2.2). |
| 11/06/19 | GB | 4.60 | Review and analysis of plan confirmation issues (1.2); review and analysis of issues regarding appellate panel and prepare for oral argument (3.4). |
| 11/07/19 | GB | 3.80 | Review and analysis of issues regarding district court order certifying appeal (1.1); prepare for oral argument (2.7). |
| 11/08/19 | GB | 4.00 | Prepare for oral argument (2.3); review and analysis of issues regarding district court's certification of appeal and procedures thereon (1.7). |
| 11/11/19 | GB | 2.70 | Prepare for oral argument (2.7). |
| 11/12/19 | GB | 3.70 | Prepare for oral argument (3.7). |
| 11/13/19 | GB | 2.50 | Prepare for oral argument (2.5). |
| 11/14/19 | GB | 4.40 | Prepare for oral argument (4.4). |
| 11/15/19 | GB | 4.10 | Prepare for oral argument (4.1). |
| 11/18/19 | GB | 2.70 | Prepare for oral argument (2.7). |
| 11/19/19 | GB | 5.30 | Prepare for oral argument and practice argument (5.3). |
| 11/20/19 | GB | 6.70 | Prepare for oral argument and travel to Miami for oral argument (6.7). |

| | | | |
|---|---|---|---|
| 11/21/19 | GB | 6.90 | Prepare for and conduct oral argument in the Eleventh Circuit (5.5); review and analysis of issues regarding sale order appeal and related issues (1.4). |
| 11/22/19 | GB | 6.80 | Review and analysis of issues regarding ongoing appellate strategy, closing issues, and confirmation issues (2.9); telephone conference with opposing counsel regarding estimation appeal (.2); review and analysis of issues regarding estimation appeal briefing and argument strategy (1.9). |
| 11/23/19 | GB | 2.20 | Review and analysis of issues regarding attachment of lien to property of the estate, legal research regarding same, and draft and revise email to co-counsel regarding authorities addressing same (2.2). |
| 11/25/19 | GB | 7.10 | Review Eleventh Circuit's decision affirming sale orders and review and analysis of issues regarding closing and plan confirmation (1.7); review and analysis of issues regarding estimation appeal, Eleventh Circuit's procedures, briefing strategy, argument outline, and KK-PB's request to expedite (5.4). |
| 11/26/19 | GB | 5.30 | Review and analysis of plan confirmation issues, closing issues, and effect of confirmation (2.1); review and analysis of briefing strategy and argument outline regarding estimation appeal, and review record (3.2). |
| 11/27/19 | GB | 5.00 | Review and analysis of issues regarding estimation appeal and briefing strategy and review record regarding same (2.3); review pleadings (2.7). |
| 12/02/19 | GB | 4.50 | Review and analysis of appellate issues, procedural deadlines, petition filed by KK-PB, and appellate strategy (2.4); review record regarding estimation appeal (2.1). |

| 12/03/19 | GB | 4.20 | Review and analysis of appellate issues, closing issues, and confirmation issues (1.3); review record for estimation appeal and strategize brief (2.9). |
|----------|----|----|---|
| 12/04/19 | GB | 4.70 | Review and analysis of confirmation issues and potential plan amendment (1.3); review and analysis of sale closing issues for status conference and prepare for conference (1.3); review and analysis of issues regarding estimation appeal, separate cases for petition and appeal noticed as of right, briefing, appendix, and review record (2.1). |
| 12/05/19 | GB | 6.90 | Prepare for and participate in status conference (.7); review and analysis of issues regarding briefing of estimation appeal and appellate strategy (1.3); review record (3.8); review and analysis of procedural issues regarding dual appellate proceedings (1.1). |
| 12/06/19 | GB | 5.80 | Review and analysis of record for estimation appeal (1.4); legal research regarding fraudulent conveyance issues and estimation issues (3.3); review procedural issues and review and analysis of response to KK-PB's request to consolidate appeals (1.1). |

| | | | |
|---|---|---|---|
| 12/09/19 | GB | 4.30 | Review and analysis of appellate issues regarding estimation appeal and KK-PB's request to consolidate appeals (1.1); review record for estimation appeal (1.9); legal research regarding estimation standard (1.3). |
| 12/10/19 | GB | 3.70 | Continued legal research re fraudulent transfer and estimation issues (2.4.); review and analysis of issues re response to motion to consolidate appeals, confirmation issues, funding issues, and potential response to motion to stay estimation order (1.3.). |
| 12/11/19 | GB | 3.60 | Continued legal research re fraudulent transfer issues (1.2); review record (1.0); review and analysis re response to anticipated motion to stay estimation order (1.4). |
| 12/12/19 | GB | 2.30 | Review and analysis of issues re estimation appeal and legal research re procedural issues and standard of review (1.1); review and analysis of confirmation issues and potential motion to stay estimation order (1.2). |
| 12/13/19 | GB | 4.50 | Draft and revise supplement to fee application (2.7); continued legal research re fraudulent conveyance issues for estimation appeal (1.8). |
| 1/7/20 | GB | 3.50 | Review filings and emails (1.1); review and analysis of issues re briefing and panel rehearing request (2.4). |
| 1/8/20 | GB | 0.40 | Review and analysis of appellate issues re estimation appeal (.4). |
| 1/9/20 | GB | 2.30 | Review and analysis of court orders denying consolidation and staying briefing and review and analysis of appellate issues and strategy (2.3). |
| 1/10/20 | GB | 0.70 | Review and analysis of issues re estimation appeal, record, briefing and argument strategy (.7). |
| 1/15/20 | GB | 1.20 | Review and analysis of confirmation issues (1.2). |
| 1/16/20 | GB | 4.10 | Review and analysis of decision and order regarding confirmation (1.1); review and analysis of appellate issues and KK-PB's anticipated motion to stay estimation order (2.1); review and analysis of estimation appeal issues (.9). |

| | | | |
|---|---|---|---|
| 1/17/20 | GB | 5.80 | Review and analysis of KK-PB's motion to stay estimation order (3.4); review record and relevant pleadings (2.4). |
| 1/20/20 | GB | 5.20 | Draft and revise opposition to motion to stay estimation order (5.2). |
| 1/21/20 | GB | 6.10 | Draft and revise opposition to motion to stay estimation order and review record and exhibits re same (6.1). |
| 1/22/20 | GB | 6.40 | Finalize opposition to motion to stay estimation appeal (1.1); draft and revise fee application (5.3). |

**TOTAL HOURS:**      **952.40**      **AMOUNT:**      **$1,098,036.50**

**DISBURSEMENTS:**

| | |
|---|---|
| Duplication Charges | 8.74 |
| Color Copies | 0.23 |
| Westlaw Search Fees | 2,830.62 |
| Pacer Research Fees | 235.30 |
| Lexis/Legal Research | 1,091.66 |
| Court Costs – Call fees 9/24/2019 | 44.00 |
| Court Costs – Call fees 10/10/2019 | 58.00 |
| Court Costs – Call fees 12/05/2019 | 30.00 |

**TOTAL DISBURSEMENTS:**      **$4,298.55**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                                    Case No.  18-19441-EPK

　　　　Debtor.                                            Chapter 11
_____/

### NOTICE OF FILING AMENDED FIRST AND FINAL FEE APPLICATION OF SPECIAL BANKRUPTCY APPELLATE COUNSEL

The undersigned counsel for 160 Royal Palm, LLC (the "Debtor"), as a courtesy to G. Eric Brunstad, Jr. and Dechert, LLP, files the attached Amended First and Final Fee Application of the Debtor's Special Bankruptcy Appellate Counsel, which amends and supersedes the First and Final Fee Application filed at ECF No. 1190.

Respectfully Submitted,

Shraiberg, Landau, & Page, P.A.
Attorneys for the Debtor
2385 NW Executive Center Drive, #300
Boca Raton, Florida 33431
Telephone: 561-443-0800
Facsimile: 561-998-0047
Email: ependergraft@slp.law

　_/s/ Eric Pendergraft_____
Eric Pendergraft
Florida Bar No. 91927

{2234/000/00488750}

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on January 24, 2020 via CM/ECF to all parties registered to receive such notice via electronic filing.

_/s/ Eric Pendergraft_____