UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:

160 Royal Palm, LLC,                                Case No. 18-19441-EPK

    Debtor.                                              Chapter 11

_____/

**NOTICE OF HEARING ON ALL PENDING FEE APPLICATIONS**

    160 Royal Palm, LLC (the "Debtor") hereby gives notice that a hearing will be held to consider approval of the fee applications listed on the chart attached hereto as **Exhibit A**. At the hearing, the Court will also consider any objection to such fee applications. The hearing will be held on **February 10, 2020** at **10:30 a.m.** at the **United States Bankruptcy Court, Courtroom B, Flagler Waterview Building, 1515 North Flagler Drive, Suite 801, West Palm Beach, Florida 33401**.

                              Respectfully Submitted,

                              SHRAIBERG, LANDAU & PAGE, P.A.
                              Attorneys for the Debtor
                              2385 NW Executive Center Drive, #300
                              Boca Raton, Florida 33431
                              Telephone: 561-443-0800
                              Facsimile: 561-998-0047
                              Email: plandau@slp.law
                              Email: ependergraft@slp.law

                        By: /s/ Eric Pendergraft
                                Philip J. Landau
                                Florida Bar No. 504017
                                Eric Pendergraft
                                Florida Bar No. 91927

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on January 28, 2020, via CM/ECF to all parties registered to receive such notice via electronic filing and via U.S. Mail to all parties listed on the matrix attached hereto as **Exhibit B**.

                                                           */s/ Eric Pendergraft*

# EXHIBIT A

| ECF No. | Applicant | Role | Amount | Net Unpaid Amount | Source of Payment to Date | Unearned Contingency Fee |
|---|---|---|---|---|---|---|
| 1511 | Marcie H. Langley, Esq. and Greenberg Traurig, P.A. | Debtor's Special Real Estate Transactions Counsel | $30,648.90 | $30,648.90 | | |
| 1510 | Cary Glickstein | Debtor's Manager | $651,370.22 | $651,370.22 | | |
| 1148 | Gregg H. Glickstein, Esq. and Gregg H. Glickstein, P.A. | Debtor's Special Counsel | $75,240.00 | $75,240.00 | | |
| 1149 | Gregg H. Glickstein, Esq. and Gregg H. Glickstein, P.A. | Debtor's Special New Haven Claim Litigation Counsel | | | | Estimated $592,874.72 or $677,571.11 |
| 1150 | Philip J. Landau, Esq. and Shraiberg, Landau & Page, P.A. | Debtor's Special Litigation Counsel | $15,873,937.89 | $15,873,937.89 | | Estimated $592,874.72 or $677,571.11 |
| 1507 | Marcie D. Bour, CPA/ABV and Yip Associates | Debtor's Forensic Accountant | $368,192.78 | $368,192.78 | | |
| 1509 | Philip J. Landau, Esq. and Shraiberg, Landau & Page, P.A. | Debtor's General Bankruptcy Counsel | $980,501.40 | $938,404.50 | $40,940.85 from Debtor and retainer; $1,156.05 in appellate costs paid by KK-PB Financial. LLC pursuant to Order at ECF No. 787. | |
| 1508 | G. Eric Brunstad, Jr., Esq. and Dechert, LLP | Debtor's Special Bankruptcy Appellate Counsel | $1,122,335.05 | $1,122,335.05 | | |

**Total    $19,060,129.34**

# EXHIBIT B

```
Label Matrix for local noticing          160 Royal Palm, LLC                      Architectural Precast & Foam, LLC
113C-9                                   1118 Waterway Lane                       c/o Derrevere Stevens Black & Cozad
Case 18-19441-EPK                        Delray Beach, FL 33483-7156              2005 Vista Pkwy #210
Southern District of Florida                                                      West Palm Beach, FL 33411-2879
West Palm Beach
Tue Jan 28 10:28:04 EST 2020

Equity Trust Co., Custodian FBO 200326695 IR   KK-PB Financial LLC                LR U.S. Hotels Holdings, LLC
c/o Jonathan S. Feldman                  Attn: Glenn Straub                       c/o Akerman LLP
200 S. Andrews Ave., #600                11199 Polo Club Road                     3500 E Las Olas Blvd #1600
Fort Lauderdale, FL 33301-2066           Wellington, FL 33414-6000                Ft Lauderdale, FL 33301


New Haven Contracting South, Inc         Other Palm House Investors               Palm Beach County Tax Collector
2240 Palm Beach Lakes Blvd               c/o Wilson, Elser, Moskowitz, Edelman &  c/o Orfelia M Mayor
Suite 101                                3800 Miami Tower                         POB 3715
West Palm Beach, FL 33409-3403           100 Southeast Second Street              West Palm Beach, FL 33402-3715
                                         Miami, FL 33131-2174


Place for Tile, Inc.                     RREF II Palm House LLC                   Salazar Law
c/o Rappaport Osborne et al              c/o Bilzin Sumberg Baena Price & Axelrod Attn: Luis Salazar, Esq.
1300 N. Federal Hwy #203                 1450 Brickell Avenue, 23rd Floor         2000 Ponce De Leon Boulevard
Boca Raton, FL 33432-2848                ATTN:  Jay M. Sakalo & Jeffrey I. Snyder Penthouse
                                         Miami, FL 33156 United States of America 33131-3456   Coral Gables, FL 33134-4422


Town of Palm Beach                       U.S. Securities and Exchange Commission  Weiss Handler and Cornwell PA
c/o Allen R. Tomlinson, Esq.             Atlanta Regional Office                  One Boca Place, Suite 218A
P.O. Box 3475                            950 East Paces Ferry Road, NE            2255 Glades Road
West Palm Beach, FL 33402-3475           Suite 900                                Boca Raton, FL 33431-7382
                                         Atlanta, GA 30326-1382


Xpert Elevator Services, Inc.            Absolute Plumbing, LLC                   Adam G. Heffner
c/o Daniel A Hersman                     917 N. Railroad Avenue                   1900 NW CORPORATE BLVD/ 301 W
2240 Palm Beach Lakes Blvd               West Palm Beach, FL 33401-3303           Boca Raton, FL 33431-8502
Suite 101
West Palm Beach, FL 33409-3403


Adam G. Heffner, Esquire                 Adam Heffner                             Ali Adampeyra
1900 N.W. Corporate Blvd.                1900 NW CORPORATE BLVD                   UAE Dubai, downtown, Burj
Suite 301-West Building                  301 WEST                                 Khalifa, Unit 5507
Boca Raton, FL 33431-8502                Boca Raton, FL 33431                     Iran


Ali Adampeyra                            All Star Equipment                       Alliance Contracting Group
c/o Edward A. Marod                      6701 Garden Rd #3                        3601 N Dixie Highway
777 S. Flagler Drive, Ste. 500 E         Riviera Beach FL 33404-5900              Boca Raton, FL 33431-5929
West Palm Beach, FL 33401-6121


Allied Interiors                         Baoping Liu                              Bei Zhu
6363 Edgewater Drive                     Room 1201, Tower C                       c/o Edward A. Marod
Orlando, FL 32810-4711                   Dachong Business Center                  777 S. Flagler Drive
                                         Hi-Tech Park, Shenzhen                   Suite 500E
                                         Guangdong, CHINA                         West Palm Beach, FL 33401-6121


Brett Lieberman                          Changyue Liu                             Chen Jun
20200 W. Dixie Highway                   c/o Liu Baoping                          Wilson Elser LLP, c/o Robert V. Cornish,
suite 905                                Room 1201, Tower C, Dachong Business Ctr 700 11th Street NW, Suite 400
miami, FL 33180-1926                     Hi-Tech Park, Shenzhen                   Washington, DC 20001-4507
                                         Guangdong, CHINA
```

| | | |
|---|---|---|
| Cheng Li<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Chengyu Gu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Chicago Title Insurance Company<br>601 Riverside Ave.<br>Jacksonville FL 32204-2946 |
| Chicago Title Insurance Company<br>c/o Robert S. Siesholz, Esq.<br>Vice Pres. & State Underwriting Counsel<br>13800 NW 14th Street, Suite 190<br>Sunrise FL 33323-2814 | Chief Financial Officer<br>P.O. Box 6200 (32314-6200)<br>200 E. Gaines St.<br>Tallahassee FL 32399-6502 | Chuanhong Yi<br>c/o Brett Lieberman, Esq.<br>20200 W. Dixie Highway<br>suite 905<br>miami, FL 33180-1926 |
| Chunning Ye<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Connect Auto, Inc.<br>550 Business Park Way<br>Suite 6<br>West Palm Beach, FL 33411-1743 | Craig T. Galle, Esquire<br>The Galle Law Group<br>13501 South Shore Blvd., Suite 103<br>Wellington, FL 33414-7211 |
| Cuilian Li<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | Daniel A. Hershman, Esq.<br>2240 Palm Beach Lakes Blvd.<br>Suite 101<br>West Palm Beach, FL 33409-3403 | Daqin Weng<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA |
| David Campanaro<br>c/o Gary Russo, Esq.<br>The Russo Law Firm<br>712 US Hwy 1, #300-6<br>North Palm Beach, FL 33408-4521 | David W. Gorman<br>631 Lucerne Avenue<br>Lake Worth, FL 33460-3820 | Dongsheng Zhu<br>c/o Edward Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Equity Trust Custodian FBO 200326695IRA<br>c/o Jonathan S. Feldman<br>283 Catalonia Ave., Suite 200<br>Miami FL 33134-6714 | Feng Guo<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | Fernando Wong Outdoor Living Design, Inc<br>1500 Bay Road, Suite 600<br>Miami Beach, FL 33139-3220 |
| Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | Gao Yi<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Garry Russo, Esquire<br>The Russo Law Firm<br>712 US Hwy 1, #300-6<br>North Palm Beach, FL 33408-4521 |
| HUFCOR Inc. d/b/a HUFCOR Florida Group<br>1301 Central Park Drive<br>Sanford, FL 32771-6644 | Halil Erseveen<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Hao Lou<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Henrique Faria Brandao<br>c/o Brett D. Lieberman<br>20200 W. Dixie Highway<br>Ste. 905<br>Miami FL 33180-1926 | Henry B. Handler, Esquire<br>Weiss, Handler & Cornwell, P.A.<br>2255 Glades Road<br>Suite 218A<br>Boca Raton, FL 33431-7392 | Henry Handler, Esquire<br>Weiss, Handler & Cornwell, P.A.<br>One Boca Plaza<br>2255 Glades Road, Suite 218-A<br>Boca Raton, FL 33431-7392 |
| Hongru Pan<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Internal Revenue Service<br>Attn: Special Procedures<br>P.O. Box 34045<br>Stop 572<br>Jacksonville, FL 32202 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |

| | | |
|---|---|---|
| James F. Biagi PE<br>555 W Prospect Rd<br>Oakland Park FL 33309-3931 | James F. Biagi, P.E.<br>Michael E. O'Connor, Esq.<br>Morgan, Carratt & O'Connor, P.<br>111 SE 12th Street<br>Fort Lauderdale, FL 33316-1813 | Jeffrey C. Pepin, Esquire<br>3418 Poinsttia Avenue<br>West Palm Beach, FL 33407-4804 |
| John C. Randolph, Esquire<br>Jones, Foster, Johnson, & Stubbs, P.A.<br>Post Office Box 3475<br>West Palm Beach, FL 33402-3475 | John C. Randolph, Esquire<br>Jones, Foster, Johnston & Stubbs, P.A.<br>Flagler Center Tower<br>505 South Flagler Drive, Suite 1100<br>West Palm Beach, FL 33401-5950 | Jordana L. Goldstein, Esq.<br>150 South Pine Island Road., Suite 400<br>Plantation, FL 33324-2667 |
| Jose D. Sosa, Esquire<br>Law Office of Jose D. Sosa, P.C.<br>712 US Highway One, 301-16<br>North Palm Beach, FL 33408 | Juewei Zhou<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Junqiang Feng<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| KK-PB Financial LLC<br>13501 South Shore Boulevard<br>Suite 101<br>Wellington, FL 33414-7211 | KK-PB Financial, LLC<br>Attn: Glenn F. Straub<br>11199 Polo Club Road<br>Wellington, FL 33414-6000 | KK-PB Financial, LLC<br>Luis Salazar, Esq.<br>2000 Ponce de Leon Boulevard, Penthouse<br>Coral Gables, FL 33134-4422 |
| Kammerer Mariani PLLC<br>1601 Forum Place, Suite 500<br>West Palm Beach, FL 33401-8103 | Kuang Yaoping<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Lan Li<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Landmark Construction Companies Inc<br>6555 Garden Rd<br>Riviera Beach FL 33404-6318 | Li Dongsheng<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Li Xiang<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 |
| Li Zhang<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | Lili Zhang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Ling Li<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA |
| Liu Chenglin<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Liu Danqing<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Liyan Feng<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA |
| MPC Pools, Inc.<br>12720 Orange Grove Blvd.<br>West Palm Beach, FL 33411-8931 | Macschmeyer Concrete Company of Florida,<br>c/o Naomi Stevenson<br>1142 Watertower Road<br>Lake Park, FL 33403-2397 | Man Mingyue<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 |
| Maria Titova<br>c/o Edelboim Lieberman<br>Revah Oshinsky PLLC<br>20200 W. Dixie Highway, Ste. 905,<br>Miami, FL 33180-1926 | McCabe Rabin<br>1601 Forum Place, Sutie 201<br>West Palm Beach, FL 33401-8101 | McDonald Hopkins Co., LLC<br>Accounts Receivable<br>600 Superior Avenue, E<br>Suite 2100<br>Cleveland, OH 44114-2690 |

| | | |
|---|---|---|
| McIntosh & Schwartz, PL<br>888 Southeast Third Avenue, Suite 201<br>Fort Lauderdale, FL 33316-1159 | Michael E. O<br>Morgan, Carratt & O<br>111 SE 12th Street<br>Fort Lauderdale, FL 33316-1813 | Michael E. O'Connor, Esq.<br>111 SE 12th St.<br>Fort Lauderdale, FL 33316-1813 |
| Michael T. Landen, Esquire<br>Kluger, Kaplan, Silverman, Katzen &<br>Levine, P.L.<br>201 S. Biscayne Blvd., 27th Floor<br>Miami, FL 33131-4332 | Min Cui<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Min Li<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Mohammad Zargar<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Mohammadreza Sedaghat<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Moore Unique Interiors, Inc.<br>16889 West Secretariat Drive<br>Loxahatchee, FL 33470-4035 |
| New Haven Contracting South, Inc.<br>638 Shore Drive<br>Boynton Beach, FL 33435-2850 | New Haven Contracting South, Inc.<br>c/o Daniel A. Hershman, Esq.<br>2240 Palm Beach Lakes Blvd., #101<br>West Palm Beach, FL 33409-3403 | Office of Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Palm Beach County Tax Collector<br>P.O. Box 3715<br>West Palm Beach, FL 33402-3715 | Palm House Hotel, LLLP<br>1201 Hays St.<br>Tallahassee, FL 32301-2699 |
| Palm House Hotel, LLLP<br>c/o Joseph Walsh<br>9200 Belvedere Road, Suite 202<br>Royal Palm Beach FL 33411-3632 | Paul Cleary d/b/a Cleary Plumbing Inc.<br>925 S. Military Trail D11<br>West Palm Beach, FL 33415-3976 | Peter B. Rowell, Esquire<br>The Barthet Firm<br>200 S. Biscayne Blvd., Suite 1800<br>Miami, FL 33131-5333 |
| Place for Tile, Inc<br>7957 NW 54th Street<br>Miami, FL 33166-4027 | Qingyun Yu<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | Qiong Deng<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Qiongfang Zhu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Quality Concrete Pumping, Inc.<br>1842 NW 85th Drive<br>Coral Springs, FL 33071-6256 | Ran Chen<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Renato Fernando Botelho<br>c/o Richard B. Webber II<br>315 E. Robinson Street, Suite 600<br>Orlando, FL 32801-4341 | Reza Siamak Nia<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Richard's Woodwork, Inc.<br>1301<br>53rd St. #2<br>West Palm Beach, FL 33407-2244 |
| Ruji Li<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | Rujing Wei<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Ryan Black Individually and as Member of Pal<br>C/O C. Brooks Ricca and Associates<br>1615 Forum Place, Suite 200<br>West Palm Beach, FL 33401-2315 |

```
SEC Headquarters                    Sanaz Salehin                       Sara Salehin
100 F Street, NE                    c/o Edward A. Marod                 c/o Edward A. Marod
Washington, DC 20549-2001           777 S. Flagler Drive                777 S. Flagler Drive
                                    Suite 500E                          Suite 500E
                                    West Palm Beach, FL 33401-6121      West Palm Beach, FL 33401-6121


Securities and Exchange Commission  Sha Shi                             Shahriar Ebrahimian
801 Brickell Ave., Suite 1800       c/o Edward A. Marod                 c/o Edward A. Marod
Miami, FL 33131-4901                777 S. Flagler Drive                777 S. Flagler Drive
                                    Suite 500E                          Suite 500E
                                    West Palm Beach, FL 33401-6121      West Palm Beach, FL 33401-6121


Shaoping Huang                      Shaoqing Zeng                       Shu Jiang
c/o Liu Baoping                     c/o Liu Baoping                     c/o Edward A. Marod
Room 1201, Tower C, Dachong Business Ctr   Room 1201, Tower C, Dachong Business Ctr   777 S. Flagler Drive
Hi-Tech Park, Shenzhen              Hi-Tech Park, Shenzhen              Suite 500E
Guangdong, CHINA                    Guangdong, CHINA                    West Palm Beach, FL 33401-6121


Shuangyun Wang                      Sun Mengyang                        TWG Enterprises Waterproofing & Painting
c/o Edward A. Marod                 Wilson Elser LLP, c/o Robert V. Cornish,   c/o Adam G. Heffner, Esq.
777 S. Flagler Drive                700 11th Street NW, Suite 400       1900 NW Corporate Blvd.
Suite 500E                          Washington, DC 20001-4507           Suite 301-West Building
West Palm Beach, FL 33401-6121                                          Boca Raton, FL 33431-8502


TWG Enterprises Waterproofing & Paintin   Tan Jing                      Tang Cheok Fai
1900 N.W. Corporate Boulevard       Wilson Elser LLP, c/o Robert V. Cornish,   c/o Edward A. Marod
Suite 301 - West Building           700 11th Street NW, Suite 400       777 S. Flagler Drive
Boca Raton, FL 33431-8502           Washington, DC 20001-4507           Suite 500E
                                                                        West Palm Beach, FL 33401-6121


Tao Xiong                           (p)THE PLACE FOR TILE  INC          The Seventh Art LLC
c/o Edward A. Marod                 7957 NW 54TH STREET                 900 Broadway Suite 202
777 S. Flagler Drive                DORAL FL 33166-4027                 New York, NY 10003-1241
Suite 500E
West Palm Beach, FL 33401-6121


Tonghui Luan                        Town of Palm Beach                  Town of Palm Beach
c/o Liu Baoping                     345 South County Rd.                Code Enforcement Board
Room 1201, Tower C, Dachong Business Ctr   Palm Beach, FL 33480-4443    c/o Allen R. Tomlinson, Esq
Hi-Tech Park, Shenzhen                                                  505 S. Flagler Dr. #1100
Guangdong, CHINA                                                        West Palm Beach, FL 33401-5950


Town of Palm Beach                  U.S. Securities and Exchange Commission   US Attorney Southern District of Florida
c/o Allen R. Tomlinson, Esq         Attn: David W. Baddley              500 East Broward Boulevard
505 S. Flagler Dr. #1100            950 East Paces Ferry Road, NE       Fort Lauderdale, FL 33394-3000
West Palm Beach, FL 33401-5950      Suite 900
                                    Atlanta, GA 30326-1382


United States Attorney General's Office   Van Linda Ironworks, Inc.     Vivian Doris
US Department of Justice            3787 Boutwell Road                  2901 Clint Moore Rd.
950 Pennsylvania Avenue             Boynton Beach, FL 33435             Suite 213
Washington, DC 20530-0001                                               Boca Raton, FL 33496-2041


Wallace Surveying Corporation       Wang Jian                           Wang Jing
5553 Village Boulevard              Wilson Elser LLP, c/o Robert V. Cornish,   Wilson Elser LLP, c/o Robert V. Cornish,
West Palm Beach, FL 33407-7910      700 11th Street NW, Suite 400       700 11th Street NW, Suite 400
                                    Washington, DC 20001-4507           Washington, DC 20001-4507
```

| | | |
|---|---|---|
| Wang Jue<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Wenhao Zhang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Wilson Elser LLP, c/o Robert V. Cornish Jr.<br>700 11th St NW, Suite 400<br>Washington DC 20001<br>Telephone: (202) 626-7686<br>robert.cornish@wilsonelser.com 20001-4507 |
| Xiang Chunhua<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Xiang Shu<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Xiao Sun<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA |
| Xiaonan Wang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Xiaoping Zhang<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | Xpert Elevator Services, Inc<br>Daniel A Hershman, Esq<br>2240 Palm Beach Lakes Blvd<br>Suite 101<br>West Palm Beach, FL 33409-3403 |
| Xpert Elevator Services, Inc.<br>550 Business Park Way, Bay #8<br>West Palm Beach, FL 33411-1743 | Yajun Kang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Yan Chen<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Yawen Li<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | Yi Zhao<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | Ying Fei<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Ying Tan<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Yingjun Yang<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | Yuanbo Wang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Yulong Tang<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | Zhang Shikun<br>Wilson Elser LLP, c/o Robert V. Cornish,<br>700 11th Street NW, Suite 400<br>Washington, DC 20001-4507 | Zhaohui Li (Chaohui Li)<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 |
| Zheng Yu<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | Zhiling Gan<br>c/o Edward A. Marod<br>777 S. Flagler Drive<br>Suite 500E<br>West Palm Beach, FL 33401-6121 | c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA |
| Ali Adampeyra<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Bei Zhu<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Bernice C. Lee<br>2385 NW Executive Center Dr. #300<br>Boca Raton, FL 33431-8530 |
| Chengyu Gu<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Christopher Kammerer<br>1601 Forum Place Suite 500<br>West Palm Beach, FL 33401-8103 | Chuanhong Yi<br>c/o Edelboim Lieberman et al<br>20200 W Dixie Hwy #905<br>Miami, FL 33180-1926 |

| | | |
|---|---|---|
| Chunning Ye<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Cuilian Li<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | David Campanaro<br>339 Eastern St #B1016<br>New Haven, CT 06513-2412 |
| David R. Miller<br>David Miller and Associates, P.A.<br>319 Clematis St., Suite 802<br>West Palm Beach, FL 33401-4622 | Dongsheng Zhu<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Eric S Pendergraft<br>Shraiberg, Landau & Page, P.A.<br>2385 N.W. Executive Center Drive<br>Suite 300<br>Boca Raton, FL 33431-8530 |
| G Eric Brunstad<br>90 State House Square<br>Hartford, CT 06103-3708 | Glenn F Straub<br>c/o Zink, Zink & Zink Co LPA<br>1198 Hillsboro Mile #244<br>Hillsboro Beach, FL 33062-1512 | Gregg H Glickstein<br>Gregg H. Glickstein, P.A.<br>54 SW Boca Raton Blvd<br>Boca Raton, FL 33432-4725 |
| Halil Erseven<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Hao Lou<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Henrique Brandao<br>c/o Edelboim Lieberman et al<br>20200 W Dixie Hwy #905<br>Miami, FL 33180-1926 |
| Hongru Pan<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Jeffrey S. Brown<br>Cushman & Wakefield of Georgia, Inc.<br>1180 Peachtree Street, Suite 3100<br>Atlanta, GA 30309-7529 | Juewei Zhou<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Junqiang Feng<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Kuang Yaoping<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Lan Li<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Larry Richey<br>Cushman & Wakefield U.S., Inc.<br>515 E Las Olas Blvd, #900<br>Fort Lauderdale, FL 33301-4203 | Leslie Evans<br>214 Brazilian Avenue<br>Suite 200<br>Palm Beach, FL 33480-4676 | Li Dongsheng<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Lili Zhang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Marcia H Langley<br>c/o Greenberg Traurig PA<br>333 Avenue of the Americas<br>Miami, FL 33131-2176 | Maria Titova<br>c/o Edelboim Lieberman et al<br>20200 W Dixie Hwy #905<br>Miami, FL 33180-1926 |
| Maria M Yip<br>Yip Associates<br>2 S Biscayne Blvd #2690<br>Miami, FL 33131-1815 | Max J Smith<br>Shraiberg, Landau & Page, PA<br>2385 NW Executive Center Dr # 300<br>Boca Raton, FL 33431-8530 | Min Cui<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA |
| Min Li<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Mohammad Zargar<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Mohammadreza Sedaghat<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |

| | | |
|---|---|---|
| Philip J Landau<br>2385 N.W. Executive Center Dr # 300<br>Boca Raton, FL 33431-8530 | Qiong Deng<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Qiongfang Zhu<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 #<br>West Palm Beach, FL 33401-6121 |
| Ran Chen<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, Fl 33401-6121 | Renato Fernando Botelho<br>c/o Zimmerman Kiser et al<br>POB 3000<br>Orlando, FL 32802-3000 | Reza Siamak Nia<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, Fl 33401-6121 |
| Robert Matthews<br>101 Casa Bendita<br>Palm Beach, FL 33480-3602 | Rujing Wei<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr E#500 E<br>West Palm Beach, FL 33401-6121 | Ryan Black<br>1615 Forum Place<br>Suite 200<br>West Palm Bch, FL 33401-2315 |
| Sanaz Salehin<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #400 E<br>West Palm Beach, FL 33401-6124 | Sara Salehin<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Sha Shi<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Shahriar Ebrahimian<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flager Dr #500 E<br>West Palm Beach, FL 33401-6121 | Shu Jiang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Shuangyun Wang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Tang Cheok Fai<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Tao Xiong<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Tingting Sun<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Guangdong, CHINA |
| Wenhao Zhang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Xiang Chunhua<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Xiang Shu<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Xiaonan Wang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Yajun Kang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Yan Chen<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flager Dr #500 E<br>West Palm Beach, FL 33401-6121 |
| Ying Fei<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Ying Tan<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Yuanbo Wang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr E#500 E<br>West Palm Beach, FL 33401-6121 |
| Yulong Tang<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Zhaohui Li<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 | Zhiling Gan<br>c/o Gunster, Yoakley & Stewart, P.A.<br>777 S Flagler Dr #500 E<br>West Palm Beach, FL 33401-6121 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

The Place for Tile, Inc.
7957 NW 54th Street
Miami, FL 33166


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


| | | |
|---|---|---|
| (u)The Galle Law Group, P.A. | (u)West Palm Beach | (d)Architectural Precast & Foam, LLC<br>c/o Derrevere Stevens Black & Cozad<br>2005 Vista Pkwy #210<br>West Palm Beach FL 33411-2879 |
| (u)Equity Trust Custodian FBO 200326695 IRA<br>c/o Jonathan S. Feldman, 200 S. Andrews | (d)McDonald Hopkins LLC<br>Accounts Receivable<br>600 Superior Avenue, E.<br>Suite 2100<br>Cleveland, OH 44114-2690 | (d)McDonald Hopkins, LLC<br>Accounts Receivable<br>600 Superior Avenue, E<br>Suite 2100<br>Cleveland, OH 44114-2690 |
| (d)Town of Palm Beach<br>345 South County Road<br>Palm Beach, FL 33480-4443 | (d)Baoping Liu<br>Room 1201, Tower C<br>Dachong Business Center<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | (u)Cary Glickstein |
| (d)Changyue Liu<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | (u)Craig T. Galle | (d)Daqin Weng<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA |
| (d)Feng Guo<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | (d)Li Zhang<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | (d)Ling Li<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA |
| (d)Liyan Feng<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | (d)Qingyun Yu<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | (d)Ruji Li<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA |
| (d)Shaoping Huang<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | (d)Shaoqing Zeng<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA | (d)Tonghui Luan<br>c/o Liu Baoping<br>Room 1201, Tower C, Dachong Business Ctr<br>Hi-Tech Park, Shenzhen<br>Guangdong, CHINA |

```
 (d)Xiao Sun                             (d)Xiaoping Zhang                       (d)Yawen Li
 c/o Liu Baoping                         c/o Liu Baoping                         c/o Liu Baoping
 Room 1201, Tower C, Dachong Business Ctr Room 1201, Tower C, Dachong Business Ctr Room 1201, Tower C, Dachong Business Ctr
 Hi-Tech Park, Shenzhen                  Hi-Tech Park, Shenzhen                  Hi-Tech Park, Shenzhen
 Guangdong, CHINA                        Guangdong, CHINA                        Guangdong, CHINA


 (d)Yi Zhao                              (d)Yingjun Yang                         (d)Zheng Yu
 c/o Liu Baoping                         c/o Liu Baoping                         c/o Liu Baoping
 Room 1201, Tower C, Dachong Business Ctr Room 1201, Tower C, Dachong Business Ctr Room 1201, Tower C, Dachong Business Ctr
 Hi-Tech Park, Shenzhen                  Hi-Tech Park, Shenzhen                  Hi-Tech Park, Shenzhen
 Guangdong, CHINA                        Guangdong, CHINA                        Guangdong, CHINA


 End of Label Matrix
 Mailable recipients   239
 Bypassed recipients    27
 Total                 266
```