UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| 160 ROYAL PALM, LLC, | : | CASE NO. 18-19441-EPK |
| | : | |
| Debtor. | : | |

**UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION FOR CONTINGENCY COMPENSATION OF SPECIAL NEW HAVEN CLAIM LITIGATION COUNSEL (ECF #1149)**

COMES NOW the United States Trustee in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. §586(a), and files the following objection to the Application for Contingency Compensation of Special New Haven Claim Litigation Counsel, Gregg H. Glickstein, Esq. and Gregg H. Glickstein, P.A. (the "Application").

1. Pursuant to the *Order (II) Setting Hearing on Confirmation of Plan; (III) Setting Hearing on Fee Applications; (IV) Setting Various Deadlines; and (V) Describing Plan Proponent's Obligations,* (ECF #1500) the Application is currently set for approval at a hearing to be held on February 10, 2020.

2. New Haven Contracting South, Inc. filed a proof of claim #72-1 in the amount of $3,387,855.55.

3. The Debtor obtained approval to employ Mr. Glickstein and his firm as special claim litigation counsel to assist with the investigation and prosecution to disallow, reduce or render the claim unsecured.

4. Mr. Glickstein and his firm agreed to a reduced contingency fee based on the benefit to

1

the estate from a reduction or disallowance of the secured claim (rendering it unsecured). In addition, the Debtor agreed to pay for all out of pocket costs and expenses related to the work.

5. Despite the fact that the claim has not been reduced or disallowed, the Application asks the Court to enter an order awarding Mr. Glickstein one of three amounts:

   a. $592,874.72 based upon 17.5% of a disallowed claim and no appeal;

   b. $677,571.11 based upon 20% of a disallowed claim and a successful appeal; or

   c. Some other amount as the Court deems applicable.

6. The Application fails to provide any summary or update of the actions taken by Mr. Glickstein and his firm. While Mr. Glickstein and his firm were employed on a contingency basis, since the matter has not reached a conclusion, the U.S. Trustee submits that a current status of the matter should be provided.

7. The U.S. Trustee objects to any award of fees until such time as the claim of New Haven Contracting South, Inc. is finally determined. The Application should be denied without prejudice until resolution of this matter.

WHEREFORE, the United States Trustee objects to the Application and respectfully requests to be heard a hearing to be set on these matters and to grant such other relief as the Court deems just and proper.

NANCY J. GARGULA
United States Trustee

/s/ *Heidi A. Feinmman*
HEIDI A. FEINMAN
Trial Attorney
Florida Bar No. 0879460

Office of the U.S. Trustee
51 SW 1st Avenue
Room 1204
Miami, FL 33130
(305) 536-7285

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION FOR CONTINGENCY COMPENSATION OF SPECIAL NEW HAVEN CLAIM LITIGATION COUNSEL (ECF #1149)** has been served on the parties on the service list below electronically through CM/ECF and that a copy hereof shall be served by U.S. Mail, postage prepaid, on parties not appearing electronically:

| | |
|---|---|
| Joaquin J Alemany | joaquin.alemany@hklaw.com, jose.casal@hklaw.com |
| David W Baddley | baddleyd@sec.gov |
| Michael R. Bakst | efileu1094@gmlaw.com, ecf.alert+bakst@titlexi.com; efileu1092@gmlaw.com; efileu2170@gmlaw.com; efileu386@gmlaw.com |
| Eyal Berger | eyal.berger@akerman.com, jeanette.martinez@akerman.com |
| Robbie T Boone | robbie.boone@whitecase.com, robbie.t.boone@gmail.com |
| Robert V. Cornish | rcornish@andersonkill.com |
| John K Cunningham | jcunningham@whitecase.com, avenes@whitecase.com; jdisanti@whitecase.com; mco@whitecase.com |
| Robert W Davis | robert.davis@hklaw.com, pauline.nye@hklaw.com |
| Gregory Elder | gelderlaw@gmail.com |
| Jonathan S. Feldman | jfeldman@pbyalaw.com, eservicemia@pbyalaw.com |
| Fan B He | fhe@whitecase.com, gregory.warren@whitecase.com; stephen.ludovici@whitecase.com; jdisanti@whitecase.com; mco@whitecase.com |
| Daniel A. Hershman | dahershmanlaw@gmail.com |
| John B. Hutton III | huttonj@gtlaw.com, mialitdock@gtlaw.com; miaecfbky@gtlaw.com |
| Steven C Jones | steven.jones@wilsonelser.com, anna.nowakowska@wilsonelser.com; vivian.fusco@wilsonelser.com; magali.mut@wilsonelser.com; EService.Miami@wilsonelser.com; alan.fiedel@wilsonelser.com |
| Philip J Landau | plandau@slp.law, pdorsey@slp.law; dwoodall@slp.law; dlocascio@slp.law; ependergraft@slp.law; pmouton@slp.law |
| Bernice C. Lee | blee@slp.law , mc@kttlaw.com |
| Michael D Lessne | michael.lessne@nelsonmullins.com, jennifer.phillips@nelsonmullins.com; lisa.negron@nelsonmullins.com |
| Brett D Lieberman | brett@elrolaw.com, eservice@elrolaw.com |
| Peter J Malecki | pmalecki@riccalawyers.com, bricca@riccalawyers.com; lkendrick@riccalawyers.com |
| Nathan G Mancuso | ngm@mancuso-law.com |
| Edward A Marod | emarod@gunster.com, dpeterson@gunster.com |
| Orfelia M Mayor | omayor@ombankruptcy.com, legalservices@pbctax.com |
| Glenn D Moses | gmoses@gjb-law.com, gjbecf@gjb-law.com; chopkins@gjb-law.com; vlambdin@gjb-law.com; jzamora@gjb-law.com; gjbecf@ecf.courtdrive.com; ecastellanos@gjb-law.com |
| Leslie S. Osborne | office@rorlawfirm.com, 4275819420@filings.docketbird.com |
| Kristopher E Pearson | kpearson@stearnsweaver.com, rross@stearnsweaver.com; larrazola@stearnsweaver.com; Atty_arrazola@bluestylus.com; cgraver@stearnsweaver.com |
| Eric S Pendergraft | ependergraft@slp.law, dwoodall@slp.law; dlocascio@slp.law; bshraibergecfmail@gmail.com; pmouton@slp.law |

| | |
|---|---|
| Cristopher S Rapp | csr@derreverelaw.com, eservice@derreverelaw.com |
| James N Robinson | jrobinson@whitecase.com, sgoodrich@whitecase.com; avenes@whitecase.com |
| Luis Salazar | Luis@Salazar.Law, Ceide@salazar.law;Lee-Sin@Salazar.Law |
| Joshua D Silver | jsilver@tabassoloff.com, jcepero@tabassoloff.com |
| Max J Smith | msmith@slp.law, dwoodall@slp.law; dlocascio@slp.law; pmouton@slp.law |
| Jeffrey I. Snyder | jsnyder@bilzin.com, eservice@bilzin.com; lflores@bilzin.com |
| Joel L Tabas | jtabas@tabassoloff.com, jcepero@tabassoloff.com; kborrego@tabassoloff.com |
| Allen R Tomlinson | atomlinson@jonesfoster.com, mbest@jonesfoster.com |
| Richard Webber | rwebberfls@ecf.epiqsystems.com, rwebber@zkslawfirm.com F001@ecfcbis.com rschohl@zkslawfirm.com |
| Richard B Webber | rwebber@zkslawfirm.com , jconcannon@zkslawfirm.com; service@zkslawfirm.com |
| Harry Winderman | harry4334@hotmail.com, lynoramae@gmail.com, lm@whcfla.com, filings@whcfla.com |
| Larry A Zink | zinklaw3711@yahoo.com |

Jeffrey S. Brown
Cushman & Wakefield of Georgia, Inc.
1180 Peachtree Street, Suite 3100
Atlanta, GA 30309

G Eric Brunstad
90 State House Square
Hartford, CT 06103

David J. George
c/o George Gesten McDonald, PLLC
9897 Lake Worth Rd, #302
Lake Worth, FL 33467

Gregg H Glickstein
Gregg H. Glickstein, P.A.
54 SW Boca Raton Blvd
Boca Raton, FL 33432

Christopher Kammerer
1601 Forum Place Suite 500
West Palm Beach, FL 33401

Robert Matthews
101 Casa Bendita
Palm Beach, FL 33480

David R. Miller
David Miller and Associates, P.A.
319 Clematis St., Suite 802
West Palm Beach, FL 33401

Devin S. Radkay
c/o Gunster, Yoakley & Stewart, P.A.
777 S. Flagler Drive
Suite 500 East
West Palm Beach, FL 33401

Larry Richey
Cushman & Wakefield U.S., Inc.
515 E Las Olas Blvd, #900
Fort Lauderdale, FL 33301

Jason M Rudd
3131 McKinney Ave #100
Dallas, TX 75204

Maria M Yip
Yip Associates
2 S Biscayne Blvd #2690
Miami, FL 33131

Xiaoping Zhang
c/o Liu Baoping
Room 1201, Tower C, Dachong Business Ctr
Hi-Tech Park, Shenzhen
Guangdong, CHINA,

       I HEREBY CERTIFY that I am admitted to the bar of the United States District Court for the Southern District of Florida and that I am in Compliance with all additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A)

       DONE this 6th day of February, 2020.

                                    */s/ Heidi A Feinman*
                                    HEIDI A. FEINMAN