UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 9:20-CV-80239-RS

KK-PB FINANCIAL, LLC,

    Appellant,

vs.

160 ROYAL PALM, LLC,

    Appellee.
_____/

## ORDER OF TRANSFER

**THIS CAUSE** is before the Court *sua sponte* upon review of the docket. Good cause appearing that a transfer of this case is appropriate pursuant to Internal Operating Procedure 2.15.00 of the United States District Court for the Southern District of Florida because of related cases *KK-PB Financial, LLC v. 160 Royal Palm, LLC*, Case No. 9:19-CV-80342-RLR, *KK-PB Financial, LLC v. 160 Royal Palm, LLC*, Case No. 9:20-CV-80216-RLR, and *KK-PB Financial, LLC v. 160 Royal Palm, LLC*, Case No. 9:20-CV-80238-RLR, and subject to the consent of the Honorable Robin L. Rosenberg, it is

**ORDERED** that the above-numbered case is transferred to the calendar of Judge Robin L. Rosenberg for all further proceedings.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 20th day of February, 2020.

                                                    RODNEY SMITH
                                                    UNITED STATES DISTRICT JUDGE

After reviewing the file in the above-numbered case, the undersigned accepts the transfer of this case. Therefore, it is

**ORDERED** that all pleadings filed after this date shall bear the following case number, **9:20-CV-80239-RLR**, indicating the Judge to whom all pleadings should be routed.

**DONE AND ORDERED** in West Palm Beach, Florida this 20th day of February, 2020.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

cc:  Counsel of record