UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 18-19441-EPK

160 ROYAL PALM, LLC,                                      Chapter 11

　　　　Debtor.
_____/

## MOTION TO ENFORCE ATTORNEY'S CHARGING LIEN OF GUNSTER YOAKLEY & STEWART, P.A. AGAINST CLAIMS OF 20 FORMER CLIENTS

Gunster Yoakley & Stewart, P.A., moves to enforce the charging lien arising from its Notice of Attorney's Charging Lien, Doc. 548 in this case against the 20 EB-5 Creditors identified in that notice in respect of its services performed and costs incurred on their behalf before the entry of this Court's Order Granting Motion to Withdraw as Counsel of Record for 20 EB-5 Creditors, Doc 625.  The 20 EB-5 Creditors are:

| Claimant Name | Claim No. | C Name | Claim No. |
|---|---|---|---|
| Feng Guo | 04-1 | Shaoqing Zeng | 48-1 |
| Tingting Sun | 09-1 | Qingyun Yu | 53-1 |
| Tonghui Luan | 10-1 | Yingjun Yang | 54-1 |
| Zhen Yu | 14-1 | Daqin Weng | 56-1 |
| Yawen Li | 15-1 | Xiaoping Zhang | 57-1 |
| Xiao Sun | 16-1 | Ling Li | 58-1 |
| Li Zhang | 19-1 | Baoping Liu | 59-1 |
| Min Cui | 38-1 | Shaoping Huang | 60-1 |
| Liyan Feng | 39-1 | Yi Zhao | 62-1 |
| Ruji Li | 41-1 | Changyu Liu | 63-1 |

The lien is sought to be enforced against any distributions that may be forthcoming to those Creditors in the event that the Debtor's Motion to Compromise Controversy with Twenty Pro Se EB−5 Creditors and Motion for Authority to Make Initial Plan

Distribution to Such Creditors, Doc. 1720, is granted at the hearing presently set for that purpose on May 14, 2020, at 10:30 AM, Doc. 1721, and says:

1.     Gunster was engaged to represent the 20 EB-5 Creditors in 2016 by means of engagement letters dated July 25, 2016, copies attached.  Each engagement letter contemplated that Gunster would exert reasonable efforts to assist the 20 EB-5 Creditors along with other EB-5 Creditors who were victims of the Palm House Hotel EB-5 scheme.  All of the Creditors were jointly responsible for all of the fees incurred.  Attorney Jennifer Feng of Guangzhou, China served as collection agent for the group.

2.     Pursuant to the engagement, before filing its motion to withdraw referenced above, Gunster spent over 2,035 hours of shareholder time, 1,393 hours of associate time, 671 hours of paralegal and investigator time and $55,508.81 in out of pocket costs in doing, *inter alia*, the following:

        a.     Gathering information from the clients;

        b.     Dealing with multiple law enforcement agencies;

        c.     In 2016, drafting and filing in the United States District Court, Southern District of Florida a multi-count complaint against multiple "Bad Actors" who were involved with the scheme and continuing to prosecute that case on behalf of all of the EB-5 Creditors formerly represented, which case remains pending before Judge Kenneth Marra[1];

        d.     Participating in multiple state court litigations including the receivership of 160 Royal Palm LLC;

        e.     Lobbying government authorities to take action against the "Bad Actors";

        f.     Gathering data concerning the amount invested by each EB-5 claimant represented, the date of the investment, the date of payment of the administrative fee, the documentation used to induce the investments, and the

---

[1] Gunster has also withdrawn as counsel for the 20 EB-5 claimants in that case.

other information necessary to recover the losses of the clients to the extent possible;

       g.    Preparing and filing proofs of claim in this case and the case of Robert Matthews, Case No. 17-23426-MAM in this Court, and prosecuting a nondischargeability action against Matthews in Adversary No. 18-01046-MAM;

       h.    Responding to objections to the claims filed in this case;

       i.    With counsel for the Debtor in Possession litigating the motions leading to the Estimation Order, Doc. 603, that is the underpinning of the recovery to the estate from which the distributions, if any, to the 20 EB-5 Creditors will be made.

3.    At the time Gunster was permitted to withdraw as counsel for the 20 EB-5 Creditors, it was owed a total of $182,263.90 for the services and costs it had incurred but had not been paid.  Gunster has not been compensated for those fees and costs.

4.    Pursuant to the Terms and Conditions of the engagement letters, the 20 EB-5 Creditors were also responsible for 12% per annum simple interest on fees not timely paid as well as the costs of collection including a reasonable attorneys' fee and court costs.

WHEREFORE Gunster prays the Court will order that the Debtor in Possession, before distributing any money to the 20 EB-5 Creditors first deduct from the fund dedicated for that purpose the sum of $182,263.90 together with 12% per annum simple interest thereon from February 6, 2019 through the date of disbursement, plus the costs of collection, including reasonable attorneys' fees and court costs or such other sum as the Court deems meet and proper and distribute it to Gunster, and, if necessary, on an interim basis, prevent any distributions to the 20 EB-5 Creditors until this motion can be finally resolved.

Dated this 27th day of April, 2020.    */s/ Edward A. Marod*
                                      **EDWARD A. MAROD**

Florida Bar No. 238961
Email:  emarod@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL 33401-6194
Telephone (561) 655-1980
Facsimile (561) 655-5677
*Attorney for Movant*

ACTIVE 11998067.1


GUNSTER
FLORIDA'S LAW FIRM FOR BUSINESS

Our File Number:
Writer's Direct Dial Number: (561) 650-0659
Writer's E-Mail Address: ksonderling@gunster.com

July 25, 2016

**VIA E-MAIL**

Name of Agency: *Qingdao Superman Intl. Consulting Co., Ltd*
Correspondence Care of: *Nina Zhao   15589838555*
Address: *No.77 Hongkong Middle Rd, Qingdao, Shandong, China*

<table>
<tr><td>Re:</td><td>Engagement of Gunster Yoakley & Stewart, P.A.<br>Clients: Certain Limited Partners of Palm House Hotel, LLLP<br>Matter: Palm House Hotel (the "Matter")</td></tr>
</table>

Dear Kammy Cai:

Thank you for selecting Gunster to represent your clients as legal counsel in connection with the above referenced matter. The purpose of this Engagement Letter is threefold: (1) to confirm with you the scope of our representation, (2) to bring certain matters of legal ethics to your attention, and (3) to confirm your consent and authorization for us to act as counsel for all of you under the circumstances we have discussed and describe in this letter.

**Scope of Representation**

At the current time, our representation is limited to representing your clients who are limited partners in Palm House Hotel, LLLP. At your direction, we may represent additional limited partners at a later time. Our representation will include an analysis of the potential claims the limited partners may have against the general partner, requesting information, meetings, documentation, and finances from the general partners in accordance with Florida law and the partnership agreement to fully update the clients, meeting with the general partner in order to protect and secure the limited partners financial interests, providing updates on the various litigations for the projects, engaging in those litigations if necessary to protect the limited partners interests, and providing general assistance to the limited partners in order to align the partnership with its intended goals. If necessary, our representation may include a litigation against the General Partner related to their actions, to be determined at a later time and based upon the facts learned.

We may agree to further limit or expand the scope of our representation from time to time, provided that we confirm any such changes in writing.

**Joint Representation and Waiver of Conflict of Interest; Confidentiality**

July 25, 2016
Page 2

As we have discussed, under the applicable Florida Rules of Professional Conduct, when a lawyer represents multiple clients in a single matter (as is the case here), it is appropriate to discuss at the outset the potential for conflicts of interest and the implications of the joint representation (Rule 4-1.7(c)). We understand from each of you that with respect to the Matter, you have determined that your interests are generally aligned and are not antagonistic to each other. Furthermore, we have not been asked to represent or advise any of you with respect to any rights or obligations between or among you in this Matter or otherwise. Based upon our current understanding of the Matter and the representations that you have made to us, we agree with this conclusion and believe that we will be able to provide competent and diligent representation to each of you, despite the possibility that as circumstances develop, some slight difference of interest between you may develop.

We believe that the risk of adverse effect of our joint representation is limited because we understand that each of you has the same goals and objectives with respect to the Matter. As we discussed, the primary benefits of the joint representation are cost savings and our familiarity with the Matter and parties. As we also discussed, there are inherent risks. For example, it is possible that conflicts could develop between or among you that may require us to withdraw, in whole or in part, from this engagement. In the context of business entities, possible conflicts include: (a) if any one or more of you determines that he or she does not wish to take the same actions that the others wish to take with respect to matters affecting the ; (b) if you disagree as to how best to address disputes between all of you on the one hand and others within the company or third parties; (c) if any one of you does not wish to participate in a particular transaction or disagree on the terms of a transaction; (d) if any or all of you are unable to agree to the terms of any agreements. Depending upon the timing of any such required withdrawal, one or more of your interests may be adversely affected. There may be further risks that are simply impossible to predict at this point. Please make sure that you have carefully considered and that you understand the foregoing risks and the possible existence of unforeseen or unanticipated risks and consent to our representation notwithstanding them.

Should you agree that we may act as your counsel, it must be with the understanding that if at some point a conflict of interest arises between you with respect to the Matter, (1) we will not represent any of you with respect to any dispute between you, (2) we may withdraw as counsel for one or more of you, and (3) we have your agreement that we will have the right to do so. Each of you also agrees that should such a conflict arise with respect to the Matter and we withdraw as your counsel, we may, if otherwise appropriate, continue our representation of any of our other clients with respect to the Matter. Each of you further agrees that if we are required to withdraw from any or all of our representation with respect to the Matter, we may continue to represent any of you with respect to unrelated matters. However, we will not represent any of you adversely to the other in connection with the Matter. Should later developments suggest that a conflict exists between or among you, we will bring the matter to the attention of each you immediately and request that you do the same so that we may discuss appropriate courses of action, including whether joint representation in this Matter should continue.

An additional aspect of joint representation has to do with confidentiality. The normal attorney-client privilege and confidentiality rights and obligations will apply between Gunster and you collectively. Gunster will have an attorney-client privilege and owe confidentiality

July 25, 2016
Page 3

obligations to you and will not disclose any confidences of yours to any third party, unless authorized, or as provided for under the Florida Rules of Professional Conduct. Under this arrangement, each of you has a duty to keep confidential (and hereby agrees to keep confidential) any communications exchanged between or among you and us in confidence during the course of the joint representation. Our firm also has a duty not to reveal to any third-party information relating to our representation of you. These duties of confidentiality will continue even if the joint representation is terminated. You should be aware, however, that courts sometimes determine that confidentiality has been waived despite the parties' best efforts to maintain confidentiality, and you may wish to keep this in mind when discussing confidential information in the presence of one another. There will be no confidentiality, however, as between you and Gunster; accordingly, any information shared with the Firm by any of you will naturally be shared with the others. Because we are representing you jointly, you are jointly responsible for the payment of our legal fees.

This letter addresses important issues that deserve your careful consideration, and you should consult with independent counsel regarding the matters set forth in this letter and your decision to provide the acknowledgement and consent requested in this letter. By signing where indicated below, you (1) acknowledge that we have fully explained and you fully understand the implications, risks and benefits of the representation that you have asked us to undertake, (2) acknowledge that you have had the opportunity to consult with independent counsel regarding the implications, risks and benefits of the joint representation and your consent to it, and (3) consent to our joint representation under these circumstances.

## Primary Responsibility and Basis for Fees

G. Joseph Curley and Keith E. Sonderling, will be the partner attorneys who have primary responsibility for the management of this engagement. We will charge a reasonable fee for our services rendered based upon our agreed upon hourly rates. We will provide a discounted fee for this matter. All partners who work on this matter hourly rate will be $340.00 USD per hour. We will use associates to assist us in this matter and for additional cost efficiency when necessary. Associates will be billed at $240.00 USD per hour. Paralegal rates will be $140.00 USD per hour.

In addition to the fees described above, you will be responsible for the Firm's regular disbursements and charges incurred in connection with this engagement, as set forth in the attached Terms and Conditions.

Finally, as we discussed, it is our Firm's policy to request an Advance Fee Deposit for any new matters we undertake. In this matter, we will require an Advance Fee Deposit in the amount of $30,000.00, because you are a new client from a foreign country, which will be held in our Firm's non-interest bearing trust account in accordance with the attached Terms and Conditions.

## Conflict Clearance and Intake Procedures

As part of our client clearance and intake procedures, we request that you provide us with the names of all parties that might be involved in the Matter. We do this in order to make sure

GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW

July 25, 2016
Page 4

that we have no conflict of interest in undertaking your representation in the Matter, and in making sure that after we undertake your matter we do not accept other engagements which might give rise to a conflict with our representation of you. We do this by maintaining an extensive conflict database system and before we undertake any new matters, we check that database. Accordingly, it is important to us that the information we have is accurate and complete. With this in mind, at the end of this letter we have attached for your review a list of all parties which we have checked against our conflicts database. **If any of the information on that list is inaccurate or incomplete, please let us know immediately.** We strive to maintain the highest ethical standards to remain free of conflicts of interest and by reviewing the below information you can help us do so.

## Actions to Take

Please do the following at your earliest convenience:

- Review this Engagement Letter and the attached "Terms and Conditions" for the terms of our representation.

- If this Engagement Letter and the attached "Terms and Conditions" meet with your approval, please sign this letter in the space provided below.

- After signing this Engagement Letter in the space provided below, return the signed letter and a check for the Advance Fee Deposit in the amount of $30,000.00 made payable to Gunster, Yoakley & Stewart, P.A.

Should you have any questions or concerns about our service, work product, billings, or any other aspect of our engagement, please let me know immediately so that we may address the situation and best respond to your needs. We appreciate your confidence in assigning us this important matter and we look forward to assisting you.

Sincerely,

s/ Keith E. Sonderling

Keith E. Sonderling

KES/cs

Enclosures:
    Conflict Database Information
    Standard Terms and Conditions

GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW

July 25, 2016
Page 5

## <u>Conflict Database Information</u>

In connection with the Matter, we have searched our conflict database information for the following parties:

<u>Names of Client/Affiliated/Related Parties</u>:

<u>Names of Adverse/Opposite Parties</u>:

      Joseph Walsh
      Mark Payne
      Palm House Hotel, LLLP

If any of the names above are incorrect, or there are individuals or entities which we have missed and should include in our conflict review and database, please let us know immediately so that we may correct any mistakes or omissions.

July 25, 2016
Page 6

## TERMS AND CONDITIONS

To simplify the language in these "Terms and Conditions," Gunster, Yoakley & Stewart, P.A. is referred to as "we," "our," or "us." The person or entity being provided the legal services is referred to as "you" or "your."

Your Cooperation. You agree to be candid and cooperative with us and to promptly provide us with complete and accurate factual information and all documents and other communications relevant to the subject matter of our representation. You agree to keep us informed of all relevant developments and to cooperate fully with us as we may otherwise reasonably request.

Affiliates. Because of the dynamic and extensive nature of the ownership interests of individuals and companies owning or partially owning or controlling other entities or enterprises, and the challenges that are thereby created with respect to identifying potential conflicts of interests, it is our general policy that, to the extent permitted by the Florida Rules of Professional Conduct and unless you ask us to do otherwise, we do not regard a person, an organization or other legal entity that may be affiliated with you (such as a corporate parent, subsidiary, or other entity in which you have an ownership or other interest) to be a client of our firm unless we have also established an express attorney-client relationship with that other entity through a written agreement.

Delegation of Services. Our attorneys, law clerks, paralegals, planners and information specialists have varying areas of expertise and amounts of experience and different billing rates. Our goal is to render the best legal services we can in the most efficient and cost-effective manner. Therefore, the attorney in charge of your particular matter may assign different members of our firm to perform various services for you in connection with your matter.

Initial Advance Fee Deposits. Initial Advance Fee Deposits will be kept in our non-interest bearing trust account on your behalf during our representation of you, which we may withdraw in our discretion to pay any disbursements as incurred and for any fees and services which have not been paid when due. At the termination of our representation in this matter, the deposit will be applied to any outstanding amounts on the final statement. To the extent you owe us money for other matters handled for you, you hereby authorize us to apply any balance to those matters as well. Any remaining balance, after payment of all fees and costs due to us, will be returned to you. Should your initial Advance Fee Deposit fall below a level acceptable to us, you will replenish it up to the original amount. We may request an additional Advance Fee Deposit in the future, depending upon the level of activity involved with your matter. The Initial Advance Fee Deposit is not an estimate of our total legal fees or a cap on our legal fees.

Fees; Billable Rates. Unless we agree otherwise in writing as to a specific matter, we will perform our legal services on an hourly rate basis. Currently, our hourly rates range from $240 per hour to $800 per hour for all legal services performed by the firm's attorneys, and our hourly rates for paralegals, law clerks, planners or information specialists range from $42.50 to $350 per hour. In addition, we charge $275 per hour for investigative services performed by an in-house investigator. Our hourly rates take into consideration the individual's professional background and other relevant factors. Our fees may be adjusted by additional amounts to

GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW

July 25, 2016
Page 7

reflect the reasonable value of our services where objectively justified based upon: (a) the unique or unusually complex nature of any particular matter handled, (b) any special expertise required, (c) expedited time constraints and (d) other similar considerations.  Any estimate we provided may also be affected by these same circumstances.

Disbursements and Additional Charges.  We will bill you for the direct costs and service charges that are incurred for your particular matter(s), including such things as: filing fees, postage (including regular, certified, registered or expedited mail, or any other type of delivery by common carriers, such as UPS, Federal Express, or the like), courier services, imaging costs (including scanning, photocopying and printing of documents), teleconferencing services, inter-LATA or international calling tariffs, deposition costs, travel costs, and the fees and expenses of experts or consultants, if needed.  We charge for certain additional services we render, including computerized database access and usage (e.g., Lexis, Westlaw, PACER, Dun & Bradstreet, and other information databases), special word processing and after-hours or extraordinary secretarial or accounting services, and the receipt and transmission of facsimiles.  These matters will be shown on each invoice.  Certain cost items, described above, such as imaging costs, are provided as in-house services by us and the per page non-color imaging charge ($0.15 per page) is based upon a reasonable allocation of our overhead costs directly related to those services.  Similarly, our computerized database charges are based upon direct vendor access/ usage charges, which can vary from time to time based upon monthly volume-of-usage discounts that the firm has negotiated with various providers, and passes on to you as available.  We are constantly striving to maintain these charges at rates which are lower than those maintained by others in our markets.

Monthly Billing.  Except for disbursements paid from any Initial Advance Fee Deposit described above, we bill fees, disbursements and other services on a monthly basis and payment is due within 15 days of receipt.  If you make no comment about a statement within 15 days of its date, we will assume that you have reviewed it and find it acceptable.

Interest on Late Payments; Collection Expenses.  We will charge interest at the rate of 12% per year on invoice amounts which are not paid within 30 days of the invoice date.  If you fail to pay any amount owing to the firm, you will also be responsible for all collection expenses incurred by us, including costs and a reasonable attorney's fee, whether or not commencement of litigation is required.

No Assignment.  Because our relationship with you is personal in nature, it is agreed that our duties to you and your resulting rights or claims shall not be assignable or assigned to another person or entity and, unless we expressly agree otherwise in a writing signed by you and us, no third party shall be or is considered as a beneficiary of our services for you.

Jurisdiction and Venue.  You: (a) agree that any suit, action or legal proceeding arising out of or in connection with this agreement may be brought only in a Florida federal district or Florida state circuit court located in the Florida county from which the majority of our services (based upon attorney time) were provided, (b) consent to the jurisdiction of each such court in any suit, action or proceeding, (c) waive any objection which you may have to the laying of venue of any such suit, action or proceeding in any of such courts, and (d) agree that service of any court paper may be effected upon you by mail or in such other manner as may be provided under applicable laws or court rules in Florida.

GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW

July 25, 2016
Page 8

E-Mail. We will use e-mail to communicate with you and other parties in this matter and to transmit and receive documents and other communications. E-mail is subject to some potentially significant security and confidentiality risks. If you do not wish for us to use e-mail in connection with your matter, please let us know as soon as possible.

Retention and Disposition of Documents. At your written request, following the termination of our engagement and upon our receipt of your payment for all outstanding fees and costs, we will return to you all papers and other property that you provided to us. We may retain our own files pertaining to this matter. However, we reserve the right, in our sole discretion and without further notice, to destroy or otherwise dispose of documents, data, or other materials related to or generated on account of the representation within a reasonably short time after the termination of our engagement in connection with each and any matter.

Termination. You may terminate our services and representation at any time upon written notice. Likewise, if at any time we find that we are unable to continue representing you, we will notify you in writing. We reserve the right to terminate our representation if payment is not received within 30 days of the date of a statement, and you agree not to contest our withdrawal from any court or administrative proceeding if payment has not been received within 30 days of the date of a statement. Unless otherwise terminated, your engagement of our firm in connection with this matter will terminate upon our sending you our final statement for services rendered in connection with this matter. After termination of our services and representation, we will prepare a final statement.

Post-Engagement Matters. You have engaged us to provide legal services in connection with a specific matter. After completion of this matter, changes may occur in applicable laws, regulations, facts or circumstances related to your matter that could impact your future rights and liabilities. Unless you separately engage us after completion of this matter to provide additional advice on issues arising in the future, we will not be responsible for advising you or updating you on such issues and changes in applicable laws, regulations, facts and circumstances.

Statements of Professional Judgment. At the commencement and during the course of our representation, we may express opinions or beliefs concerning this matter, alternative courses of action, or results that might be anticipated. Though we shall endeavor to provide conscientious, competent and diligent services, and at all times seek to achieve results that are just and reasonable, due to the uncertainty of all legal matters, we cannot, and therefore do not, warrant, predict or guarantee results or the final outcome of this matter. The payment of our fees and expenses is not contingent or dependent upon any such successful consummation or result.

Additional Services We Provide. Frequently, we produce and mail advisories and newsletters or post information on our Website that may offer timely insights and updates on a variety of issues. These issues range from land use, labor and employment, intellectual property, tax, corporate governance and regulatory matters to estate planning. We conduct seminars on a variety of topics at various locations. Information received through these advisories, newsletters and seminars is not to be considered as legal advice for any particular matter for which you may have employed our services.

GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW

July 25, 2016
Page 9

  <u>Entire Agreement</u>. These Terms and Conditions, the Engagement Letter and any joint representation agreement (if applicable) to which these Terms and Conditions is attached represent the entire agreement between you and us regarding this matter and supersede all other negotiations, understandings and representations (if any) made by and between us.  No change or waiver of any of the provisions of this engagement shall be binding on either you or us unless the change is in writing and signed by both you and us.  Our hourly rates are subject to change from time to time.

WPB_ACTIVE 7240234.2



GUNSTER
FLORIDA'S LAW FIRM FOR BUSINESS

Our File Number:
Writer's Direct Dial Number: (561) 650-0659
Writer's E-Mail Address: ksonderling@gunster.com

July 25, 2016

**VIA E-MAIL**

Name of Agency:  Shenzhen Huamei Venture Investment Consultant Co., Ltd.
Correspondence Care of:  Annie Huang,  86-755-82521392
Address:  Room 503, Tower 2, Phase 1, No. 128 Zhongkang Road, Futian District, Shenzhen, Guangdong

Re:  **Engagement of Gunster Yoakley & Stewart, P.A.**
Clients:  Certain Limited Partners of Palm House Hotel, LLLP
Matter:  Palm House Hotel (the "Matter")

Dear Kammy Cai:

Thank you for selecting Gunster to represent your clients as legal counsel in connection with the above referenced matter.  The purpose of this Engagement Letter is threefold: (1) to confirm with you the scope of our representation, (2) to bring certain matters of legal ethics to your attention, and (3) to confirm your consent and authorization for us to act as counsel for all of you under the circumstances we have discussed and describe in this letter.

**Scope of Representation**

At the current time, our representation is limited to representing your clients who are limited partners in Palm House Hotel, LLLP.  At your direction, we may represent additional limited partners at a later time.  Our representation will include an analysis of the potential claims the limited partners may have against the general partner, requesting information, meetings, documentation, and finances from the general partners in accordance with Florida law and the partnership agreement to fully update the clients, meeting with the general partner in order to protect and secure the limited partners financial interests, providing updates on the various litigations for the projects, engaging in those litigations if necessary to protect the limited partners interests, and providing general assistance to the limited partners in order to align the partnership with its intended goals.  If necessary, our representation may include a litigation against the General Partner related to their actions, to be determined at a later time and based upon the facts learned.

We may agree to further limit or expand the scope of our representation from time to time, provided that we confirm any such changes in writing.

**Joint Representation and Waiver of Conflict of Interest; Confidentiality**



July 25, 2016
Page 2

        As we have discussed, under the applicable Florida Rules of Professional Conduct, when a lawyer represents multiple clients in a single matter (as is the case here), it is appropriate to discuss at the outset the potential for conflicts of interest and the implications of the joint representation (Rule 4-1.7(c)). We understand from each of you that with respect to the Matter, you have determined that your interests are generally aligned and are not antagonistic to each other. Furthermore, we have not been asked to represent or advise any of you with respect to any rights or obligations between or among you in this Matter or otherwise. Based upon our current understanding of the Matter and the representations that you have made to us, we agree with this conclusion and believe that we will be able to provide competent and diligent representation to each of you, despite the possibility that as circumstances develop, some slight difference of interest between you may develop.

        We believe that the risk of adverse effect of our joint representation is limited because we understand that each of you has the same goals and objectives with respect to the Matter. As we discussed, the primary benefits of the joint representation are cost savings and our familiarity with the Matter and parties. As we also discussed, there are inherent risks. For example, it is possible that conflicts could develop between or among you that may require us to withdraw, in whole or in part, from this engagement. In the context of business entities, possible conflicts include: (a) if any one or more of you determines that he or she does not wish to take the same actions that the others wish to take with respect to matters affecting the ; (b) if you disagree as to how best to address disputes between all of you on the one hand and others within the company or third parties; (c) if any one of you does not wish to participate in a particular transaction or disagree on the terms of a transaction; (d) if any or all of you are unable to agree to the terms of any agreements. Depending upon the timing of any such required withdrawal, one or more of your interests may be adversely affected. There may be further risks that are simply impossible to predict at this point. Please make sure that you have carefully considered and that you understand the foregoing risks and the possible existence of unforeseen or unanticipated risks and consent to our representation notwithstanding them.

        Should you agree that we may act as your counsel, it must be with the understanding that if at some point a conflict of interest arises between you with respect to the Matter, (1) we will not represent any of you with respect to any dispute between you, (2) we may withdraw as counsel for one or more of you, and (3) we have your agreement that we will have the right to do so. Each of you also agrees that should such a conflict arise with respect to the Matter and we withdraw as your counsel, we may, if otherwise appropriate, continue our representation of any of our other clients with respect to the Matter. Each of you further agrees that if we are required to withdraw from any or all of our representation with respect to the Matter, we may continue to represent any of you with respect to unrelated matters. However, we will not represent any of you adversely to the other in connection with the Matter. Should later developments suggest that a conflict exists between or among you, we will bring the matter to the attention of each you immediately and request that you do the same so that we may discuss appropriate courses of action, including whether joint representation in this Matter should continue.

        An additional aspect of joint representation has to do with confidentiality. The normal attorney-client privilege and confidentiality rights and obligations will apply between Gunster and you collectively. Gunster will have an attorney-client privilege and owe confidentiality

July 25, 2016
Page 3

obligations to you and will not disclose any confidences of yours to any third party, unless authorized, or as provided for under the Florida Rules of Professional Conduct. Under this arrangement, each of you has a duty to keep confidential (and hereby agrees to keep confidential) any communications exchanged between or among you and us in confidence during the course of the joint representation. Our firm also has a duty not to reveal to any third-party information relating to our representation of you. These duties of confidentiality will continue even if the joint representation is terminated. You should be aware, however, that courts sometimes determine that confidentiality has been waived despite the parties' best efforts to maintain confidentiality, and you may wish to keep this in mind when discussing confidential information in the presence of one another. There will be no confidentiality, however, as between you and Gunster; accordingly, any information shared with the Firm by any of you will naturally be shared with the others. Because we are representing you jointly, you are jointly responsible for the payment of our legal fees.

This letter addresses important issues that deserve your careful consideration, and you should consult with independent counsel regarding the matters set forth in this letter and your decision to provide the acknowledgement and consent requested in this letter. By signing where indicated below, you (1) acknowledge that we have fully explained and you fully understand the implications, risks and benefits of the representation that you have asked us to undertake, (2) acknowledge that you have had the opportunity to consult with independent counsel regarding the implications, risks and benefits of the joint representation and your consent to it, and (3) consent to our joint representation under these circumstances.

### Primary Responsibility and Basis for Fees

G. Joseph Curley and Keith E. Sonderling, will be the partner attorneys who have primary responsibility for the management of this engagement. We will charge a reasonable fee for our services rendered based upon our agreed upon hourly rates. We will provide a discounted fee for this matter. All partners who work on this matter hourly rate will be $340.00 USD per hour. We will use associates to assist us in this matter and for additional cost efficiency when necessary. Associates will be billed at $240.00 USD per hour. Paralegal rates will be $140.00 USD per hour.

In addition to the fees described above, you will be responsible for the Firm's regular disbursements and charges incurred in connection with this engagement, as set forth in the attached Terms and Conditions.

Finally, as we discussed, it is our Firm's policy to request an Advance Fee Deposit for any new matters we undertake. In this matter, we will require an Advance Fee Deposit in the amount of $30,000.00, because you are a new client from a foreign country, which will be held in our Firm's non-interest bearing trust account in accordance with the attached Terms and Conditions.

### Conflict Clearance and Intake Procedures

As part of our client clearance and intake procedures, we request that you provide us with the names of all parties that might be involved in the Matter. We do this in order to make sure

GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW

July 25, 2016
Page 4

that we have no conflict of interest in undertaking your representation in the Matter, and in making sure that after we undertake your matter we do not accept other engagements which might give rise to a conflict with our representation of you. We do this by maintaining an extensive conflict database system and before we undertake any new matters, we check that database. Accordingly, it is important to us that the information we have is accurate and complete. With this in mind, at the end of this letter we have attached for your review a list of all parties which we have checked against our conflicts database. **If any of the information on that list is inaccurate or incomplete, please let us know immediately.** We strive to maintain the highest ethical standards to remain free of conflicts of interest and by reviewing the below information you can help us do so.

### Actions to Take

Please do the following at your earliest convenience:

- Review this Engagement Letter and the attached "Terms and Conditions" for the terms of our representation.

- If this Engagement Letter and the attached "Terms and Conditions" meet with your approval, please sign this letter in the space provided below.

- After signing this Engagement Letter in the space provided below, return the signed letter and a check for the Advance Fee Deposit in the amount of $30,000.00 made payable to Gunster, Yoakley & Stewart, P.A.

Should you have any questions or concerns about our service, work product, billings, or any other aspect of our engagement, please let me know immediately so that we may address the situation and best respond to your needs. We appreciate your confidence in assigning us this important matter and we look forward to assisting you.

Sincerely,

s/ Keith E. Sonderling

Keith E. Sonderling

KES/cs

Enclosures:
    Conflict Database Information
    Standard Terms and Conditions

刘长悦 LIU Changyue    黄少华 HUANG Shaoping    冯俐焕 FENG Liyan    李玲 LI Ling    曾少清 ZENG Shaoqing

崔敏 CUI Min    李汝纪 LI Ruji    杨迎军 YANG Yingjun    余庆云 YU Qingyun    翁大钦 WENG Daqin

张小平 ZHANG Xiaoping    赵语 ZHAO Yi    刘宝萍 LIU Baoping

GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW

July 25, 2016
Page 5

<u>**Conflict Database Information**</u>

     In connection with the Matter, we have searched our conflict database information for the following parties:

<u>Names of Client/Affiliated/Related Parties:</u>

<u>Names of Adverse/Opposite Parties:</u>

       Joseph Walsh
       Mark Payne
       Palm House Hotel, LLLP

     If any of the names above are incorrect, or there are individuals or entities which we have missed and should include in our conflict review and database, please let us know immediately so that we may correct any mistakes or omissions.

GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW

July 25, 2016
Page 6

### TERMS AND CONDITIONS

To simplify the language in these "Terms and Conditions," Gunster, Yoakley & Stewart, P.A. is referred to as "we," "our," or "us." The person or entity being provided the legal services is referred to as "you" or "your."

Your Cooperation.  You agree to be candid and cooperative with us and to promptly provide us with complete and accurate factual information and all documents and other communications relevant to the subject matter of our representation.  You agree to keep us informed of all relevant developments and to cooperate fully with us as we may otherwise reasonably request.

Affiliates.  Because of the dynamic and extensive nature of the ownership interests of individuals and companies owning or partially owning or controlling other entities or enterprises, and the challenges that are thereby created with respect to identifying potential conflicts of interests, it is our general policy that, to the extent permitted by the Florida Rules of Professional Conduct and unless you ask us to do otherwise, we do not regard a person, an organization or other legal entity that may be affiliated with you (such as a corporate parent, subsidiary, or other entity in which you have an ownership or other interest) to be a client of our firm unless we have also established an express attorney-client relationship with that other entity through a written agreement.

Delegation of Services.  Our attorneys, law clerks, paralegals, planners and information specialists have varying areas of expertise and amounts of experience and different billing rates. Our goal is to render the best legal services we can in the most efficient and cost-effective manner.  Therefore, the attorney in charge of your particular matter may assign different members of our firm to perform various services for you in connection with your matter.

Initial Advance Fee Deposits.  Initial Advance Fee Deposits will be kept in our non-interest bearing trust account on your behalf during our representation of you, which we may withdraw in our discretion to pay any disbursements as incurred and for any fees and services which have not been paid when due.  At the termination of our representation in this matter, the deposit will be applied to any outstanding amounts on the final statement.  To the extent you owe us money for other matters handled for you, you hereby authorize us to apply any balance to those matters as well.  Any remaining balance, after payment of all fees and costs due to us, will be returned to you.  Should your initial Advance Fee Deposit fall below a level acceptable to us, you will replenish it up to the original amount.  We may request an additional Advance Fee Deposit in the future, depending upon the level of activity involved with your matter.  The Initial Advance Fee Deposit is not an estimate of our total legal fees or a cap on our legal fees.

Fees; Billable Rates.  Unless we agree otherwise in writing as to a specific matter, we will perform our legal services on an hourly rate basis.  Currently, our hourly rates range from $240 per hour to $800 per hour for all legal services performed by the firm's attorneys, and our hourly rates for paralegals, law clerks, planners or information specialists range from $42.50 to $350 per hour.  In addition, we charge $275 per hour for investigative services performed by an in-house investigator. Our hourly rates take into consideration the individual's professional background and other relevant factors.  Our fees may be adjusted by additional amounts to

GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW

July 25, 2016
Page 7

reflect the reasonable value of our services where objectively justified based upon: (a) the unique or unusually complex nature of any particular matter handled, (b) any special expertise required, (c) expedited time constraints and (d) other similar considerations. Any estimate we provided may also be affected by these same circumstances.

Disbursements and Additional Charges. We will bill you for the direct costs and service charges that are incurred for your particular matter(s), including such things as: filing fees, postage (including regular, certified, registered or expedited mail, or any other type of delivery by common carriers, such as UPS, Federal Express, or the like), courier services, imaging costs (including scanning, photocopying and printing of documents), teleconferencing services, inter-LATA or international calling tariffs, deposition costs, travel costs, and the fees and expenses of experts or consultants, if needed. We charge for certain additional services we render, including computerized database access and usage (e.g., Lexis, Westlaw, PACER, Dun & Bradstreet, and other information databases), special word processing and after-hours or extraordinary secretarial or accounting services, and the receipt and transmission of facsimiles. These matters will be shown on each invoice. Certain cost items, described above, such as imaging costs, are provided as in-house services by us and the per page non-color imaging charge ($0.15 per page) is based upon a reasonable allocation of our overhead costs directly related to those services. Similarly, our computerized database charges are based upon direct vendor access/ usage charges, which can vary from time to time based upon monthly volume-of-usage discounts that the firm has negotiated with various providers, and passes on to you as available. We are constantly striving to maintain these charges at rates which are lower than those maintained by others in our markets.

Monthly Billing. Except for disbursements paid from any Initial Advance Fee Deposit described above, we bill fees, disbursements and other services on a monthly basis and payment is due within 15 days of receipt. If you make no comment about a statement within 15 days of its date, we will assume that you have reviewed it and find it acceptable.

Interest on Late Payments; Collection Expenses. We will charge interest at the rate of 12% per year on invoice amounts which are not paid within 30 days of the invoice date. If you fail to pay any amount owing to the firm, you will also be responsible for all collection expenses incurred by us, including costs and a reasonable attorney's fee, whether or not commencement of litigation is required.

No Assignment. Because our relationship with you is personal in nature, it is agreed that our duties to you and your resulting rights or claims shall not be assignable or assigned to another person or entity and, unless we expressly agree otherwise in a writing signed by you and us, no third party shall be or is considered as a beneficiary of our services for you.

Jurisdiction and Venue. You: (a) agree that any suit, action or legal proceeding arising out of or in connection with this agreement may be brought only in a Florida federal district or Florida state circuit court located in the Florida county from which the majority of our services (based upon attorney time) were provided, (b) consent to the jurisdiction of each such court in any suit, action or proceeding, (c) waive any objection which you may have to the laying of venue of any such suit, action or proceeding in any of such courts, and (d) agree that service of any court paper may be effected upon you by mail or in such other manner as may be provided under applicable laws or court rules in Florida.

GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW

July 25, 2016
Page 8

E-Mail. We will use e-mail to communicate with you and other parties in this matter and to transmit and receive documents and other communications. E-mail is subject to some potentially significant security and confidentiality risks. If you do not wish for us to use e-mail in connection with your matter, please let us know as soon as possible.

Retention and Disposition of Documents. At your written request, following the termination of our engagement and upon our receipt of your payment for all outstanding fees and costs, we will return to you all papers and other property that you provided to us. We may retain our own files pertaining to this matter. However, we reserve the right, in our sole discretion and without further notice, to destroy or otherwise dispose of documents, data, or other materials related to or generated on account of the representation within a reasonably short time after the termination of our engagement in connection with each and any matter.

Termination. You may terminate our services and representation at any time upon written notice. Likewise, if at any time we find that we are unable to continue representing you, we will notify you in writing. We reserve the right to terminate our representation if payment is not received within 30 days of the date of a statement, and you agree not to contest our withdrawal from any court or administrative proceeding if payment has not been received within 30 days of the date of a statement. Unless otherwise terminated, your engagement of our firm in connection with this matter will terminate upon our sending you our final statement for services rendered in connection with this matter. After termination of our services and representation, we will prepare a final statement.

Post-Engagement Matters. You have engaged us to provide legal services in connection with a specific matter. After completion of this matter, changes may occur in applicable laws, regulations, facts or circumstances related to your matter that could impact your future rights and liabilities. Unless you separately engage us after completion of this matter to provide additional advice on issues arising in the future, we will not be responsible for advising you or updating you on such issues and changes in applicable laws, regulations, facts and circumstances.

Statements of Professional Judgment. At the commencement and during the course of our representation, we may express opinions or beliefs concerning this matter, alternative courses of action, or results that might be anticipated. Though we shall endeavor to provide conscientious, competent and diligent services, and at all times seek to achieve results that are just and reasonable, due to the uncertainty of all legal matters, we cannot, and therefore do not, warrant, predict or guarantee results or the final outcome of this matter. The payment of our fees and expenses is not contingent or dependent upon any such successful consummation or result.

Additional Services We Provide. Frequently, we produce and mail advisories and newsletters or post information on our Website that may offer timely insights and updates on a variety of issues. These issues range from land use, labor and employment, intellectual property, tax, corporate governance and regulatory matters to estate planning. We conduct seminars on a variety of topics at various locations. Information received through these advisories, newsletters and seminars is not to be considered as legal advice for any particular matter for which you may have employed our services.

GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW

July 25, 2016
Page 9

    Entire Agreement. These Terms and Conditions, the Engagement Letter and any joint representation agreement (if applicable) to which these Terms and Conditions is attached represent the entire agreement between you and us regarding this matter and supersede all other negotiations, understandings and representations (if any) made by and between us. No change or waiver of any of the provisions of this engagement shall be binding on either you or us unless the change is in writing and signed by both you and us. Our hourly rates are subject to change from time to time.

WPB_ACTIVE 7240234.2



GUNSTER, YOAKLEY & STEWART, P.A.
ATTORNEYS AT LAW